## SCHEDULE A

| DOMAINS | | |
|---|---|---|
| ailsabridal.com | givemenotes.com | perakos-zitser.com |
| alinagowns.com | glamchase.com | powrkleen.com |
| allgown.com | gsashopper.com | promdaily.com |
| amrig.com | herdress.co.uk | promsdiary.com |
| angelamall.com.au | hodressau.com | promseller.com |
| attireify.co.uk | hoochymamas.com | robedemariagesoiree.com |
| balklanningaronline.net | huntingwisconsin.com | robes-paris.com |
| bidbel.com | icdatasheets.com | rogersit.com |
| bitsequestrianoutlet.com | ioriimages.com | saxonarts.com |
| bride2bride.co.uk | izidresssale.com | sdisurvey.com |
| ca-dresses.com | jdbridalss.com | sofiehouse.co |
| ca-weddingdress.com | jodress.ca | sogown.com |
| caekee.com | khmercentre.com | sposamore.com |
| caekeedress.com | leandrabridals.com | squadmaker.com |
| carismabridals.com | lightindress.com | srmisterpepes.com |
| ccdress.com | lilygown.co.uk | stephenbphillips.com |
| chadlewisbailbonding.com | livedressy.com | stortebecker.com |
| cmdresses.co.nz | livelydress.com | stydress.com |
| dallasbridals.com | magbridal.co | svatebnistay.cz |
| davidsdress.com | mesrobesfr.com | theguter.com |
| dinksink.com | methodsusa.com | tmdress.co.uk |
| dreamqueen.es | minel.com.au | trendproms.com |
| dreamqueen.se | missydress.ca | trhodes.com |
| dressesdo.co.uk | missydress.com.br | udressme.co.nz |
| dressesfirms.co.uk | missydress.es | us.gowns4prom.com |
| dresseshop.co.uk | missygowns.com | us.starrydress.com |
| dressywell.co.za | mkleider.de | us.versdresses.com |
| echfwp.com | mobridal.com | veradress.co.uk |
| efuhrer.com | mudpuppie.com | versabarinc.com |
| ejinks.com | nancygown.co.uk | vividress.co.za |
| finetanzanite.com | nlending.com | yabridal.com |
| formalgirldresses.com | ocflesh.com | yaninabridals.com |
| gaiatribe.com | peakjump.com | |