# EXHIBIT 1

Allure Registration Summary 20191227

| Registation | Collection(s) | Num URLs | PDF Page Number |
|---|---|---|---|
| VA 2-140-537 | Group 5 - 2013 | 213 | 2 |
| VA 2-140-544 | Group 3 - 2012 | 323 | 3 |
| VA 2-140-580 | Group 6 - 2013 | 338 | 4 |
| VA 2-140-586 | Group 11 - 2015 | 157 | 5 |
| VA 2-140-588 | Group 2 - 2011 | 400 | 6 |
| VA 2-140-591 | Group 12 - 2015 | 46 | 7 |
| VA 2-140-593 | Group 13 - 2016 | 410 | 8 |
| VA 2-140-594 | Group 4 - 2012 | 205 | 9 |
| VA 2-140-596 | Group 10 - 2015 | 158 | 10 |
| VA 2-140-601 | Group 14 - 2016 | 32 | 11 |
| VA 2-140-603 | Group 9 - 2014 | 7 | 12 |
| VA 2-140-609 | Group 16 - 2017 | 47 | 13 |
| VA 2-140-610 | Group 15 - 2016 | 124 | 14 |
| VA 2-140-644 | Group 1 - 2010 | 280 | 15 |
| VA 2-140-648 | Group 7 - 2014 | 181 | 16 |
| VA 2-140-650 | Group 8 - 2014 | 96 | 17 |

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002140537 / 2019-03-01

Application Title:    Group Registration Photos, American Clothing Express, Inc.
                         d/b/a Allure Bridals Published Group 5 Photographs 2013,
                         app. 685 photographs, first published on app. May 1,
                         2013 to October 1, 2013.

Title:                Group Registration Photos, American Clothing Express, Inc.
                         d/b/a Allure Bridals Published Group 5 Photographs 2013,
                         app. 685 photographs, first published on app. May 1,
                         2013 to October 1, 2013. [Group registration of
                         published photographs. 685 photographs.  2013-05-01 to
                         2013-10-01]

Description:          685 photographs : Electronic file (eService)

Copyright Claimant:
                      American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:     2013

Publication Begin/End Dates:
                      2013-05-01 to 2013-10-01

Nation of First Publication:
                      United States

Authorship on Application:
                      American Clothing Express, Inc. d/b/a Allure Bridals,
                         employer for hire; Domicile: United States. Authorship:
                         photographs.

Rights and Permissions:
                      Brittany Massey, American Clothing Express, Inc. d/b/a
                         Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                         38133, United States, (901) 384-2809, (901) 384-2809,
                         brittany@allurebridals.com

Copyright Note:       Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                      Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:                American Clothing Express, Inc. d/b/a Allure Bridals

============================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002140544 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 3 Photographs 2012,
                    app. 676 photographs, first published on app. May 1,
                    2012 to October 1, 2012.

Title:              Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 3 Photographs 2012,
                    app. 676 photographs, first published on app. May 1,
                    2012 to October 1, 2012. [Group registration of
                    published photographs. 676 photographs.  2012-05-01 to
                    2012-10-01]

Description:        676 photographs : Electronic file (eService)

Copyright Claimant:
                    American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:   2012

Publication Begin/End Dates:
                    2012-05-01 to 2012-10-01

Nation of First Publication:
                    United States

Authorship on Application:
                    American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States; Citizenship:
                        United States. Authorship: photographs.

Rights and Permissions:
                    Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:     Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                    Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:              American Clothing Express, Inc. d/b/a Allure Bridals

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002140580 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 6 Photographs 2013,
                      app. 635 photographs, first published on app. May 1,
                      2013 to October 1, 2013.

Title:                Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 6 Photographs 2013,
                      app. 635 photographs, first published on app. May 1,
                      2013 to October 1, 2013. [Group registration of
                      published photographs. 635 photographs.  2013-05-01 to
                      2013-10-01]

Description:          635 photographs : Electronic file (eService)

Copyright Claimant:
                      American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:     2013

Publication Begin/End Dates:
                      2013-05-01 to 2013-10-01

Nation of First Publication:
                      United States

Authorship on Application:
                      American Clothing Express, Inc. d/b/a Allure Bridals,
                         employer for hire; Domicile: United States. Authorship:
                         photographs.

Rights and Permissions:
                      Brittany Massey, American Clothing Express, Inc. d/b/a
                         Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                         38133, United States, (901) 384-2809, (901) 384-2809,
                         brittany@allurebridals.com

Copyright Note:       Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                      Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:                American Clothing Express, Inc. d/b/a Allure Bridals

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140586 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                     d/b/a Allure Bridals Published Group 11 Photographs
                     2015, app. 718 photographs, first published on app.
                     October 1, 2015.

