# EXHIBIT 2

Justin Alexander Registration Summary 20191227

| Registration | Simplified Collection(s) | Num URLs | PDF Page Number |
|---|---|---|---|
| VA 1-936-316 | All 2014 | 649 | 1 |
| VA 2-024-559 | All 2015 | 181 | 2 |
| VA 2-024-560 | All PR16/SP16 | 121 | 3 |
| VA 2-024-562 | All SS17/FW16 | 348 | 4 |
| VA 2-057-530 | JAB/LW SS18 | 17 | 5 |
| VA 2-058-796 | SIN SS18 | 23 | 6 |
| VA 2-063-587 | JAS SS18 | 9 | 7 |
| VA 2-069-140 | Reshot in Greece (2017-2018~) | 29 | 8 |
| VA 2-076-502 | JAB FW18 | 29 | 9 |
| VA 2-076-503 | JAS/LW FW18 | 45 | 10 |
| VA 2-076-521 | JAB SS19 | 29 | 11 |
| VA 2-076-523 | SIN/SWG FW18 | 68 | 12 |
| VA 2-104-959 | JAS SS19 Runway | 11 | 13 |
| VA 2-104-984 | JAS SS19 | 8 | 14 |
| VA 2-110-816 | SDE SP09 | 2 | 15 |
| VA 2-110-818 | SDE SP11 | 5 | 16 |
| VA 2-110-821 | SDE SP12 | 5 | 17 |
| VA 2-113-464 | LW SS19 | 26 | 18 |
| VA 2-126-617 | JAS FW19 | 1 | 19 |
| VA 2-129-397 | JAB FW19 | 2 | 20 |
| VA 2-174-242 | JAR/SIN FA12/PR13 | 136 | 21 |
| VA 2-174-263 | JAR/JAS SP12 | 139 | 22 |
| VA 2-174-264 | SIN/SIP/SWH SP12 | 198 | 23 |
| VA 2-174-265 | JAR/JAS/SIN/SIP/SWH SP13 | 415 | 24 |
| VA 2-175-213 | SWG/SWH/SIN FW17 | 32 | 25 |
| VA 2-175-220 | JAB/JAR FW17 | 13 | 26 |
| VA 2-175-221 | LW/JAS/ACC FW17 | 21 | 27 |
| VA 2-178-897 | SWG SS18 | 20 | 28 |
| VA 2-179-038 | SIN SS19 | 31 | 29 |

Case 2:20-cv-02007-SHM-dkv    Document 1-3    Filed 01/06/20    Page 3 of 31    PageID 60

```
Type of Work:          Visual Material

Registration Number / Date:
                       VA0001936316 / 2013-09-20

Application Title: Justin Alexander Preview 2014, Spring 2014 campaign images.

Title:                 Justin Alexander Preview 2014, Spring 2014 campaign images.

Description:           Electronic.

Copyright Claimant:
                       Justin Alexander Bridal.

Date of Creation:  2013

Date of Publication:
                       2013-05-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Justin Alexander Bridal, employer for hire; Domicile:
                          United States; Citizenship: United States. Authorship:
                          photograph(s)

Rights and Permissions:
                       Justin Alexander Bridal, 45 US Highway 46, Unit 607,
                          Pinebrook, NJ, 07058, United States

Copyright Note:    C.O. correspondence.

Names:                 Justin Alexander Bridal

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002024559 / 2016-05-19

Application Title: Group Registration Photos, Justin Alexander, Inc. 2015
                     campaign images, published May 1, 2014; 1407 photos.

Title:               Group Registration Photos, Justin Alexander, Inc. 2015
                     campaign images, published May 1, 2014; 1407 photos.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2014

Date of Publication:
                     2014-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                       employer for hire; Citizenship: United States.
                       Authorship: photograph.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                       Unit 607, Pinebrook, NJ, 07058, United States, (845)
                       369-6631 x115, justin@justinalexander.com

Copyright Note:    C.O. correspondence.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.

================================================================================
```

Case 2:20-cv-02007-SHM-dkv   Document 1-3   Filed 01/06/20   Page 5 of 31   PageID 62

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002024560 / 2016-05-19

Application Title: Group Registration Photos, Justin Alexander, Inc. 2016
                     campaign images, published May 1, 2015; 1535 photos.

