# EXHIBIT 3

**EXHIBIT 3**
**Domain Statistics**

|    | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Domain | Num Clients | Clients | Num Justin DMCAs | Num Justin Distinct URLs | Num Allure DMCAs | Num Allure Distinct URLs | Num Combined DMCAs | Num Combined Distinct URLs |
| 2 | ailsabridal.com | 1 | Justin | 8 | 4 | 0 | 0 | 8 | 4 |
| 3 | alinagowns.com | 1 | Justin | 70 | 35 | 0 | 0 | 70 | 35 |
| 4 | allgown.com | 1 | Justin | 4 | 4 | 0 | 0 | 4 | 4 |
| 5 | amrig.com | 2 | Allure, Justin | 78 | 75 | 4 | 4 | 82 | 79 |
| 6 | angelamall.com.au | 2 | Allure, Justin | 6 | 6 | 24 | 21 | 30 | 27 |
| 7 | attireify.co.uk | 2 | Allure, Justin | 113 | 113 | 169 | 169 | 282 | 282 |
| 8 | balklanningaronline.net | 2 | Allure, Justin | 76 | 39 | 11 | 11 | 87 | 50 |
| 9 | bidbel.com | 2 | Allure, Justin | 1 | 1 | 294 | 270 | 295 | 271 |
| 10 | bitsequestrianoutlet.com | 1 | Justin | 20 | 10 | 0 | 0 | 20 | 10 |
| 11 | bride2bride.co.uk | 2 | Allure, Justin | 41 | 27 | 11 | 11 | 52 | 38 |
| 12 | ca-dresses.com | 2 | Allure, Justin | 108 | 54 | 96 | 48 | 204 | 102 |
| 13 | ca-weddingdress.com | 2 | Allure, Justin | 2 | 1 | 1 | 1 | 3 | 2 |
| 14 | caekee.com | 1 | Justin | 8 | 4 | 0 | 0 | 8 | 4 |
| 15 | caekeedress.com | 1 | Justin | 6 | 6 | 0 | 0 | 6 | 6 |
| 16 | carismabridals.com | 2 | Allure, Justin | 90 | 89 | 118 | 116 | 208 | 205 |
| 17 | ccdress.com | 2 | Allure, Justin | 3 | 3 | 35 | 32 | 38 | 35 |
| 18 | chadlewisbailbonding.com | 1 | Justin | 22 | 22 | 0 | 0 | 22 | 22 |
| 19 | cmdresses.co.nz | 2 | Allure, Justin | 10 | 9 | 75 | 56 | 85 | 65 |
| 20 | dallasbridals.com | 2 | Allure, Justin | 63 | 63 | 255 | 235 | 318 | 298 |
| 21 | davidsdress.com | 1 | Justin | 479 | 479 | 0 | 0 | 479 | 479 |
| 22 | dinksink.com | 1 | Justin | 10 | 10 | 0 | 0 | 10 | 10 |
| 23 | dreamqueen.es | 2 | Allure, Justin | 1 | 1 | 13 | 12 | 14 | 13 |
| 24 | dreamqueen.se | 2 | Allure, Justin | 3 | 3 | 25 | 21 | 28 | 24 |
| 25 | dressesdo.co.uk | 1 | Justin | 256 | 128 | 0 | 0 | 256 | 128 |
| 26 | dressesfirms.co.uk | 2 | Allure, Justin | 88 | 44 | 308 | 154 | 396 | 198 |
| 27 | dresseshop.co.uk | 2 | Allure, Justin | 166 | 83 | 25 | 25 | 191 | 108 |
| 28 | dressywell.co.za | 1 | Allure | 0 | 0 | 4 | 4 | 4 | 4 |
| 29 | echfwp.com | 1 | Justin | 123 | 111 | 0 | 0 | 123 | 111 |
| 30 | efuhrer.com | 1 | Justin | 12 | 12 | 0 | 0 | 12 | 12 |
| 31 | ejinks.com | 1 | Justin | 80 | 70 | 0 | 0 | 80 | 70 |
| 32 | finetanzanite.com | 2 | Allure, Justin | 12 | 12 | 3 | 3 | 15 | 15 |
| 33 | formalgirldresses.com | 1 | Allure | 0 | 0 | 34 | 34 | 34 | 34 |
| 34 | gaiatribe.com | 1 | Justin | 76 | 71 | 0 | 0 | 76 | 71 |
| 35 | givemenotes.com | 1 | Justin | 4 | 4 | 0 | 0 | 4 | 4 |
| 36 | glamchase.com | 2 | Allure, Justin | 6 | 6 | 2 | 2 | 8 | 8 |
| 37 | gsashopper.com | 2 | Allure, Justin | 18 | 17 | 3 | 3 | 21 | 20 |
| 38 | herdress.co.uk | 2 | Allure, Justin | 22 | 11 | 97 | 49 | 119 | 60 |
| 39 | hodressau.com | 1 | Justin | 34 | 17 | 0 | 0 | 34 | 17 |
| 40 | hoochymamas.com | 2 | Allure, Justin | 104 | 86 | 1 | 1 | 105 | 87 |
| 41 | huntingwisconsin.com | 2 | Allure, Justin | 17 | 17 | 6 | 6 | 23 | 23 |
| 42 | icdatasheets.com | 2 | Allure, Justin | 13 | 13 | 5 | 5 | 18 | 18 |
| 43 | ioriimages.com | 2 | Allure, Justin | 20 | 20 | 5 | 5 | 25 | 25 |
| 44 | izidresssale.com | 2 | Allure, Justin | 26 | 13 | 28 | 14 | 54 | 27 |
| 45 | jdbridalss.com | 2 | Allure, Justin | 84 | 42 | 383 | 173 | 467 | 215 |
| 46 | jodress.ca | 1 | Justin | 6 | 6 | 0 | 0 | 6 | 6 |
| 47 | khmercentre.com | 2 | Allure, Justin | 17 | 17 | 4 | 4 | 21 | 21 |

