**Allure & Justin Alexander**
**Examples of Infringing Sites**
**PDF 1 of 25**

**Domain: ailsabridal.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 4
Earliest DMCA to Cloudflare: 2018-11-26
Newest DMCA to Cloudflare: 2019-03-12

**ailsabridal.com/p-elegant-chiffon-v-neck-neckline-sheath-wedding-dresses-61265.html**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I4, I5)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6308_401.jpg | ja_00307.png |
|  |  |

**ailsabridal.com/p-fabulous-tulle-organza-sweetheart-neckline-mermaid-wedding-dresses-with-lace-appliques-70736.html**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I5, I4)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sweetheart
Collection: SWH_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6148_027.jpg | ja_00308.png |
|  |  |

**ailsabridal.com/p-gorgeous-lace-polka-dot-tulle-sweetheart-neckline-mermaid-wedding-dresses-with-detachable-jacket-62406.html**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (15, 14)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8605_F_0012.jpg | ja_00306.png |
|  |  |

**ailsabridal.com/p-stunning-tulle-satin-sweetheart-neckline-a-line-wedding-dresses-with-embroidery-beadings-70976.html**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (14, 15)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sincerity
Collection: SIN_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 3917_023.jpg | ja_00309.png |
|  |  |

**Domain: alinagowns.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 35
Earliest DMCA to Cloudflare: 2018-09-17
Newest DMCA to Cloudflare: 2019-03-12

**alinagowns.com/164w0148.html**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_3942_0092.jpg | ja_00118.png |
|  |  |

**alinagowns.com/164w0158.html**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-025.jpg | ja_00116.png |
|  |  |

**alinagowns.com/164w0159.html**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sweetheart
Collection: SWH_2016

| Client Image | Infringing Image |
|---|---|
| SWH_2016-149.jpg | ja_00129.png |

 

**alinagowns.com/164w0160.html**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sweetheart
Collection: SWH_SP16

| Client Image | Infringing Image |
|---|---|
| SWH_SP16-077.jpg | ja_00121.png |

 

**alinagowns.com/164w0161.html**

Domain URL #: 5

Justin Alexander URL #: 5

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| SWH_SS17-057.jpg | ja_00120.png |
|  |  |

**alinagowns.com/640028.html**

Domain URL #: 6

Justin Alexander URL #: 6

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8701_050.jpg | ja_00151.png |
|  |  |

**alinagowns.com/a-line-sleeveless-sweep-train-scoop-backless-appliques-white-dresses-1660311.html**

Domain URL #: 7

Justin Alexander URL #: 7

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| Client Image | Infringing Image |
|---|---|
| SIN_2016-219.jpg | ja_00135.png |

 

---

**alinagowns.com/backless-sweetheart-ivory-lace-ankle-length-sleeveless-a-line-dresses-1660310.html**

Domain URL #: 8

Justin Alexander URL #: 8

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander Signature
Collection: JAS_SP16

| Client Image | Infringing Image |
|---|---|
| JAS_SP16-002.jpg | ja_00140.png |

 

**alinagowns.com/ball-gown-sweetheart-beading-cathedral-train-wedding-dresses-8t11960.html**

Domain URL #: 9

Justin Alexander URL #: 9

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_SS17-017.jpg | ja_00137.png |
|  |  |

**alinagowns.com/beading-ball-gown-white-chapel-train-curved-zipper-sleeveless-dresses-wedding0280.html**

Domain URL #: 10

Justin Alexander URL #: 10

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3612_016.jpg | ja_00141.png |
|  |  |

**alinagowns.com/cheap-ball-gown-sweetheart-appliques-buttons-wedding-dresses-8t11913.html**

Domain URL #: 11

Justin Alexander URL #: 11

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-049.jpg | ja_00149.png |
|  |  |

---

**alinagowns.com/cheap-custom-beading-sweep-train-chiffon-wedding-dress-on-sale-8t11923.html**

Domain URL #: 12

Justin Alexander URL #: 12

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Justin Alexander Signature
Collection: JAS_SS17_FW16

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_SS17_FW16-039.jpg | ja_00127.png |
|  |  |

**alinagowns.com/cheap-lace-sheath-yarn-sleeveless-wedding-dress-long-train-8t11891.html**

Domain URL #: 13

Justin Alexander URL #: 13

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Lillian West
Collection: LW_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6429_LW_FW16_10-2670.jpg | ja_00131.png |
|  |  |

**alinagowns.com/chiffon-appliques-scoop-chapel-train-wedding-dresses-with-sleeves-8t11917.html**

Domain URL #: 14

Justin Alexander URL #: 14

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander
Collection: JAR_2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_2016-178.jpg | ja_00117.png |
|  |  |

**alinagowns.com/designer-organza-ball-gown-appliques-chapel-train-wedding-dress-8t11975.html**

Domain URL #: 15

Justin Alexander URL #: 15

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_SS17_FW16_BEST-SELLERS-039.jpg | ja_00145.png |
|  |  |

**alinagowns.com/designer-satin-a-line-wedding-dress-with-appliques-on-sale-chapel-train-8t11875.html**

Domain URL #: 16

Justin Alexander URL #: 16

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Sincerity
Collection: SIN_2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_2014-113.jpg | ja_00144.png |
|  |  |

**alinagowns.com/elegant-summer-a-line-chiffon-appliques-sweep-train-wedding-dresses-8t11972.html**

Domain URL #: 17

Justin Alexander URL #: 17

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| Client Image | Infringing Image |
| --- | --- |
| SIN_2016-113.jpg | ja_00126.png |
|  |  |

**alinagowns.com/lace-beach-sweetheart-chapel-train-buttons-wedding-dresses-8t11915.html**

Domain URL #: 18

Justin Alexander URL #: 18

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| Client Image | Infringing Image |
| --- | --- |
| 8627.jpg | ja_00143.png |
|  |  |

