**Allure & Justin Alexander**
**Examples of Infringing Sites**
**PDF 2 of 25**

**Domain: attireify.co.uk**

Number of Allure URLs: 169
Number of Justin Alexander URLs: 113
Earliest DMCA to Cloudflare: 2019-03-12
Newest DMCA to Cloudflare: 2019-07-11

**attireify.co.uk/a-line-bateau-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105221aew.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9200F.jpg | image_0001905.jpg |

 

**attireify.co.uk/a-line-bateau-bowknot-open-back-back-chiffon-short-front-long-back-bridesmaid-dresses-10212117abb.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1365F.jpg | allure_00378.png |

 

**attireify.co.uk/a-line-bateau-lace-open-back-back-satin-knee-length-bridesmaid-dresses-10213287abb.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1422F.jpg | allure_00330.png |




**attireify.co.uk/a-line-cap-sleeve-square-beaded-pleated-button-back-chiffon-chapel-trailing-wedding-dresses-10105246aew.html**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| M523B.jpg | image_0002016.jpg |




**attireify.co.uk/a-line-cap-sleeve-v-neck-appliqued-beaded-open-back-back-tulle-sweep-trailing-wedding-dresses-10105184aew.html**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2810F.jpg | allure_00414.png |




**attireify.co.uk/a-line-deep-v-neck-appliqued-beaded-zipper-back-sweep-trailing-wedding-dresses-10102368ae417.html**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9116F.jpg | image_0000995.jpg |




**attireify.co.uk/a-line-off-shoulder-v-neck-appliqued-beaded-pleated-button-back-satin-chapel-trailing-wedding-dresses-10105176aew.html**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2801F.jpg | allure_00356.png |




**attireify.co.uk/a-line-one-shoulder-beaded-on-waistline-zipper-chapel-trailing-wedding-dresses-10102381ae417.html**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2702B.jpg | image_0001048.jpg |




**attireify.co.uk/a-line-one-shoulder-pleated-beaded-zipper-back-chiffon-floor-length-bridesmaid-dresses-10213279abb.html**

Domain URL #: 9

Allure URL #: 9

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1407F.jpg | allure_00323.png |
|  |  |

**attireify.co.uk/a-line-one-shoulder-zipper-back-lace-knee-length-bridesmaid-dresses-10212112abb.html**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1350B.jpg | image_0000783.jpg |
|  |  |

**attireify.co.uk/a-line-princess-bateau-floor-length-chiffon-bridesmaid-dress-with-lace-10216957abb.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1454F.jpg | allure_00369.png |
|  |  |

**attireify.co.uk/a-line-princess-bateau-knee-length-chiffon-bridesmaid-dress-with-lace-10216956abb.html**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1453F.jpg | allure_00357.png |
|  |  |

**attireify.co.uk/a-line-princess-cowl-neck-short-mini-chiffon-bridesmaid-dress-10216917abb.html**

Domain URL #: 13

Allure URL #: 13

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1370B.jpg | image_0000301.jpg |
|  |  |

**attireify.co.uk/a-line-princess-one-shoulder-floor-length-chiffon-bridesmaid-dress-with-beaded-waistband-10216931abb.html**

Domain URL #: 14

Allure URL #: 14

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1407F.jpg | allure_00367.png |
|  |  |

**attireify.co.uk/a-line-princess-one-shoulder-short-mini-chiffon-bridesmaid-dress-with-beaded-10216922abb.html**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1377F.jpg | image_0000338.jpg |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-chapel-train-tulle-wedding-dress-with-appliqued-beaded-waistband-10105825mjw.html**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ04F.jpg | image_0002078.jpg |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-floor-length-chiffon-bridesmaid-dress-with-lace-10216968abb.html**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1465F.jpg | image_0000630.jpg |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-floor-length-chiffon-bridesmaid-dress-with-waistband-10216909abb.html**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1358B.jpg | image_0000735.jpg |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-floor-length-satin-bridesmaid-dress-10216942abb.html**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1423F.jpg | allure_00351.png |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-short-mini-chiffon-bridesmaid-dress-with-waistband-10216914abb.html**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1365F.jpg | allure_00339.png |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-short-mini-satin-bridesmaid-dress-10216947abb.html**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1422F.jpg | image_0000573.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-asymmetrical-jersey-bridesmaid-dress-with-beaded-10216911abb.html**

Domain URL #: 22

Allure URL #: 22

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1361B.jpg | image_0000279.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-floor-length-chiffon-bridesmaid-dress-10216952abb.html**

Domain URL #: 23

Allure URL #: 23

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1429F.jpg | allure_00372.png |

 

---

**attireify.co.uk/a-line-princess-strapless-floor-length-chiffon-bridesmaid-dress-with-waistband-10216938abb.html**

Domain URL #: 24

Allure URL #: 24

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1415F.jpg | allure_00348.png |

 

**attireify.co.uk/a-line-princess-strapless-floor-length-satin-bridesmaid-dress-10216925abb.html**

Domain URL #: 25

Allure URL #: 25

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1401F4.jpg | image_0000363.jpg |

 

**attireify.co.uk/a-line-princess-strapless-floor-length-satin-bridesmaid-dress-with-lace-10216964abb.html**

Domain URL #: 26

Allure URL #: 26

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1461F.jpg | allure_00371.png |

 

**attireify.co.uk/a-line-princess-strapless-floor-length-satin-bridesmaid-dress-with-pleated-10216930abb.html**

Domain URL #: 27

Allure URL #: 27

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1406F.jpg | image_0000446.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-floor-length-tulle-bridesmaid-dress-10216955abb.html**

Domain URL #: 28

Allure URL #: 28

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1452F.jpg | allure_00358.png |
|  |  |

**attireify.co.uk/a-line-princess-strapless-knee-length-satin-bridesmaid-dress-10216944abb.html**

Domain URL #: 29

Allure URL #: 29

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1419B.jpg | image_0000553.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-short-mini-chiffon-bridesmaid-dress-10216951abb.html**

Domain URL #: 30

Allure URL #: 30

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1428F.jpg | image_0000773.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-short-mini-chiffon-bridesmaid-dress-with-pleated-10216941abb.html**

Domain URL #: 31

Allure URL #: 31

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1418F.jpg | image_0000506.jpg |
|  |  |

**attireify.co.uk/a-line-princess-strapless-short-mini-lace-bridesmaid-dress-10216961abb.html**

Domain URL #: 32

Allure URL #: 32

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1458F Red.jpg | image_0000616.jpg |
|  |  |

**attireify.co.uk/a-line-princess-sweetheart-asymmetrical-chiffon-bridesmaid-dress-10216919abb.html**

Domain URL #: 33

Allure URL #: 33

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1372F.jpg | image_0000320.jpg |




**attireify.co.uk/a-line-princess-sweetheart-court-trailing-lace-wedding-dress-with-appliqued-10105515aew.html**

Domain URL #: 34

Allure URL #: 34

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9156B.jpg | image_0000973.jpg |




**attireify.co.uk/a-line-princess-sweetheart-floor-length-chiffon-bridesmaid-dress-with-beaded-10216912abb.html**

Domain URL #: 35

Allure URL #: 35

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1362B.jpg | image_0000693.jpg |




**attireify.co.uk/a-line-princess-v-neck-ankle-length-chiffon-bridesmaid-dress-10216921abb.html**

Domain URL #: 36

Allure URL #: 36

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1374F.jpg | allure_00343.png |




**attireify.co.uk/a-line-princess-v-neck-court-train-chiffon-wedding-dress-with-beaded-waistband-10105848mjw.html**

Domain URL #: 37

Allure URL #: 37

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ115B.jpg | image_0002333.jpg |

 

**attireify.co.uk/a-line-princess-v-neck-court-train-chiffon-wedding-dress-with-lace-beaded-waistband-10105900mjw.html**

Domain URL #: 38

Allure URL #: 38

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| MJ218F.jpg | image_0002546.jpg |

 

**attireify.co.uk/a-line-princess-v-neck-floor-length-chiffon-bridesmaid-dress-10216958abb.html**

Domain URL #: 39

Allure URL #: 39

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1455B.jpg | image_0000593.jpg |




**attireify.co.uk/a-line-princess-v-neck-floor-length-chiffon-bridesmaid-dress-with-beaded-10216946abb.html**

Domain URL #: 40

Allure URL #: 40

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1421F.jpg | image_0000752.jpg |




**attireify.co.uk/a-line-princess-v-neck-floor-length-chiffon-bridesmaid-dress-with-lace-waistband-10216966abb.html**

Domain URL #: 41

Allure URL #: 41

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1463C.jpg | image_0000652.jpg |




**attireify.co.uk/a-line-princess-v-neck-floor-length-elastic-satin-bridesmaid-dress-with-flowers-pleated-10216940abb.html**

Domain URL #: 42

Allure URL #: 42

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1417F.jpg | allure_00349.png |




**attireify.co.uk/a-line-princess-v-neck-floor-length-satin-bridesmaid-dress-with-bandage-10216906abb.html**

Domain URL #: 43

Allure URL #: 43

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1355B.jpg | image_0000256.jpg |




