**Allure & Justin Alexander**
**Examples of Infringing Sites**
**PDF 3 of 25**

**Domain: balklanningaronline.net**

Number of Allure URLs: 11
Number of Justin Alexander URLs: 39
Earliest DMCA to Cloudflare: 2017-06-22
Newest DMCA to Cloudflare: 2019-07-11

**balklanningaronline.net/article-1958-**
**Beautiful+evening+dress+make+you+become+the+focus.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (C201)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6203F Fuchsia.jpg | 2919aa3ecda6462ade9065cac5821a6f.jpg |
|  |  |

**balklanningaronline.net/article-2050-**
**2014+brudt%C3%A4rna+kl%C3%A4nning+f%C3%A4rgval.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (C202)
DMCA Date(s): (2017-07-07)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1365F.jpg | 7f34850ca8eaba8d4e250aa69f30d2be.jpg |
|  |  |

**balklanningaronline.net/article-2088-**
**Girly+brudkl%C3%A4nning+och+hur+man+blandar.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (C203)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9070F.jpg | 434942825e6ed928eb7e237b9dc481bc.jpg |




**balklanningaronline.net/article-2090-**
**Shoulder+brud+v%C3%A4lja+vilken+typ+av+brudkl%C3%A4nning.html**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (C204)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 9016F.jpg | ac8b17de97fa77d2c1ac51093c6c9538.jpg |




**balklanningaronline.net/category-100-b0-min0-max0-attr-5-last_update-DESC.html**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (C205)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6240 AD Pink.jpg | a6fcf5055b86bb8ff74b28a6e52b49b3.jpg |

 

**balklanningaronline.net/category-124-b0-min0-max0-attr-1-last_update-DESC.html**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (C206)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1271F2.jpg | 52c145fa02e0788356ca6835ec4f7835.jpg |

 

**balklanningaronline.net/category-124-b0-min0-max0-attr-2-last_update-DESC.html**

Domain URL #: 7

Allure URL(s) #: 7

DMCA ID(s): (C207)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 1235F Watermelon.jpg | 109091294379eb1e51cb8026e0a62f63.jpg |
|  |  |

**balklanningaronline.net/category-160-b0-min0-max0-attr-3-last_update-DESC.html**

Domain URL #: 8

Allure URL(s) #: 8

DMCA ID(s): (C208)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| W271F.jpg | f44d76163370a8539636d47d6358501e.jpg |
|  |  |

**balklanningaronline.net/category-64-b0-min0-max0-attr-6-last_update-DESC.html**

Domain URL #: 9

Allure URL(s) #: 9

DMCA ID(s): (C209)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1320F.jpg | 8fc16e15e61fc14ff0636d086e766462.jpg |

 

**balklanningaronline.net/category-96-b0-min0-max0-attr-1-last_update-DESC.html**

Domain URL #: 10

Allure URL(s) #: 10

DMCA ID(s): (C210)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| C300F.jpg | b66d995a9bdeb3f121f946fccb5849c1.jpg |

 

**balklanningaronline.net/goods-9825-
Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+B009825.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (C211)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9124F.jpg | a7e3f4b613ead05fd4d68cbda5a3fb7f.jpg |
|  |  |

**balklanningaronline.net/category-160-b0-min0-max0-attr-4-last_update-DESC.html**

Domain URL #: 12

Justin Alexander URL #: 1

DMCA ID(s): (C290)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3664_109.jpg | 52e987a582bc5ff979266d44dae9e299.jpg |
|  |  |

**balklanningaronline.net/goods-10531-Lace+Axelbandsl%C3%B6s+Tea-l%C3%A4ngd+A-linje+Elegant+Destination+brudkl%C3%A4nningar.html#.W6vrm2hKiUk**

Domain URL #: 13

Justin Alexander URL #: 2

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 8632_049.jpg | ja_00199.jpg |
|  |  |

**balklanningaronline.net/goods-15050-Sommaren+2015+brudkl%C3%A4nning+en+linje+brudkl%C3%A4nning+butik+i+Sverige.html#.W6vsUWhKiUk**

Domain URL #: 14

Justin Alexander URL #: 3

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3664_109.jpg | image_0002484.png |




**balklanningaronline.net/goods-3775-Ovanliga+br%C3%B6llopskl%C3%A4nningar+A-line+Sat%C3%A4ng+Applique+Backless+n%C3%A4tet++Bayliy+Aline+br%C3%B6llopskl%C3%A4nningar+.html**

Domain URL #: 15

Justin Alexander URL #: 4

DMCA ID(s): (C295)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5956_040.jpg | b1d3e8c5673b3ef2beb3f95c2b545287.jpg |




**balklanningaronline.net/goods-8365-
Profilering+v%C3%A4stra+Br%C3%B6llop+Kl%C3%A4nning+A-
line+stegl%C3%B6s++Te+L%C3%A4ngd+brudkl%C3%A4nningar+.html#.W6vl_GhKiUk**

Domain URL #: 16

Justin Alexander URL #: 5

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5973_001.jpg | ja_00164.jpg |
|  |  |

**balklanningaronline.net/goods-8372-
brudkl%C3%A4nningar+Enkel+handgjorda+blommor+Bra+br%C3%B6llopskl%C3%A4nn
ing+.html#.W6vmEGhKiUk**

Domain URL #: 17

Justin Alexander URL #: 6

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-017.jpg | image_0002297.jpg |
|  |  |

**balklanningaronline.net/goods-8373-Eleganta+brudkl%C3%A4nningar+A-line+imperiet+ena+axeln+br%C3%B6llopskl%C3%A4nning.html#.W6vmEGhKiUk**

Domain URL #: 18

Justin Alexander URL #: 7

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5959_138.jpg | image_0002293.jpg |
|  |  |

**balklanningaronline.net/goods-8374-Eleganta+brudkl%C3%A4nningar+A-line+imperiet+ena+axeln+br%C3%B6llopskl%C3%A4nning.html#.W6vmDWhKiUk**

Domain URL #: 19

Justin Alexander URL #: 8

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5959_138.jpg | image_0002285.jpg |
|  |  |

**balklanningaronline.net/goods-8375-A-line+brudkl%C3%A4nningar++rabatt+Golv+L%C3%A4ngd+Organza+Moderna+br%C3%B6llopskl%C3%A4nningar.html#.W6vmDGhKiUk**

Domain URL #: 20

Justin Alexander URL #: 9

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5958_093.jpg | ja_00166.jpg |
|  |  |

---

**balklanningaronline.net/goods-8381-brudkl%C3%A4nningar+Enkel+och+elegant+br%C3%B6llopskl%C3%A4nning.html#.W6vmCmhKiUk**

Domain URL #: 21

Justin Alexander URL #: 10

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: INDIV: VA 1-936-316
Copyright Publication Date: CARRYOVERS Justin Alexander - Carryovers
Collection: JAR_CARRYOVERS_2015

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_CARRYOVERS_2015-062.jpg | ja_00165.jpg |
|  |  |

**balklanningaronline.net/goods-8537-**
**Enkel+elegans+elegant+br%C3%B6llop+kl%C3%A4nning+lace+kl%C3%A4nningar.html#.**
**W6vmSmhKiUk**

Domain URL #: 22

Justin Alexander URL #: 11

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: INDIV: VA 2-174-263
Copyright Publication Date: CLASSICS - US Justin Alexander Classics
Collection: JAR_CLASSICS_13_DP

| Client Image | Infringing Image |
|---|---|
| JAR_CLASSICS_13_DP-050.jpg | image_0002322.jpg |

 

**balklanningaronline.net/goods-8553-satin+axelbandsl%C3%B6s+A-**
**linje+brudkl%C3%A4nning+med+urbenade+livstycke.html#.W6vmRmhKiUk**

Domain URL #: 23

Justin Alexander URL #: 12

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3681_087.jpg | ja_00171.jpg |

 

**balklanningaronline.net/goods-8554-Satin+Strapless+halsen+A-Line+br%C3%B6llopskl%C3%A4nning+med+dekalen+detaljer.html#.W6vmPGhKiUl**

Domain URL #: 24

Justin Alexander URL #: 13

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3673_126.jpg | ja_00170.jpg |

 

**balklanningaronline.net/goods-8645-Ena+axeln+chiffong+brudkl%C3%A4nning.html#.W6vmaGhKiUk**

Domain URL #: 25

Justin Alexander URL #: 14

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3658_131.jpg | image_0002334.jpg |

 

**balklanningaronline.net/goods-8647-satin+%C3%A4lskling+axelbandsl%C3%B6s+halsen+sj%C3%B6jungfru+brudkl%C3%A4nning+med+Rouched+livstycket.html#.W6vmZ2hKiUk**

Domain URL #: 26

Justin Alexander URL #: 15

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3666_041.jpg | ja_00173.jpg |
|  |  |

**balklanningaronline.net/goods-8994-Sweetheart+Beaded+Neck+br%C3%B6llopskl%C3%A4nning+kl%C3%A4nning+br%C3%B6llop+med+Deep+V-back.html#.W6vmrWhKiUk**

Domain URL #: 27

Justin Alexander URL #: 16

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8637_057.jpg | ja_00176.jpg |
|  |  |

**balklanningaronline.net/goods-8995-
Sweetheart+Strapless+balkl%C3%A4nning+brudkl%C3%A4nning+Asymmetrisk+midjan+A
-LINE.html#.W6vmrGhKiUk**

Domain URL #: 28

Justin Alexander URL #: 17

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8633_8634_053.jpg | ja_00175.jpg |

 

**balklanningaronline.net/goods-9048-
Brudkl%C3%A4nning+broderad+tyll+Chapel+T%C3%A5g+A-
linje+Axelbandsl%C3%B6s+urringning+hj%C3%A4rta.html#.W6vmxWhKiUk**

Domain URL #: 29

Justin Alexander URL #: 18

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: sin_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| sin_sp_12-023.jpg | ja_00178.jpg |

 

**balklanningaronline.net/goods-9049-Brudkl%C3%A4nning+spets+organza+A-line+ringning+med+applikationen+hj%C3%A4rta+l%C3%A5ng+till+ankeln.html#.W6vmw2hKiUk**

Domain URL #: 30

Justin Alexander URL #: 19

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: PR13 Sincerity
Collection: sin_pr_13

| Client Image | Infringing Image |
|---|---|
| sin_pr_13-009.jpg | ja_00177.jpg |

 

---

**balklanningaronline.net/goods-9137-Brudkl%C3%A4nning+organza+ivory+A-line+rynkad.html#.W6vnA2hKiUk**

Domain URL #: 31

Justin Alexander URL #: 20

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3679_231.jpg | image_0002372.jpg |

 

**balklanningaronline.net/goods-9169-br%C3%B6llopskl%C3%A4nning+%C3%84lskling+med+p%C3%A4rlstav+balkl%C3%A4nning.html#.W6vnAWhKiUk**

Domain URL #: 32

Justin Alexander URL #: 21

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8680_050.jpg | ja_00179.jpg |

 

**balklanningaronline.net/goods-9382-+Aline+br%C3%B6llopskl%C3%A4nningar+balkl%C3%A4nning+stegl%C3%B6s++Golv+L%C3%A4ngd.html#.W6vqVGhKiUk**

Domain URL #: 33

Justin Alexander URL #: 22

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| Client Image | Infringing Image |
|---|---|
| 6301_037.jpg | ja_00181.jpg |

 

**balklanningaronline.net/goods-9728-
satin+valsade+kragen+betonar+denna+spets+illusion.html#.W6vquWhKiUk**

Domain URL #: 34

Justin Alexander URL #: 23

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8688_051.jpg | ja_00187.jpg |
|  |  |

**balklanningaronline.net/goods-9729-
Br%C3%B6llopskl%C3%A4nningar+2014+tulle+ball+gown+has+an+asymmetrically.html#.
W6vquGhKiUk**

Domain URL #: 35

Justin Alexander URL #: 24

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8685_005.jpg | ja_00186.jpg |
|  |  |

**balklanningaronline.net/goods-9730-
+Br%C3%B6llopskl%C3%A4nningar+2014+tulle+neckline+and+the+beaded+cap+sleeves+o
n+this+lace+.html#.W6vquGhKiUk**

Domain URL #: 36

Justin Alexander URL #: 25

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR_SP_13_DP

| Client Image | Infringing Image |
|---|---|
| JAR_SP_13_DP-011.jpg | image_0002400.jpg |
|  |  |

**balklanningaronline.net/goods-9738-
Br%C3%B6llopskl%C3%A4nningar+neckline+and+the+beaded+cap+sleeves+on+this+lace.h
tml#.W6vqs2hKiUk**