Title:               Group Registration Photos, American Clothing Express, Inc.
                     d/b/a Allure Bridals Published Group 11 Photographs
                     2015, app. 718 photographs, first published on app.
                     October 1, 2015. [Group registration of published
                     photographs. 718 photographs.  2015-10-01 to 2015-10-01]

Description:         718 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2015

Publication Begin/End Dates:
                     2015-10-01 to 2015-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States. Authorship:
                        photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               Allure Bridals
                     American Clothing Express, Inc.

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002140588 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 2 Photographs 2011,
                      app. 547 photographs, first published on app. May 1,
                      2011 to October 1, 2011.

Title:             Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 2 Photographs 2011,
                      app. 547 photographs, first published on app. May 1,
                      2011 to October 1, 2011. [Group registration of
                      published photographs. 547 photographs.  2011-05-01 to
                      2011-10-01]

Description:       547 photographs : Electronic file (eService)

Copyright Claimant:
                   American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:  2011

Publication Begin/End Dates:
                   2011-05-01 to 2011-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   American Clothing Express, Inc. d/b/a Allure Bridals,
                      employer for hire; Domicile: United States; Citizenship:
                      United States. Authorship: photographs.

Rights and Permissions:
                   American Clothing Express, Inc. d/b/a Allure Brida, 3190
                      New Brunswick Road, Bartlett, TN, 38133, United States,
                      (901) 384-2809, (901) 384-2809,
                      brittany@allurebridals.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                   Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             Allure Bridals
                   American Clothing Express, Inc.
```

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140591 / 2019-03-01

Application Title:   Group Registration Photos, American Clothing Express, Inc.
                       d/b/a Allure Bridals Published Group 12 Photographs
                       2015, app. 692 photographs, first published on app. May
                       1, 2015 to October 1, 2015.

Title:               Group Registration Photos, American Clothing Express, Inc.
                       d/b/a Allure Bridals Published Group 12 Photographs
                       2015, app. 692 photographs, first published on app. May
                       1, 2015 to October 1, 2015. [Group registration of
                       published photographs. 692 photographs.  2015-05-01 to
                       2015-10-01]

Description:         692 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2015

Publication Begin/End Dates:
                     2015-05-01 to 2015-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                       employer for hire; Domicile: United States. Authorship:
                       photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                       Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                       38133, United States, (901) 384-2809, (901) 384-2809,
                       brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                       of titles that correspond to the individual photographs
                       included in this group.
                     Regarding group registration: A group of published
                       photographs may be registered on one application with
                       one filing fee only under limited circumstances. ALL of
                       the following are required: 1. All photographs (a) were
                       created by the same author AND (b) are owned by the same
                       copyright claimant AND (c) were published in the same
                       calendar year AND 2. The group contains 750 photographs
                       or less AND 3. A sequentially numbered list of
                       photographs containing the title, file name and month of
                       publication for each photograph included in the group
                       must be uploaded along with other required application
                       materials. The list must be submitted in an approved
                       document format such as .XLS or .PDF. The file name for
                       the numbered list must contain the title of the group
                       and the Case Number assigned to the application.

Names:               Allure Bridals
                     American Clothing Express, Inc.

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002140593 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 13 Photographs
                      2016, app. 697 photographs, first published on app. May
                      1, 2016 to October 1, 2016.

Title:             Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 13 Photographs
                      2016, app. 697 photographs, first published on app. May
                      1, 2016 to October 1, 2016. [Group registration of
                      published photographs. 697 photographs.  2016-05-01 to
                      2016-10-01]

Description:       697 photographs : electronic file.

Copyright Claimant:
                   American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:  2016

Publication Begin/End Dates:
                   2016-05-01 to 2016-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   American Clothing Express, Inc. d/b/a Allure Bridals,
                      employer for hire; Domicile: United States. Authorship:
                      photographs.

Rights and Permissions:
                   Brittany Massey, American Clothing Express, Inc. d/b/a
                      Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                      38133, United States, (901) 384-2809, (901) 384-2809,
                      brittany@allurebridals.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                   Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             American Clothing Express, Inc. d/b/a Allure Bridals

===========================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002140594 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 4 Photographs 2012,
                    app. 556 photographs, first published on app. October 1,
                    2012.

Title:              Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 4 Photographs 2012,
                    app. 556 photographs, first published on app. October 1,
                    2012. [Group registration of published photographs. 556
                    photographs.   2012-10-01 to 2012-10-01]

Description:        556 photographs : Electronic file (eService)

Copyright Claimant:
                    American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:   2012

Publication Begin/End Dates:
                    2012-10-01 to 2012-10-01

Nation of First Publication:
                    United States

Authorship on Application:
                    American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States; Citizenship:
                        United States. Authorship: photographs.

Rights and Permissions:
                    Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:     Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                    Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:              Allure Bridals
                    American Clothing Express, Inc.
```