Title:               Group Registration Photos, Justin Alexander, Inc. 2016
                     campaign images, published May 1, 2015; 1535 photos.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2015

Date of Publication:
                     2015-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                       employer for hire; Citizenship: United States.
                     Authorship: photograph.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                       Unit 607, Pinebrook, NJ, 07058, United States, (845)
                       369-6631 x115, justin@justinalexander.com

Copyright Note:    C.O. correspondence.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.
```

===============================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002024562 / 2016-05-19

Application Title: Group Registration Photos, Justin Alexander, Inc. 2017
                     campaign images, published May 1, 2016; 1573 photos.

Title:               Group Registration Photos, Justin Alexander, Inc. 2017
                     campaign images, published May 1, 2016; 1573 photos.

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2016

Date of Publication:
                     2016-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                       employer for hire; Citizenship: United States.
                     Authorship: photograph.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                       Unit 607, Pinebrook, NJ, 07058, United States, (845)
                       369-6631 x115, justin@justinalexander.com

Copyright Note:    C.O. correspondence.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002057530 / 2017-07-14

Application Title: Group Registration Photos, Justin Alexander, Inc. 2018
                     Campaign images (PB), published July 14, 2017; 75
                     photos.

Title:               Group Registration Photos, Justin Alexander, Inc. 2018
                     Campaign images (PB), published July 14, 2017; 75
                     photos.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                     2017-07-14

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Paul Bellaart,
                         employer for hire; Domicile: United States; Citizenship:
                         United States. Authorship: photograph, Justin Alexander
                         and Lillian West 2018 campaign images.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                         Unit 607, Pinebrook, NJ, 07058, United States, (845)
                         369-6631 x115, justin@justinalexander.com

Names:               Justin Alexander, Inc., employer for hire of Paul Bellaart
                     Justin Alexander, Inc.
```

===============================================================================

```
Type of Work:          Visual Material

Registration Number / Date:
                       VA0002058796 / 2017-07-20

Application Title: Group Registration Photos, Justin Alexander, Inc. 2018
                       Campaign images (ES), published July 20, 2017; 256
                       photos.

Title:                 Group Registration Photos, Justin Alexander, Inc. 2018
                       Campaign images (ES), published July 20, 2017; 256
                       photos.

Description:           Electronic file (eService)

Copyright Claimant:
                       Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                       2017-07-20

Nation of First Publication:
                       United States

Authorship on Application:
                       Justin Alexander, Inc., employer for hire of Emily Soto,
                           employer for hire; Domicile: United States; Citizenship:
                           United States. Authorship: photograph, Sincerity 2018
                           campaign images.

Rights and Permissions:
                       Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                           Unit 607, Pinebrook, NJ, 07058, United States, (845)
                           369-6631 x115, justin@justinalexander.com

Names:                 Justin Alexander, Inc., employer for hire of Emily Soto
                       Justin Alexander, Inc.
```