**EXHIBIT 3**
**Domain Statistics**

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1 | Domain | Num Clients | Clients | Num Justin DMCAs | Num Justin Distinct URLs | Num Allure DMCAs | Num Allure Distinct URLs | Num Combined DMCAs | Num Combined Distinct URLs |
| 48 | leandrabridals.com | 2 | Allure, Justin | 3 | 3 | 4 | 4 | 7 | 7 |
| 49 | lightindress.com | 2 | Allure, Justin | 12 | 12 | 23 | 20 | 35 | 32 |
| 50 | lilygown.co.uk | 1 | Justin | 6 | 6 | 0 | 0 | 6 | 6 |
| 51 | livedressy.com | 2 | Allure, Justin | 6 | 6 | 141 | 112 | 147 | 118 |
| 52 | livelydress.com | 1 | Allure | 0 | 0 | 20 | 20 | 20 | 20 |
| 53 | magbridal.co | 1 | Justin | 10 | 5 | 0 | 0 | 10 | 5 |
| 54 | mesrobesfr.com | 1 | Justin | 13 | 13 | 0 | 0 | 13 | 13 |
| 55 | methodsusa.com | 1 | Justin | 33 | 30 | 0 | 0 | 33 | 30 |
| 56 | minel.com.au | 2 | Allure, Justin | 46 | 23 | 46 | 24 | 92 | 47 |
| 57 | missydress.ca | 1 | Allure | 0 | 0 | 14 | 13 | 14 | 13 |
| 58 | missydress.com.br | 2 | Allure, Justin | 4 | 4 | 71 | 54 | 75 | 58 |
| 59 | missydress.es | 2 | Allure, Justin | 2 | 1 | 41 | 36 | 43 | 37 |
| 60 | missygowns.com | 1 | Allure | 0 | 0 | 2 | 2 | 2 | 2 |
| 61 | mkleider.de | 1 | Allure | 0 | 0 | 225 | 225 | 225 | 225 |
| 62 | mobridal.com | 1 | Justin | 27 | 27 | 0 | 0 | 27 | 27 |
| 63 | mudpuppie.com | 2 | Allure, Justin | 10 | 10 | 1 | 1 | 11 | 11 |
| 64 | nancygown.co.uk | 1 | Justin | 6 | 6 | 0 | 0 | 6 | 6 |
| 65 | nlending.com | 1 | Justin | 7 | 7 | 0 | 0 | 7 | 7 |
| 66 | ocflesh.com | 1 | Justin | 4 | 4 | 0 | 0 | 4 | 4 |
| 67 | peakjump.com | 1 | Justin | 4 | 4 | 0 | 0 | 4 | 4 |
| 68 | perakos-zitser.com | 1 | Justin | 9 | 9 | 0 | 0 | 9 | 9 |
| 69 | powrkleen.com | 1 | Justin | 11 | 10 | 0 | 0 | 11 | 10 |
| 70 | promdaily.com | 2 | Allure, Justin | 16 | 15 | 45 | 38 | 61 | 53 |
| 71 | promsdiary.com | 2 | Allure, Justin | 1 | 1 | 3 | 3 | 4 | 4 |
| 72 | promseller.com | 1 | Allure | 0 | 0 | 4 | 4 | 4 | 4 |
| 73 | robedemariagesoiree.com | 2 | Allure, Justin | 16 | 16 | 4 | 4 | 20 | 20 |