**alinagowns.com/lace-sheath-appliques-chapel-train-wedding-dresses-sold-in-usa-8t11938.html**

Domain URL #: 19

Justin Alexander URL #: 19

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander Signature
Collection: JAS_2016

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_2016-009.jpg | ja_00147.png |
|  |  |

**alinagowns.com/lace-sheath-chapel-train-appliques-vintage-wedding-dresses-8t11991.html**

Domain URL #: 20

Justin Alexander URL #: 20

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8893_1810.jpg | ja_00134.png |
|  |  |

**alinagowns.com/modest-tulle-ball-gown-appliques-wedding-dresses-cathedral-train-2017-8t11899.html**

Domain URL #: 21

Justin Alexander URL #: 21

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| Client Image | Infringing Image |
|---|---|
| SIN_2016-205.jpg | ja_00142.png |
|  |  |

**alinagowns.com/sheath-embroidery-buttons-ivory-sweep-train-short-sleeve-jewel-dresses-wedding2713.html**

Domain URL #: 22

Justin Alexander URL #: 22

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR_SP_13_DP

| Client Image | Infringing Image |
|---|---|
| JAR_SP_13_DP-041.jpg | ja_00132.png |
|  |  |

**alinagowns.com/sheath-v-neck-long-sleeve-sweep-train-buttons-none-white-dresses-1660326.html**

Domain URL #: 23

Justin Alexander URL #: 23

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_SP16-078.jpg | ja_00122.png |
|  |  |

**alinagowns.com/sleeveless-backless-sash-sweetheart-sweep-train-a-line-white-dresses-1660339.html**

Domain URL #: 24

Justin Alexander URL #: 24

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_2016-151.jpg | ja_00148.png |
|  |  |

**alinagowns.com/sleeveless-sheath-white-backless-appliques-sweep-train-v-neck-dresses-1660313.html**

Domain URL #: 25

Justin Alexander URL #: 25

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_2016-163.jpg | ja_00128.png |
|  |  |

**alinagowns.com/spaghetti-straps-sweep-train-none-white-backless-sleeveless-sheath-dresses-1640895.html**

Domain URL #: 26

Justin Alexander URL #: 26

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8791_054.jpg | ja_00119.png |
|  |  |

**alinagowns.com/sweep-train-ivory-a-line-sleeveless-sweetheart-buttons-embroidery-dresses-wedding2327.html**

Domain URL #: 27

Justin Alexander URL #: 27

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3661_089.jpg | ja_00136.png |
|  |  |

**alinagowns.com/sweep-train-scoop-ivory-half-sleeve-backless-a-line-lace-dresses-1660348.html**

Domain URL #: 28

Justin Alexander URL #: 28

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander
Collection: JAR_2016

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_2016-025.jpg | ja_00125.png |
|  |  |

**alinagowns.com/sweep-train-scoop-sash-backless-white-a-line-34-sleeve-dresses-1660304.html**

Domain URL #: 29

Justin Alexander URL #: 29

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander Signature
Collection: JAS_SP16_RGB_1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9815-048FC.jpg | ja_00123.png |
|  |  |

**alinagowns.com/sweetheart-ivory-chapel-train-buttons-ball-gown-embroidery-sleeveless-dresses-wedding0282.html**

Domain URL #: 30

Justin Alexander URL #: 30

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: sin_sp_12

| **Client Image** | **Infringing Image** |
| --- | --- |
| sin_sp_12-023.jpg | ja_00138.png |
|  |  |

**alinagowns.com/sweetheart-white-sweep-train-sleeveless-a-line-backless-appliques-dresses-1660307.html**

Domain URL #: 31

Justin Alexander URL #: 31

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_2016-176.jpg | ja_00139.png |
|  |  |

**alinagowns.com/tulle-appliques-cathedral-train-buttons-wedding-dress-new-york-2017-8t11928.html**

Domain URL #: 32

Justin Alexander URL #: 32

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8900_5017.jpg | ja_00150.png |
|  |  |

**alinagowns.com/white-backless-none-sweep-train-off-the-shoulder-sleeveless-a-line-dresses-1660333.html**

Domain URL #: 33

Justin Alexander URL #: 33

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander Signature
Collection: JAS_2016

| Client Image | Infringing Image |
|---|---|
| JAS_2016-069.jpg | ja_00130.png |

 

**alinagowns.com/white-lace-up-chapel-train-beading-ball-gown-sleeveless-sweetheart-dresses-wedding0279.html**

Domain URL #: 34

Justin Alexander URL #: 34

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_ad-shots_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3621_017.jpg | ja_00146.png |

 

**alinagowns.com/white-scoop-a-line-sleeveless-appliques-sweep-train-backless-dresses-1660305.html**

Domain URL #: 35

Justin Alexander URL #: 35

DMCA ID(s): (I13, I12)
DMCA Date(s): (2018-09-17, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_2016-168.jpg | ja_00124.png |
|  |  |

**Domain: allgown.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 4
Earliest DMCA to Cloudflare: 2019-05-01
Newest DMCA to Cloudflare: 2019-07-11

**allgown.com/wedding-dresses/how-much-for-a-diamond-wedding-set-from-zales-t801525383662.html**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I82)
DMCA Date(s): (2019-05-01)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Sweetheart
Collection: SWH_SS17_FW16

| Client Image | Infringing Image |
|---|---|
| SWH_SS17_FW16-030.jpg | image_0000039.jpg |
|  |  |

**allgown.com/wedding-dresses/long-embellished-gown-for-wedding-gies-t801525383594.html**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I82)
DMCA Date(s): (2019-05-01)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Sincerity
Collection: SIN_SS17_FW16

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16-031.jpg | image_0000001.jpg |
|  |  |