---

**attireify.co.uk/a-line-princess-v-neck-floor-length-tulle-bridesmaid-dress-10216954abb.html**

Domain URL #: 44

Allure URL #: 44

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1450F.jpg | allure_00366.png |




**attireify.co.uk/a-line-princess-v-neck-knee-length-chiffon-bridesmaid-dress-with-beaded-10216945abb.html**

Domain URL #: 45

Allure URL #: 45

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1420F.jpg | allure_00353.png |




**attireify.co.uk/a-line-princess-v-neck-knee-length-chiffon-bridesmaid-dress-with-lace-waistband-10216965abb.html**

Domain URL #: 46

Allure URL #: 46

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1462F.jpg | allure_00364.png |




**attireify.co.uk/a-line-princess-v-neck-short-mini-chiffon-bridesmaid-dress-10216920abb.html**

Domain URL #: 47

Allure URL #: 47

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 1373F.jpg | allure_00342.png |
|  |  |

---

**attireify.co.uk/a-line-princess-v-neck-short-mini-chiffon-bridesmaid-dress-10216969abb.html**

Domain URL #: 48

Allure URL #: 48

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 1466B.jpg | image_0000672.jpg |
|  |  |

**attireify.co.uk/a-line-round-pleated-zipper-back-chiffon-bridesmaid-dresses-10213289abb.html**

Domain URL #: 49

Allure URL(s) #: 49

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1426B.jpg | image_0000185.jpg |
|  |  |

**attireify.co.uk/a-line-strapless-pleated-zipper-back-chiffon-bridesmaid-dresses-10213278abb.html**

Domain URL #: 50

Allure URL(s) #: 50

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1402F.jpg | image_0000028.jpg |
|  |  |

**attireify.co.uk/a-line-strapless-pleated-zipper-back-satin-bridesmaid-dresses-10213277abb.html**

Domain URL #: 51

Allure URL #: 51

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1400F2.jpg | allure_00321.png |

 

**attireify.co.uk/a-line-strapless-sweetheart-appliqued-beaded-pleated-zipper-chapel-trailing-wedding-dresses-10102387ae417.html**

Domain URL #: 52

Allure URL #: 52

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2708B.jpg | image_0001092.jpg |

 

**attireify.co.uk/a-line-strapless-sweetheart-neck-sweep-trailing-black-chiffon-prom-dresses-10201737.html**

Domain URL #: 53

Allure URL #: 53

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6730F Black.jpg | allure_00383.png |
|  |  |

**attireify.co.uk/a-line-strapless-sweetheart-pleated-zipper-back-floor-length-bridesmaid-dresses-10205531b.html**

Domain URL #: 54

Allure URL #: 54

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1362F.jpg | allure_00373.png |
|  |  |

**attireify.co.uk/a-line-sweetheart-appliqued-beaded-button-back-cathedral-trailing-wedding-dresses-10102372ae417.html**

Domain URL #: 55

Allure URL #: 55

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9120F.jpg | allure_00392.png |




**attireify.co.uk/a-line-sweetheart-appliqued-beaded-pleated-button-back-tulle-chapel-trailing-wedding-dresses-10105178aew.html**

Domain URL #: 56

Allure URL #: 56

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2804F.jpg | allure_00410.png |




**attireify.co.uk/a-line-sweetheart-beaded-on-waistline-zipper-back-chapel-trailing-wedding-dresses-10102384ae417.html**

Domain URL #: 57

Allure URL #: 57

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2705F.jpg | allure_00398.png |
|  |  |

---

**attireify.co.uk/a-line-sweetheart-beaded-pleated-button-back-tulle-chapel-trailing-wedding-dresses-10105188aew.html**

Domain URL #: 58

Allure URL #: 58

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2815B.jpg | image_0001472.jpg |
|  |  |

**attireify.co.uk/a-line-sweetheart-beaded-pleated-lace-up-back-satin-sweep-trailing-wedding-dresses-10105192aew.html**

Domain URL #: 59

Allure URL #: 59

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 9003F.jpg | allure_00419.png |





---

**attireify.co.uk/a-line-sweetheart-beaded-pleated-zipper-back-chiffon-floor-length-bridesmaid-dresses-10212115abb.html**

Domain URL #: 60

Allure URL #: 60

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1362F.jpg | allure_00376.png |





**attireify.co.uk/a-line-sweetheart-beaded-pleated-zipper-back-chiffon-short-front-long-back-bridesmaid-dresses-10212114abb.html**

Domain URL #: 61

Allure URL #: 61

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1361F.jpg | allure_00375.png |




**attireify.co.uk/a-line-sweetheart-lace-zipper-back-chiffon-bridesmaid-dresses-10213288abb.html**

Domain URL #: 62

Allure URL #: 62

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1424F.jpg | allure_00331.png |




**attireify.co.uk/a-line-sweetheart-pleated-ruffles-zipper-back-chiffon-knee-length-bridesmaid-dresses-10213284abb.html**

Domain URL #: 63

Allure URL #: 63

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1418F.jpg | image_0000157.jpg |
|  |  |

**attireify.co.uk/a-line-sweetheart-pleated-ruffles-zipper-back-satin-knee-length-bridesmaid-dresses-10213285abb.html**

Domain URL #: 64

Allure URL #: 64

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1419F.jpg | allure_00329.png |
|  |  |

**attireify.co.uk/a-line-sweetheart-pleated-zipper-back-chiffon-bridesmaid-dresses-10213283abb.html**

Domain URL #: 65

Allure URL #: 65

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1414F.jpg | allure_00327.png |
|  |  |

**attireify.co.uk/a-line-sweetheart-pleated-zipper-back-chiffon-bridesmaid-dresses-10213290abb.html**

Domain URL #: 66

Allure URL #: 66

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1428F.jpg | allure_00333.png |
|  |  |

**attireify.co.uk/a-line-v-neck-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105235aew.html**

Domain URL #: 67

Allure URL #: 67

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9218F.jpg | image_0001973.jpg |

 

**attireify.co.uk/a-line-v-neck-appliqued-pleated-button-back-tulle-sweep-trailing-wedding-dresses-10105197aew.html**

Domain URL #: 68

Allure URL #: 68

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 9013S.jpg | image_0001527.jpg |

 

**attireify.co.uk/a-line-v-neck-beaded-pleated-button-back-satin-chapel-trailing-wedding-dresses-10105179aew.html**

Domain URL #: 69

Allure URL #: 69

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2805B.jpg | image_0001417.jpg |
|  |  |

**attireify.co.uk/a-line-v-neck-pleated-zipper-back-chiffon-bridesmaid-dresses-10212116abb.html**

Domain URL #: 70

Allure URL #: 70

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1364F.jpg | image_0000811.jpg |
|  |  |

**attireify.co.uk/absorbing-a-line-cap-sleeve-v-neck-pleated-zipper-back-chiffon-mini-bridesmaid-dresses-10214285.html**

Domain URL #: 71

Allure URL #: 71

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
| --- | --- |
| 1373F.jpg | image_0000193.jpg |

 

**attireify.co.uk/appealing-ball-gown-bateau-beaded-button-back-tulle-chapel-trailing-bridal-gowns-10105202aew.html**

Domain URL #: 72

Allure URL #: 72

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
| --- | --- |
| 9050F Ivory.jpg | image_0001622.jpg |

 

**attireify.co.uk/appealing-sheath-v-neck-button-back-lace-chapel-trailing-wedding-dresses-10105224aew.html**

Domain URL #: 73

Allure URL #: 73

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9206F.jpg | image_0001921.jpg |

 

**attireify.co.uk/ball-gown-bateau-beaded-button-back-satin-chapel-trailing-bridal-gowns-10105217aew.html**

Domain URL #: 74

Allure URL #: 74

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9152B.jpg | image_0001842.jpg |

 

**attireify.co.uk/ball-gown-cap-sleeve-bateau-appliqued-beaded-button-back-chapel-trailing-wedding-gowns-10102366ae417.html**

Domain URL #: 75

Allure URL #: 75

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9114B.jpg | image_0000951.jpg |
|  |  |

**attireify.co.uk/ball-gown-cap-sleeve-bateau-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105199aew.html**

Domain URL #: 76

Allure URL #: 76

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9022F.jpg | image_0001564.jpg |
|  |  |

**attireify.co.uk/ball-gown-cap-sleeve-bateau-lace-pleated-button-back-tulle-chapel-trailing-bridal-gowns-10105180aew.html**

Domain URL #: 77

Allure URL #: 77

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2806F.jpg | image_0001436.jpg |

 

**attireify.co.uk/ball-gown-cap-sleeve-scoop-beaded-button-back-tulle-chapel-trailing-wedding-gowns-10105247aew.html**

Domain URL #: 78

Allure URL #: 78

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| M524B.jpg | image_0002028.jpg |

 