Domain URL #: 37

Justin Alexander URL #: 26

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8703_071.jpg | ja_00184.jpg |
|  |  |

**balklanningaronline.net/goods-9744-Brudkl%C3%A4nningar2014+Kurvor+och+h%C3%B6fter+styleB009742.html#.W6vqr2hKiUk**

Domain URL #: 38

Justin Alexander URL #: 27

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SP14-003.jpg | image_0002382.jpg |

 

**balklanningaronline.net/goods-9745-Brudkl%C3%A4nningar2014+Kurvor+och+h%C3%B6fter+styleB009743.html#.W6vqsGhKiUk**

Domain URL #: 39

Justin Alexander URL #: 28

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8684_073.jpg | ja_00183.jpg |

 

**balklanningaronline.net/goods-9784-satin+sj%C3%B6jungfru+silhuett+Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014.html#.W6vq0GhKiUk**

Domain URL #: 40

Justin Alexander URL #: 29

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander Signature
Collection: JAS_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 9735_006.jpg | ja_00195.jpg |

 

**balklanningaronline.net/goods-9785-Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+style+B009785+.html#.W6vq0WhKiUk**

Domain URL #: 41

Justin Alexander URL #: 30

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Justin Alexander Signature
Collection: JAS_2014

| Client Image | Infringing Image |
|---|---|
| JAS_2014-065.jpg | image_0002448.jpg |

 

**balklanningaronline.net/goods-9786-
Enkel+grace+och+elegans+satin+brudkl%C3%A4nning.html#.W6vq0WhKiUk**

Domain URL #: 42

Justin Alexander URL #: 31

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander Signature
Collection: JAS-SP-12_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| JAS_9688_B_0049.jpg | image_0002460.jpg |

 

**balklanningaronline.net/goods-9787-
spets+f%C3%B6rsedd+sj%C3%B6jungfru+accent+med+l%C3%A5da+veckad+kjol+Br%C3
%B6llopskl%C3%A4nningar.html#.W6vqzGhKiUk**

Domain URL #: 43

Justin Alexander URL #: 32

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander Signature
Collection: JAS-SP-13_RGB-1000px

| Client Image | Infringing Image |
|:---:|:---:|
| 9706_001.jpg | ja_00193.jpg |

 

**balklanningaronline.net/goods-9788-Br%C3%B6llop+Spring++Dresses++Te+L%C3%A4ngd+brudkl%C3%A4nningar.html#.W6vqyWhKiUk**

Domain URL #: 44

Justin Alexander URL #: 33

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8706_013.jpg | ja_00192.jpg |

 

**balklanningaronline.net/goods-9790-Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+style+B009790.html#.W6vqxWhKiUk**

Domain URL #: 45

Justin Alexander URL #: 34

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8708_048.jpg | ja_00190.jpg |

 

**balklanningaronline.net/goods-9790-
Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+style+B009790.html#.W6vqyGhK
iUk**

Domain URL #: 46

Justin Alexander URL #: 35

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8708_048.jpg | ja_00191.jpg |

 

**balklanningaronline.net/goods-9791-
Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+style+B009791.html#.W6vqw2hK
iUk**

Domain URL #: 47

Justin Alexander URL #: 36

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Justin Alexander
Collection: JAR_2014

| Client Image | Infringing Image |
|---|---|
| JAR_2014-150.jpg | image_0002424.jpg |

 

**balklanningaronline.net/goods-9792-**
**lace+and+tulle+mermaid+Br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014.html#.**
**W6vqwmhKiUk**

Domain URL #: 48

Justin Alexander URL #: 37

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: 2014.0 Justin Alexander
Collection: JAR_2014

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_2014-114.jpg | image_0002418.jpg |
|  |  |

---

**balklanningaronline.net/goods-9856-**
**br%C3%B6llopskl%C3%A4nningar+v%C3%A5ren+2014+B009856.html#.W6vq5mhKiUk**

Domain URL #: 49

Justin Alexander URL #: 38

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8694_086.jpg | ja_00198.jpg |
|  |  |

**balklanningaronline.net/goods-9869-+Kort+Br%C3%B6llop+Kl%C3%A4nning+A-line+Tv%C3%A5+%C3%A4rmar+Spets+Te+L%C3%A4ngd+med+Inga+t%C3%A5g+Te+L%C3%A4ngd+brudkl%C3%A4nningar.html#.W6vq42hKiUk**

Domain URL #: 50

Justin Alexander URL #: 39

DMCA ID(s): (I292, I291)
DMCA Date(s): (2019-03-12, 2018-09-27)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR_SP_13_DP

| Client Image | Infringing Image |
|:---:|:---:|
| JAR_SP_13_DP-037.jpg | ja_00197.jpg |
|  |  |

**Domain: bidbel.com**

Number of Allure URLs: 270
Number of Justin Alexander URLs: 1
Earliest DMCA to Cloudflare: 2017-06-22
Newest DMCA to Cloudflare: 2018-04-24

**bidbel.com/2013-Exquisite-Ball-Gown-Sweetheart-Chapel-Train-Wedding-Dresses-1001128**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (C212)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 9017F.jpg | 28d70da5b1c5c52391b2839b9eef7777.jpg |

 

**bidbel.com/2013-Fabulous-Trumpet-Mermaid-Sweetheart-Straps-Sleeveless-Keyhole-Back-Chapel-Train-Taffeta-Wedding-Dresses-1001129**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (C213)
DMCA Date(s): (2017-12-26)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 9020H Tan.jpg | dc1b31d1022961087ebe21014a427c1e.jpg |

 

**bidbel.com/2013-Romantic-A-line-Keyhole-Back-Chapel-Train-Lace-and-Organza-Wedding-Dresses-1001159**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (C214)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 2611F.jpg | 7fbee4cc70ab021cdf47ddd6cb71c43f.jpg |
|  |  |

**bidbel.com/2013-Romantic-Ball-Gown-Sweetheart-Court-Train-Wedding-Dresses-1001165**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (C215)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 2566F.jpg | 537fc5f9d8d0c1cb8dae1d0802387781.jpg |
|  |  |

**bidbel.com/2013-Sweetheart-Court-Train-Organza-Wedding-Dresses-1001160**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (C216)
DMCA Date(s): (2018-02-04)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 2612B.jpg | 54424cc34d674a68ee5029464d8b165f.jpg |
|  |  |

**bidbel.com/2013-Trumpet-Mermaid-Sweetheart-Court-Train-Black-White-Lace-Applique-and-Organza-Wedding-Dresses-1001162**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (C217)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 2616B.jpg | e646ac234cecceedace286e80a82bf847.jpg |
|  |  |

**bidbel.com/2013-Trumpet-Mermaid-Sweetheart-Court-Train-Wedding-Dresses-1001156**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (C218)
DMCA Date(s): (2017-10-23)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 2601F.jpg | ee7d82fdfee367c2b19e74cac7b5bec2.jpg |

 

**bidbel.com/2013-Trumpet-Mermaid-Sweetheart-Court-Train-Wedding-Dresses-1001174**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (C219)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 2556F.jpg | 41d93f7832939d480cc349241aee860c.jpg |

 

**bidbel.com/A-Line-Jewel-Lace-and-Satin-Bridal-Wedding-Dresses-1005096**

Domain URL #: 9

Allure URL #: 9

DMCA ID(s): (C230)
DMCA Date(s): (2017-12-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9357H.jpg | 92ba3ff8219d5bb254e9fd6b3f86fbab.jpg |




**bidbel.com/A-Line-Sweetheart-Beaded-Lace-and-Tulle-Plus-Size-Bridal-Wedding-Dresses-1005141**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (C241)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W382B.jpg | 49649a5d3802b2e1f1106f3a8a04df80.jpg |




**bidbel.com/A-Line-Sweetheart-Lace-Bridal-Wedding-Dresses-1005100**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (C252)
DMCA Date(s): (2018-02-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
| --- | --- |
| 9374B.jpg | 8b733d75c86e8c4cda783909c02f7b8d.jpg |

 

**bidbel.com/A-Line-Sweetheart-Lace-Bridal-Wedding-Dresses-1005119**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (C253)
DMCA Date(s): (2017-10-26)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
| --- | --- |
| 9314F.jpg | aeafed0c1d414581f428761d65c07b51.jpg |

 

**bidbel.com/A-line-Court-Train-Plus-Size-Lace-Wedding-Dress-Cheap-1002018**

Domain URL #: 13

Allure URL(s) #: 13

DMCA ID(s): (C229)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| W271F.jpg | 956631d8ab8f7b2c2060a709d6c97264.jpg |
|  |  |

**bidbel.com/A-line-One-Shoulder-Chapel-Train-Satin-Plus-Size-Wedding-Dresses-1002023**

Domain URL #: 14

Allure URL(s) #: 14

DMCA ID(s): (C231)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| W280F.jpg | 7c51774222963b09d5bb4600cb2fd6f2.jpg |
|  |  |

**bidbel.com/A-line-One-Shoulder-Floor-Length-Chiffon-Navy-Blue-Bridesmaid-Dresses1003004**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (C232)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1220F.jpg | 6a044189451bc77fd6c4ba5bdef01b71.jpg |

 

**bidbel.com/A-line-One-Shoulder-Floor-Length-Satin-Bridesmaid-Dresses-1003021**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (C233)
DMCA Date(s): (2017-09-24)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1235F.jpg | 0176e140fe6ee87c64f3a9e73ba9bcb7.jpg |

 

**bidbel.com/A-line-One-Shoulder-Knee-Length-Red-Satin-Bridesmaid-Dresses-1003011**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (C234)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 1226F2.jpg | f210cc5452e7ee34741a33b7825d2ed8.jpg |
|  |  |

**bidbel.com/A-line-One-Shoulder-Knee-Length-Red-Satin-Bridesmaid-Dresses-1003017**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (C235)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 1231C.jpg | da619726a62fcb57f1d17b187ded701a.jpg |
|  |  |

**bidbel.com/A-line-One-Shoulder-Knee-Length-Short-Bridesmaid-Homecoming-Graduation-Dresses-Under-100-1003077**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (C236)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1328C.jpg | 06592dd68280980ab1f06706369b2378.jpg |

 

**bidbel.com/A-line-Short-Sleeves-Chapel-Train-Satin-Wedding-Dresses-1001136**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (C237)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| M460B.jpg | cc45eecc7c88804a6df39b138dd87c85.jpg |

 

**bidbel.com/A-line-Strapless-Chapel-Train-Plus-Size-Wedding-Dresses-1002026**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (C238)
DMCA Date(s): (2017-10-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| W283F.jpg | cc9f602d0478730f0aa594610f1992de.jpg |
|  |  |

**bidbel.com/A-line-Strapless-Floor-Length-Blue-Satin-Bridesmaid-Dresses-1003030**

Domain URL #: 22

Allure URL #: 22

DMCA ID(s): (C239)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 1254 1255B.jpg | a1beaf99b39620ab42ecd4a16baa5729.jpg |
|  |  |

**bidbel.com/A-line-Strapless-Floor-Length-Chiffon-Pink-Bridesmaid-Dresses-Under-100-1003025**

Domain URL #: 23

Allure URL #: 23

DMCA ID(s): (C240)
DMCA Date(s): (2017-12-28)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1239F.jpg | b7a6182be76035dbb83f2f34b3eed266.jpg |





**bidbel.com/A-line-Sweetheart-Chapel-Train-Luxury-Wedding-Dresses-1001026**

Domain URL #: 24

Allure URL #: 24

DMCA ID(s): (C242)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8850B.jpg | d82fcb67a580b415d84090fdf8853075.jpg |





**bidbel.com/A-line-Sweetheart-Court-Train-Plus-Size-Wedding-Dresses-1002020**

Domain URL #: 25

Allure URL #: 25

DMCA ID(s): (C243)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| W273B.jpg | 570e9530940c9ae792f6e1f18b2473c7.jpg |





**bidbel.com/A-line-Sweetheart-Court-Train-Plus-Size-Wedding-Dresses-Cheap-1002017**

Domain URL #: 26

Allure URL #: 26

DMCA ID(s): (C244)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| W270F.jpg | 000e3e8f626604d07ccae0c52f387e90.jpg |





**bidbel.com/A-line-Sweetheart-Court-Train-Satin-Plus-Size-Wedding-Dresses-1002024**

Domain URL #: 27

Allure URL #: 27

DMCA ID(s): (C245)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|:---:|:---:|
| W281B.jpg | 03640a0594ab2faed42cf27c09ffd0b2.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Court-Train-Wedding-Dresses-1001032**