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140596 / 2019-03-01

Application Title:   Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 10 Photographs
                        2015, app. 712 photographs, first published on app. May
                        1, 2015 to October 1, 2015.

Title:               Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 10 Photographs
                        2015, app. 712 photographs, first published on app. May
                        1, 2015 to October 1, 2015. [Group registration of
                        published photographs. 712 photographs.  2015-05-01 to
                        2015-10-01]

Description:         712 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2015

Publication Begin/End Dates:
                     2015-05-01 to 2015-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States. Authorship:
                        photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               Allure Bridals
                     American Clothing Express, Inc.

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002140601 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 14 Photographs
                      2016, app. 717 photographs, first published on app. May
                      1, 2016 to October 1, 2016.

Title:             Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 14 Photographs
                      2016, app. 717 photographs, first published on app. May
                      1, 2016 to October 1, 2016. [Group registration of
                      published photographs. 717 photographs.  2016-05-01 to
                      2016-10-01]

Description:       717 photographs : electronic file.

Copyright Claimant:
                   American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:  2016

Publication Begin/End Dates:
                   2016-05-01 to 2016-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   American Clothing Express, Inc. d/b/a Allure Bridals,
                      employer for hire; Domicile: United States. Authorship:
                      photographs.

Rights and Permissions:
                   Brittany Massey, American Clothing Express, Inc. d/b/a
                      Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                      38133, United States, (901) 384-2809, (901) 384-2809,
                      brittany@allurebridals.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                   Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             American Clothing Express, Inc. d/b/a Allure Bridals
                   Allure Bridals

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140603 / 2019-03-01

Application Title:   Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 9 Photographs 2014,
                        app. 333 photographs, first published on app. May 1,
                        2014 to October 1, 2014.

Title:               Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 9 Photographs 2014,
                        app. 333 photographs, first published on app. May 1,
                        2014 to October 1, 2014. [Group registration of
                        published photographs. 333 photographs.  2014-05-01 to
                        2014-10-01]

Description:         333 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2014

Publication Begin/End Dates:
                     2014-05-01 to 2014-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States. Authorship:
                        photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               Allure Bridals
                     American Clothing Express, Inc.

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002140609 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 16 Photographs
                      2016, app. 541 photographs, first published on app. May
                      1, 2016.

Title:             Group Registration Photos, American Clothing Express, Inc.
                      d/b/a Allure Bridals Published Group 16 Photographs
                      2016, app. 541 photographs, first published on app. May
                      1, 2016. [Group registration of published photographs.
                      541 photographs.  2016-05-01 to 2016-05-01]

Description:       541 photographs : electronic file.

Copyright Claimant:
                   American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:  2016

Publication Begin/End Dates:
                   2016-05-01 to 2016-05-01

Nation of First Publication:
                   United States

Authorship on Application:
                   American Clothing Express, Inc. d/b/a Allure Bridals,
                      employer for hire; Domicile: United States. Authorship:
                      photographs.