===============================================================================

```
Type of Work:           Visual Material

Registration Number / Date:
                        VA0002063587 / 2017-08-18

Application Title: Group Registration Photos, Justin Alexander, Inc. 2018
                        Campaign images (ES), published August 11, 2017; 43
                        photos.

Title:                  Group Registration Photos, Justin Alexander, Inc. 2018
                        Campaign images (ES), published August 11, 2017; 43
                        photos.

Description:            Electronic file (eService)

Copyright Claimant:
                        Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                        2017-08-11

Nation of First Publication:
                        United States

Authorship on Application:
                        Justin Alexander, Inc., Employer for Hire of Emily Soto,
                            employer for hire; Domicile: United States; Citizenship:
                            United States. Authorship: photograph.

Rights and Permissions:
                        Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                            Unit 607, Pinebrook, NJ, 07058, United States, (845)
                            369-6631 x115, justin@justinalexander.com

Names:                  Justin Alexander, Inc., Employer for Hire of Emily Soto
                        Justin Alexander, Inc.


================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002069140 / 2017-07-14

Application Title: Group Registration Photos, Justin Alexander, Inc. 2018
                     Campaign images (ML), published July 14, 2017; 173
                     photos.

Title:               justin-alexander-2018-campaign_ml_photos-1-to-173.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                     2017-07-14

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc.., employer for hire of Mara
                     Lazaridou; Citizenship: United States. Authorship:
                     photograph.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                     Unit 607, Pinebrook, NJ, 07058, United States, (845)
                     369-6631 x115, justin@justinalexander.com

Copyright Note:    C.O. correspondence.

Names:               Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002076502 / 2017-11-21

Application Title:   Group Registration Photos, Justin Alexander, Inc. FW18
                     (Fall/Winter 2018) ML campaign images, published
                     November 1, 2017; 157 photos.

Title:               Group Registration Photos, Justin Alexander, Inc. FW18
                     (Fall/Winter 2018) ML campaign images, published
                     November 1, 2017; 157 photos.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:    2017

Date of Publication:
                     2017-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Mara
                     Lazaridou, employer for hire; Domicile: United States;
                     Citizenship: United States. Authorship: photograph,
                     Justin Alexander FW17 campaign images.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                     Unit 607, Pinebrook, NJ, 07058, United States, (845)
                     369-6631 x115, justin@justinalexander.com

Names:               Justin Alexander, Inc., employer for hire of Mara Lazaridou
                     Justin Alexander, Inc.


===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002076503 / 2017-11-21

Application Title: Group Registration Photos, Justin Alexander, Inc. FW18
                      (Fall/Winter 2018) ES campaign images, published
                      November 1, 2017; 230 photos.

Title:                Group Registration Photos, Justin Alexander, Inc. FW18
                      (Fall/Winter 2018) ES campaign images, published
                      November 1, 2017; 230 photos.

Description:          Electronic file (eService)

Copyright Claimant:
                      Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                      2017-11-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Justin Alexander, Inc., employer for hire of Emily Soto,
                      employer for hire; Domicile: United States; Citizenship:
                      United States. Authorship: photograph, Justin Alexander
                      FW17 campaign images.

Rights and Permissions:
                      Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                      Unit 607, Pinebrook, NJ, 07058, United States, (845)
                      369-6631 x115, justin@justinalexander.com

Names:                Justin Alexander, Inc., employer for hire of Emily Soto
                      Justin Alexander, Inc.


===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002104521 / 2018-05-30

Application Title:    Group Registration Photos, Justin Alexander SS19
                      (Spring/Summer 2019) ML campaign images, published March
                      18, 2018; 173 photos

Title:                Group Registration Photos, Justin Alexander SS19
                      (Spring/Summer 2019) ML campaign images, published March
                      18, 2018; 173 photos. [Group registration of published
                      photographs. 173 photographs.  2018-03-18 to 2018-03-18]

Description:          173 photographs : Electronic file (eService)

Copyright Claimant:
                      Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                      2018-03-18 to 2018-03-18

Nation of First Publication:
                      United States

Authorship on Application:
                      Justin Alexander, Inc., employer for hire of Mara
                      Lazaridou, employer for hire; Citizenship: United
                      States. Authorship: photographs.

Rights and Permissions:
                      Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                      Unit 607, Pinebrook, NJ, 07058, United States, (845)
                      369-6631 x115, justin@justinalexander.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                      Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             Justin Alexander, Inc., employer for hire of Mara Lazaridou
                      Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002076523 / 2017-11-21

Application Title: Group Registration Photos, Justin Alexander, Inc. FW18
                     (Fall/Winter 2018) JM campaign images, published
                     November 1, 2017; 378 photos.

Title:               Group Registration Photos, Justin Alexander, Inc. FW18
                     (Fall/Winter 2018) JM campaign images, published
                     November 1, 2017; 378 photos.

Description:         Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Date of Publication:
                     2017-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Domicile: United States; Citizenship:
                     United States. Authorship: photograph, Justin Alexander
                     FW17 campaign images.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                     Unit 607, Pinebrook, NJ, 07058, United States, (845)
                     369-6631 x115, justin@justinalexander.com