| 74 | robes-paris.com | 1 | Justin | 17 | 17 | 0 | 0 | 17 | 17 |
| 75 | rogersit.com | 1 | Justin | 11 | 11 | 0 | 0 | 11 | 11 |
| 76 | saxonarts.com | 2 | Allure, Justin | 105 | 95 | 3 | 3 | 108 | 98 |
| 77 | sdisurvey.com | 1 | Justin | 8 | 8 | 0 | 0 | 8 | 8 |
| 78 | sofiehouse.co | 1 | Allure | 0 | 0 | 404 | 163 | 404 | 163 |
| 79 | sogown.com | 2 | Allure, Justin | 6 | 6 | 231 | 231 | 237 | 237 |
| 80 | sposamore.com | 1 | Allure | 0 | 0 | 53 | 53 | 53 | 53 |
| 81 | squadmaker.com | 1 | Justin | 141 | 128 | 0 | 0 | 141 | 128 |
| 82 | srmisterpepes.com | 1 | Justin | 66 | 63 | 0 | 0 | 66 | 63 |
| 83 | stephenbphillips.com | 1 | Justin | 8 | 8 | 0 | 0 | 8 | 8 |
| 84 | stortebecker.com | 2 | Allure, Justin | 3 | 3 | 2 | 2 | 5 | 5 |
| 85 | stydress.com | 1 | Allure | 0 | 0 | 145 | 131 | 145 | 131 |
| 86 | svatebnistay.cz | 1 | Justin | 7 | 7 | 0 | 0 | 7 | 7 |
| 87 | theguter.com | 1 | Justin | 7 | 7 | 0 | 0 | 7 | 7 |
| 88 | tmdress.co.uk | 1 | Justin | 5 | 5 | 0 | 0 | 5 | 5 |
| 89 | trendproms.com | 2 | Allure, Justin | 3 | 3 | 583 | 293 | 586 | 296 |
| 90 | trhodes.com | 1 | Justin | 9 | 9 | 0 | 0 | 9 | 9 |
| 91 | udressme.co.nz | 1 | Allure | 0 | 0 | 13 | 11 | 13 | 11 |
| 92 | us.gowns4prom.com | 1 | Allure | 0 | 0 | 111 | 37 | 111 | 37 |
| 93 | us.starrydress.com | 2 | Allure, Justin | 4 | 2 | 28 | 14 | 32 | 16 |
| 94 | us.versdresses.com | 1 | Justin | 8 | 4 | 0 | 0 | 8 | 4 |

**EXHIBIT 3**
**Domain Statistics**

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Domain | Num Clients | Clients | Num Justin DMCAs | Num Justin Distinct URLs | Num Allure DMCAs | Num Allure Distinct URLs | Num Combined DMCAs | Num Combined Distinct URLs |
| 95 | veradress.co.uk | 1 | Justin | 200 | 100 | 0 | 0 | 200 | 100 |
| 96 | versabarinc.com | 1 | Justin | 35 | 35 | 0 | 0 | 35 | 35 |
| 97 | vividress.co.za | 1 | Justin | 9 | 5 | 0 | 0 | 9 | 5 |
| 98 | yabridal.com | 1 | Justin | 12 | 6 | 0 | 0 | 12 | 6 |
| 99 | yaninabridals.com | 2 | Allure, Justin | 21 | 21 | 30 | 30 | 51 | 51 |
| 100 |  |  | TOTALS | 3337 | 2613 | 4286 | 3017 | 7623 | 5630 |