**allgown.com/wedding-dresses/none-lace-wedding-dress-t801525334950.html**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (I82)
DMCA Date(s): (2019-05-01)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8605_F_0012.jpg | ja_00908.png |
|  |  |

**allgown.com/wedding-dresses/wedding-dresses-in-uk-t801525319658.html**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (I82)
DMCA Date(s): (2019-05-01)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Lillian West
Collection: LW_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6441_LW_FW16_22_5664.jpg | ja_00910.png |
|  |  |

**Domain: amrig.com**

Number of Allure URLs: 4
Number of Justin Alexander URLs: 75
Earliest DMCA to Cloudflare: 2017-05-07
Newest DMCA to Cloudflare: 2017-06-24

**amrig.com/billige-a-linje+v%C3%A5r+2014+h%C3%B8st+enkle+brudekjoler-15905.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (C4)
DMCA Date(s): (2017-05-09)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2707F.jpg | ec530138b6da9a41b12db61d870d103f.jpg |

 

**amrig.com/billige-kj%C3%A6reste+taft+levert+enkle+brudekjoler-15991.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (C5)
DMCA Date(s): (2017-05-11)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2508F.jpg | a18c9eaac60f96a006f05835259fc0eb.jpg |

 

**amrig.com/billige-sal+kapell+tog+sateng+enkle+brudekjoler-15985.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (C6)
DMCA Date(s): (2017-05-07)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2505F.jpg | 404b47d2d518da79f740379b6635e85f.jpg |

 

**amrig.com/brudekjoler100-68.html?page=2**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (C7)
DMCA Date(s): (2017-06-09)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9057F.jpg | 7df187f8b26d7f217f00b7b838a3df57.jpg |

 

**amrig.com/billige-%C3%98se+tyll+elegant+&+luksuri%C3%B8s+brudekjoler+london-18730.html**

Domain URL #: 5

Justin Alexander URL #: 1

DMCA ID(s): (C105)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6295_012.jpg | 25b98ac9db0fe9c78fd97f69c3acdd11.jpg |

 

---

**amrig.com/billige-a-linje+applikasjoner+glidel%C3%A5s+brudekjoler+sincerity-21586.html**

Domain URL #: 6

Justin Alexander URL #: 2

DMCA ID(s): (C92)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sincerity
Collection: SIN_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 3758_003.jpg | 4d0912898972d863fe12948d268f6552.jpg |

 

**amrig.com/billige-a-
linje+kj%C3%A6reste+glamor%C3%B8s+&+dramatisk+brudekjoler+sincerity-21605.html**

Domain URL #: 7

Justin Alexander URL #: 3

DMCA ID(s): (C93)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3725_010.jpg | 1745c8b5d5362beb49ced016d9f567e0.jpg |

 

**amrig.com/billige-a-linje+v%C3%A5r+2014+applikasjoner+brudekjoler+sincerity-21590.html**

Domain URL #: 8

Justin Alexander URL #: 4

DMCA ID(s): (C94)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sincerity
Collection: SIN_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 3756_001.jpg | dc2b792f35d229b68c5d4960b2a3c18d.jpg |

 

**amrig.com/billige-a-linje+v%C3%A5r+2014+v-hals+brudekjoler+london-18739.html**

Domain URL #: 9

Justin Alexander URL #: 5

DMCA ID(s): (C95)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6309_035.jpg | 471983d11d3df222d7926ecbaa3100e4.jpg |

 

**amrig.com/billige-bane-tog+beading+blond%C3%A9r+brudekjoler+p%C3%A5+nett-18763.html**

Domain URL #: 10

Justin Alexander URL #: 6

DMCA ID(s): (C96)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Lillian West
Collection: LW_2014

| Client Image | Infringing Image |
|---|---|
| LW_2014-053.jpg | c7643c925253dc414da789debcd7d0c7.jpg |

 

**amrig.com/billige-bane-
tog+glamor%C3%B8s+&+dramatisk+v%C3%A5r+brudekjoler+sincerity-21611.html**

Domain URL #: 11

Justin Alexander URL #: 7

DMCA ID(s): (C97)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3727_009.jpg | 6847e63c1ece15e2558f825b48085929.jpg |

 

**amrig.com/billige-bane-tog+kj%C3%A6reste+organza+brudekjoler+london-18726.html**

Domain URL #: 12

Justin Alexander URL #: 8

DMCA ID(s): (C98)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6301_037.jpg | 75416335bd8b7a2a01deff228fc8e7bf.jpg |

 

**amrig.com/billige-bane-tog+v%C3%A5r+2014+naturlig+brudekjoler+london-18736.html**

Domain URL #: 13

Justin Alexander URL #: 9

DMCA ID(s): (C99, C100)
DMCA Date(s): (2017-06-24, 2017-06-22)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6297_026.jpg | e54948b988856ec0aa1a5a1f0374429f.jpg |

 

**amrig.com/billige-bane-tog+v%C3%A5r+2014+organza+brudekjoler+molde-18193.html**

Domain URL #: 14

Justin Alexander URL #: 10

DMCA ID(s): (C101)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8670_048.jpg | 1b50647a596a0596de56b6353b5ab202.jpg |

 

**amrig.com/billige-bane-tog+v%C3%A5r+2014+taft+brudekjoler+london-18727.html**

Domain URL #: 15

Justin Alexander URL #: 11

DMCA ID(s): (C102)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 6294_064.jpg | f3ea4a5b5705494b1374c392257c4fc7.jpg |

 

**amrig.com/billige-bateau+v%C3%A5r+applikasjoner+brudekjoler+jessheim-18217.html**

Domain URL #: 16

Justin Alexander URL #: 12

DMCA ID(s): (C103)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander Signature
Collection: JAS-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9706_001.jpg | a677f9f9c14bfde07ff53af6617aacf0.jpg |