**attireify.co.uk/ball-gown-deep-v-neck-appliqued-on-waistline-beaded-button-back-chapel-trailing-wedding-dresses-10102375ae417.html**

Domain URL #: 79

Allure URL #: 79

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9124S.jpg | image_0001018.jpg |

 

**attireify.co.uk/ball-gown-round-appliqued-beaded-button-back-satin-chapel-trailing-wedding-gowns-10105225aew.html**

Domain URL #: 80

Allure URL #: 80

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9207B.jpg | image_0001938.jpg |

 

**attireify.co.uk/ball-gown-spaghetti-strap-v-neck-appliqued-button-back-tulle-sweep-trailing-bridal-gowns-10105171aew.html**

Domain URL #: 81

Allure URL #: 81

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2761C.jpg | image_0001287.jpg |

 

**attireify.co.uk/ball-gown-square-neckline-cathedral-train-satin-wedding-gown-with-bowknot-10105826mjw.html**

Domain URL #: 82

Allure URL #: 82

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ05B.jpg | image_0002101.jpg |

 

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-button-back-chapel-trailing-bridal-gowns-10102377ae417.html**

Domain URL #: 83

Allure URL #: 83

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9126B.jpg | image_0001041.jpg |

 

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-button-back-chapel-trailing-wedding-gowns-10102389ae417.html**

Domain URL #: 84

Allure URL #: 84

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2710F.jpg | image_0001133.jpg |

 

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-button-back-tulle-chapel-trailing-bridal-gowns-10105211aew.html**

Domain URL #: 85

Allure URL #: 85

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9120F.jpg | image_0001753.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105183aew.html**

Domain URL #: 86

Allure URL #: 86

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2809F.jpg | allure_00413.png |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-pleated-button-back-organza-sweep-trailing-wedding-gowns-10105169aew.html**

Domain URL #: 87

Allure URL #: 87

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-603
Copyright Publication Date: 2014-05-01
Collection: Group 9 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2757C AD1.jpg | image_0001232.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-pleated-button-back-tulle-sweep-trailing-wedding-gowns-10105186aew.html**

Domain URL #: 88

Allure URL #: 88

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2813B.jpg | image_0001456.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-appliqued-pleated-zipper-back-satin-sweep-trailing-wedding-dresses-10105174aew.html**

Domain URL #: 89

Allure URL #: 89

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2766B.jpg | image_0001358.jpg |




**attireify.co.uk/ball-gown-sweetheart-beaded-pleated-button-back-satin-chapel-trailing-wedding-dresses-10105219aew.html**

Domain URL #: 90

Allure URL #: 90

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9161F.jpg | image_0001866.jpg |




**attireify.co.uk/ball-gown-sweetheart-beaded-pleated-button-back-satin-chapel-trailing-wedding-gowns-10105172aew.html**

Domain URL #: 91

Allure URL #: 91

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2763B.jpg | image_0001311.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-chapel-train-tulle-wedding-gown-with-appliqued-embroidery-beaded-10105855mjw.html**

Domain URL #: 92

Allure URL #: 92

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ13F.jpg | image_0002394.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-court-train-elastic-satin-wedding-gown-with-beaded-waistband-10105843mjw.html**

Domain URL #: 93

Allure URL #: 93

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ110C AD.jpg | image_0002287.jpg |




**attireify.co.uk/ball-gown-sweetheart-court-train-tulle-wedding-dress-with-appliqued-beaded-10105852mjw.html**

Domain URL #: 94

Allure URL #: 94

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ119S AD.jpg | image_0002365.jpg |




**attireify.co.uk/ball-gown-v-neck-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105220aew.html**

Domain URL #: 95

Allure URL #: 95

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9162F.jpg | image_0001888.jpg |

 

**attireify.co.uk/ball-gown-v-neck-appliqued-beaded-button-back-tulle-sweep-trailing-wedding-gowns-10105206aew.html**

Domain URL #: 96

Allure URL #: 96

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9067B.jpg | image_0001679.jpg |

 

**attireify.co.uk/ball-gown-v-neck-appliqued-beaded-pleated-button-back-tulle-chapel-trailing-wedding-gowns-10105213aew.html**

Domain URL #: 97

Allure URL #: 97

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9124F.jpg | image_0001767.jpg |
|  |  |

---

**attireify.co.uk/ball-gown-v-neck-beaded-layered-zipper-back-tulle-chapel-trailing-bridal-gowns-10105167aew.html**

Domain URL #: 98

Allure URL #: 98

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-603
Copyright Publication Date: 2014-05-01
Collection: Group 9 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2750C AD.jpg | image_0001205.jpg |
|  |  |

**attireify.co.uk/ball-gown-v-neck-chapel-train-elastic-satin-wedding-dress-with-beaded-10105838mjw.html**

Domain URL #: 99

Allure URL #: 99

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|:---:|:---:|
| MJ106B.jpg | image_0002235.jpg |




**attireify.co.uk/charming-mermaid-strapless-appliqued-beaded-button-back-chapel-trailing-wedding-dresses-10102391ae417.html**

Domain URL #: 100

Allure URL #: 100

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|:---:|:---:|
| 2712F.jpg | allure_00400.png |




**attireify.co.uk/column-full-sleeve-bateau-appliqued-button-back-satin-chapel-trailing-wedding-dresses-10105182aew.html**

Domain URL #: 101

Allure URL #: 101

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2808F.jpg | allure_00412.png |





**attireify.co.uk/comfy-a-line-deep-v-neck-appliqued-yarn-back-chapel-trailing-wedding-dresses-10102394ae417.html**

Domain URL #: 102

Allure URL #: 102

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2716H.jpg | image_0001155.jpg |





**attireify.co.uk/delicate-sheath-bateau-button-back-lace-bridesmaid-dresses-10213282abb.html**

Domain URL #: 103

Allure URL #: 103

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1412F.jpg | allure_00326.png |




**attireify.co.uk/elegant-a-line-sweetheart-appliqued-beaded-button-back-chapel-trailing-wedding-dresses-10102388ae417.html**

Domain URL #: 104

Allure URL #: 104

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2709B.jpg | image_0001114.jpg |




**attireify.co.uk/enchanting-a-line-one-shoulder-zipper-back-lace-knee-length-bridesmaid-dresses-10214282.html**

Domain URL #: 105

Allure URL #: 105

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1350F2.jpg | allure_00334.png |

 

**attireify.co.uk/exquisite-a-line-cap-sleeve-bateau-beaded-button-back-lace-sweep-trailing-wedding-dresses-10105239aew.html**

Domain URL #: 106

Allure URL #: 106

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9222B.jpg | image_0001995.jpg |

 

**attireify.co.uk/exquisite-mermaid-v-neck-appliqued-zipper-back-floor-length-prom-dresses-10205919.html**

Domain URL #: 107

Allure URL #: 107

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7061F Fuchsia.jpg | allure_00387.png |




**attireify.co.uk/fashionable-sheath-strapless-sweetheart-beaded-zipper-back-sweep-trailing-prom-dresses-10205870.html**

Domain URL #: 108

Allure URL #: 108

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7026F.jpg | image_0000889.jpg |




**attireify.co.uk/fine-a-line-v-neck-lace-button-back-tulle-sweep-trailing-wedding-dresses-10105177aew.html**

Domain URL #: 109

Allure URL #: 109

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2802B.jpg | image_0001398.jpg |

 

**attireify.co.uk/fine-column-cap-sleeve-deep-v-neck-button-back-lace-bridesmaid-dresses-10213280abb.html**

Domain URL #: 110

Allure URL #: 110

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1408F.jpg | allure_00324.png |

 

**attireify.co.uk/gentle-a-line-high-neck-appliqued-yarn-and-button-back-chapel-trailing-wedding-dresses-10102386ae417.html**

Domain URL #: 111

Allure URL #: 111

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 2707H.jpg | image_0001072.jpg |
|  |  |

**attireify.co.uk/gorgeous-a-line-cap-sleeve-v-neck-beaded-button-back-lace-chapel-trailing-wedding-dresses-10105198aew.html**

Domain URL #: 112

Allure URL #: 112

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9016B.jpg | image_0001548.jpg |
|  |  |

**attireify.co.uk/mermaid-bateau-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105205aew.html**

Domain URL #: 113

Allure URL #: 113

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9066F.jpg | image_0001664.jpg |





**attireify.co.uk/mermaid-bateau-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10105181aew.html**

Domain URL #: 114

Allure URL #: 114

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2807F.jpg | allure_00411.png |





**attireify.co.uk/mermaid-cap-sleeve-deep-v-neck-appliqued-beaded-lace-button-chapel-trailing-wedding-dresses-10102365ae417.html**

Domain URL #: 115

Allure URL #: 115

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9113F.jpg | allure_00389.png |
|  |  |

**attireify.co.uk/mermaid-cap-sleeve-round-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10105255aew.html**

Domain URL #: 116

Allure URL #: 116

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| M536F.jpg | image_0002041.jpg |
|  |  |