Domain URL #: 28

Allure URL #: 28

DMCA ID(s): (C246)
DMCA Date(s): (2017-09-02)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|:---:|:---:|
| 8818B.jpg | fff2c836db4d91de64c85b3841f8c504.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Court-Train-Wedding-Dresses-1001079**

Domain URL #: 29

Allure URL #: 29

DMCA ID(s): (C247)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| 2410B.jpg | 2306546eaf29a39f9ff82dfdbdd9b71d.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Floor-Length-Black-Chiffon-Bridesmaid-Dresses-1003010**

Domain URL #: 30

Allure URL #: 30

DMCA ID(s): (C248)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1225F Blk.jpg | 9a05858ce0ba8005716952789eb662c8.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Floor-Length-Black-Satin-Bridesmaid-Dresses-1003072**

Domain URL #: 31

Allure URL #: 31

DMCA ID(s): (C249)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
| --- | --- |
| 1302F.jpg | 367bf3f2269bb7dfceaa7f12a9c594be.jpg |





**bidbel.com/A-line-Sweetheart-Floor-length-Prom-Dress-Evening-Dresses-Cheap-202017**

Domain URL #: 32

Allure URL #: 32

DMCA ID(s): (C250)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
| --- | --- |
| 6618B.jpg | 76a6968c3db77bef287b6bc908aa9c09.jpg |





**bidbel.com/A-line-Sweetheart-Halter-Short-Mini-Chiffon-Prom-Cocktail-Homecoming-Dresses-Cheap--202025**

Domain URL #: 33

Allure URL #: 33

DMCA ID(s): (C251)
DMCA Date(s): (2018-01-26)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 6635F2.jpg | 5f2919758f3d593c3970f9ef6fa34323.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Short-Satin-Bridesmaid-Dresses-Under-100-1003001**

Domain URL #: 34

Allure URL #: 34

DMCA ID(s): (C254)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1200B.jpg | fadd0eaed584f8f3629dc2a204c047ea.jpg |
|  |  |

**bidbel.com/A-line-Sweetheart-Tea-Length-Lace-Wedding-Dresses-Bridal-Gowns-1001028**

Domain URL #: 35

Allure URL #: 35

DMCA ID(s): (C255)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8803B.jpg | 74a60117ebed68498dbaa57c570fb15e.jpg |

 

**bidbel.com/A-line-V-neck-Court-Train-Wedding-Dresses-1001077**

Domain URL #: 36

Allure URL #: 36

DMCA ID(s): (C256)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 2402F.jpg | cf1cdc8f632ca5e85db44d21e2a2ec87.jpg |

 

**bidbel.com/Affordable-Ball-Gown-Cap-Sleeves-Beaded-Bridal-Wedding-Dresses-1005021**

Domain URL #: 37

Allure URL(s): 37

DMCA ID(s): (C220)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9100H.jpg | ad76ca9b8e8f91f3370711d71bea2378.jpg |




---

**bidbel.com/Affordable-Ball-Gown-Sweetheart-Beaded-Bridal-Wedding-Dresses-1005014**

Domain URL #: 38

Allure URL #: 38

DMCA ID(s): (C221)
DMCA Date(s): (2017-09-05)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9202B.jpg | 649f4a1e11fcce67c9d59bf2ca9dfadc.jpg |




**bidbel.com/Affordable-Ball-Gown-V-Neck-Cap-Sleeves-Lace-Plus-Size-Bridal-Wedding-Dresses-1005126**

Domain URL #: 39

Allure URL #: 39

DMCA ID(s): (C222)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| W350H.jpg | 715f468f9f06b04dcb7c9ea4de08a1de.jpg |

 

**bidbel.com/Affordable-Illusion-Neckline-Mermaid-Lace-Bridal-Wedding-Dresses-1005028**

Domain URL #: 40

Allure URL #: 40

DMCA ID(s): (C223)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| Client Image | Infringing Image |
|---|---|
| 9252C BlackTux AD.jpg | 7dc2c4fd5c6af8eb9ced4241aba3c7db.jpg |

 

**bidbel.com/Affordable-Mermaid-Sweetheart-Beaded-Lace-Bridal-Wedding-Dresses-1005104**

Domain URL #: 41

Allure URL(s) #: 41

DMCA ID(s): (C224)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9051B.jpg | 2ce5de1db5f787513f3b57a1225d86cb.jpg |




**bidbel.com/Affordable-Mermaid-Sweetheart-One-Shoulder-Court-Train-Satin-Wedding-Dresses-1001081**

Domain URL #: 42

Allure URL #: 42

DMCA ID(s): (C225)
DMCA Date(s): (2018-02-10)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2467B.jpg | ed39b5ffa6496d4227665142c23cd062.jpg |




**bidbel.com/Affordable-Mermaid-V-Back-Keyhole-Back-Beaded-Lace-Bridal-Wedding-Dresses-1005106**

Domain URL #: 43

Allure URL #: 43

DMCA ID(s): (C226)
DMCA Date(s): (2017-10-19)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9104F.jpg | f99fea6e16a7d56547d302b741d2a3d2.jpg |




**bidbel.com/Affordable-Mermaid-V-Neck-Lace-Bridal-Wedding-Dresses-1005109**

Domain URL #: 44

Allure URL #: 44

DMCA ID(s): (C227)
DMCA Date(s): (2017-09-07)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9201F.jpg | 99d3aba238c0887fe9d5b10a1ca94f48.jpg |




**bidbel.com/Affordable-Strapless-Short-Satin-Bridesmaid-Dresses-1003081**

Domain URL #: 45

Allure URL #: 45

DMCA ID(s): (C228)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 1234 AD.jpg | fbda4aa0c25e22e8efc3c982377992f2.jpg |
|  |  |

**bidbel.com/Attractive-Beaded-Lace-V-Neck-Plus-Size-Bridal-Wedding-Dresses-1005145**

Domain URL #: 46

Allure URL #: 46

DMCA ID(s): (C258)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W386B.jpg | 85181c9f790f0029d77b945d96d9a650.jpg |
|  |  |

**bidbel.com/Attractive-Beaded-Lace-and-Tulle-Off-the-Shoulder-Plus-Size-Bridal-Wedding-Dresses-1005152**

Domain URL #: 47

Allure URL #: 47

DMCA ID(s): (C257)
DMCA Date(s): (2017-10-11)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W394B.jpg | 4d866c8be422005bcb3fce80a6807bdb.jpg |




**bidbel.com/Attractive-Mermaid-Sweetheart-Beaded-Lace-Plus-Size-Bridal-Wedding-Dresses-1005142**

Domain URL #: 48

Allure URL #: 48

DMCA ID(s): (C259)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W383B.jpg | 143ccb65bbff4bd36a511b1b5dd502fe.jpg |




**bidbel.com/Ball-Gown-Beaded-Lace-Bridal-Wedding-Dresses-1005092**

Domain URL #: 49

Allure URL #: 49

DMCA ID(s): (C260)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9152F.jpg | 392182a371975a4d86f72861ec3dbfb5.jpg |




**bidbel.com/Ball-Gown-Beaded-Off-the-Shoulder-Lace-Bridal-Wedding-Dresses-1005032**

Domain URL #: 50

Allure URL #: 50

DMCA ID(s): (C261)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9265H.jpg | 1cb20ab12ca878969c85e15b4ae856d3.jpg |




**bidbel.com/Ball-Gown-Cap-Sleeves-Jewel-Illusion-Neckline-Lace-Bridal-Wedding-Dresses-1005034**

Domain URL #: 51

Allure URL #: 51

DMCA ID(s): (C262)
DMCA Date(s): (2017-10-22)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9301F.jpg | f0df7a5acd97f847a2ba1e23c16ba2c6.jpg |

 

**bidbel.com/Ball-Gown-Jewel-Neckline-Lace-and-Tulle-Bridal-Wedding-Dresses-1005059**

Domain URL #: 52

Allure URL #: 52

DMCA ID(s): (C263)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9359F.jpg | dfed8ae71e94a17241efc51cfbbbc21c.jpg |

 

**bidbel.com/Ball-Gown-Spaghetti-Straps-Beaded-Bridal-Wedding-Dresses-1005103**

Domain URL #: 53

Allure URL #: 53

DMCA ID(s): (C264)
DMCA Date(s): (2017-09-25)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9404B.jpg | 69e905a5e3dafc5f6113ece124a1c4d5.jpg |

 

**bidbel.com/Ball-Gown-Strapless-Beaded-Lace-Bridal-Wedding-Dresses-1005083**

Domain URL #: 54

Allure URL #: 54

DMCA ID(s): (C265)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9168F.jpg | 393cb4f1fb1563df31c2a39a0ebf2e3a.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Beaded-Bridal-Wedding-Dresses-1005062**

Domain URL #: 55

Allure URL #: 55

DMCA ID(s): (C266)
DMCA Date(s): (2018-01-12)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| 9375B.jpg | cec12b411f693f1f218e4fe21468d2c8.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Beaded-Lace-Bridal-Wedding-Dresses-1005051**

Domain URL #: 56

Allure URL #: 56

DMCA ID(s): (C267)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| 9369B.jpg | afe69e24692215227a0b0fdaa71ca73f.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Beaded-Lace-Bridal-Wedding-Dresses-1005054**

Domain URL #: 57

Allure URL(s) #: 57

DMCA ID(s): (C268)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9351H HeatherNotch.jpg | 4240c71ac25bc56c3aac276eb2abe81b.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Bridal-Wedding-Dresses-1005010**

Domain URL #: 58

Allure URL(s) #: 58

DMCA ID(s): (C269)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9408F.jpg | 69087eb0a4ee602e9a07d5d2a4eef59c.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Chapel-Train-Ivory-Wedding-Dresses-Cheap-1001035**

Domain URL #: 59

Allure URL(s) #: 59

DMCA ID(s): (C270)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8824F.jpg | 3827e40b928efd48aaf1e1bcd3b23656.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Court-Train-Ivory-Organza-Wedding-Dresses-1001044**

Domain URL #: 60

Allure URL(s) #: 60

DMCA ID(s): (C271)
DMCA Date(s): (2018-02-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8862B.jpg | 18c5ba1c4b61b47a40c6bfa358c5a3b5.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Court-Train-Satin-Wedding-Dresses-1001183**

Domain URL #: 61

Allure URL #: 61

DMCA ID(s): (C272)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|:---:|:---:|
| 2510B.jpg | 191299051ea839a1bde8dda63027ebee.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Organza-Quinceanera-Dresses-203017**

Domain URL #: 62

Allure URL #: 62

DMCA ID(s): (C273)
DMCA Date(s): (2017-12-31)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|:---:|:---:|
| Q270B.jpg | 7941e4623cd74b2bf951676db12e2a02.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Quinceanera-Dress-203042**

Domain URL #: 63

Allure URL #: 63

DMCA ID(s): (C274)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| Q326B.jpg | 5536aa6cb2dd65a8f95307078c66d8c0.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Quinceanera-Dress-203043**

Domain URL #: 64

Allure URL #: 64

DMCA ID(s): (C275)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| Q327C.jpg | 688913554c9835c283b3a98b5c57a9e5.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Quinceanera-Dresses-203044**

Domain URL #: 65

Allure URL #: 65

DMCA ID(s): (C276)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| Q328F Red.jpg | 44fb2a5e6a712e65e96921476e987c44.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Quinceanera-Dresses-203045**

Domain URL #: 66

Allure URL #: 66

DMCA ID(s): (C277)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| Q329F SkyBlue.jpg | 764e6c06be37e670fcc036a375d4f3bf.jpg |

 

**bidbel.com/Ball-Gown-Sweetheart-Floor-length-Quinceanera-Dresses-203053**

Domain URL #: 67

Allure URL #: 67

DMCA ID(s): (C278)
DMCA Date(s): (2018-01-09)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| Q342F Yellow.jpg | 64bfcd44ea404f9cb700046e9d153617.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Lace-Bridal-Wedding-Dresses-1005044**

Domain URL #: 68

Allure URL #: 68

DMCA ID(s): (C279)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9413F.jpg | 750f35d283cda704b7b6bb78cdc3841a.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-One-Shoulder-Floor-Length-Wedding-Dresses-1001082**

Domain URL #: 69

Allure URL(s) #: 69

DMCA ID(s): (C280)
DMCA Date(s): (2017-10-27)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2466F.jpg | f7f1cd2ba7eb318b50487c5943f9f34.jpg |
|  |  |