Rights and Permissions:
                   Brittany Massey, American Clothing Express, Inc. d/b/a
                      Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                      38133, United States, (901) 384-2809, (901) 384-2809,
                      brittany@allurebridals.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                   Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             Allure Bridals
                   American Clothing Express, Inc. d/b/a Allure Bridals
```

===============================================================================

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002140610 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 15 Photographs
                    2016, app. 265 photographs, first published on app. May
                    1, 2016 to October 1, 2016.

Title:              Group Registration Photos, American Clothing Express, Inc.
                    d/b/a Allure Bridals Published Group 15 Photographs
                    2016, app. 265 photographs, first published on app. May
                    1, 2016 to October 1, 2016. [Group registration of
                    published photographs. 265 photographs.  2016-05-01 to
                    2016-10-01]

Description:        265 photographs : electronic file.

Copyright Claimant:
                    American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:   2016

Publication Begin/End Dates:
                    2016-05-01 to 2016-10-01

Nation of First Publication:
                    United States

Authorship on Application:
                    American Clothing Express, Inc. d/b/a Allure Bridals,
                       employer for hire; Domicile: United States. Authorship:
                       photographs.

Rights and Permissions:
                    Brittany Massey, American Clothing Express, Inc. d/b/a
                       Allure Bridals, 3190 New Brunswick Road, Bartlett, TN,
                       38133, United States, (901) 384-2809, (901) 384-2809,
                       brittany@allurebridals.com

Copyright Note:     Regarding title information: Deposit contains complete list
                       of titles that correspond to the individual photographs
                       included in this group.
                    Regarding group registration: A group of published
                       photographs may be registered on one application with
                       one filing fee only under limited circumstances. ALL of
                       the following are required: 1. All photographs (a) were
                       created by the same author AND (b) are owned by the same
                       copyright claimant AND (c) were published in the same
                       calendar year AND 2. The group contains 750 photographs
                       or less AND 3. A sequentially numbered list of
                       photographs containing the title, file name and month of
                       publication for each photograph included in the group
                       must be uploaded along with other required application
                       materials. The list must be submitted in an approved
                       document format such as .XLS or .PDF. The file name for
                       the numbered list must contain the title of the group
                       and the Case Number assigned to the application.

Names:              Allure Bridals
                    American Clothing Express, Inc. d/b/a Allure Bridals
```

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140644 / 2019-03-01

Application Title: Group Registration Photos, American Clothing Express, Inc.
                     d/b/a Allure Bridals Published Group 1 Photographs 2010,
                     app. 657 photographs, first published on app. October 1,
                     2010.

Title:               Group Registration Photos, American Clothing Express, Inc.
                     d/b/a Allure Bridals Published Group 1 Photographs 2010,
                     app. 657 photographs, first published on app. October 1,
                     2010. [Group registration of published photographs. 657
                     photographs.  2010-10-01 to 2010-10-01]

Description:         657 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2010

Publication Begin/End Dates:
                     2010-10-01 to 2010-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States; Citizenship:
                        United States. Authorship: photographs.

Rights and Permissions:
                     American Clothing Express, Inc. d/b/a Allure Brida, 3190
                        New Brunswick Road, Bartlett, TN, 38133, United States,
                        (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               American Clothing Express, Inc. d/b/a Allure Bridals
```

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140648 / 2019-03-01

Application Title:   Group Registration Photos, American Clothing Express, Inc.
                         d/b/a Allure Bridals Published Group 7 Photographs 2014,
                         app. 717 photographs, first published on app. May 1,
                         2014 to October 1, 2014.

Title:               Group Registration Photos, American Clothing Express, Inc.
                         d/b/a Allure Bridals Published Group 7 Photographs 2014,
                         app. 717 photographs, first published on app. May 1,
                         2014 to October 1, 2014. [Group registration of
                         published photographs. 717 photographs.  2014-05-01 to
                         2014-10-01]

Description:         717 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2014

Publication Begin/End Dates:
                     2014-05-01 to 2014-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                         employer for hire; Domicile: United States. Authorship:
                         photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                         Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                         38133, United States, (901) 384-2809, (901) 384-2809,
                         brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                     Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:               American Clothing Express, Inc. d/b/a Allure Bridals

==============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002140650 / 2019-03-01

Application Title:   Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 8 Photographs 2014,
                        app. 680 photographs, first published on app. May 1,
                        2014 to October 1, 2014.

Title:               Group Registration Photos, American Clothing Express, Inc.
                        d/b/a Allure Bridals Published Group 8 Photographs 2014,
                        app. 680 photographs, first published on app. May 1,
                        2014 to October 1, 2014. [Group registration of
                        published photographs. 680 photographs.  2014-05-01 to
                        2014-10-01]

Description:         680 photographs : Electronic file (eService)

Copyright Claimant:
                     American Clothing Express, Inc. d/b/a Allure Bridals.

Date of Creation:    2014

Publication Begin/End Dates:
                     2014-05-01 to 2014-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     American Clothing Express, Inc. d/b/a Allure Bridals,
                        employer for hire; Domicile: United States. Authorship:
                        photographs.

Rights and Permissions:
                     Brittany Massey, American Clothing Express, Inc. d/b/a
                        Allure Brida, 3190 New Brunswick Road, Bartlett, TN,
                        38133, United States, (901) 384-2809, (901) 384-2809,
                        brittany@allurebridals.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               American Clothing Express, Inc. d/b/a Allure Bridals

==============================================================================
```