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.


===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002104959 / 2018-05-29

Application Title: Group Registration Photos, Justin Alexander Signature SS19
                   runway DL images, published April 13, 2018; 223 photos

Title:                Group Registration Photos, Justin Alexander Signature SS19
                      runway DL images, published April 13, 2018; 223 photos.
                      [Group registration of published photographs. 223
                      photographs.  2018-04-13 to 2018-04-13]

Description:          223 photographs : Electronic file (eService)

Copyright Claimant:
                      Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                      2018-04-13 to 2018-04-13

Nation of First Publication:
                      United States

Authorship on Application:
                      Justin Alexander, Inc., employer for hire of Dan Lecca,
                         employer for hire; Citizenship: United States.
                         Authorship: photographs.

Rights and Permissions:
                      Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                         Unit 607, Pinebrook, NJ, 07058, United States, (845)
                         369-6631 x115, justin@justinalexander.com

Copyright Note:       Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                      Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:                Justin Alexander, Inc., employer for hire of Dan Lecca
                      Justin Alexander, Inc.


===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002104984 / 2018-05-29

Application Title: Group Registration Photos, Justin Alexander Signature SS19
                   lookbook HP images, published April 9, 2018; 89 photos

Title:               Group Registration Photos, Justin Alexander Signature SS19
                     lookbook HP images, published April 9, 2018; 89 photos.
                     [Group registration of published photographs. 89
                     photographs.  2018-04-09 to 2018-04-09]

Description:         89 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                     2018-04-09 to 2018-04-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander Inc., employer for hire of Holly Parker,
                         employer for hire; Domicile: United States; Citizenship:
                         United States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                         Unit 607, Pinebrook, NJ, 07058, United States, (845)
                         369-6631 x115, justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                     Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:               Justin Alexander Inc., employer for hire of Holly Parker
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002110816 / 2018-07-10

Application Title: Group Registration Photos, Sarah Danielle Spring 2009
                   campaign PA images, published May 29, 2008; 97 photos

Title:               Group Registration Photos, Sarah Danielle Spring 2009
                     campaign PA images, published May 29, 2008; 97 photos.
                     [Group registration of published photographs. 97
                     photographs.  2008-05-29 to 2008-05-29]

Description:         97 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2008

Publication Begin/End Dates:
                     2008-05-29 to 2008-05-29

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Paul Audia,
                        employer for hire; Domicile: United States; Citizenship:
                        United States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                        Unit 607, Pinebrook, NJ, 07058, United States, (845)
                        369-6631, justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Paul Audia
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002110818 / 2018-07-10

Application Title:  Group Registration Photos, Sarah Danielle Spring 2011
                     campaign PA images, published April 27, 2010; 253 photos

Title:               Group Registration Photos, Sarah Danielle Spring 2011
                     campaign PA images, published April 27, 2010; 253
                     photos. [Group registration of published photographs.
                     253 photographs.  2010-04-27 to 2010-04-27]

Description:         253 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2010

Publication Begin/End Dates:
                     2010-04-27 to 2010-04-27

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Paul Audia,
                         employer for hire; Domicile: United States; Citizenship:
                         United States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                         Unit 607, Pinebrook, NJ, 07058, United States, (845)
                         369-6631, justin@justinalexander.com

Copyright Note:     Regarding title information: Deposit contains complete list
                         of titles that correspond to the individual photographs
                         included in this group.
                     Regarding group registration: A group of published
                         photographs may be registered on one application with
                         one filing fee only under limited circumstances. ALL of
                         the following are required: 1. All photographs (a) were
                         created by the same author AND (b) are owned by the same
                         copyright claimant AND (c) were published in the same
                         calendar year AND 2. The group contains 750 photographs
                         or less AND 3. A sequentially numbered list of
                         photographs containing the title, file name and month of
                         publication for each photograph included in the group
                         must be uploaded along with other required application
                         materials. The list must be submitted in an approved
                         document format such as .XLS or .PDF. The file name for
                         the numbered list must contain the title of the group
                         and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Paul Audia
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002110821 / 2018-07-10

Application Title: Group Registration Photos, Sarah Danielle Spring 2012
                     campaign JM images, published October 1, 2011; 265
                     photos

Title:               Group Registration Photos, Sarah Danielle Spring 2012
                     campaign JM images, published October 1, 2011; 265
                     photos. [Group registration of published photographs.
                     265 photographs.  2011-10-01 to 2011-10-01]

Description:         265 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2011

Publication Begin/End Dates:
                     2011-10-01 to 2011-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Domicile: United States; Citizenship:
                     United States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                     Unit 607, Pinebrook, NJ, 07058, United States, (845)
                     369-6631, justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.
```