 

**amrig.com/billige-
blonde+elegant+&+luksuri%C3%B8s+applikasjoner+brudekjoler+sincerity-21626.html**

Domain URL #: 17

Justin Alexander URL #: 13

DMCA ID(s): (C104)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3745_105.jpg | 4d6bf957752d8e6f09bcffd6efa6088c.jpg |

 

**amrig.com/billige-chic+&+moderne+beading+imperium+brudekjoler+molde-18199.html**

Domain URL #: 18

Justin Alexander URL #: 14

DMCA ID(s): (C106)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8673_029.jpg | 72ed002364d7c91b47b24d614f9ee697.jpg |

 

**amrig.com/billige-chic+&+moderne+v%C3%A5r+glidel%C3%A5s+brudekjoler+molde-18192.html**

Domain URL #: 19

Justin Alexander URL #: 15

DMCA ID(s): (C107)
DMCA Date(s): (2017-05-11)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8657_004.jpg | da41d77468a3be804e893cf31de70dd9.jpg |




**amrig.com/billige-elegant+&+luksuri%C3%B8s+blonde+naturlig+brudekjoler+jessheim-18234.html**

Domain URL #: 20

Justin Alexander URL #: 16

DMCA ID(s): (C108)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander Signature
Collection: JAS_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 9718_040.jpg | af6f6f8086262d5aaf55f06eb1944a04.jpg |




**amrig.com/billige-elegant+&+luksuri%C3%B8s+blonde+naturlig+brudekjoler+london-18723.html**

Domain URL #: 21

Justin Alexander URL #: 17

DMCA ID(s): (C109)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6292_093.jpg | 7216beca81d7b1d055d567a4952760ca.jpg |





**amrig.com/billige-elegant+&+luksuri%C3%B8s+v%C3%A5r+naturlig+brudekjoler+sincerity-21619.html**

Domain URL #: 22

Justin Alexander URL #: 18

DMCA ID(s): (C110)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3730_075.jpg | c999035283f93decea42b07e77e41f78.jpg |





**amrig.com/billige-ermel%C3%B8s+applikasjoner+naturlig+brudekjoler+p%C3%A5+nett-18745.html**

Domain URL #: 23

Justin Alexander URL #: 19

DMCA ID(s): (C111)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14

| Client Image | Infringing Image |
|---|---|
| LW_SP14-026.jpg | 7fc57f145c00bad3e34263a5b250f97f.jpg |
|  |  |

**amrig.com/billige-ermel%C3%B8s+applikasjoner+naturlig+brudekjoler+sincerity-21620.html**

Domain URL #: 24

Justin Alexander URL #: 20

DMCA ID(s): (C112)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3743_064.jpg | f11ee916ab7aee3c56fa6884ef4fc22.jpg |
|  |  |

**amrig.com/billige-ermel%C3%B8s+glidel%C3%A5s+imperium+brudekjoler+p%C3%A5+nett-18738.html**

Domain URL #: 25

Justin Alexander URL #: 21

DMCA ID(s): (C113)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6306_077.jpg | 718075358c7f3ec625d35895aeb52cc7.jpg |




**amrig.com/billige-ermel%C3%B8s+glidel%C3%A5s+naturlig+brudekjoler+jessheim-18228.html**

Domain URL #: 26

Justin Alexander URL #: 22

DMCA ID(s): (C114)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander Signature
Collection: JAS-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 9712_001.jpg | 20166e9a78b14abbc864d91f35571e53.jpg |




**amrig.com/billige-ermel%C3%B8s+glidel%C3%A5s+naturlig+brudekjoler+london-18724.html**

Domain URL #: 27

Justin Alexander URL #: 23

DMCA ID(s): (C115)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| **Client Image** | **Infringing Image** |
|---|---|
| 6300_008.jpg | 9272e3d2852c2fa2daaa0f18ba8c12df.jpg |

 

---

**amrig.com/billige-ermel%C3%B8s+glidel%C3%A5s+naturlig+brudekjoler+sincerity-21622.html**

Domain URL #: 28

Justin Alexander URL #: 24

DMCA ID(s): (C116)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3736_038.jpg | c0828994433625f936131e911c03b3c1.jpg |

 

**amrig.com/billige-
glamor%C3%B8s+&+dramatisk+blomst(er)+imperium+brudekjoler+sincerity-21606.html**

Domain URL #: 29

Justin Alexander URL #: 25

DMCA ID(s): (C117)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Sincerity
Collection: SIN-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 3706_054.jpg | aed1a026443251e63df4170651c504c0.jpg |
|  |  |

**amrig.com/billige-
glitre+&+skinne+glamor%C3%B8s+&+dramatisk+applikasjoner+brudekjoler+sincerity-
21631.html**

Domain URL #: 30

Justin Alexander URL #: 26

DMCA ID(s): (C118)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3740_047.jpg | 204dcff0e4a455bdf9c8cf28c13eacb5.jpg |
|  |  |

**amrig.com/billige-glitre+&+skinne+stroppl%C3%B8s+broderi+brudekjoler+jessheim-18233.html**

Domain URL #: 31

Justin Alexander URL #: 27

DMCA ID(s): (C119)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander Signature
Collection: JAS_PR-14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 9726_003.jpg | f560e498eb559191cb9aa837ee878bf2.jpg |





---

**amrig.com/billige-hage+%2F+outdoor+trompet+%2F+havfrue+blonde+brudekjoler+sincerity-21595.html**

Domain URL #: 32

Justin Alexander URL #: 28

DMCA ID(s): (C120)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3722_039.jpg | 4d45aa8616aab39700e1beec52e87887.jpg |





**amrig.com/billige-kapell+tog+kj%C3%A6reste+chic+&+moderne+brudekjoler+london-18732.html**

Domain URL #: 33

Justin Alexander URL #: 29

DMCA ID(s): (C121)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6303_032.jpg | 92965eee818f165ce90bed479dc32e89.jpg |