**attireify.co.uk/mermaid-deep-v-neck-appliqued-beaded-open-back-chapel-trailing-wedding-dresses-10102357ae417.html**

Domain URL #: 117

Allure URL #: 117

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9104F.jpg | image_0000910.jpg |
|  |  |

**attireify.co.uk/mermaid-scalloped-beaded-on-waistline-appliqued-button-back-chapel-trailing-wedding-dresses-10102393ae417.html**

Domain URL #: 118

Allure URL #: 118

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2715F.jpg | allure_00401.png |
|  |  |

**attireify.co.uk/mermaid-scoop-beaded-button-back-satin-chapel-trailing-wedding-dresses-10105210aew.html**

Domain URL #: 119

Allure URL #: 119

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9118F.jpg | image_0001732.jpg |




**attireify.co.uk/mermaid-short-sleeve-scalloped-appliqued-beaded-button-back-chapel-trailing-wedding-dresses-10102374ae417.html**

Domain URL #: 120

Allure URL #: 120

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9123F.jpg | allure_00394.png |




**attireify.co.uk/mermaid-v-neck-appliqued-button-back-satin-chapel-trailing-wedding-dresses-10105173aew.html**

Domain URL #: 121

Allure URL #: 121

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-603
Copyright Publication Date: 2014-05-01
Collection: Group 9 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2764C AD.jpg | image_0001337.jpg |
|  |  |

**attireify.co.uk/mermaid-v-neck-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10105175aew.html**

Domain URL #: 122

Allure URL #: 122

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2800F.jpg | image_0001377.jpg |
|  |  |

**attireify.co.uk/nice-a-line-strapless-appliqued-button-back-chapel-trailing-wedding-dresses-10102373ae417.html**

Domain URL #: 123

Allure URL #: 123

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9121F.jpg | allure_00393.png |
|  |  |

**attireify.co.uk/pure-a-line-strapless-beaded-on-waistline-zipper-back-chapel-trailing-wedding-dresses-10102382ae417.html**

Domain URL #: 124

Allure URL #: 124

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 2703F.jpg | allure_00397.png |
|  |  |

**attireify.co.uk/pure-ball-gown-sweetheart-beaded-button-back-tulle-chapel-trailing-bridal-gowns-10105214aew.html**

Domain URL #: 125

Allure URL #: 125

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9126F.jpg | image_0001782.jpg |

 

**attireify.co.uk/sexy-sheath-high-neck-zipper-back-floor-length-prom-dresses-10205722.html**

Domain URL #: 126

Allure URL #: 126

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7017F Black.jpg | allure_00379.png |

 

**attireify.co.uk/sheath-bateau-appliqued-button-back-tulle-chapel-trailing-wedding-dresses-10105201aew.html**

Domain URL #: 127

Allure URL #: 127

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9025F.jpg | image_0001600.jpg |
|  |  |

**attireify.co.uk/sheath-cap-sleeve-bateau-beaded-button-back-satin-chapel-trailing-wedding-dresses-10105227aew.html**

Domain URL #: 128

Allure URL #: 128

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9209B.jpg | image_0001959.jpg |
|  |  |

**attireify.co.uk/sheath-cap-sleeve-bateau-button-back-lace-floor-length-bridesmaid-dresses-10213281abb.html**

Domain URL #: 129

Allure URL #: 129

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 1411F.jpg | allure_00325.png |




**attireify.co.uk/sheath-cap-sleeve-v-neck-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10105170aew.html**

Domain URL #: 130

Allure URL #: 130

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-603
Copyright Publication Date: 2014-05-01
Collection: Group 9 - 2014

| Client Image | Infringing Image |
|---|---|
| 2758F AD.jpg | image_0001264.jpg |




**attireify.co.uk/sheath-column-bateau-floor-length-lace-bridesmaid-dress-with-waistband-10216929abb.html**

Domain URL #: 131

Allure URL #: 131

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1405F2.jpg | allure_00346.png |
|  |  |

**attireify.co.uk/sheath-column-bateau-short-mini-lace-bridesmaid-dress-10216935abb.html**

Domain URL #: 132

Allure URL #: 132

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1412B.jpg | image_0000488.jpg |
|  |  |

**attireify.co.uk/sheath-column-bateau-sweep-train-lace-bridesmaid-dress-with-waistband-10216928abb.html**

Domain URL #: 133

Allure URL #: 133

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|:---:|:---:|
| 1404B.jpg | image_0000424.jpg |

 

**attireify.co.uk/sheath-column-scoop-neck-short-mini-lace-bridesmaid-dress-10216933abb.html**

Domain URL #: 134

Allure URL #: 134

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|:---:|:---:|
| 1410F.jpg | image_0000468.jpg |

 

**attireify.co.uk/sheath-column-scoop-neck-sweep-train-lace-bridesmaid-dress-10216934abb.html**

Domain URL #: 135

Allure URL #: 135

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-10-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 1411F.jpg | allure_00365.png |

 

**attireify.co.uk/sheath-column-scoop-neck-sweep-train-lace-wedding-dress-10105827mjw.html**

Domain URL #: 136

Allure URL #: 136

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ06F Ivory.jpg | image_0002125.jpg |

 

**attireify.co.uk/sheath-column-strapless-floor-length-sequined-bridesmaid-dress-with-waistband-10216943abb.html**

Domain URL #: 137

Allure URL #: 137

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 1471C2.jpg | image_0000531.jpg |
|  |  |

**attireify.co.uk/sheath-column-strapless-short-mini-lace-bridesmaid-dress-with-waistband-10216908abb.html**

Domain URL #: 138

Allure URL #: 138

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1357F.jpg | image_0000714.jpg |
|  |  |

**attireify.co.uk/sheath-column-v-neck-court-train-lace-wedding-dress-with-beaded-crystal-10105845mjw.html**

Domain URL #: 139

Allure URL #: 139

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ112S AD.jpg | image_0002306.jpg |
|  |  |

**attireify.co.uk/sheath-column-v-neck-short-mini-satin-bridesmaid-dress-10216910abb.html**

Domain URL #: 140

Allure URL #: 140

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1359F.jpg | allure_00337.png |
|  |  |

**attireify.co.uk/sheath-column-v-neck-sweep-train-tulle-wedding-dress-with-appliqued-10105853mjw.html**

Domain URL #: 141

Allure URL #: 141

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ12B.jpg | image_0002379.jpg |

 

**attireify.co.uk/sheath-one-shoulder-sweep-trailing-white-chiffon-sexy-backless-prom-dresses-10201717.html**

Domain URL #: 142

Allure URL #: 142

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6699F White.jpg | image_0000821.jpg |

 

**attireify.co.uk/sheath-sweetheart-beaded-pleated-appliqued-button-back-tulle-chapel-trailing-wedding-dresses-10105193aew.html**

Domain URL #: 143

Allure URL #: 143

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 9004F.jpg | image_0001487.jpg |

 

**attireify.co.uk/sheath-sweetheart-beaded-pleated-lace-up-back-satin-chapel-trailing-wedding-dresses-10105200aew.html**

Domain URL #: 144

Allure URL #: 144

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 9024F.jpg | image_0001584.jpg |

 

**attireify.co.uk/sheath-sweetheart-beaded-pleated-zipper-back-tulle-chapel-trailing-wedding-dresses-10105204aew.html**

Domain URL #: 145

Allure URL #: 145

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9063F.jpg | image_0001643.jpg |

 

**attireify.co.uk/sheath-v-neck-appliqued-beaded-button-back-satin-sweep-trailing-wedding-dresses-10105187aew.html**

Domain URL #: 146

Allure URL #: 146

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2814F.jpg | allure_00416.png |

 

**attireify.co.uk/sheath-v-neck-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105195aew.html**

Domain URL #: 147

Allure URL #: 147

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
| --- | --- |
| 9010F.jpg | image_0001507.jpg |

 

**attireify.co.uk/sheath-v-neck-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105215aew.html**

Domain URL #: 148

Allure URL #: 148

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
| --- | --- |
| 9127F.jpg | image_0001800.jpg |

 

**attireify.co.uk/sheath-v-neck-appliqued-beaded-button-back-tulle-chapel-trailing-wedding-dresses-10105216aew.html**

Domain URL #: 149

Allure URL #: 149

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9151F.jpg | image_0001822.jpg |

 

**attireify.co.uk/sheath-v-neck-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10105207aew.html**

Domain URL #: 150

Allure URL #: 150

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9068B AD.jpg | image_0001710.jpg |

 

**attireify.co.uk/sparkle-a-line-sweetheart-beaded-zipper-back-standard-floor-length-prom-dresses-10205715.html**

Domain URL #: 151

Allure URL #: 151

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7046F Aqua.jpg | image_0000866.jpg |




---

**attireify.co.uk/stunning-mermaid-bateau-beaded-button-back-lace-sweep-trailing-wedding-dresses-10105185aew.html**

Domain URL #: 152

Allure URL #: 152

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2812F.jpg | allure_00415.png |