**bidbel.com/Ball-Gown-Sweetheart-Satin-Wedding-Dresses-1001054**

Domain URL #: 70

Allure URL #: 70

DMCA ID(s): (C281)
DMCA Date(s): (2017-08-19)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 9003F.jpg | 157d9e535da421981e594fa09c5ed6fd.jpg |
|  |  |

**bidbel.com/Ball-Gown-V-Neck-Beaded-Bridal-Wedding-Dresses-1005088**

Domain URL #: 71

Allure URL #: 71

DMCA ID(s): (C282)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9103B.jpg | 59b76a44fb56a488a2a1603e5320a774.jpg |

 

**bidbel.com/Beaded-Ball-Gown-Bridal-Wedding-Dresses-1005041**

Domain URL #: 72

Allure URL #: 72

DMCA ID(s): (C283)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9418F.jpg | 3d9c23a3e584e25fb0fbe96a6e55f1de.jpg |

 

**bidbel.com/Beaded-Lace-and-Tulle-Mermaid-Sweetheart-Bridal-Wedding-Dresses-1005115**

Domain URL #: 73

Allure URL(s): 73

DMCA ID(s): (C284)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9263F.jpg | 0a67ad6f7e69796678ab83ba8ea72bfe.jpg |
|  |  |

**bidbel.com/Beautiful-One-Shoulder-Sweep-Train-Chiffon-Wedding-Dresses-1001179**

Domain URL #: 74

Allure URL #: 74

DMCA ID(s): (C285)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2515F.jpg | 25fa29c00d71146447ee519a3a1f535b.jpg |
|  |  |

**bidbel.com/Bridesmaid-Dresses-1003085**

Domain URL #: 75

Allure URL(s) #: 75

DMCA ID(s): (C286)
DMCA Date(s): (2017-11-27)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1351F.jpg | e283e1ae5a8204c90013808bbff71949.jpg |
|  |  |

**bidbel.com/Bridesmaid-Dresses-1003087**

Domain URL #: 76

Allure URL(s) #: 76

DMCA ID(s): (C287)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| 1353F.jpg | 0839a69519b993b8101a71232bfc3e43.jpg |
|  |  |

**bidbel.com/Bridesmaid-Dresses-1003088**

Domain URL #: 77

Allure URL(s) #: 77

DMCA ID(s): (C288)
DMCA Date(s): (2018-01-17)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 1354B.jpg | 3f3c4a16c64eb4641042b4196c7bdbf5.jpg |





**bidbel.com/Bridesmaid-Dresses-1003089**

Domain URL #: 78

Allure URL(s) #: 78

DMCA ID(s): (C289)
DMCA Date(s): (2017-11-25)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1355C.jpg | d481ec87d543ed335711cac2df7932e1.jpg |





**bidbel.com/Bridesmaid-Dresses-1003092**

Domain URL #: 79

Allure URL #: 79

DMCA ID(s): (C290)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1358B.jpg | db28a89d8acb9228559f8325e08516a7.jpg |

 

**bidbel.com/Bridesmaid-Dresses-1003094**

Domain URL #: 80

Allure URL #: 80

DMCA ID(s): (C291)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1359F.jpg | bd3edd7598c2694042d845290c58d1fe.jpg |

 

**bidbel.com/Bridesmaid-Dresses-1003095**

Domain URL #: 81

Allure URL #: 81

DMCA ID(s): (C292)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1361B.jpg | 0f54c375cfda9486df75ba15f58f4f5d.jpg |

 

**bidbel.com/Bridesmaid-Dresses-1003096**

Domain URL #: 82

Allure URL #: 82

DMCA ID(s): (C293)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1362F.jpg | 2523f7455e299ff515324a65c8959bd8.jpg |

 

**bidbel.com/Bridesmaid-Dresses-1003099**

Domain URL #: 83

Allure URL #: 83

DMCA ID(s): (C294)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1365F2.jpg | be82cef0a6358eb0c6843d90b4a5d980.jpg |





**bidbel.com/Bridesmaid-Dresses-1003105**

Domain URL #: 84

Allure URL #: 84

DMCA ID(s): (C295)
DMCA Date(s): (2018-02-06)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 1371F.jpg | 6160e684da3ec5f47761ea824d2da940.jpg |





### bidbel.com/Bridesmaid-Dresses-1003111

Domain URL #: 85

Allure URL #: 85

DMCA ID(s): (C296)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1377B.jpg | 944f28acf2d5de7769be3b615358432c.jpg |

 

### bidbel.com/Bridesmaid-Dresses-1003112

Domain URL #: 86

Allure URL #: 86

DMCA ID(s): (C297)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1378F.jpg | f6537ed842796c92b918ecf88647b388.jpg |

 

**bidbel.com/Cap-Sleeves-Beaded-Mermaid-Satin-Bridal-Wedding-Dresses-1005017**

Domain URL #: 87

Allure URL #: 87

DMCA ID(s): (C298)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9158B.jpg | 13f15c2c75ceb1bf6994c4e70c386c2b.jpg |

 

**bidbel.com/Cap-Sleeves-Mermaid-V-Neck-Lace-Bridal-Wedding-Dresses-1005029**

Domain URL #: 88

Allure URL #: 88

DMCA ID(s): (C299)
DMCA Date(s): (2017-08-21)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9255S.jpg | e2c80424c9795c6c08f0d44210ab429c.jpg |

 

**bidbel.com/Charming-Illusion-Neckline-Mermaid-Lace-Bridal-Wedding-Dresses-1005061**

Domain URL #: 89

Allure URL #: 89

DMCA ID(s): (C300)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9363B.jpg | 4c80b60d87d9562853f08527094a5512.jpg |





**bidbel.com/Charming-Long-Sleeves-Mermaid-V-Neck-Lace-Bridal-Wedding-Dresses-1005080**

Domain URL #: 90

Allure URL #: 90

DMCA ID(s): (C301)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9213FT.jpg | 6d5b677204529a25ab0aeebfb1eec480.jpg |





**bidbel.com/Charming-Mermaid-Sweetheart-Lace-Bridal-Wedding-Dresses-1005026**

Domain URL #: 91

Allure URL #: 91

DMCA ID(s): (C302)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9250B.jpg | 35e5b1848ebb92ba1c676ed84adc3b63.jpg |




**bidbel.com/Cheap-Sweetheart-Lace-Plus-Size-Bridal-Wedding-Dresses-1005133**

Domain URL #: 92

Allure URL #: 92

DMCA ID(s): (C303)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W370B.jpg | ca27ff114f5979ec17a686efe5d9fc25.jpg |




**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202096**

Domain URL #: 93

Allure URL #: 93

DMCA ID(s): (C304)
DMCA Date(s): (2017-11-26)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 7023F Fuchsia.jpg | f1ab092791799c276515bebc5c48685c.jpg |
|  |  |

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202100**

Domain URL #: 94

Allure URL #: 94

DMCA ID(s): (C305)
DMCA Date(s): (2017-10-15)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 7044B.jpg | d02d05b35eb6fdb64d51e5bd62144320.jpg |
|  |  |

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202101**

Domain URL #: 95

Allure URL #: 95

DMCA ID(s): (C306)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7047H SlateTux.jpg | 2d71716f874f78034181a9722581d942.jpg |
|  |  |

---

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202113**

Domain URL #: 96

Allure URL #: 96

DMCA ID(s): (C307)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7051C TanTux.jpg | e5c8e491ae9db24026c4e24c76e34c33.jpg |
|  |  |

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202115**

Domain URL #: 97

Allure URL #: 97

DMCA ID(s): (C308)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7053CH.jpg | fcbc8293dfe4cd66b2a5918334c1d90a.jpg |
|  |  |

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202116**

Domain URL #: 98

Allure URL #: 98

DMCA ID(s): (C309)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7057B.jpg | cfadd01fb59027744e4190c19cf7e3d0.jpg |
|  |  |

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202117**

Domain URL #: 99

Allure URL(s) #: 99

DMCA ID(s): (C310)
DMCA Date(s): (2018-02-09)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7061B.jpg | 779e32b6adf98b32139740d4ee8b0dfd.jpg |

   

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202119**

Domain URL #: 100

Allure URL #: 100

DMCA ID(s): (C311)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7078F Lilac.jpg | 90ed15832c9f9591caaa02840c8bec64.jpg |

   

**bidbel.com/Chiffon-Prom-Evening-Formal-Dresses-202121**

Domain URL #: 101

Allure URL #: 101

DMCA ID(s): (C312)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7068B.jpg | 5ff07ae7ed201d7cc19ce1f0a18a46f3.jpg |





**bidbel.com/Column-Straps-Floor-Length-Chiffon-Bridesmaid-Evening-Prom-Formal-Dresses-Cheap-10003085**

Domain URL #: 102

Allure URL #: 102

DMCA ID(s): (C313)
DMCA Date(s): (2018-01-05)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 1351F2.jpg | f1bfb389759f5d384b062810e5fd58c3.jpg |





**bidbel.com/Column-Straps-Knee-Length-Chiffon-Bridesmaid--Homecoming-Graduation-Dresses-Cheap-10003084**

Domain URL #: 103

Allure URL #: 103

DMCA ID(s): (C314)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1350F2.jpg | 5aedf8bb6c59c20f80412749c91e4eca.jpg |
|  |  |

**bidbel.com/Column-Sweetheart-Floor-Length-Grey-Chiffon-Bridesmaid-Evening-Prom-Formal-Dresses-1003057**

Domain URL #: 104

Allure URL #: 104

DMCA ID(s): (C315)
DMCA Date(s): (2017-09-11)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1331F.jpg | c12ca3136a1bb607f76b59d45636affd.jpg |
|  |  |

**bidbel.com/Column-Sweetheart-Knee-Length-Chiffon-Bridesmaid-Evening-Wedding-Party-Dresses-1003053**

Domain URL #: 105

Allure URL #: 105

DMCA ID(s): (C316)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1301F.jpg | 7a1b2b2da6b0acbb7b3e481a121df09b.jpg |

 

**bidbel.com/Column-Sweetheart-Knee-Length-Ivory-Chiffon-Bridesmaid-Homecoming-Graduation-Dresses-1003073**

Domain URL #: 106

Allure URL #: 106

DMCA ID(s): (C317)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 2562F.jpg | 8a71c31f95dfeb749b743ac83a4249a9.jpg |

 

**bidbel.com/Column-Sweetheart-Knee-Length-Satin-Bridesmaid-Dresses-1003075**

Domain URL #: 107

Allure URL #: 107

DMCA ID(s): (C318)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 2559F.jpg | bd1e54a42fd829159c2d39ddaa51b95a.jpg |

 

**bidbel.com/Elegant-A-line-Ball-Gown-Sweetheart-Court-Train-Satin-Wedding-Dresses-1001188**

Domain URL #: 108

Allure URL #: 108

DMCA ID(s): (C319)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2502F.jpg | 8974c5f57b7ead7734719754204ce249.jpg |

 

**bidbel.com/Elegant-Ball-Gown-Spaghetti-Straps-V-Neck-Lace-Bridal-Wedding-Dresses-1005001**

Domain URL #: 109

Allure URL #: 109

DMCA ID(s): (C320)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9400C PlaidTux.jpg | e1188eff811f2efcc027caa7381b08c7.jpg |

 

**bidbel.com/Elegant-Ball-Gown-Sweetheart-Bridal-Wedding-Dresses-1005033**

Domain URL #: 110

Allure URL #: 110

DMCA ID(s): (C321)
DMCA Date(s): (2018-01-21)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9270H.jpg | f76042afc17afb42e8d79273e869dd86.jpg |

 

**bidbel.com/Elegant-Long-Sleeves-Mermaid-Illusion-Neckline-Lace-Bridal-Wedding-Dresses-1005043**

Domain URL #: 111

Allure URL #: 111

DMCA ID(s): (C322)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9424B.jpg | 4fc01b974b4d9d063104c38d9951e2ba.jpg |

 

**bidbel.com/Elegant-Mermaid-Lace-Bridal-Wedding-Dresses-1005040**

Domain URL #: 112

Allure URL #: 112

DMCA ID(s): (C323)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9412B.jpg | 149fd483262278cfd27a0a5e489a665b.jpg |

 

**bidbel.com/Elegant-Sweetheart-Beaded-Lace-Bridal-Wedding-Dresses-1005102**

Domain URL #: 113

Allure URL #: 113

DMCA ID(s): (C324)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9403F.jpg | 51d0d096ba608ae457172e82105f13a7.jpg |