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002113464 / 2018-07-19

Application Title:   Group Registration Photos, Lillian West SS19 (Spring/Summer
                     2019) ES campaign images, published March 19, 2018; 133
                     photos

Title:               Group Registration Photos, Lillian West SS19 (Spring/Summer
                     2019) ES campaign images, published March 19, 2018; 133
                     photos. [Group registration of published photographs.
                     133 photographs.  2018-03-19 to 2018-03-19]

Description:         133 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                     2018-03-19 to 2018-03-19

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Emily Soto,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 45 US Highway 46,
                     Unit 607, Pinebrook, NJ, 07058, United States, (845)
                     369-6631, justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Emily Soto
                     Justin Alexander, Inc.

===============================================================================
```

```
Type of Work:          Visual Material

Registration Number / Date:
                       VA0002126617 / 2018-10-25

Application Title: Group Registration Photos, Justin Alexander Signature FW19
                   VF images, published October 2, 2018, 146 photos

Title:                 Group Registration Photos, Justin Alexander Signature FW19
                       VF images, published October 2, 2018, 146 photos. [Group
                       registration of published photographs. 146 photographs.
                       2018-10-02 to 2018-10-02]

Description:           146 photographs : Electronic file (eService)

Copyright Claimant:
                       Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                       2018-10-02 to 2018-10-02

Nation of First Publication:
                       United States

Authorship on Application:
                       Justin Alexander, Inc., employer for hire of Viki Forshee,
                           employer for hire; Citizenship: United States.
                           Authorship: photographs.

Rights and Permissions:
                       Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                           Springfield, NJ, 07081, United States, (845) 369-6631,
                           justin@justinalexander.com

Copyright Note:        Regarding title information: Deposit contains complete list
                           of titles that correspond to the individual photographs
                           included in this group.
                       Regarding group registration: A group of published
                           photographs may be registered on one application with
                           one filing fee only under limited circumstances. ALL of
                           the following are required: 1. All photographs (a) were
                           created by the same author AND (b) are owned by the same
                           copyright claimant AND (c) were published in the same
                           calendar year AND 2. The group contains 750 photographs
                           or less AND 3. A sequentially numbered list of
                           photographs containing the title, file name and month of
                           publication for each photograph included in the group
                           must be uploaded along with other required application
                           materials. The list must be submitted in an approved
                           document format such as .XLS or .PDF. The file name for
                           the numbered list must contain the title of the group
                           and the Case Number assigned to the application.

Names:                 Justin Alexander, Inc., employer for hire of Viki Forshee
                       Justin Alexander, Inc.