 

---

**amrig.com/billige-kappe+%2F+kolonne+chiffon+naturlig+brudekjoler+st.patrick-21917.html**

Domain URL #: 34

Justin Alexander URL #: 30

DMCA ID(s): (C122)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5978_096.jpg | 1a81b20527de7ec1cb3be7b47c1fd54a.jpg |

 

**amrig.com/billige-kappe+%2F+kolonne+v%C3%A5r+glidel%C3%A5s+brudekjoler+p%C3%A5+nett-18740.html**

Domain URL #: 35

Justin Alexander URL #: 31

DMCA ID(s): (C123)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6307_129.jpg | 0ed1f79fb2a594d73db1c8e12f9a33fc.jpg |

 

**amrig.com/billige-kirke+a-linje+glidel%C3%A5s+brudekjoler+st.patrick-21913.html**

Domain URL #: 36

Justin Alexander URL #: 32

DMCA ID(s): (C124)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5985_068.jpg | 59bebd209e390439d0f0739e7804e729.jpg |

 

**amrig.com/billige-kirke+bane-tog+v%C3%A5r+2014+brudekjoler+st.patrick-21919.html**

Domain URL #: 37

Justin Alexander URL #: 33

DMCA ID(s): (C125)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
| --- | --- |
| 5987_045.jpg | 5061f75d78071931bd4d71de7219e8f9.jpg |

 

**amrig.com/billige-kirke+bane-tog+v%C3%A5r+brudekjoler+molde-18173.html**

Domain URL #: 38

Justin Alexander URL #: 34

DMCA ID(s): (C126)
DMCA Date(s): (2017-05-09)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| Client Image | Infringing Image |
| --- | --- |
| 8630_026.jpg | e166e3103a5885f3964548fbdcf7d02a.jpg |

 

**amrig.com/billige-kirke+ermel%C3%B8s+applikasjoner+brudekjoler+st.patrick-21903.html**

Domain URL #: 39

Justin Alexander URL #: 35

DMCA ID(s): (C127)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5980_029.jpg | 8d6abe95c2645d684ba3e4dd11c8e42f.jpg |




**amrig.com/billige-kirke+kapell+tog+elegant+&+luksuri%C3%B8s+brudekjoler+sincerity-21593.html**

Domain URL #: 40

Justin Alexander URL #: 36

DMCA ID(s): (C128)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Sincerity
Collection: SIN-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3708_107.jpg | b3989d874ddf5909f51c0c624fca627c.jpg |




**amrig.com/billige-kirke+lue+beading+brudekjoler+p%C3%A5+nett-18743.html**

Domain URL #: 41

Justin Alexander URL #: 37

DMCA ID(s): (C129)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14

| Client Image | Infringing Image |
|---|---|
| LW_SP14-014.jpg | c8119edaee3f65826e51ac519cd44a88.jpg |

 

**amrig.com/billige-kirke+organza+chic+&+moderne+brudekjoler+st.patrick-21922.html**

Domain URL #: 42

Justin Alexander URL #: 38

DMCA ID(s): (C130)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5995_013.jpg | bdf03fb1ae7232912c4cd506947fa1e7.jpg |

 

**amrig.com/billige-kirke+sommer+glidel%C3%A5s+brudekjoler+jessheim-18211.html**

Domain URL #: 43

Justin Alexander URL #: 39

DMCA ID(s): (C131)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander Signature
Collection: JAS-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 9702_001.jpg | d0679633a46598e17f50d2cc4e002d92.jpg |





**amrig.com/billige-kirke+stroppl%C3%B8s+ermel%C3%B8s+brudekjoler+sincerity-21594.html**

Domain URL #: 44

Justin Alexander URL #: 40

DMCA ID(s): (C132)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Sincerity
Collection: SIN-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3702_018.jpg | fed565cdc430157cd10436e697fd3f7d.jpg |





**amrig.com/billige-kirke+trompet+%2F+havfrue+ermel%C3%B8s+brudekjoler+molde-18198.html**

Domain URL #: 45

Justin Alexander URL #: 41

DMCA ID(s): (C133)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8659_018.jpg | c904658ca77d05e0608f7999918b5880.jpg |

 

**amrig.com/billige-kirke+v%C3%A5r+2014+glidel%C3%A5s+brudekjoler+p%C3%A5+nett-18760.html**

Domain URL #: 46

Justin Alexander URL #: 42

DMCA ID(s): (C135, C134)
DMCA Date(s): (2017-06-24, 2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6316_080.jpg | 8af3b88164246e0d91e1cc398ab726cf.jpg |

 

**amrig.com/billige-kirke+v%C3%A5r+2014+sateng+brudekjoler+jessheim-18230.html**

Domain URL #: 47

Justin Alexander URL #: 43

DMCA ID(s): (C136)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander Signature
Collection: JAS_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 9725_022.jpg | c6daaca0b3a1b4f7dc43e1c83787447c.jpg |
|  |  |

**amrig.com/billige-kirke+v%C3%A5r+ermel%C3%B8s+brudekjoler+st.patrick-21905.html**

Domain URL #: 48

Justin Alexander URL #: 44

DMCA ID(s): (C137)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5981_030.jpg | b2aded12c2a929fb678fe01bcfa5340b.jpg |
|  |  |

**amrig.com/billige-kirke+v%C3%A5r+glidel%C3%A5s+brudekjoler+molde-18196.html**

Domain URL #: 49

Justin Alexander URL #: 45

DMCA ID(s): (C138)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8671_041.jpg | a110aaa4e8d6adca88a1906f52280c9e.jpg |