**attireify.co.uk/stylish-sheath-strapless-beaded-split-front-zipper-back-sweep-trailing-prom-dresses-10205863.html**

Domain URL #: 153

Allure URL #: 153

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7087F Red.jpg | allure_00382.png |
|  |  |

**attireify.co.uk/trumpet-mermaid-bateau-chapel-train-satin-wedding-dress-with-beaded-10105847mjw.html**

Domain URL #: 154

Allure URL #: 154

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ114F.jpg | image_0002319.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-scoop-neck-chapel-train-lace-wedding-dress-with-beaded-waistband-10105856mjw.html**

Domain URL #: 155

Allure URL #: 155

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ14F.jpg | image_0002416.jpg |
|  |  |

---

**attireify.co.uk/trumpet-mermaid-scoop-neck-chapel-train-satin-wedding-dress-with-embroidery-appliqued-10105894mjw.html**

Domain URL #: 156

Allure URL #: 156

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| MJ212B.jpg | image_0002516.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-scoop-neck-court-train-lace-wedding-dress-with-10105834mjw.html**

Domain URL #: 157

Allure URL #: 157

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ102C AD.jpg | image_0002196.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-chapel-train-lace-wedding-dress-with-beaded-waistband-10105887mjw.html**

Domain URL #: 158

Allure URL #: 158

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| MJ205C.jpg | image_0002479.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-chapel-train-tulle-wedding-dress-with-appliqued-10105842mjw.html**

Domain URL #: 159

Allure URL #: 159

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ11F.jpg | image_0002268.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-court-train-lace-wedding-dress-with-appliqued-10105851mjw.html**

Domain URL #: 160

Allure URL #: 160

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ118F.jpg | image_0002342.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-court-train-tulle-wedding-dress-with-appliqued-10105824mjw.html**

Domain URL #: 161

Allure URL #: 161

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| MJ03F.jpg | image_0002056.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-court-train-tulle-wedding-dress-with-appliqued-10105840mjw.html**

Domain URL #: 162

Allure URL #: 162

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| MJ108F.jpg | image_0002250.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-sweetheart-court-train-tulle-wedding-dress-with-appliqued-embroidery-10105829mjw.html**

Domain URL #: 163

Allure URL #: 163

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ08F.jpg | image_0002147.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-v-neck-chapel-train-lace-wedding-dress-with-appliqued-10105886mjw.html**

Domain URL #: 164

Allure URL #: 164

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| MJ204F.jpg | image_0002458.jpg |
|  |  |

**attireify.co.uk/trumpet-mermaid-v-neck-chapel-train-satin-wedding-dress-with-beaded-10105835mjw.html**

Domain URL #: 165

Allure URL #: 165

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ103SB AD.jpg | image_0002220.jpg |

 

**attireify.co.uk/trumpet-mermaid-v-neck-chapel-train-satin-wedding-dress-with-beaded-bowknot-10105830mjw.html**

Domain URL #: 166

Allure URL #: 166

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| MJ09F.jpg | image_0002170.jpg |

 

**attireify.co.uk/trumpet-mermaid-v-neck-court-train-tulle-wedding-dress-with-appliqued-10105857mjw.html**

Domain URL #: 167

Allure URL #: 167

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| MJ15F.jpg | image_0002437.jpg |

 

**attireify.co.uk/trumpet-mermaid-v-neck-court-train-tulle-wedding-dress-with-appliqued-embroidery-10105890mjw.html**

Domain URL #: 168

Allure URL #: 168

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| MJ208B.jpg | image_0002500.jpg |

 

**attireify.co.uk/wonderful-ball-gown-scoop-beaded-button-back-satin-chapel-trailing-wedding-dresses-10105190aew.html**

Domain URL #: 169

Allure URL #: 169

DMCA ID(s): (I32)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 2817F.jpg | allure_00418.png |




**attireify.co.uk/a-line-bateau-appliqued-pleated-button-back-chiffon-sweep-trailing-wedding-dresses-10104365stw.html**

Domain URL #: 170

Justin Alexander URL #: 1

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6072_138.jpg | image_0013535.jpg |




**attireify.co.uk/a-line-bateau-appliqued-waistband-button-back-tulle-sweep-trailing-wedding-dresses-10104362stw.html**

Domain URL #: 171

Justin Alexander URL #: 2

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6069_120.jpg | image_0013511.jpg |





**attireify.co.uk/a-line-cap-sleeve-bateau-appliqued-beaded-button-back-organza-chapel-trailing-wedding-dresses-10104368stw.html**

Domain URL #: 172

Justin Alexander URL #: 3

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1000px_RGB

| Client Image | Infringing Image |
| --- | --- |
| 6077_030.jpg | ja_00755.png |





**attireify.co.uk/a-line-cap-sleeve-bateau-appliqued-beaded-button-back-tulle-sweep-trailing-wedding-dresses-10104366stw.html**

Domain URL #: 173

Justin Alexander URL #: 4

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1000px_RGB

| Client Image | Infringing Image |
| --- | --- |
| 6073_005.jpg | ja_00753.png |





**attireify.co.uk/a-line-halter-beaded-pleated-zipper-back-chiffon-sweep-trailing-wedding-dresses-10104380stw.html**

Domain URL #: 174

Justin Alexander URL #: 5

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6028_070.jpg | ja_00703.png |

 

---

**attireify.co.uk/a-line-lace-v-neck-cap-sleeve-button-back-organza-cathedral-trailing-bridal-dresses-10102208sc144.html**

Domain URL #: 175

Justin Alexander URL #: 6

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Sincerity
Collection: SIN_2014

| Client Image | Infringing Image |
|---|---|
| SIN_2014-027.jpg | image_0013197.jpg |

 

**attireify.co.uk/a-line-princess-3-4-sleeve-v-neck-sweep-train-chiffon-wedding-dress-with-appliqued-beaded-10107157scw.html**

Domain URL #: 176

Justin Alexander URL #: 7

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3951_0156.jpg | image_0012581.jpg |
|  |  |

**attireify.co.uk/a-line-princess-bateau-tea-length-tulle-wedding-dress-with-appliqued-bowknot-waistband-10105739scw.html**

Domain URL #: 177

Justin Alexander URL #: 8

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Sincerity
Collection: SIN_PR16

| Client Image | Infringing Image |
|---|---|
| SIN_PR16-002.jpg | image_0012840.jpg |
|  |  |

**attireify.co.uk/a-line-princess-off-the-shoulder-chapel-train-tulle-wedding-dress-with-appliqued-10105745scw.html**

Domain URL #: 178

Justin Alexander URL #: 9

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 3889_269.jpg | image_0012930.jpg |
|  |  |

**attireify.co.uk/a-line-princess-scoop-neck-court-train-tulle-wedding-dress-with-beaded-crystal-waistband-10105744scw.html**

Domain URL #: 179

Justin Alexander URL #: 10

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_2016-135.jpg | ja_00704.png |
|  |  |

**attireify.co.uk/a-line-princess-short-sleeve-bateau-sweep-train-chiffon-wedding-dress-with-beaded-10107158scw.html**

Domain URL #: 180

Justin Alexander URL #: 11

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_3952_0063.jpg | image_0012556.jpg |
|  |  |

**attireify.co.uk/a-line-princess-short-sleeve-bateau-sweep-train-tulle-wedding-dress-with-appliqued-10107139scw.html**

Domain URL #: 181

Justin Alexander URL #: 12

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_SS17_FW16_BEST-SELLERS-011.jpg | image_0012508.jpg |
|  |  |

**attireify.co.uk/a-line-princess-short-sleeve-bateau-sweep-train-tulle-wedding-dress-with-beaded-10107152scw.html**

Domain URL #: 182

Justin Alexander URL #: 13

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3943_0020.jpg | ja_00686.png |

 

**attireify.co.uk/a-line-princess-short-sleeve-off-the-shoulder-court-train-tulle-wedding-dress-with-appliqued-10107162scw.html**

Domain URL #: 183

Justin Alexander URL #: 14

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-101.jpg | image_0012645.jpg |

 

**attireify.co.uk/a-line-princess-short-sleeve-off-the-shoulder-court-train-tulle-wedding-dress-with-beaded-appliqued-10107161scw.html**

Domain URL #: 184

Justin Alexander URL #: 15

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-099.jpg | image_0012666.jpg |




**attireify.co.uk/a-line-princess-short-sleeve-sweetheart-sweep-train-chiffon-wedding-dress-with-appliqued-10107144scw.html**

Domain URL #: 185

Justin Alexander URL #: 16

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sincerity
Collection: SIN_FW16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3927_025.jpg | ja_00767.png |




**attireify.co.uk/a-line-princess-sleeveless-bateau-chapel-train-chiffon-wedding-dress-with-appliqued-10107528stw.html**

Domain URL #: 186

Justin Alexander URL #: 17

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sweetheart
Collection: SWH_SP16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 6126_047.jpg | image_0012953.jpg |




---

**attireify.co.uk/a-line-princess-sleeveless-bateau-court-train-elastic-satin-wedding-dress-10107163scw.html**

Domain URL #: 187

Justin Alexander URL #: 18

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-105.jpg | image_0012625.jpg |