**bidbel.com/Elegant-Trumpt-Mermaid-Sweetheart-Court-Train-Lace-Wedding-Dresses-1001046**

Domain URL #: 114

Allure URL #: 114

DMCA ID(s): (C325)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8867B.jpg | 572b7976f0c921dda24916149320d1e9.jpg |





**bidbel.com/Empire-Sweetheart-Court-Train-Chiffon-Wedding-Dresses-1001078**

Domain URL #: 115

Allure URL #: 115

DMCA ID(s): (C326)
DMCA Date(s): (2017-10-07)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 2407B.jpg | c167200ec768c6a388886e54963d6995.jpg |
|  |  |

**bidbel.com/Empire-Sweetheart-Sweep-Train-Chiffon-Wedding-Dresses-1001187**

Domain URL #: 116

Allure URL #: 116

DMCA ID(s): (C327)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2504F.jpg | 0c3e02bbf0b4daebb3af317e9aedfb55.jpg |
|  |  |

**bidbel.com/Exquisite-A-Line-Sweetheart-Beaded-Lace-Bridal-Wedding-Dresses-1005004**

Domain URL #: 117

Allure URL(s) #: 117

DMCA ID(s): (C328)
DMCA Date(s): (2017-09-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9420B.jpg | c789326fe34c5ba5be87c05b819ca350.jpg |




**bidbel.com/Exquisite-Sheath-Column-Beaded-Lace-Cap-Sleeves-Plus-Size-Bridal-Wedding-Dresses-1005143**

Domain URL #: 118

Allure URL(s) #: 118

DMCA ID(s): (C329)
DMCA Date(s): (2017-09-19)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W384F.jpg | b819b63eda76afdaff915061735fb005.jpg |




**bidbel.com/Fabulous-Cap-Sleeves-Beaded-Lace-V-Neck-Plus-Size-Bridal-Wedding-Dresses-1005138**

Domain URL #: 119

Allure URL #: 119

DMCA ID(s): (C330)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W376F.jpg | 948701c839382513ad8510b885d7be92.jpg |
|  |  |

**bidbel.com/Fabulous-Sheath-Sweetheart-Chapel-Train-Satin-Wedding-Dresses-1001190**

Domain URL #: 120

Allure URL #: 120

DMCA ID(s): (C331)
DMCA Date(s): (2017-10-10)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2464F.jpg | 54f067d3d159a66a3ecb4482eebccaa2.jpg |
|  |  |

**bidbel.com/Fantastic-Ball-Gown-Beaded-Lace-Plus-Size-Bridal-Wedding-Dresses-1005151**

Domain URL #: 121

Allure URL #: 121

DMCA ID(s): (C332)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W393B.jpg | 95e750174903875ba285b90f59b5b6c4.jpg |

 

**bidbel.com/Fantastic-Illusion-Neckline-Mermaid-Lace-Plus-Size-Bridal-Wedding-Dresses-1005131**

Domain URL #: 122

Allure URL #: 122

DMCA ID(s): (C333)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W364B.jpg | e35f8aea0d33c2c2b4980493d29df8f2.jpg |

 

**bidbel.com/Mermaid-Backless-Cap-Sleeves-Lace-Bridal-Wedding-Dresses-1005072**

Domain URL #: 123

Allure URL #: 123

DMCA ID(s): (C445)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9320F.jpg | 2fb820e97d4829110ce5357496d06a0a.jpg |

 

**bidbel.com/Mermaid-Beaded-Sweetheart-Lace-Bridal-Wedding-Dresses-1005013**

Domain URL #: 124

Allure URL #: 124

DMCA ID(s): (C446)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9421B.jpg | 2f578e3f526bf1b5945759721f0c7dad.jpg |

 

**bidbel.com/Mermaid-Off-the-Shoulder-Lace-Bridal-Wedding-Dresses-1005074**

Domain URL #: 125

Allure URL #: 125

DMCA ID(s): (C447)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9322CB.jpg | bed741d753f8fb2ea0c70c5e5a0ff872.jpg |





**bidbel.com/Mermaid-Spaghetti-Straps-Beaded-V-Neck-Lace-Bridal-Wedding-Dresses-1005002**

Domain URL #: 126

Allure URL #: 126

DMCA ID(s): (C448)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9401C.jpg | 56c5ed11fa4b7819d1ed645cc2a33fcd.jpg |





**bidbel.com/Mermaid-Sweetheart-Beaded-Bridal-Wedding-Dresses-1005120**

Domain URL #: 127

Allure URL #: 127

DMCA ID(s): (C449)
DMCA Date(s): (2018-01-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9423B.jpg | f0c10d81ce09322783ed40169755392b.jpg |
|  |  |

**bidbel.com/Mermaid-Sweetheart-Lace-Bridal-Wedding-Dresses-1005058**

Domain URL #: 128

Allure URL #: 128

DMCA ID(s): (C450)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9358F.jpg | 7131e4fc36c12ebb6927e37444bfa168.jpg |
|  |  |

**bidbel.com/Mermaid-Sweetheart-Lace-Bridal-Wedding-Dresses-1005097**

Domain URL #: 129

Allure URL #: 129

DMCA ID(s): (C451)
DMCA Date(s): (2018-01-06)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9361B.jpg | 6fd615a07e34d515bc675c8465d05273.jpg |

 

**bidbel.com/Mermaid-Sweetheart-Lace-Bridal-Wedding-Dresses-1005111**

Domain URL #: 130

Allure URL #: 130

DMCA ID(s): (C452)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9215F.jpg | 5347dd984b0b5e51509062f23b18c6e0.jpg |

 

**bidbel.com/Mermaid-Sweetheart-Lace-Organza-Plus-Size-Bridal-Wedding-Dresses-1005132**

Domain URL #: 131

Allure URL #: 131

DMCA ID(s): (C453)
DMCA Date(s): (2018-01-13)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W365B.jpg | 7d7201ab05ae92a74ddc257ef17193db.jpg |

 

**bidbel.com/Mermaid-Sweetheart-Long-Bridal-Wedding-Dresses-1005003**

Domain URL #: 132

Allure URL #: 132

DMCA ID(s): (C454)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9416B.jpg | b2dbae90e4b93e2425fc80165b849cee.jpg |

 

**bidbel.com/Mermaid-V-Neck-Beaded-Backless-Lace-Bridal-Wedding-Dresses-1005095**

Domain URL #: 133

Allure URL #: 133

DMCA ID(s): (C455)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9356B.jpg | ae4d26374f377aede564813302894993.jpg |





**bidbel.com/Modest-A-line-Sweetheart-Court-Train-Lace-Wedding-Dresses-1001036**

Domain URL #: 134

Allure URL #: 134

DMCA ID(s): (C456)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8850F.jpg | f863441e9c554ab5b6c82528bfe1f778.jpg |





**bidbel.com/Modest-Ball-Gown-Sweetheart-Court-Train-Princess-Wedding-Dresses-1001039**

Domain URL #: 135

Allure URL(s): 135

DMCA ID(s): (C457)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8854F.jpg | be86dcc17d94c4eb1697d4a8877d79d2.jpg |
|  |  |

**bidbel.com/Romantic-Ball-Gown-Strapless-Chapel-Train-Lace-Applique-and-Tulle-Wedding-Dresses-1001180**

Domain URL #: 136

Allure URL(s): 136

DMCA ID(s): (C472)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2513B.jpg | 2cebd56551b64f47363e07eca758eecd.jpg |
|  |  |

**bidbel.com/Romantic-Ball-Gown-Sweetheart-Court-Train-Net-and-Satin-Wedding-Dresses-1001189**

Domain URL #: 137

Allure URL #: 137

DMCA ID(s): (C473)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2500F.jpg | 4ca0c1a8313a5943800cbaf7df504106.jpg |

 

**bidbel.com/Romantic-Ball-Gown-V-neck-Short-Sleeves-Court-Train-Organza-Wedding-Dresses-1001143**

Domain URL #: 138

Allure URL #: 138

DMCA ID(s): (C474)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| M483B.jpg | 51603e8b4aec2245b6304a88641a54b1.jpg |

 

**bidbel.com/Romantic-Mermaid-Sweetheart-Beaded-Lace-Plus-Size-Bridal-Wedding-Dresses-1005146**

Domain URL #: 139

Allure URL #: 139

DMCA ID(s): (C475)
DMCA Date(s): (2017-09-10)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W387B.jpg | 7b2722fad4f7ae5f7742fb008eeea6a4.jpg |




**bidbel.com/Sexy-A-line-V-neck-Court-Train-Lace-Wedding-Dresses-1001005**

Domain URL #: 140

Allure URL #: 140

DMCA ID(s): (C476)
DMCA Date(s): (2017-10-18)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8634F.jpg | 2b85aabec16494ff3aedaeb0f0438733.jpg |




**bidbel.com/Sexy-Sheath-Column-Floor-length-Prom-Dress-Evening-Dresses-202021**

Domain URL #: 141

Allure URL #: 141

DMCA ID(s): (C477)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6628F Black.jpg | 3564ee1eec3f60169ce5bbdcfe699334.jpg |




**bidbel.com/Sheath-Column-Court-Train-Plus-Size-Wedding-Dresses-Cheap-Under-150-1002019**

Domain URL #: 142

Allure URL #: 142

DMCA ID(s): (C478)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| W272B.jpg | 60b940f8b9ae101d9136cde2ed80328e.jpg |




**bidbel.com/Sheath-Column-Lace-and-Tulle-V-Neck-Bridal-Wedding-Dresses-1005024**

Domain URL #: 143

Allure URL #: 143

DMCA ID(s): (C479)
DMCA Date(s): (2018-02-07)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9205B.jpg | 81310cfc7e181d8d5694c630f5f13da6.jpg |

 

**bidbel.com/Sheath-Column-Off-the-Shoulder-Bridal-Wedding-Dresses-1005025**

Domain URL #: 144

Allure URL #: 144

DMCA ID(s): (C480)
DMCA Date(s): (2017-09-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9211F.jpg | 4a8d3d43d380c708f661d7ccb72eef9a.jpg |

 

**bidbel.com/Sheath-Column-One-Shoulder-Court-Train-Ivory-Chiffon-Wedding-Dresses-Cheap-1001107**

Domain URL #: 145

Allure URL #: 145

DMCA ID(s): (C481)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 950F.jpg | a4d93fcf9b8eabc1e486af7cf52b8f3e.jpg |
|  |  |

**bidbel.com/Sheath-Column-One-Shoulder-Court-Train-Plus-Size-Wedding-Dresses-Cheap-1002022**

Domain URL #: 146

Allure URL #: 146

DMCA ID(s): (C482)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| W275B.jpg | 88a4063acb8da02506702b898bf2ab03.jpg |
|  |  |

**bidbel.com/Sheath-Column-One-Shoulder-Floor-length-Beaded-Chiffon-Prom-Dresses-Evening-Dress-202008**

Domain URL #: 147

Allure URL #: 147

DMCA ID(s): (C483)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6602C.jpg | e995370d330086f8aa2597ff2298c3bb.jpg |





**bidbel.com/Sheath-Column-V-neck-Floor-length-Chiffon-Prom-Dress-Evening-Dresses-202041**

Domain URL #: 148

Allure URL #: 148

DMCA ID(s): (C484)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6683.jpg | 13f0e410b4d675981db6105801ba12c0.jpg |





**bidbel.com/Sheath-Column-V-neck-Floor-length-Prom-Dress-Evening-Dresses-202029**

Domain URL #: 149

Allure URL #: 149

DMCA ID(s): (C485)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6649FB.jpg | 2f65602bf6735623ad39b2b6b1d14d2f.jpg |

 

**bidbel.com/Sheath-One-Shoulder-Floor-Length-Red-Satin-Bridesmaid-Dresses-1003018**

Domain URL #: 150

Allure URL #: 150

DMCA ID(s): (C486)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1232B.jpg | 8e7515b4044aa06952189f74f2450062.jpg |

 

**bidbel.com/Sheath-One-Shoulder-Knee-Length-Satin-Bridesmaid-Dresses-Under-100-1003022**

Domain URL #: 151

Allure URL #: 151

DMCA ID(s): (C487)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 1236B.jpg | 2eda6e7c372deb061938c8cedf6d331c.jpg |





**bidbel.com/Sheath-One-Shoulder-Knee-Length-Short-Satin-Green-Satin-Bridesmaid-Graduation-Homecoming-Dresses-1003046**

Domain URL #: 152

Allure URL #: 152

DMCA ID(s): (C488)
DMCA Date(s): (2018-01-19)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 1275F.jpg | f5cbfe1d7a40e42882e243e9754390ac.jpg |