===============================================================================
```

Type of Work:        Visual Material

Registration Number / Date:
                     VA0002129397 / 2018-11-28

Application Title: Group Registration Photos, Justin Alexander FW19 Lookbook
                   ML images, published October 30, 2018; 235 photos

Title:               Group Registration Photos, Justin Alexander FW19 Lookbook
                     ML images, published October 30, 2018; 235 photos.
                     [Group registration of published photographs. 235
                     photographs.  2018-10-30 to 2018-10-30]

Description:         235 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                     2018-10-30 to 2018-10-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Mara
                     Lazaridou, employer for hire; Citizenship: United
                     States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:    Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.
                     Basis for Registration: Registration extends only to
                     corresponding photographs in deposit and photograph
                     title list.

Names:               Justin Alexander, Inc., employer for hire of Mara Lazaridou
                     Justin Alexander, Inc.

===============================================================================

Type of Work:        Visual Material

Registration Number / Date:
                     VA0002174242 / 2019-10-18

Application Title: Group Registration Photos, Justin Alexander PR13 JM images,
                     published January 3, 2012; 232 photos.

Title:               Group Registration Photos, Justin Alexander PR13 JM images,
                     published January 3, 2012; 232 photos. [Group
                     registration of published photographs. 232 photographs.
                     2012-01-03 to 2012-01-03]

Description:         232 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2012

Publication Begin/End Dates:
                     2012-01-03 to 2012-01-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Warshaw, pseud. of Justin Alexander, Inc., employer
                     for hire of Jason Masters, employer for hire;
                     Citizenship: United States. Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Warshaw, pseud.
                     Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.

===============================================================================

Case 2:20-cv-02007-SHM-dkv    Document 1-3   Filed 01/06/20   Page 24 of 31    PageID 81

Type of Work:        Visual Material

Registration Number / Date:
                     VA0002174263 / 2019-10-18

Application Title: Group Registration Photos, Justin Alexander SP12 PDG
                   images, published October 28, 2011; 128 photos.

Title:               Group Registration Photos, Justin Alexander SP12 PDG
                     images, published October 28, 2011; 128 photos. [Group
                     registration of published photographs. 128 photographs.
                     2011-10-28 to 2011-10-28]

Description:         128 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2011

Publication Begin/End Dates:
                     2011-10-28 to 2011-10-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Paul de
                     Graaff, employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc.
                     Justin Alexander, Inc.

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002174264 / 2019-10-18

Application Title: Group Registration Photos, Justin Alexander SP12 JM images,
                     published October 28, 2011; 456 photos.

Title:               Group Registration Photos, Justin Alexander SP12 JM images,
                     published October 28, 2011; 456 photos. [Group
                     registration of published photographs. 456 photographs.
                     2011-10-28 to 2011-10-28]

Description:         456 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2011

Publication Begin/End Dates:
                     2011-10-28 to 2011-10-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc.
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002174265 / 2019-10-18

Application Title: Group Registration Photos, Justin Alexander SP13 JM images,
                   published May 31, 2012; 700 photos.

Title:               Group Registration Photos, Justin Alexander SP13 JM images,
                     published May 31, 2012; 700 photos. [Group registration
                     of published photographs. 700 photographs.  2012-05-31
                     to 2012-05-31]

Description:         700 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2012

Publication Begin/End Dates:
                     2012-05-31 to 2012-05-31

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc.
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002175213 / 2019-10-24

Application Title: Group Registration Photos, Justin Alexander FW17 JM images,
                     published May 1, 2017; 385 photos.

Title:               Group Registration Photos, Justin Alexander FW17 JM images,
                     published May 1, 2017; 385 photos. [Group registration
                     of published photographs. 385 photographs.  2017-05-01
                     to 2017-05-01]

Description:         385 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Publication Begin/End Dates:
                     2017-05-01 to 2017-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002175220 / 2019-10-24

Application Title: Group Registration Photos, Justin Alexander FW17 GH images,
                     published May 1, 2017; 170 photos.

Title:               Group Registration Photos, Justin Alexander FW17 GH images,
                     published May 1, 2017; 170 photos. [Group registration
                     of published photographs. 170 photographs.  2017-05-01
                     to 2017-05-01]

Description:         170 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Publication Begin/End Dates:
                     2017-05-01 to 2017-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Grayson
                     Hoffman, employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:    Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Grayson
                     Hoffman
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002175221 / 2019-10-24

Application Title: Group Registration Photos, Justin Alexander FW17 ES images,
                     published May 1, 2017; 249 photos.

Title:               Group Registration Photos, Justin Alexander FW17 ES images,
                     published May 1, 2017; 249 photos. [Group registration
                     of published photographs. 249 photographs.  2017-05-01
                     to 2017-05-01]

Description:         249 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2017

Publication Begin/End Dates:
                     2017-05-01 to 2017-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Emily Soto,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Emily Soto
                     Justin Alexander, Inc.

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002178897 / 2019-11-22

Application Title: Group Registration Photos, Sweetheart Gowns SS18 JM images,
                   published May 1, 2017; 159 photos.

Title:                Group Registration Photos, Sweetheart Gowns SS18 JM images,
                      published May 1, 2017; 159 photos. [Group registration
                      of published photographs. 159 photographs.  2017-05-01
                      to 2017-05-01]

Description:          159 photographs : Electronic file (eService)

Copyright Claimant:
                      Justin Alexander, Inc.

Date of Creation:  2017

Publication Begin/End Dates:
                      2017-05-01 to 2017-05-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Justin Alexander, Inc., employer for hire of Jason Masters,
                      employer for hire; Citizenship: United States.
                      Authorship: photographs.

Rights and Permissions:
                      Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                      Springfield, NJ, 07081, United States, (845) 369-6631,
                      justin@justinalexander.com

Copyright Note:       Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                      Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:                Justin Alexander, Inc., employer for hire of Jason Masters
                      Justin Alexander, Inc.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002179038 / 2019-11-22

Application Title: Group Registration Photos, Sincerity SS19 JM images,
                     published March 8, 2018; 177 photos.

Title:               Group Registration Photos, Sincerity SS19 JM images,
                     published March 8, 2018; 177 photos. [Group registration
                     of published photographs. 177 photographs.  2018-03-08
                     to 2018-03-08]

Description:         177 photographs : Electronic file (eService)

Copyright Claimant:
                     Justin Alexander, Inc.

Date of Creation:  2018

Publication Begin/End Dates:
                     2018-03-08 to 2018-03-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Justin Alexander, Inc., employer for hire of Jason Masters,
                     employer for hire; Citizenship: United States.
                     Authorship: photographs.

Rights and Permissions:
                     Justin Warshaw, Justin Alexander, Inc., 11 Edison Place,
                     Springfield, NJ, 07081, United States, (845) 369-6631,
                     justin@justinalexander.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Justin Alexander, Inc., employer for hire of Jason Masters
                     Justin Alexander, Inc.

===============================================================================
```