**amrig.com/billige-kj%C3%A6reste+blond%C3%A9r+naturlig+brudekjoler+st.patrick-21911.html**

Domain URL #: 50

Justin Alexander URL #: 46

DMCA ID(s): (C139)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5992_008.jpg | 308b57e6943ebd639d6e12297f0c7a0c.jpg |




**amrig.com/billige-
kj%C3%A6reste+elegant+&+luksuri%C3%B8s+naturlig+brudekjoler+london-18751.html**

Domain URL #: 51

Justin Alexander URL #: 47

DMCA ID(s): (C141, C140)
DMCA Date(s): (2017-06-24, 2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6313_057.jpg | 7a201880b823c892f012de1d7bd94e01.jpg |

 

**amrig.com/billige-kj%C3%A6reste+ermel%C3%B8s+levert+brudekjoler+jessheim-
18202.html**

Domain URL #: 52

Justin Alexander URL #: 48

DMCA ID(s): (C142)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8679_013.jpg | 1ce26344a5de45e0d0caa99057e9061e.jpg |

 

**amrig.com/billige-kj%C3%A6reste+glamor%C3%B8s+&+dramatisk+imperium+brudekjoler+sincerity-21608.html**

Domain URL #: 53

Justin Alexander URL #: 49

DMCA ID(s): (C143)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3726_062.jpg | 3834d9e1d2a864c34a35f3a2d6ea4108.jpg |

 

**amrig.com/billige-kj%C3%A6reste+v%C3%A5r+naturlig+brudekjoler+jessheim-18214.html**

Domain URL #: 54

Justin Alexander URL #: 50

DMCA ID(s): (C144)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander Signature
Collection: JAS-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 9705_001.jpg | 2550636ed93cedd3cfb435e84ef1a9a7.jpg |

 

**amrig.com/billige-organza+chic+&+moderne+v%C3%A5r+brudekjoler+jessheim-18237.html**

Domain URL #: 55

Justin Alexander URL #: 51

DMCA ID(s): (C145)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander Signature
Collection: JAS_PR-14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 9719_007.jpg | 37c1998658dced8f600d9d390f5391f0.jpg |





---

**amrig.com/billige-organza+ermel%C3%B8s+naturlig+brudekjoler+st.patrick-21915.html**

Domain URL #: 56

Justin Alexander URL #: 52

DMCA ID(s): (C146)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5986 w a029_069.jpg | e035525635ea3d456d154761a04b3275.jpg |





**amrig.com/billige-organza+v%C3%A5r+applikasjoner+brudekjoler+sincerity-21615.html**

Domain URL #: 57

Justin Alexander URL #: 53

DMCA ID(s): (C147)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3720_016.jpg | 6fdc69b104ea6365100de37dd4a2faa1.jpg |





---

**amrig.com/billige-sal+bane-tog+glitre+&+skinne+brudekjoler+sincerity-21604.html**

Domain URL #: 58

Justin Alexander URL #: 54

DMCA ID(s): (C148)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Sincerity
Collection: SIN-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3713_108.jpg | fec0aefbbdb7f5a306f4c91ff2f0d53d.jpg |





**amrig.com/billige-sateng+broderi+glidel%C3%A5s+brudekjoler+p%C3%A5+nett-18721.html**

Domain URL #: 59

Justin Alexander URL #: 55

DMCA ID(s): (C149)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| **Client Image** | **Infringing Image** |
|---|---|
| 6291_013.jpg | a280ad63ef264bb60b376b82af06d557.jpg |
|  |  |

**amrig.com/billige-sateng+ermel%C3%B8s+blond%C3%A9r+brudekjoler+sincerity-21623.html**

Domain URL #: 60

Justin Alexander URL #: 56

DMCA ID(s): (C150)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3744_047.jpg | 88faea2c8024e7891110940ad44912f2.jpg |
|  |  |

**amrig.com/billige-**
**sweep+%2F+b%C3%B8rste+train+stroppl%C3%B8s+tyll+brudekjoler+sincerity-21609.html**

Domain URL #: 61

Justin Alexander URL #: 57

DMCA ID(s): (C151)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Sincerity
Collection: SIN-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3707.jpg | ccfd32781cf756893427fb28ac48e2e4.jpg |




---

**amrig.com/billige-**
**v%C3%A5r+2014+organza+elegant+&+luksuri%C3%B8s+brudekjoler+london-18722.html**

Domain URL #: 62

Justin Alexander URL #: 58

DMCA ID(s): (C152)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6299_016.jpg | d9e1aae8a0ed84080a6373836236aa04.jpg |




**amrig.com/billige-v%C3%A5r+2014+stropper+blonde+brudekjoler+jessheim-18212.html**

Domain URL #: 63

Justin Alexander URL #: 59

DMCA ID(s): (C153)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8654_020.jpg | e0df7c6d7721464d88caaff25acaa573.jpg |

 

**amrig.com/billige-v%C3%A5r+2014+tyll+glidel%C3%A5s+brudekjoler+molde-18201.html**

Domain URL #: 64

Justin Alexander URL #: 60

DMCA ID(s): (C154)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8661_043.jpg | 92e273f4df40f7d253fe831b22a2b805.jpg |

 

**amrig.com/billige-v%C3%A5r+2014+tyll+levert+brudekjoler+jessheim-18147.html**

Domain URL #: 65

Justin Alexander URL #: 61

DMCA ID(s): (C155)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8681_048.jpg | bf3559a230c465873654552a3cb4d1be.jpg |

 

**amrig.com/billige-v%C3%A5r+beading+glidel%C3%A5s+brudekjoler+sincerity-21587.html**

Domain URL #: 66

Justin Alexander URL #: 62

DMCA ID(s): (C156)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sincerity
Collection: SIN_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 3764_057.jpg | 209655bcd0da845799a82f1538d2fb06.jpg |

 