**attireify.co.uk/a-line-princess-sleeveless-bateau-knee-length-elastic-satin-wedding-dress-with-pleated-10107541stw.html**

Domain URL #: 188

Justin Alexander URL #: 19

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| SWH_6180_0107.jpg | image_0012821.jpg |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-bateau-long-floor-length-tulle-wedding-dress-with-appliqued-10107145scw.html**

Domain URL #: 189

Justin Alexander URL #: 20

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3935F_0180.jpg | image_0012533.jpg |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-bateau-sweep-train-chiffon-wedding-dress-with-appliqued-10107537stw.html**

Domain URL #: 190

Justin Alexander URL #: 21

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17

| Client Image | Infringing Image |
|---|---|
| SWH_SS17-007.jpg | image_0012730.jpg |

 

**attireify.co.uk/a-line-princess-sleeveless-bateau-sweep-train-chiffon-wedding-dress-with-ruffles-10107540stw.html**

Domain URL #: 191

Justin Alexander URL #: 22

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17

| Client Image | Infringing Image |
|---|---|
| SWH_SS17-041.jpg | image_0012863.jpg |

 

**attireify.co.uk/a-line-princess-sleeveless-bateau-sweep-train-tulle-wedding-dress-with-appliqued-10107153scw.html**

Domain URL #: 192

Justin Alexander URL #: 23

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3945_0010.jpg | ja_00705.png |




**attireify.co.uk/a-line-princess-sleeveless-off-the-shoulder-sweep-train-chiffon-wedding-dress-with-appliqued-10107156scw.html**

Domain URL #: 193

Justin Alexander URL #: 24

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3950_0051.jpg | ja_00771.png |




**attireify.co.uk/a-line-princess-sleeveless-scoop-neck-sweep-train-chiffon-wedding-dress-with-lace-10107533stw.html**

Domain URL #: 194

Justin Alexander URL #: 25

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sweetheart
Collection: SWH_FW16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 6143_009.jpg | ja_00694.png |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-court-train-chiffon-wedding-dress-with-appliqued-10107524stw.html**

Domain URL #: 195

Justin Alexander URL #: 26

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Sweetheart
Collection: SWH_PR16_RGB_1000px

| Client Image | Infringing Image |
|---|---|
| 6090_001.jpg | ja_00772.png |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-court-train-chiffon-wedding-dress-with-appliqued-10107526stw.html**

Domain URL #: 196

Justin Alexander URL #: 27

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sweetheart
Collection: SWH_SP16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 6117_057.jpg | ja_00678.png |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-court-train-chiffon-wedding-dress-with-crystal-detailing-10107539stw.html**

Domain URL #: 197

Justin Alexander URL #: 28

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17

| **Client Image** | **Infringing Image** |
|---|---|
| SWH_SS17-029.jpg | image_0012885.jpg |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-court-train-tulle-wedding-dress-with-appliqued-10107147scw.html**

Domain URL #: 198

Justin Alexander URL #: 29

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3937_0166.jpg | image_0013711.jpg |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-sweep-train-chiffon-wedding-dress-with-appliqued-10107534stw.html**

Domain URL #: 199

Justin Alexander URL #: 30

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sweetheart
Collection: SWH_FW16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 6146_055.jpg | ja_00696.png |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-sweep-train-chiffon-wedding-dress-with-ruffles-10107543stw.html**

Domain URL #: 200

Justin Alexander URL #: 31

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17

| Client Image | Infringing Image |
|---|---|
| SWH_SS17-057.jpg | image_0012775.jpg |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-sweep-train-lace-wedding-dress-with-lace-10107542stw.html**

Domain URL #: 201

Justin Alexander URL #: 32

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SWH_6181_0046.jpg | ja_00675.png |




**attireify.co.uk/a-line-princess-sleeveless-sweetheart-sweep-train-tulle-wedding-dress-with-beaded-10107149scw.html**

Domain URL #: 202

Justin Alexander URL #: 33

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_3939_0026.jpg | ja_00682.png |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-v-neck-court-train-chiffon-wedding-dress-with-appliqued-10107535stw.html**

Domain URL #: 203

Justin Alexander URL #: 34

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Sweetheart
Collection: SWH_SS17_FW16

| **Client Image** | **Infringing Image** |
|---|---|
| SWH_SS17_FW16-066.jpg | image_0012711.jpg |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-v-neck-court-train-chiffon-wedding-dress-with-appliqued-10107544stw.html**

Domain URL #: 204

Justin Alexander URL #: 35

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| SWH_6186_0157.jpg | image_0012417.jpg |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-v-neck-sweep-train-chiffon-wedding-dress-with-appliqued-10107150scw.html**

Domain URL #: 205

Justin Alexander URL #: 36

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_3941_0026.jpg | ja_00676.png |
|  |  |

**attireify.co.uk/a-line-princess-sleeveless-v-neck-sweep-train-chiffon-wedding-dress-with-pleated-10107527stw.html**

Domain URL #: 206

Justin Alexander URL #: 37

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sweetheart
Collection: SWH_SP16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 6118_121.jpg | image_0012976.jpg |





**attireify.co.uk/a-line-princess-strapless-ankle-length-tulle-wedding-dress-with-appliqued-flowers-10105738scw.html**

Domain URL #: 207

Justin Alexander URL #: 38

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3720_016.jpg | image_0013023.jpg |





**attireify.co.uk/a-line-princess-sweetheart-tea-length-tulle-wedding-dress-with-appliqued-10105740scw.html**

Domain URL #: 208

Justin Alexander URL #: 39

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| Client Image | Infringing Image |
|---|---|
| SIN_2016-096.jpg | ja_00700.png |





---

**attireify.co.uk/a-line-short-sleeve-off-shoulder-beaded-pleated-button-back-organza-chapel-trailing-wedding-gowns-10103736lrw.html**

Domain URL #: 209

Justin Alexander URL #: 40

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6357_044.jpg | image_0013492.jpg |





**attireify.co.uk/a-line-strapless-appliqued-pleated-button-back-lace-chapel-trailing-wedding-dresses-10103725lrw.html**

Domain URL #: 210

Justin Alexander URL #: 41

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: 2015.0 Lillian West
Collection: LW_2015

| **Client Image** | **Infringing Image** |
|---|---|
| LW_2015-044.jpg | image_0013447.jpg |
|  |  |

**attireify.co.uk/a-line-strapless-lace-beaded-goffer-zipper-back-organza-sweep-trailing-wedding-dresses-10103711lww.html**

Domain URL #: 211

Justin Alexander URL #: 42

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6318_060.jpg | ja_00730.png |
|  |  |

**attireify.co.uk/a-line-sweetheart-appliqued-beaded-ruffles-button-back-tulle-sweep-trailing-wedding-dresses-10103703lww.html**

Domain URL #: 212

Justin Alexander URL #: 43

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6313_057.jpg | ja_00726.png |





**attireify.co.uk/a-line-sweetheart-appliqued-pleated-button-back-organza-sweep-trailing-wedding-dresses-10104370stw.html**

Domain URL #: 213

Justin Alexander URL #: 44

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6080_027.jpg | image_0013575.jpg |





**attireify.co.uk/a-line-sweetheart-appliqued-pleated-button-back-tulle-sweep-trailing-wedding-dresses-10103734lrw.html**

Domain URL #: 214

Justin Alexander URL #: 45

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6349_041.jpg | ja_00748.png |

 

**attireify.co.uk/a-line-sweetheart-appliqued-ruffles-button-back-tulle-short-front-long-back-wedding-dresses-10104369stw.html**

Domain URL #: 215

Justin Alexander URL #: 46

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6078_145.jpg | image_0013560.jpg |

 

**attireify.co.uk/a-line-sweetheart-beaded-pleated-button-back-organza-sweep-trailing-wedding-dresses-10104384stw.html**

Domain URL #: 216

Justin Alexander URL #: 47

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 6059_031.jpg | ja_00765.png |

 

**attireify.co.uk/a-line-sweetheart-beaded-pleated-lace-up-back-chiffon-chapel-trailing-wedding-dresses-10104378stw.html**

Domain URL #: 217

Justin Alexander URL #: 48

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6025_060.jpg | ja_00761.png |

 

**attireify.co.uk/a-line-sweetheart-cap-sleeve-appliques-button-back-satin-plus-size-bridal-dresses-10102230sc144.html**

Domain URL #: 218

Justin Alexander URL #: 49

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity+
Collection: SIP-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 4553_089.jpg | ja_00724.png |

 

**attireify.co.uk/a-line-v-neck-appliqued-pleated-button-back-organza-sweep-trailing-wedding-dresses-10104371stw.html**

Domain URL #: 219

Justin Alexander URL #: 50

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: 2015.0 Sweetheart
Collection: SWH_2015

| Client Image | Infringing Image |
|---|---|
| SWH_2015-005.jpg | image_0013598.jpg |

 