**bidbel.com/Trumpet-Mermaid-Halter-Floor-length-Chiffon-Prom-Dress-Evening-Dresses-Cheap-202039**

Domain URL #: 153

Allure URL #: 153

DMCA ID(s): (C489)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6676C White.jpg | 88f3fe2064a3c8921b2707ce28458f49.jpg |




**bidbel.com/Trumpet-Mermaid-Strapless-Floor-length-Prom-Formal-Evening-Dresses-202027**

Domain URL #: 154

Allure URL #: 154

DMCA ID(s): (C490)
DMCA Date(s): (2017-10-25)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6641B.jpg | 397f8f5626cf115a42cc89fd3f784c31.jpg |




**bidbel.com/Trumpet-Mermaid-Sweetheart-Chapel-Train-Wedding-Dresses-1001177**

Domain URL #: 155

Allure URL #: 155

DMCA ID(s): (C491)
DMCA Date(s): (2018-01-23)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2518F.jpg | 899e5017eb37058b0323a088e3c9c153.jpg |

 

**bidbel.com/Trumpt-Mermaid-Court-Train-Wedding-Dresses-1001029**

Domain URL #: 156

Allure URL #: 156

DMCA ID(s): (C492)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8814B.jpg | d2ce5ef4278d6e63e81d3f9641f1fd9e.jpg |

 

**bidbel.com/Trumpt-Mermaid-Halter-Court-Train-Wedding-Dresses-1001033**

Domain URL #: 157

Allure URL #: 157

DMCA ID(s): (C493)
DMCA Date(s): (2017-09-16)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8821B.jpg | 6372ac3e6646a2c02bc80a53715ad738.jpg |




**bidbel.com/Trumpt-Mermaid-Sweetheart-Court-Train-Wedding-Dresses-1001038**

Domain URL #: 158

Allure URL #: 158

DMCA ID(s): (C494)
DMCA Date(s): (2017-09-18)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 8852F.jpg | 2f09d3eef09ca5b7b1615ad8dfecc5f8.jpg |




**bidbel.com/Wedding-Dresses-1001210**

Domain URL #: 159

Allure URL(s) #: 159

DMCA ID(s): (C495)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9114F.jpg | 9ef5c1e65297ef361af1a3ee2a21de9c.jpg |
|  |  |

**bidbel.com/index.php?product_id=1421&route=product%2Fquickview**

Domain URL #: 160

Allure URL(s) #: 160

DMCA ID(s): (C334)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 1224 AD.jpg | f6582eef0b13b1da9698770f4dc041f0.jpg |
|  |  |

**bidbel.com/index.php?product_id=2656&route=product%2Fquickview**

Domain URL #: 161

Allure URL #: 161

DMCA ID(s): (C336, C335)
DMCA Date(s): (2017-08-04, 2017-08-02)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| M502B.jpg | ee1b05a776e65af989d6d101f1e7d558.jpg |




**bidbel.com/index.php?product_id=2657&route=product%2Fquickview**

Domain URL #: 162

Allure URL #: 162

DMCA ID(s): (C338, C337)
DMCA Date(s): (2018-04-13, 2017-09-26)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2650 1221 1267 HeatherGreyF .jpg | b7254642e171588c5f01ff5764002b83.jpg |




**bidbel.com/index.php?product_id=2659&route=product%2Fquickview**

Domain URL #: 163

Allure URL #: 163

DMCA ID(s): (C339, C340, C341)
DMCA Date(s): (2018-01-22, 2018-02-28, 2017-08-08)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2660F.jpg | 9eb582a6523edfa2865d4b5d1e6f78a7.jpg |

 

**bidbel.com/index.php?product_id=2660&route=product%2Fquickview**

Domain URL #: 164

Allure URL #: 164

DMCA ID(s): (C343, C342)
DMCA Date(s): (2017-08-01, 2018-03-27)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2659F2 .jpg | 84c924893b7842e9c61cec8a28516d54.jpg |

 

**bidbel.com/index.php?product_id=2662&route=product%2Fquickview**

Domain URL #: 165

Allure URL #: 165

DMCA ID(s): (C345, C344)
DMCA Date(s): (2017-08-04, 2018-03-02)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2664C .jpg | bc176e252673f3fab26af045835e7555.jpg |
|  |  |

**bidbel.com/index.php?product_id=2680&route=product%2Fquickview**

Domain URL #: 166

Allure URL #: 166

DMCA ID(s): (C346)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 2561H Black.jpg | 1932def47771a80c19f0a5b2633aa21c.jpg |
|  |  |

**bidbel.com/index.php?product_id=3624&route=product%2Fquickview**

Domain URL #: 167

Allure URL #: 167

DMCA ID(s): (C347)
DMCA Date(s): (2018-04-08)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7132WF Red.jpg | e4213945d2a778784fe42da976593329.jpg |

 

**bidbel.com/index.php?product_id=3626&route=product%2Fquickview**

Domain URL #: 168

Allure URL #: 168

DMCA ID(s): (C348)
DMCA Date(s): (2017-07-23)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7135WB.jpg | d6117c691ba935cbf857adea1e2d81f6.jpg |

 

**bidbel.com/index.php?product_id=3632&route=product%2Fquickview**

Domain URL #: 169

Allure URL #: 169

DMCA ID(s): (C349)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7000F White.jpg | 8f9e56b1c72a7d71595b9fb4321c8c2e.jpg |





**bidbel.com/index.php?product_id=3635&route=product%2Fquickview**

Domain URL #: 170

Allure URL #: 170

DMCA ID(s): (C350)
DMCA Date(s): (2018-03-10)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7023F Lilac.jpg | d687d2435e83959f9cfe9402f74ace54.jpg |





**bidbel.com/index.php?product_id=3636&route=product%2Fquickview**

Domain URL #: 171

Allure URL #: 171

DMCA ID(s): (C352, C351)
DMCA Date(s): (2017-08-04, 2018-04-15)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7004B.jpg | ee6c3d1a798711165bc00dc71a722e60.jpg |

 

**bidbel.com/index.php?product_id=3637&route=product%2Fquickview**

Domain URL #: 172

Allure URL #: 172

DMCA ID(s): (C353)
DMCA Date(s): (2017-09-28)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7027F Lime.jpg | 33cef260bffd49bbf2bbe69a7ccaee27.jpg |

 

**bidbel.com/index.php?product_id=3645&route=product%2Fquickview**

Domain URL #: 173

Allure URL #: 173

DMCA ID(s): (C354)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7094B.jpg | ac602e675c0a6454806f116164feb84f.jpg |
|  |  |

**bidbel.com/index.php?product_id=3647&route=product%2Fquickview**

Domain URL #: 174

Allure URL #: 174

DMCA ID(s): (C355)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7103B.jpg | 60d7f7d4a6a1695cf28bf2224678a672.jpg |
|  |  |

**bidbel.com/index.php?product_id=3649&route=product%2Fquickview**

Domain URL #: 175

Allure URL #: 175

DMCA ID(s): (C356)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7022F Black.jpg | cf7a0544ca2454cf2107943be89e3bb6.jpg |

 

**bidbel.com/index.php?product_id=3651&route=product%2Fquickview**

Domain URL #: 176

Allure URL #: 176

DMCA ID(s): (C357)
DMCA Date(s): (2018-03-25)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7038B.jpg | 57779104918c661ac2c56ca834964d09.jpg |

 

**bidbel.com/index.php?product_id=3652&route=product%2Fquickview**

Domain URL #: 177

Allure URL #: 177

DMCA ID(s): (C358)
DMCA Date(s): (2018-02-22)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7051BC.jpg | ab30a4f94e92e02d1cb969e4dc243dc1.jpg |

 

**bidbel.com/index.php?product_id=3653&route=product%2Fquickview**

Domain URL #: 178

Allure URL #: 178

DMCA ID(s): (C359)
DMCA Date(s): (2018-04-23)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7052B.jpg | f34fd86db053eeca1e29350cd0ed52da.jpg |

 

**bidbel.com/index.php?product_id=3654&route=product%2Fquickview**

Domain URL #: 179

Allure URL #: 179

DMCA ID(s): (C360)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7053F Turq.jpg | c086405bde02b43ef7373e7dd465c1c2.jpg |

 

**bidbel.com/index.php?product_id=3659&route=product%2Fquickview**

Domain URL #: 180

Allure URL #: 180

DMCA ID(s): (C361)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7086B.jpg | 3440acc0e901f11373362806a8df558e.jpg |

 

**bidbel.com/index.php?product_id=370&route=product%2Fquickview**

Domain URL #: 181

Allure URL #: 181

DMCA ID(s): (C362, C363)
DMCA Date(s): (2017-07-12, 2017-07-31)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 17 100F Pink.jpg | 992f032263b88f67deb9790740e2dfa1.jpg |

 

---

**bidbel.com/index.php?product_id=430&route=product%2Fquickview**

Domain URL #: 182

Allure URL #: 182

DMCA ID(s): (C364)
DMCA Date(s): (2018-02-20)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6801MF Yellow.jpg | 677fdf8bb6a19d2937b251724214c865.jpg |

 

**bidbel.com/index.php?product_id=437&route=product%2Fquickview**

Domain URL #: 183

Allure URL #: 183

DMCA ID(s): (C369, C368, C367, C365, C366)
DMCA Date(s): (2018-01-20, 2017-07-31, 2017-08-02, 2017-08-18, 2017-07-29)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6693F LtPink.jpg | ea934f37d5b08256d41cca904a8ea3b9.jpg |





**bidbel.com/index.php?product_id=6688&route=product%2Fquickview**

Domain URL #: 184

Allure URL #: 184

DMCA ID(s): (C370)
DMCA Date(s): (2018-01-28)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 17 248F Purple.jpg | a12f3fd1a37561a2d27a44f618ac4e4b.jpg |





**bidbel.com/index.php?product_id=7612&route=product%2Fquickview**

Domain URL #: 185

Allure URL #: 185

DMCA ID(s): (C371)
DMCA Date(s): (2018-02-25)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9270H.jpg | 6434a50b774bcf61b5a14402b4cd229a.jpg |
|  |  |

**bidbel.com/index.php?product_id=7613&route=product%2Fquickview**

Domain URL #: 186

Allure URL #: 186

DMCA ID(s): (C372)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9301B.jpg | 02a85f30ca0ec3fdca4cf165ea2eafa4.jpg |
|  |  |

**bidbel.com/index.php?product_id=7614&route=product%2Fquickview**

Domain URL #: 187

Allure URL #: 187

DMCA ID(s): (C373)
DMCA Date(s): (2018-02-08)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9303F.jpg | a4881195fd0cc396534bc4034fe482ab.jpg |

 

**bidbel.com/index.php?product_id=7616&route=product%2Fquickview**

Domain URL #: 188

Allure URL #: 188

DMCA ID(s): (C374)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9319B.jpg | 0198449aab3d572ce0b4f60de38d69b3.jpg |

 

**bidbel.com/index.php?product_id=7617&route=product%2Fquickview**

Domain URL #: 189

Allure URL #: 189

DMCA ID(s): (C375, C376)
DMCA Date(s): (2018-04-24, 2017-07-23)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9377H CharcoalNotch.jpg | b3ca41951e9ac40bbdbaa36d357945f6.jpg |
|  |  |

**bidbel.com/index.php?product_id=7618&route=product%2Fquickview**

Domain URL #: 190

Allure URL #: 190

DMCA ID(s): (C377)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9411B.jpg | 97865f93396b567ecc2e0a25f07618bd.jpg |
|  |  |

**bidbel.com/index.php?product_id=7619&route=product%2Fquickview**

Domain URL #: 191

Allure URL #: 191

DMCA ID(s): (C378)
DMCA Date(s): (2018-01-11)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9412F.jpg | 2de22e9de761c9c992499b30740ad482.jpg |

 

**bidbel.com/index.php?product_id=7625&route=product%2Fquickview**

Domain URL #: 192

Allure URL #: 192

DMCA ID(s): (C379, C380)
DMCA Date(s): (2017-11-28, 2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9419B.jpg | 78f5c966dec9f61eaddf0e4e3160f309.jpg |

 

**bidbel.com/index.php?product_id=7626&route=product%2Fquickview**

Domain URL #: 193

Allure URL #: 193

DMCA ID(s): (C381)
DMCA Date(s): (2017-12-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9410B.jpg | f593244a76d081754a95ee2823cfa15a.jpg |

 