**amrig.com/billige-v%C3%A5r+ermel%C3%B8s+drapert+brudekjoler+st.patrick-21918.html**

Domain URL #: 67

Justin Alexander URL #: 63

DMCA ID(s): (C157)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sweetheart
Collection: SWH-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5994_019.jpg | 9b65e039488c876fe8a5f37657baa3aa.jpg |

 

**amrig.com/billige-v%C3%A5r+ermel%C3%B8s+naturlig+brudekjoler+jessheim-18221.html**

Domain URL #: 68

Justin Alexander URL #: 64

DMCA ID(s): (C158)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander Signature
Collection: JAS_PR14

| Client Image | Infringing Image |
|---|---|
| JAS_PR14-033.jpg | 6070a113b222157b93324585d4d0dec4.jpg |

 

**amrig.com/billige-v-hals+ermel%C3%B8s+blonde+brudekjoler+london-18729.html**

Domain URL #: 69

Justin Alexander URL #: 65

DMCA ID(s): (C159)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6302_062.jpg | 4ea8fe3c055c72df436f0a31e4726f18.jpg |

 

---

**amrig.com/brudekjoler11-102.html?page=1**

Domain URL #: 70

Justin Alexander URL #: 66

DMCA ID(s): (C160)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6301_037.jpg | 472f6f153e09d4183cb58530569cba62.jpg |

 

**amrig.com/brudekjoler1210-98.html**

Domain URL #: 71

Justin Alexander URL #: 67

DMCA ID(s): (C161)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8679_013.jpg | 2ccbceb30364ab654353ae690a2ef284.jpg |

 

**amrig.com/brudekjoler140-133.html?page=2**

Domain URL #: 72

Justin Alexander URL #: 68

DMCA ID(s): (C162)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3731_002.jpg | 21e96b30840e5aaa2d4d9708c1ea5fb2.jpg |

 

**amrig.com/brudekjoler23-102.html**

Domain URL #: 73

Justin Alexander URL #: 69

DMCA ID(s): (C163)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6299_016.jpg | 2dcee3395562dc8cd7e7583c24a903b7.jpg |

 

**amrig.com/brudekjoler35-104.html**

Domain URL #: 74

Justin Alexander URL #: 70

DMCA ID(s): (C164)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6307_129.jpg | 3fd76297a4b4fc1165045a21ec66e1ea.jpg |

 

**amrig.com/brudekjoler49-102.html?page=3**

Domain URL #: 75

Justin Alexander URL #: 71

DMCA ID(s): (C165)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6300_008.jpg | 95364b87bd77dca8e27ac3a0fb1f0725.jpg |

 

**amrig.com/brudekjoler49-102.html?page=5**

Domain URL #: 76

Justin Alexander URL #: 72

DMCA ID(s): (C166)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6294_064.jpg | e83d2d370e3b07d002391fdcdf9bf0d6.jpg |

 

**amrig.com/online-brudekjoler+oslo-70/**

Domain URL #: 77

Justin Alexander URL #: 73

DMCA ID(s): (C167)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8659_018.jpg | 4286d59eba7c49a87d30bc774eebd57d.jpg |




**amrig.com/online-brudekjoler+sweetheart-137/**

Domain URL #: 78

Justin Alexander URL #: 74

DMCA ID(s): (C168)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sweetheart
Collection: SWH_PR-14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6008_006.jpg | bac8e759b8d9a3348f0fa2fea92800b1.jpg |




**amrig.com/online-enkle+brudekjoler-72/**

Domain URL #: 79

Justin Alexander URL #: 75

DMCA ID(s): (C169)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8670_048.jpg | 971ffb1343d900c23dcae31475d79164.jpg |





**Domain: angelamall.com.au**

Number of Allure URLs: 21
Number of Justin Alexander URLs: 6
Earliest DMCA to Cloudflare: 2017-05-25
Newest DMCA to Cloudflare: 2017-07-14

**angelamall.com.au/a-line-one-shoulder-beading-sleeveless-floor-length-chiffon-evening-dresses.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (C8)
DMCA Date(s): (2017-05-25)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6699H.jpg | 3f1ebddd3d8c951877e4b38cb98a709a.jpg |




**angelamall.com.au/a-line-strapless-chapel-trailing-organza-with-beaded-zipper-back-bride-dresses.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (C9)
DMCA Date(s): (2017-05-27)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8914C.jpg | e7ea7df833fa81bcfda184fb34c83695.jpg |




**angelamall.com.au/a-line-strapless-sweetheart-neck-beaded-waistband-taffeta-bridal-dresses.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (C10)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8802B.jpg | 94769ed09325c82af3c72968404006c8.jpg |

 

**angelamall.com.au/a-line-strapless-sweetheart-neck-chapel-trailing-organza-bridal-wedding-gowns.html**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (C11)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8921B.jpg | d5c1c575d3a217fd2a5124e4f47c79aa.jpg |

 

**angelamall.com.au/a-line-sweetheart-flower-organza-tea-length-wedding-dress.html**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (C12)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8803B.jpg | c0386bfddf719fae5eef6135dc8bbc36.jpg |





**angelamall.com.au/a-line-v-neck-lace-luxury-wedding-dress.html**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (C13)
DMCA Date(s): (2017-05-29)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8900BC.jpg | 7f47333b378c964e75550010f7bae509.jpg |





**angelamall.com.au/ball-gown-lace-sleeveless-sweetheart-floor-length-tulle-dress.html**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (C14)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6240 AD Pink.jpg | db310912cb2529d6b46f3e91906fe36b.jpg |

 

**angelamall.com.au/bridesmaid-dresses-blue-a-line-one-shoulder-knee-length-chiffon.html**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (C16, C15)
DMCA Date(s): (2017-07-07, 2017-07-13)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1266F.jpg | a1272ffd77ec94c2669482f6a5e2af08.jpg |

 