**attireify.co.uk/a-line-v-neck-appliqued-pleated-zipper-back-organza-chapel-trailing-wedding-dresses-10104376stw.html**

Domain URL #: 220

Justin Alexander URL #: 51

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6024_036.jpg | ja_00758.png |




**attireify.co.uk/a-line-v-neck-beaded-pleated-appliqued-button-back-chiffon-sweep-trailing-wedding-dresses-10104385stw.html**

Domain URL #: 221

Justin Alexander URL #: 52

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 6060_031.jpg | ja_00702.png |




**attireify.co.uk/absorbing-a-line-bateau-neck-beading-on-waist-elastic-satin-cathedral-trailing-bridal-dresses-10102217sc144.html**

Domain URL #: 222

Justin Alexander URL #: 53

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3787_001.jpg | ja_00719.png |
|  |  |

**attireify.co.uk/alluring-a-line-bateau-cap-sleeve-appliqued-organza-cathedral-trailing-bridal-dresses-10102220sc144.html**

Domain URL #: 223

Justin Alexander URL #: 54

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3790_003.jpg | image_0013284.jpg |
|  |  |

**attireify.co.uk/amazing-ball-gown-strapless-sweetheart-beading-tulle-sweep-trailing-bridal-dresses-10102201sc144.html**

Domain URL #: 224

Justin Alexander URL #: 55

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sincerity
Collection: SIN_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 3765_011.jpg | ja_00698.png |




**attireify.co.uk/appealing-a-line-strapless-sweetheart-beading-tulle-chapel-trailing-bridal-dresses-10102219sc144.html**

Domain URL #: 225

Justin Alexander URL #: 56

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3789_004.jpg | image_0013260.jpg |




**attireify.co.uk/appealing-a-line-v-neck-appliques-button-back-tulle-chapel-trailing-bridal-dresses-10102213sc144.html**

Domain URL #: 226

Justin Alexander URL #: 57

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3783_002.jpg | image_0013215.jpg |

 

**attireify.co.uk/appealing-ball-gown-strapless-sweetheart-with-embroidery-tulle-cathedral-trailing-bridal-dresses-10102177sc144.html**

Domain URL #: 227

Justin Alexander URL #: 58

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_ad-shots_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3656_069.jpg | ja_00706.png |

 

**attireify.co.uk/ball-gown-bateau-appliqued-pleated-zipper-back-tulle-chapel-trailing-wedding-gowns-10104379stw.html**

Domain URL #: 228

Justin Alexander URL #: 59

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6027_013.jpg | ja_00762.png |
|  |  |

**attireify.co.uk/ball-gown-bateau-beaded-appliqued-button-back-organza-sweep-trailing-wedding-dresses-10103715lww.html**

Domain URL #: 229

Justin Alexander URL #: 60

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Lillian West
Collection: LW_2014

| Client Image | Infringing Image |
|---|---|
| LW_2014-104.jpg | image_0013402.jpg |
|  |  |

**attireify.co.uk/ball-gown-cap-sleeve-bateau-lace-pleated-button-back-satin-chapel-trailing-bridal-gowns-10103731lrw.html**

Domain URL #: 230

Justin Alexander URL #: 61

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6344_063.jpg | ja_00746.png |
|  |  |

**attireify.co.uk/ball-gown-round-appliqued-beaded-button-back-tulle-sweep-trailing-wedding-dresses-10103726lrw.html**

Domain URL #: 231

Justin Alexander URL #: 62

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6336_017.jpg | ja_00743.png |
|  |  |

**attireify.co.uk/ball-gown-sleeveless-sweetheart-tea-length-chiffon-wedding-dress-with-appliqued-10107522stw.html**

Domain URL #: 232

Justin Alexander URL #: 63

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Sweetheart
Collection: SWH_PR16_RGB_1500px

| Client Image | Infringing Image |
|---|---|
| 6085_007.jpg | image_0012995.jpg |




**attireify.co.uk/ball-gown-strapless-appliqued-beaded-pleated-button-back-organza-chapel-trailing-wedding-dresses-10103721lrw.html**

Domain URL #: 233

Justin Alexander URL #: 64

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6328_061.jpg | image_0013425.jpg |




**attireify.co.uk/ball-gown-sweetheart-appliqued-beaded-zipper-back-tulle-chapel-trailing-wedding-dresses-10104383stw.html**

Domain URL #: 234

Justin Alexander URL #: 65

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6033_013.jpg | ja_00764.png |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-appliqued-flowers-zipper-back-organza-chapel-trailing-wedding-dresses-10103705lww.html**

Domain URL #: 235

Justin Alexander URL #: 66

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14

| Client Image | Infringing Image |
|---|---|
| LW_SP14-026.jpg | image_0013339.jpg |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-beaded-flowers-pleated-zipper-back-organza-chapel-trailing-bridal-gowns-10104381stw.html**

Domain URL #: 236

Justin Alexander URL #: 67

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sweetheart
Collection: SWH_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6029_052.jpg | ja_00763.png |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-beaded-pleated-button-back-organza-chapel-trailing-wedding-dresses-10103733lrw.html**

Domain URL #: 237

Justin Alexander URL #: 68

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6347_009.jpg | ja_00747.png |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-beaded-pleated-button-back-tulle-sweep-trailing-wedding-dresses-10103716lww.html**

Domain URL #: 238

Justin Alexander URL #: 69

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6303_032.jpg | ja_00734.png |
|  |  |

**attireify.co.uk/ball-gown-sweetheart-beaded-pleated-lace-up-back-organza-chapel-trailing-wedding-gowns-10103712lww.html**

Domain URL #: 239

Justin Alexander URL #: 70

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6317_092.jpg | ja_00731.png |
|  |  |

**attireify.co.uk/captivating-a-line-bateau-neck-with-appliques-button-back-satin-bridal-dresses-10102195sc144.html**

Domain URL #: 240

Justin Alexander URL #: 71

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3737_168.jpg | image_0013112.jpg |





**attireify.co.uk/captivating-a-line-strapless-sweetheart-beaded-appliques-button-back-satin-bridal-dresses-10102226sc144.html**

Domain URL #: 241

Justin Alexander URL #: 72

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3796_005.jpg | image_0013295.jpg |





**attireify.co.uk/captivating-a-line-v-neck-cap-sleeve-pleats-organza-cathedral-trailing-bridal-dresses-10102212sc144.html**

Domain URL #: 242

Justin Alexander URL #: 73

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| 3782_001.jpg | ja_00716.png |
|  |  |

**attireify.co.uk/captivating-ball-gown-strapless-sweetheart-appliqued-organza-chapel-trailing-bridal-dresses-10102203sc144.html**

Domain URL #: 243

Justin Alexander URL #: 74

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| 3771_001.jpg | image_0013125.jpg |
|  |  |

**attireify.co.uk/column-sweetheart-beaded-pleated-button-back-chiffon-sweep-trailing-wedding-dresses-10103730lrw.html**

Domain URL #: 244

Justin Alexander URL #: 75

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6343_051.jpg | ja_00760.png |
|  |  |

**attireify.co.uk/comely-mermaid-strapless-sweetheart-with-appliques-organza-chapel-trailing-bridal-dresses-10102207sc144.html**

Domain URL #: 245

Justin Alexander URL #: 76

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3776_005.jpg | image_0013174.jpg |
|  |  |

**attireify.co.uk/comfy-a-line-strapless-appliqued-lace-up-back-tulle-sweep-trailing-wedding-dresses-10104377stw.html**

Domain URL #: 246

Justin Alexander URL #: 77

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15

| Client Image | Infringing Image |
|---|---|
| SWH_SP15-016.jpg | image_0013643.jpg |




**attireify.co.uk/delicate-a-line-halter-beaded-button-back-chiffon-chapel-trailing-wedding-dresses-10103735lrw.html**

Domain URL #: 247

Justin Alexander URL #: 78

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15

| Client Image | Infringing Image |
|---|---|
| LW_SP15-068.jpg | image_0013472.jpg |




**attireify.co.uk/elegant-a-line-sweetheart-pleated-zipper-back-organza-chapel-trailing-wedding-dresses-10104367stw.html**

Domain URL #: 248

Justin Alexander URL #: 79

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Sweetheart
Collection: SWH_SP15_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6074_012.jpg | ja_00754.png |
|  |  |

**attireify.co.uk/enchanting-sheath-bateau-appliqued-button-back-organza-sweep-trailing-wedding-dresses-10103702lww.html**

Domain URL #: 249

Justin Alexander URL #: 80

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6315_120.jpg | ja_00725.png |
|  |  |

**attireify.co.uk/engrossing-a-line-strapless-sweetheart-appliques-button-back-chiffon-chapel-trailing-bridal-dresses-10102211sc144.html**

Domain URL #: 250

Justin Alexander URL #: 81

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3781_001.jpg | ja_00715.png |
|  |  |

**attireify.co.uk/fabulous-a-line-lace-bateau-pleated-waist-button-back-organza-chapel-trailing-bridal-dresses-10102209sc144.html**

Domain URL #: 251

Justin Alexander URL #: 82

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3778_003.jpg | ja_00714.png |
|  |  |