**bidbel.com/index.php?product_id=7629&route=product%2Fquickview**

Domain URL #: 194

Allure URL #: 194

DMCA ID(s): (C382)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9371B.jpg | dfa5a741b173b993aae58e2352e7cb19.jpg |

 

**bidbel.com/index.php?product_id=7630&route=product%2Fquickview**

Domain URL #: 195

Allure URL #: 195

DMCA ID(s): (C383)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9369H.jpg | 6458c1ac29692efacd9dd5f0cb3559b7.jpg |

 

**bidbel.com/index.php?product_id=7631&route=product%2Fquickview**

Domain URL #: 196

Allure URL #: 196

DMCA ID(s): (C384)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9367F.jpg | caa36aded600d39defffcd2a83b4732a.jpg |

 

**bidbel.com/index.php?product_id=7633&route=product%2Fquickview**

Domain URL #: 197

Allure URL #: 197

DMCA ID(s): (C385)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9351F.jpg | 914e3dd04f9237c06fa9993d42a1b428.jpg |

 

**bidbel.com/index.php?product_id=7635&route=product%2Fquickview**

Domain URL #: 198

Allure URL #: 198

DMCA ID(s): (C386)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9353B.jpg | adb289d3dd2c16a84f1fd8d3959aa8c9.jpg |

 

**bidbel.com/index.php?product_id=7638&route=product%2Fquickview**

Domain URL #: 199

Allure URL #: 199

DMCA ID(s): (C387)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9359C.jpg | 2c8bed58ea892a42b9c42eb641109eeb.jpg |

 

**bidbel.com/index.php?product_id=7640&route=product%2Fquickview**

Domain URL #: 200

Allure URL #: 200

DMCA ID(s): (C388)
DMCA Date(s): (2018-02-26)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9363H.jpg | 0a68240407ddd6f8d5b650fcf229f6c0.jpg |

 

**bidbel.com/index.php?product_id=7641&route=product%2Fquickview**

Domain URL #: 201

Allure URL #: 201

DMCA ID(s): (C389)
DMCA Date(s): (2017-08-14)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9375F.jpg | 57c6b2501bf223ea4a6107bee5bfa399.jpg |





**bidbel.com/index.php?product_id=7646&route=product%2Fquickview**

Domain URL #: 202

Allure URL #: 202

DMCA ID(s): (C390)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-591
Copyright Publication Date: 2015-10-01
Collection: Group 12 - 2015

| Client Image | Infringing Image |
|---|---|
| 9304F AD.jpg | 1d087a2bb978ecbdc487a87454c9e462.jpg |





**bidbel.com/index.php?product_id=7647&route=product%2Fquickview**

Domain URL #: 203

Allure URL #: 203

DMCA ID(s): (C391)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9307F.jpg | 2d52f2df0a0a489ca9b07d9b382d7459.jpg |




**bidbel.com/index.php?product_id=7648&route=product%2Fquickview**

Domain URL #: 204

Allure URL #: 204

DMCA ID(s): (C392)
DMCA Date(s): (2018-01-03)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9308B.jpg | a04ab176ce5b0ba390b572be25b42f46.jpg |




**bidbel.com/index.php?product_id=7650&route=product%2Fquickview**

Domain URL #: 205

Allure URL #: 205

DMCA ID(s): (C394, C393)
DMCA Date(s): (2017-08-04, 2017-08-05)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9317F.jpg | bbf914a95571b9d60803e26a772596c4.jpg |




**bidbel.com/index.php?product_id=7651&route=product%2Fquickview**

Domain URL #: 206

Allure URL #: 206

DMCA ID(s): (C395)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9320B.jpg | 96ee36c0126fa14ed07a729352be7165.jpg |




**bidbel.com/index.php?product_id=7652&route=product%2Fquickview**

Domain URL #: 207

Allure URL #: 207

DMCA ID(s): (C396)
DMCA Date(s): (2018-04-16)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9321F.jpg | ea951c083065592a2b89d89e363b7b75.jpg |
|  |  |

**bidbel.com/index.php?product_id=7653&route=product%2Fquickview**

Domain URL #: 208

Allure URL #: 208

DMCA ID(s): (C397)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9322B.jpg | ed59c79b35ed5cbe4a108c13613c8598.jpg |
|  |  |

**bidbel.com/index.php?product_id=7654&route=product%2Fquickview**

Domain URL #: 209

Allure URL #: 209

DMCA ID(s): (C398)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9324B.jpg | 7c34820471a59d4ef749aa0c9793e6eb.jpg |

 

---

**bidbel.com/index.php?product_id=7656&route=product%2Fquickview**

Domain URL #: 210

Allure URL #: 210

DMCA ID(s): (C399)
DMCA Date(s): (2017-10-02)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9325F.jpg | b8949830c8ffc844503f0cf4b34f5840.jpg |

 

**bidbel.com/index.php?product_id=7657&route=product%2Fquickview**

Domain URL #: 211

Allure URL #: 211

DMCA ID(s): (C400)
DMCA Date(s): (2017-10-03)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9318C.jpg | fc672f402fbe5781ace71c1494cf2975.jpg |




**bidbel.com/index.php?product_id=7659&route=product%2Fquickview**

Domain URL #: 212

Allure URL #: 212

DMCA ID(s): (C401)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9213S.jpg | 2c5c2a77a3dba5a104ec86b249d5322f.jpg |




**bidbel.com/index.php?product_id=7660&route=product%2Fquickview**

Domain URL #: 213

Allure URL #: 213

DMCA ID(s): (C403, C402)
DMCA Date(s): (2018-01-24, 2017-07-08)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9206C.jpg | b5025b28c87e78f08fb9447ecaa3298a.jpg |





**bidbel.com/index.php?product_id=7665&route=product%2Fquickview**

Domain URL #: 214

Allure URL #: 214

DMCA ID(s): (C404, C405)
DMCA Date(s): (2017-10-06, 2017-08-03)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9121F Maids AD.jpg | d90ee2d694c15cc60169bcd6ed42f01d.jpg |





**bidbel.com/index.php?product_id=7675&route=product%2Fquickview**

Domain URL #: 215

Allure URL #: 215

DMCA ID(s): (C406)
DMCA Date(s): (2017-12-22)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9357C.jpg | 9c570544df0b967d30686bd5d94575ee.jpg |
|  |  |

**bidbel.com/index.php?product_id=7677&route=product%2Fquickview**

Domain URL #: 216

Allure URL #: 216

DMCA ID(s): (C407)
DMCA Date(s): (2017-10-21)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9365B.jpg | 7a49c75ec598f0e553e248a8838da54b.jpg |
|  |  |

**bidbel.com/index.php?product_id=7678&route=product%2Fquickview**

Domain URL #: 217

Allure URL #: 217

DMCA ID(s): (C408, C409)
DMCA Date(s): (2017-08-01, 2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9372B.jpg | f3862507785a5d3d1bc4ff79d32cf9e3.jpg |
|  |  |

**bidbel.com/index.php?product_id=7679&route=product%2Fquickview**

Domain URL #: 218

Allure URL #: 218

DMCA ID(s): (C410)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9374H.jpg | 91af2d0c9a9113a7779a5170498f2bde.jpg |
|  |  |

**bidbel.com/index.php?product_id=7681&route=product%2Fquickview**

Domain URL #: 219

Allure URL #: 219

DMCA ID(s): (C411)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9403B.jpg | 472b8a1d058c554538184c5386c562e2.jpg |

 

**bidbel.com/index.php?product_id=7686&route=product%2Fquickview**

Domain URL #: 220

Allure URL #: 220

DMCA ID(s): (C412)
DMCA Date(s): (2017-09-12)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9157B.jpg | ad1ba415fb8fe14856f8bef0e5c94e3b.jpg |

 

**bidbel.com/index.php?product_id=7690&route=product%2Fquickview**

Domain URL #: 221

Allure URL #: 221

DMCA ID(s): (C413)
DMCA Date(s): (2017-12-24)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9215B.jpg | 188b24371c1f6f801ac373d074115935.jpg |

 

**bidbel.com/index.php?product_id=7691&route=product%2Fquickview**

Domain URL #: 222

Allure URL #: 222

DMCA ID(s): (C414)
DMCA Date(s): (2017-09-15)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9219B.jpg | 370df3b470e2f1652ca425921942f277.jpg |

 

**bidbel.com/index.php?product_id=7692&route=product%2Fquickview**

Domain URL #: 223

Allure URL #: 223

DMCA ID(s): (C416, C415)
DMCA Date(s): (2017-10-08, 2017-09-21)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9220H.jpg | ae6e9529699571556fa7afc1ae623e59.jpg |
|  |  |

**bidbel.com/index.php?product_id=7693&route=product%2Fquickview**

Domain URL #: 224

Allure URL #: 224

DMCA ID(s): (C417)
DMCA Date(s): (2018-03-01)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9223F.jpg | e075ea5539057bab3bc4df986ea27f08.jpg |
|  |  |

**bidbel.com/index.php?product_id=7695&route=product%2Fquickview**

Domain URL #: 225

Allure URL #: 225

DMCA ID(s): (C418)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9300F.jpg | 7a8bec23dde4ec59ea54b605faf33d15.jpg |




**bidbel.com/index.php?product_id=7696&route=product%2Fquickview**

Domain URL #: 226

Allure URL #: 226

DMCA ID(s): (C419)
DMCA Date(s): (2018-01-18)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9302F.jpg | 4eb7e5cf56cb0e92622107929728f592.jpg |




**bidbel.com/index.php?product_id=7697&route=product%2Fquickview**

Domain URL #: 227

Allure URL #: 227

DMCA ID(s): (C420)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9313B.jpg | 8e07199e3105f7d62c153b3dd6667022.jpg |




**bidbel.com/index.php?product_id=7698&route=product%2Fquickview**

Domain URL #: 228

Allure URL #: 228

DMCA ID(s): (C421)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| 9314B.jpg | 78d3a3734a2f774008129e44113a3631.jpg |




**bidbel.com/index.php?product_id=7702&route=product%2Fquickview**

Domain URL #: 229

Allure URL #: 229

DMCA ID(s): (C422, C423)
DMCA Date(s): (2017-07-29, 2017-08-03)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| W340B.jpg | eb86c5c40b7f3decc9fcdf14bbdbc0a1.jpg |
|  |  |

**bidbel.com/index.php?product_id=7704&route=product%2Fquickview**

Domain URL #: 230

Allure URL #: 230

DMCA ID(s): (C424)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| W343F.jpg | 18ab0283cc016e6535218f8c3c17a0cf.jpg |
|  |  |

**bidbel.com/index.php?product_id=7705&route=product%2Fquickview**

Domain URL #: 231

Allure URL #: 231

DMCA ID(s): (C425)
DMCA Date(s): (2018-03-12)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| W350B.jpg | 00705e735f86b11661114b5eaed318e1.jpg |

 

**bidbel.com/index.php?product_id=7706&route=product%2Fquickview**

Domain URL #: 232

Allure URL #: 232

DMCA ID(s): (C427, C426)
DMCA Date(s): (2017-08-20, 2017-08-03)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| W351B.jpg | 709b0341a41a4ff788c6e5d402f8fb83.jpg |

 

**bidbel.com/index.php?product_id=7707&route=product%2Fquickview**

Domain URL #: 233

Allure URL #: 233

DMCA ID(s): (C428)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|:---:|:---:|
| W353B.jpg | e7eaaeb1753ab4fc7a6fd698aa7662b1.jpg |

 

**bidbel.com/index.php?product_id=7718&route=product%2Fquickview**

Domain URL #: 234

Allure URL #: 234

DMCA ID(s): (C429)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|:---:|:---:|
| W377F.jpg | a6c8330f5727925fcbc9f22bff150784.jpg |

 

**bidbel.com/index.php?product_id=7719&route=product%2Fquickview**

Domain URL #: 235

Allure URL #: 235

DMCA ID(s): (C430)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W381F.jpg | 938dbadc0e026c0b02395a0a5585642c.jpg |




**bidbel.com/index.php?product_id=7720&route=product%2Fquickview**

Domain URL #: 236

Allure URL #: 236

DMCA ID(s): (C431)
DMCA Date(s): (2018-03-06)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W382F.jpg | 79463a733c8baf86cd7c0ef968aa1bc9.jpg |




**bidbel.com/index.php?product_id=7723&route=product%2Fquickview**

Domain URL #: 237

Allure URL #: 237

DMCA ID(s): (C433, C432)
DMCA Date(s): (2017-09-13, 2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W385B.jpg | 70355918a8fe547d68cd52da39d2d5a9.jpg |

 