**angelamall.com.au/charming-a-line-princess-chiffon-sleeveless-floor-length-sweetheart-dress.html**

Domain URL #: 9

Allure URL #: 9

DMCA ID(s): (C17)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6642B.jpg | d18a0c3492f6d508acb8037914dbd28c.jpg |
|  |  |

**angelamall.com.au/daffodil-sheath-floor-length-sweetheart-dress.html**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (C18)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6270B.jpg | 0d5b317c22670cb7c673d617dde19066.jpg |
|  |  |

**angelamall.com.au/dark-green-mermaid-floor-length-one-shoulder-dress.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (C19)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6212C Emerald.jpg | b33f7530a30abfc95fd1f576a52c4483.jpg |





**angelamall.com.au/luxury-wedding-dresses.html**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (C20)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8903F.jpg | 0805ff9dc427b91756c633bd5bec5311.jpg |





**angelamall.com.au/pleats-hand-made-flower-strapless-satin-column-bridesmaid-dress.html**

Domain URL #: 13

Allure URL #: 13

DMCA ID(s): (C21)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 1254 1255B.jpg | 8d050663b725267699bc147a099c48dd.jpg |

 

**angelamall.com.au/satin-a-line-tea-length-3-dimensional-flower-bridesmaid-dresses.html**

Domain URL #: 14

Allure URL #: 14

DMCA ID(s): (C23, C22)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 1262F.jpg | 44045daf3aa20bb9f5d7bfe849abac38.jpg |

 

**angelamall.com.au/sheath-column-strapless-sweetheart-chiffon-bridesmaids-dress.html**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (C25, C24)
DMCA Date(s): (2017-07-11, 2017-07-08)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1325F.jpg | 77e4e48ccb2a6bbf087e3caa879790f4.jpg |

 

**angelamall.com.au/sheath-strapless-dropped-chapel-trailing-organza-with-appliqued-wedding-dresses.html**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (C26)
DMCA Date(s): (2017-07-07)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8908B.jpg | 6cd3979f3757bd4cbbf6d69aceadfb9f.jpg |

 

**angelamall.com.au/short-strapless-rruched-sweetheart-neckline-wedding-bridesmaid-dresses.html**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (C27)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 1251C.jpg | f33235588a5ab6d57eb2ca9127dec0e4.jpg |




**angelamall.com.au/strapless-neckline-a-line-tea-length-bridesmaid-dresses.html**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (C28)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6724F Pink.jpg | a47de42f6009c5d8f4f312d87ba3689b.jpg |




**angelamall.com.au/sweetheart-sleeveless-a-line-short-organza-homecoming-dress.html**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (C29)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-05-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 6820F Pink.jpg | 51edd353bc98668b38745966279ca8ea.jpg |



**angelamall.com.au/trumpet-mermaid-strapless-sleeveless-floor-length-taffeta-dress.html**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (C30)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6204B.jpg | 019039e24381a5521cfa0a7e4dc31180.jpg |



**angelamall.com.au/trumpet-mermaid-sweetheart-embroidery-beading-satin-chapel-train-wedding-dress.html**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (C31)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8867F.jpg | b7d83471785cfdf0c6bf18224507a010.jpg |




**angelamall.com.au/a-line-sweetheart-beading-sleeveless-court-trains-tulle-wedding-dresses-for-bride.html**

Domain URL #: 22

Justin Alexander URL #: 1

DMCA ID(s): (C170)
DMCA Date(s): (2017-05-25)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: sin_sp_12

| **Client Image** | **Infringing Image** |
| --- | --- |
| sin_sp_12-023.jpg | d8c9fdb2961683396554c42dee636633.jpg |




**angelamall.com.au/gorgeous-trumpet-mermaid-bateau-chapel-lace-wedding-dresses.html**

Domain URL #: 23

Justin Alexander URL #: 2

DMCA ID(s): (C172)
DMCA Date(s): (2017-05-27)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8596_F_0009.jpg | 746b66e1bc2e66ec2fd5241499ed5259.jpg |





**angelamall.com.au/pink-sheath-knee-length-sweetheart-dress.html**

Domain URL #: 24

Justin Alexander URL #: 3

DMCA ID(s): (C173)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-110-816
Copyright Publication Date: SP09 Sarah Danielle Occasions
Collection: SDE_SP09

| Client Image | Infringing Image |
|---|---|
| SDE-SP09_5435_SDe_Mid_Sales_Full_Front02.jpg | 88fab6325204dda33c234c6ccfb77c53.jpg |

 

**angelamall.com.au/red-mermaid-floor-length-v-neck-dress.html**

Domain URL #: 25

Justin Alexander URL #: 4

DMCA ID(s): (C174)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-110-818
Copyright Publication Date: SP11 Sarah Danielle Occasions
Collection: SDE_SP11

| Client Image | Infringing Image |
|---|---|
| SDE-SP11_5178_SDO_CO_S_F_F_01.jpg | 0a4e6b40f12ead2d6f3494362f049a32.jpg |

 

**angelamall.com.au/spectacular-a-line-sweetheart-chapel-appliques-beadings-wedding-dresses.html**

Domain URL #: 26

Justin Alexander URL #: 5

DMCA ID(s): (C175)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_ad-shots_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3656_006.jpg | ab30a44025901993b7476081b0cc28c7.jpg |

 

**angelamall.com.au/stylish-blue-mermaid-floor-length-strapless-dress.html**

Domain URL #: 27

Justin Alexander URL #: 6

DMCA ID(s): (C176)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-110-818
Copyright Publication Date: SP11 Sarah Danielle Occasions
Collection: SDE_SP11

| Client Image | Infringing Image |
|---|---|
| SDE-SP11_5185_SDO_CO_S_F_B_01.jpg | 9bc6075217d59523ef45ff6e5818d256.jpg |