**attireify.co.uk/fancy-a-line-strapless-appliques-button-back-lace-and-organza-chapel-trailing-bridal-dresses-10102214sc144.html**

Domain URL #: 252

Justin Alexander URL #: 83

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14

| Client Image | Infringing Image |
|---|---|
| SIN_SP14-052.jpg | image_0013235.jpg |

 

**attireify.co.uk/fantastic-trumpet-strapless-sweetheart-with-appliques-organza-sweep-trailing-bridal-dresses-10102189sc144.html**

Domain URL #: 253

Justin Alexander URL #: 84

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN_SP_13_DP

| Client Image | Infringing Image |
|---|---|
| SIN_SP_13_DP-019.jpg | image_0013061.jpg |

 

**attireify.co.uk/fascinating-sheath-high-neck-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10103713lww.html**

Domain URL #: 254

Justin Alexander URL #: 85

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Lillian West
Collection: LW_2014

| **Client Image** | **Infringing Image** |
|---|---|
| LW_2014-126.jpg | image_0013381.jpg |




**attireify.co.uk/futuristic-ball-gown-strapless-sweetheart-with-appliques-tulle-cathedral-trailing-bridal-dresses-10102206sc144.html**

Domain URL #: 255

Justin Alexander URL #: 86

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3775_001.jpg | ja_00711.png |




**attireify.co.uk/glamorous-sheath-cap-sleeve-bateau-appliqued-button-back-satin-chapel-trailing-wedding-dresses-10103710lww.html**

Domain URL #: 256

Justin Alexander URL #: 87

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6319_167.jpg | image_0013363.jpg |
|  |  |

**attireify.co.uk/perfect-a-line-sweetheart-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10104386stw.html**

Domain URL #: 257

Justin Alexander URL #: 88

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: 2015.0 Sweetheart
Collection: SWH_2015

| Client Image | Infringing Image |
|---|---|
| SWH_2015-084.jpg | image_0013668.jpg |
|  |  |

**attireify.co.uk/ravishing-mermaid-v-neck-pleats-lace-back-chiffon-chapel-trailing-bridal-dresses-10102204sc144.html**

Domain URL #: 258

Justin Alexander URL #: 89

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3772_005.jpg | image_0013149.jpg |

 

---

**attireify.co.uk/romantic-sheath-v-neck-beaded-button-back-lace-chapel-trailing-wedding-dresses-10103717lww.html**

Domain URL #: 259

Justin Alexander URL #: 90

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6302_062.jpg | ja_00735.png |

 

**attireify.co.uk/sheath-bateau-appliqued-beaded-pleated-button-back-organza-sweep-trailing-wedding-dresses-10103723lrw.html**

Domain URL #: 260

Justin Alexander URL #: 91

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| 6332_028.jpg | ja_00741.png |
|  |  |

**attireify.co.uk/sheath-bateau-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10104373stw.html**

Domain URL #: 261

Justin Alexander URL #: 92

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Sweetheart
Collection: SWH PR15_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| 6043_095.jpg | image_0013622.jpg |
|  |  |

**attireify.co.uk/sheath-bateau-beaded-pleated-button-back-organza-chapel-trailing-wedding-dresses-10103704lww.html**

Domain URL #: 262

Justin Alexander URL #: 93

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 6312_331.jpg | image_0013319.jpg |
|  |  |

---

**attireify.co.uk/sheath-cap-sleeve-v-neck-beaded-pleated-button-back-chiffon-sweep-trailing-wedding-dresses-10103728lrw.html**

Domain URL #: 263

Justin Alexander URL #: 94

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 6340_003.jpg | ja_00745.png |
|  |  |

**attireify.co.uk/sheath-column-full-long-sleeve-v-neck-sweep-train-lace-wedding-dress-with-appliqued-10107146scw.html**

Domain URL #: 264

Justin Alexander URL #: 95

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17

| Client Image | Infringing Image |
|---|---|
| SIN_SS17-005.jpg | image_0013687.jpg |

 

**attireify.co.uk/sheath-column-off-the-shoulder-court-train-lace-wedding-dress-with-pleated-10105748scw.html**

Domain URL #: 265

Justin Alexander URL #: 96

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3908_070.jpg | image_0012801.jpg |

 

**attireify.co.uk/sheath-column-sleeveless-bateau-court-train-tulle-wedding-dress-with-appliqued-10107159scw.html**

Domain URL #: 266

Justin Alexander URL #: 97

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_3954_0104.jpg | ja_00683.png |




**attireify.co.uk/sheath-column-sleeveless-off-the-shoulder-court-train-tulle-wedding-dress-with-appliqued-beaded-10107148scw.html**

Domain URL #: 267

Justin Alexander URL #: 98

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_3938_0036.jpg | ja_00770.png |




**attireify.co.uk/sheath-column-sleeveless-sweetheart-court-train-tulle-wedding-dress-with-beaded-layered-10107165scw.html**

Domain URL #: 268

Justin Alexander URL #: 99

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-111.jpg | image_0012690.jpg |




**attireify.co.uk/sheath-column-sleeveless-v-neck-sweep-train-lace-wedding-dress-with-appliqued-10107160scw.html**

Domain URL #: 269

Justin Alexander URL #: 100

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3955_0040.jpg | image_0012751.jpg |




**attireify.co.uk/sheath-column-sweetheart-court-train-tulle-wedding-dress-with-appliqued-lace-10105743scw.html**

Domain URL #: 270

Justin Alexander URL #: 101

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3885_178.jpg | image_0013008.jpg |

 

---

**attireify.co.uk/sheath-short-sleeve-off-the-shoulder-appliqued-beaded-button-back-lace-sweep-trailing-wedding-dresses-10103718lrw.html**

Domain URL #: 271

Justin Alexander URL #: 102

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6245_031.jpg | ja_00736.png |

 

**attireify.co.uk/sheath-short-sleeve-v-neck-appliqued-button-back-tulle-sweep-trailing-wedding-dresses-10103737lrw.html**

Domain URL #: 272

Justin Alexander URL #: 103

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Lillian West
Collection: LW_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6365_061.jpg | ja_00751.png |

 

**attireify.co.uk/sheath-square-appliqued-beaded-pleated-button-back-organza-sweep-trailing-wedding-dresses-10103719lrw.html**

Domain URL #: 273

Justin Alexander URL #: 104

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6326_017.jpg | ja_00737.png |

 

**attireify.co.uk/sheath-strapless-appliqued-beaded-pleated-lace-up-back-organza-sweep-trailing-wedding-dresses-10103720lrw.html**

Domain URL #: 274

Justin Alexander URL #: 105

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6327_009.jpg | ja_00738.png |
|  |  |

---

**attireify.co.uk/sheath-sweetheart-appliqued-pleated-button-back-tulle-sweep-trailing-wedding-dresses-10103727lrw.html**

Domain URL #: 275

Justin Alexander URL #: 106

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6337_004.jpg | ja_00744.png |
|  |  |

**attireify.co.uk/sheath-v-neck-appliqued-beaded-button-back-organza-sweep-trailing-wedding-dresses-10103722lrw.html**

Domain URL #: 276

Justin Alexander URL #: 107

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 6331_012.jpg | ja_00740.png |

 

**attireify.co.uk/simple-a-line-strapless-sweetheart-with-a-wrap-satin-chapel-trailing-bridal-dresses-10102223sc144.html**

Domain URL #: 277

Justin Alexander URL #: 108

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3793_002.jpg | ja_00722.png |

 

**attireify.co.uk/simple-a-line-v-neck-cap-sleeve-pleats-elastic-satin-cathedral-trailing-bridal-dresses-10102190sc144.html**

Domain URL #: 278

Justin Alexander URL #: 109

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Sincerity
Collection: SIN-SP-13_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3728_018.jpg | image_0013085.jpg |




**attireify.co.uk/trumpet-mermaid-short-sleeve-bateau-court-train-lace-wedding-dress-with-appliqued-10107151scw.html**

Domain URL #: 279

Justin Alexander URL #: 110

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3942_0196.jpg | image_0012605.jpg |




**attireify.co.uk/trumpet-mermaid-sleeveless-sweetheart-court-train-lace-wedding-dress-with-beaded-appliqued-10107154scw.html**

Domain URL #: 280

Justin Alexander URL #: 111

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3944_0017.jpg | ja_00680.png |




**attireify.co.uk/trumpet-mermaid-sleeveless-v-neck-court-train-lace-wedding-dress-with-appliqued-beaded-10107155scw.html**

Domain URL #: 281

Justin Alexander URL #: 112

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sincerity
Collection: SIN_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| SIN_3946_0055.jpg | image_0013041.jpg |




**attireify.co.uk/trumpet-mermaid-v-neck-court-train-tulle-wedding-dress-with-appliqued-10105746scw.html**

Domain URL #: 282

Justin Alexander URL #: 113

DMCA ID(s): (I177)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 3898_216.jpg | image_0012908.jpg |
|  |  |