**bidbel.com/index.php?product_id=7724&route=product%2Fquickview**

Domain URL #: 238

Allure URL #: 238

DMCA ID(s): (C434)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W386B.jpg | 770a136d4e1236be3ff75e3dd7f746eb.jpg |

 

**bidbel.com/index.php?product_id=7725&route=product%2Fquickview**

Domain URL #: 239

Allure URL #: 239

DMCA ID(s): (C435)
DMCA Date(s): (2018-01-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W387F.jpg | 6b8773153ef6e41c264fb0c267203b44.jpg |
|  |  |

**bidbel.com/index.php?product_id=7726&route=product%2Fquickview**

Domain URL #: 240

Allure URL #: 240

DMCA ID(s): (C437, C436)
DMCA Date(s): (2018-04-22, 2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W388B.jpg | a76c971867ea8463781bb2cd26eba191.jpg |
|  |  |

**bidbel.com/index.php?product_id=7727&route=product%2Fquickview**

Domain URL #: 241

Allure URL #: 241

DMCA ID(s): (C438)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W390B.jpg | 9efe9f9cd817f3af20161dd3cf8ee7a7.jpg |

 

**bidbel.com/index.php?product_id=7729&route=product%2Fquickview**

Domain URL #: 242

Allure URL #: 242

DMCA ID(s): (C439)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W392B.jpg | 3b8c63d7cb6b8486504f79a56bea408b.jpg |

 

**bidbel.com/index.php?product_id=7730&route=product%2Fquickview**

Domain URL #: 243

Allure URL #: 243

DMCA ID(s): (C440)
DMCA Date(s): (2018-02-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W393F.jpg | 1c56e87bb91032df8b0c49b8b4e1aeaf.jpg |

 

**bidbel.com/index.php?product_id=7731&route=product%2Fquickview**

Domain URL #: 244

Allure URL #: 244

DMCA ID(s): (C441)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W394F.jpg | 24b3f6ab5c4c2871edcab13052d101dc.jpg |

 

**bidbel.com/index.php?product_id=7732&route=product%2Fquickview**

Domain URL #: 245

Allure URL #: 245

DMCA ID(s): (C442)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W395B.jpg | b389006825d524b78a031d92e144d890.jpg |
|  |  |

**bidbel.com/index.php?product_id=7734&route=product%2Fquickview**

Domain URL #: 246

Allure URL #: 246

DMCA ID(s): (C443)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W397B.jpg | fe3a41535df42e8741ac6a0426b02851.jpg |
|  |  |

**bidbel.com/index.php?product_id=7735&route=product%2Fquickview**

Domain URL #: 247

Allure URL #: 247

DMCA ID(s): (C444)
DMCA Date(s): (2018-04-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W398B.jpg | 587b238f203138340e0dc316922787c6.jpg |





**bidbel.com/prom-dresses/A-Line-Sweetheart-Lace-Long-Pink-Prom-Evening-Party-Dresses-1004020**

Domain URL #: 248

Allure URL #: 248

DMCA ID(s): (C462)
DMCA Date(s): (2018-01-27)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 17 277B.jpg | e1b4bf707e92bccc36613b82d92b9f3b.jpg |





**bidbel.com/prom-dresses/A-line-Cap-Straps-Floor-Length-Purple-Chiffon-Bridesmaid-Evening-Wedding-Party-Prom-Dresses-1003055**

Domain URL #: 249

Allure URL #: 249

DMCA ID(s): (C459)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 1304C.jpg | a0bd9b248144313fcd113afa82f79a93.jpg |

 

**bidbel.com/prom-dresses/A-line-Sweetheart-Floor-length-Chiffon-Plus-Size-Evening-Dress-Prom-Maternity-Dresses-00201015**

Domain URL #: 250

Allure URL #: 250

DMCA ID(s): (C460)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6763WB.jpg | 201c88c034feacb23b89241acf1ceb21.jpg |

 

**bidbel.com/prom-dresses/A-line-Sweetheart-Floor-length-Long-Prom-Evening-Formal-Dresses-Cheap-202031**

Domain URL #: 251

Allure URL #: 251

DMCA ID(s): (C461)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6659F AppleGreen.jpg | 6dc85898485253a1cc38d30e9638f12f.jpg |

 

**bidbel.com/prom-dresses/A-line-V-neck-Floor-length-Chiffon-Prom-Dress-Evening-Dresses-202011**

Domain URL #: 252

Allure URL #: 252

DMCA ID(s): (C463)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6609F Water.jpg | 2996ff5a2c2d29fef1d9c0493f7835d7.jpg |

 

**bidbel.com/prom-dresses/Affordable-Trumpet-Mermaid-Red-Long-Evening-Prom-Dresses-99901047**

Domain URL #: 253

Allure URL #: 253

DMCA ID(s): (C458)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6233B Purp.jpg | 76642b68fb734e22f3deb673228f83e8.jpg |
|  |  |

**bidbel.com/prom-dresses/Cheap-Empire-Sweetheart-Long-Chiffon-Prom-Maxi-Evening-Maternity-Dresses-99901051**

Domain URL #: 254

Allure URL #: 254

DMCA ID(s): (C464)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6237F.jpg | 7e2bb2a8a97b84f24bdc12994767b7d9.jpg |
|  |  |

**bidbel.com/prom-dresses/Chiffon-Prom-Evening-Formal-Dresses-202110**

Domain URL #: 255

Allure URL #: 255

DMCA ID(s): (C465)
DMCA Date(s): (2017-10-17)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7022F Purp.jpg | 33199a90c0012042f87ee5001d83315a.jpg |
|  |  |

**bidbel.com/prom-dresses/Long-Black-Off-the-Shoulder-Lace-and-Tulle-Mermaid-Prom-Evening-Party-Dresses-1004037**

Domain URL #: 256

Allure URL #: 256

DMCA ID(s): (C466)
DMCA Date(s): (2017-07-23)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 17 266F Turq.jpg | 759d552565c6a48c49f4e61c12c0525b.jpg |
|  |  |

**bidbel.com/prom-dresses/Sheath-Column-Lilac-Sweetheart-Lace-and-Chiffon-Long-Prom-Evening-Party-Dresses-1004019**

Domain URL #: 257

Allure URL #: 257

DMCA ID(s): (C470)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 17 276F Yellow.jpg | 7e02b4520c59cdbbc4090a0b48244935.jpg |




**bidbel.com/prom-dresses/Sheath-Sweetheart-Floor-length-Plus-Size-Prom-Evening-Dresses-Cheap-00201006**

Domain URL #: 258

Allure URL #: 258

DMCA ID(s): (C471)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 6360WB.jpg | fb8603273c6362db80f85350c4955188.jpg |




**bidbel.com/prom-dresses?page=65**

Domain URL #: 259

Allure URL #: 259

DMCA ID(s): (C467)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7036F Black.jpg | 89b77ab0dee773aca7928e2cd9b91baf.jpg |
|  |  |

**bidbel.com/prom-dresses?page=66**

Domain URL #: 260

Allure URL #: 260

DMCA ID(s): (C468)
DMCA Date(s): (2018-01-16)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7038F Aqua.jpg | 10f55198ee736bed597061108ff9ab3e.jpg |
|  |  |

**bidbel.com/prom-dresses?page=74**

Domain URL #: 261

Allure URL #: 261

DMCA ID(s): (C469)
DMCA Date(s): (2018-02-01)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7068F.jpg | 0cb98243fc1afa22ef110888c1890957.jpg |




**bidbel.com/wedding-dresses/2013-A-line-V-neck-Court-Train-Lace-Appliques-and-Satin-Plus-Size-Wedding-Dresses-1002033**

Domain URL #: 262

Allure URL #: 262

DMCA ID(s): (C496)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| W301F.jpg | 720ce1cec282e3a3318db2494e26492e.jpg |




**bidbel.com/wedding-dresses/Affordable-Ball-Gown-Spaghetti-Straps-V-Neck-Lace-Plus-Size-Bridal-Wedding-Dresses-1005155**

Domain URL #: 263

Allure URL #: 263

DMCA ID(s): (C497)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W397F.jpg | c41325f43276c69d1bf3517e5b2f5383.jpg |
|  |  |

**bidbel.com/wedding-dresses?page=15**

Domain URL #: 264

Allure URL #: 264

DMCA ID(s): (C498)
DMCA Date(s): (2017-09-30)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9260F.jpg | f446032b5f56e9f4032df81671a8d907.jpg |
|  |  |

**bidbel.com/wedding-dresses?page=17**

Domain URL #: 265

Allure URL #: 265

DMCA ID(s): (C499)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-05-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| 9271B.jpg | 09bb4c9d0ebcc6ed26f6cbfe904d179a.jpg |

 

**bidbel.com/wedding-dresses?page=29**

Domain URL #: 266

Allure URL #: 266

DMCA ID(s): (C500)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9068B AD.jpg | 1625d6d905c6ac75770e92cefcd33728.jpg |

 

**bidbel.com/wedding-dresses?page=36**

Domain URL #: 267

Allure URL #: 267

DMCA ID(s): (C501)
DMCA Date(s): (2017-10-14)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9423F.jpg | 7a9e397ceacdb7a4516a8dc78f91dca8.jpg |
|  |  |

**bidbel.com/wedding-dresses?page=91**

Domain URL #: 268

Allure URL #: 268

DMCA ID(s): (C502)
DMCA Date(s): (2018-02-21)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8860F.jpg | b12ff1183bf9c8dafe9eb7cba11c99bc.jpg |
|  |  |

**bidbel.com/wedding-dresses?page=92**

Domain URL #: 269

Allure URL #: 269

DMCA ID(s): (C504, C503)
DMCA Date(s): (2018-01-07)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
| :---: | :---: |
| 9008F.jpg | b9581dd54acbea52fe35ef70c9b2a749.jpg |
|  |  |

**bidbel.com/wedding-dresses?page=93**

Domain URL #: 270

Allure URL #: 270

DMCA ID(s): (C505)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
| :---: | :---: |
| 2467C.jpg | 0f28ef07547dbffbc34076e97de02a94.jpg |
|  |  |

**bidbel.com/Short-Mother-of-The-Bride-Dresses-with-A-Jacket-99503027**

Domain URL #: 271

Justin Alexander URL #: 1

DMCA ID(s): (C369)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-110-821
Copyright Publication Date: SP12 Sarah Danielle Occasions
Collection: SDE-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5114_167.jpg | 52c221f67aa0aa9434889c2475c271f8.jpg |
|  |  |

**Domain: bitsequestrianoutlet.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 10
Earliest DMCA to Cloudflare: 2018-12-12
Newest DMCA to Cloudflare: 2019-03-12

**bitsequestrianoutlet.com/form-fitting-lace-wedding-dresses/**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR-SP-13_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8656_012.jpg | ja_00431.png |
|  |  |

**bitsequestrianoutlet.com/justin-alexander-wedding-dresses/**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Justin Alexander
Collection: JAR_PR15_NEW-SHOTS-ONLY_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8730_022.jpg | ja_00432.png |
|  |  |

**bitsequestrianoutlet.com/simple-satin-wedding-dresses/**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (I371, I370)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: sin_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| sin_sp_12-011.jpg | ja_00429.png |
|  |  |

**bitsequestrianoutlet.com/straight-wedding-dresses/**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (I371, I370)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sincerity
Collection: SIN_2016

| **Client Image** | **Infringing Image** |
|---|---|
| SIN_2016-127.jpg | ja_00427.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-boise/**

Domain URL #: 5

Justin Alexander URL #: 5

DMCA ID(s): (I371, I370)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Justin Alexander
Collection: JAR_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8686_055.jpg | ja_00424.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-for-petite-brides/**

Domain URL #: 6

Justin Alexander URL #: 6

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Lillian West
Collection: LW_PR15_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6334_023.jpg | ja_00430.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-for-sale-on-line/**

Domain URL #: 7

Justin Alexander URL #: 7

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_SP15-056.jpg | ja_00428.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-louisville-ky/**

Domain URL #: 8

Justin Alexander URL #: 8

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Lillian West
Collection: LW_PR-14_RGB-1000px copy

| **Client Image** | **Infringing Image** |
| --- | --- |
| 6303_032.jpg | ja_00426.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-song/**

Domain URL #: 9

Justin Alexander URL #: 9

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8727_AD_046.jpg | ja_00425.png |
|  |  |

**bitsequestrianoutlet.com/wedding-dresses-tulsa/**

Domain URL #: 10

Justin Alexander URL #: 10

DMCA ID(s): (I371, I370)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8776_016.jpg | ja_00423.png |
|  |  |