**Allure & Justin Alexander**
**Examples of Infringing Sites**
**PDF 4 of 25**

**Domain: bride2bride.co.uk**

Number of Allure URLs: 11
Number of Justin Alexander URLs: 27
Earliest DMCA to Cloudflare: 2018-08-06
Newest DMCA to Cloudflare: 2019-07-11

**bride2bride.co.uk/listings/48474/Allure-C221-Size8-Ivory-NEW**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| C221F.jpg | allure_00523.png |

 

**bride2bride.co.uk/listings/48475/Allure-Wedding-Dress-Style-9127-IvorySilver-Size**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9127F.jpg | allure_00522.png |

 

**bride2bride.co.uk/listings/48477/Allure-bridals-c207-Size-8-Ivory-NEW**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| C207S.jpg | allure_00524.png |




**bride2bride.co.uk/listings/49010/Allure-8913-Size-10-Ivorysilver-NEW**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8913F.jpg | allure_00520.png |




**bride2bride.co.uk/listings/51772/Allure-Bridals-9373-Size-14-IvoryPinkSilver-NEW**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9373H.jpg | allure_00521.png |





**bride2bride.co.uk/listings/52882/Allure-bridals-size-14-wedding-dress-style-8856**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8856F.jpg | allure_00518.png |





**bride2bride.co.uk/listings/53059/Allure-Bridals-Wedding-Dress**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 2967F.jpg | allure_00517.png |
|  |  |

**bride2bride.co.uk/listings/53078/Allure-romance-2954**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 2954B.jpg | allure_00516.png |
|  |  |

**bride2bride.co.uk/listings/53105/Classic-and-elegant-wedding-dress**

Domain URL #: 9

Allure URL #: 9

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2806H.jpg | allure_00515.png |

 

**bride2bride.co.uk/listings/53127/Allure-bridal**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9073F Ivory.jpg | allure_00514.png |

 

**bride2bride.co.uk/listings/53128/Allure-Bridal-2716**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (I506)
DMCA Date(s): (2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 2716B.jpg | allure_00513.png |
|  |  |

**bride2bride.co.uk/listings/44044/Justin-Alexander-8768-Size-14-Ivory-NEW**

Domain URL #: 12

Justin Alexander URL #: 1

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8768_058.jpg | ja_00033.png |
|  |  |

**bride2bride.co.uk/listings/45662/Justin-Alexander-8641-Size-12-Ivory-new**

Domain URL #: 13

Justin Alexander URL #: 2

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8641_072.jpg | ja_00032.png |
|  |  |

**bride2bride.co.uk/listings/45663/Justin-Alexander-8750-Ivory-sz-14-new-T-lengtgh**

Domain URL #: 14

Justin Alexander URL #: 3

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15

| Client Image | Infringing Image |
|---|---|
| JAR_SP15-002.jpg | ja_00031.png |




**bride2bride.co.uk/listings/45685/Justin-Alexander-8760-Gold-Size-14-New**

Domain URL #: 15

Justin Alexander URL #: 4

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8760_052.jpg | ja_00030.png |




**bride2bride.co.uk/listings/47131/Justin-Alexander-8758-Size-10-GoldIvory-new**

Domain URL #: 16

Justin Alexander URL #: 5

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 8758_144.jpg | ja_00029.png |
|  |  |

**bride2bride.co.uk/listings/51345/Justin-Alexander-9772-Size-10-Gold-Ivory-NEW**

Domain URL #: 17

Justin Alexander URL #: 6

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander Signature
Collection: JAS_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9772_028.jpg | ja_00028.png |
|  |  |

**bride2bride.co.uk/listings/51476/Justin-Alexander-8733-UK-size-10**

Domain URL #: 18

Justin Alexander URL #: 7

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Justin Alexander
Collection: JAR_PR15_OLD-SHOTS_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 8733_037.jpg | ja_00027.png |

 

**bride2bride.co.uk/listings/51585/Sinerity-Wedding-Dress-3771-size-10**

Domain URL #: 19

Justin Alexander URL #: 8

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Sincerity
Collection: SIN_SP14

| Client Image | Infringing Image |
|---|---|
| SIN_SP14-008.jpg | ja_00026.png |

 

**bride2bride.co.uk/listings/51721/Justin-Alexander-Wedding-Dress-Size-12-Style-8596**

Domain URL #: 20

Justin Alexander URL #: 9

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: INDIV: VA 2-024-559
Copyright Publication Date: CARRYOVERS Justin Alexander - Carryovers
Collection: JAR_CARRYOVERS_2015

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_CARRYOVERS_2015-028.jpg | ja_00025.png |
|  |  |

**bride2bride.co.uk/listings/51813/Justin-Alexander-signature-9772-Goldivory-NEW**

Domain URL #: 21

Justin Alexander URL #: 10

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander Signature
Collection: JAS_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9772_028.jpg | ja_00024.png |
|  |  |

**bride2bride.co.uk/listings/51847/Justin-Alexander-Signature-Style-9781**

Domain URL #: 22

Justin Alexander URL #: 11

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander Signature
Collection: JAS_2016

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_2016-009.jpg | ja_00023.png |
|  |  |

**bride2bride.co.uk/listings/51863/Lillian-West-6428-Size-14-Ivory-NEW**

Domain URL #: 23

Justin Alexander URL #: 12

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Lillian West
Collection: LW_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 6428_LW_FW16_09-2193.jpg | ja_00013.png |
|  |  |

**bride2bride.co.uk/listings/51933/Ivory-Vintage-Style-Tea-Length-Dress**

Domain URL #: 24

Justin Alexander URL #: 13

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1500px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3875_179.jpg | ja_00022.png |




**bride2bride.co.uk/listings/52720/Justin-Alexander-8641-size-6**

Domain URL #: 25

Justin Alexander URL #: 14

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8641_013.jpg | ja_00019.png |




**bride2bride.co.uk/listings/52737/Justin-Alexander-8641-size-12-mermaid-lace-dress**

Domain URL #: 26

Justin Alexander URL #: 15

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR_SP_13_DP

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SP_13_DP-041.jpg | ja_00010.png |

 

**bride2bride.co.uk/listings/52793/Beautiful-Justin-Alexander-Sweetheart-6169-12-14**

Domain URL #: 27

Justin Alexander URL #: 16

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Sweetheart
Collection: SWH_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| SWH_6169_0086.jpg | ja_00018.png |

 

**bride2bride.co.uk/listings/52800/Lillian-West-Wedding-Dress-6335-size-1214**

Domain URL #: 28

Justin Alexander URL #: 17

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: 2015.0 Lillian West
Collection: LW_2015

| **Client Image** | **Infringing Image** |
|---|---|
| LW_2015-044.jpg | ja_00009.png |




**bride2bride.co.uk/listings/52831/A-Line-chiffon-wedding-dress-size-10**

Domain URL #: 29

Justin Alexander URL #: 18

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Sweetheart
Collection: SWH_2016

| **Client Image** | **Infringing Image** |
|---|---|
| SWH_2016-124.jpg | ja_00008.png |




**bride2bride.co.uk/listings/52865/Justin-Alexander-gown-unworn**

Domain URL #: 30

Justin Alexander URL #: 19

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Justin Alexander
Collection: JAR_PR15_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8739_044.jpg | ja_00007.png |
|  |  |

**bride2bride.co.uk/listings/52989/Justin-Alexander-Ballgown-wedding-dress**

Domain URL #: 31

Justin Alexander URL #: 20

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-069-140
Copyright Publication Date: SS18 Justin Alexander
Collection: JAB_FW17_RESHOT_IN_GREECE_1500px_GRB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAB_8927_FF_7969.jpg | ja_00006.png |
|  |  |

**bride2bride.co.uk/listings/53027/Justin-Alexandra-9817**

Domain URL #: 32

Justin Alexander URL #: 21

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander Signature
Collection: JAS_SP16_RGB_1000px

| Client Image | Infringing Image |
|---|---|
| 9817-033FF.jpg | ja_00005.png |




**bride2bride.co.uk/listings/53054/Justin-Alexander-ivory,-Sincerity-3730-street-14**

Domain URL #: 33

Justin Alexander URL #: 22

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-129.jpg | ja_00017.png |




**bride2bride.co.uk/listings/53068/Size-12-Justin-Alexander-BNWT-wedding-dress**

Domain URL #: 34

Justin Alexander URL #: 23

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-174-265
Copyright Publication Date: SP13 Justin Alexander
Collection: JAR_SP_13_DP

| Client Image | Infringing Image |
|---|---|
| JAR_SP_13_DP-045.jpg | ja_00003.png |

 

**bride2bride.co.uk/listings/53096/SINCERITY-WEDDING-DRESS-3914-NEW-SIZE-20**

Domain URL #: 35

Justin Alexander URL #: 24

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-011.jpg | ja_00002.png |

 

**bride2bride.co.uk/listings/53097/Justin-Alexander-2015-Collection**

Domain URL #: 36

Justin Alexander URL #: 25

DMCA ID(s): (I391)
DMCA Date(s): (2019-03-12)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: SP15 Justin Alexander
Collection: JAR_SP15_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8758_099.jpg | ja_00001.png |
|  |  |

**bride2bride.co.uk/print/51476/item.html**

Domain URL #: 37

Justin Alexander URL #: 26

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-559
Copyright Publication Date: PR15 Justin Alexander
Collection: JAR_PR15_OLD-SHOTS_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 8733_037.jpg | ja_00021.png |
|  |  |

**bride2bride.co.uk/print/51847/item.html**

Domain URL #: 38

Justin Alexander URL #: 27

DMCA ID(s): (I390, I391)
DMCA Date(s): (2019-03-12, 2018-08-06)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander Signature
Collection: JAS_PR16_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9781_009_FF.jpg | ja_00020.png |
|  |  |

## Domain: ca-dresses.com

Number of Allure URLs: 48
Number of Justin Alexander URLs: 54
Earliest DMCA to Cloudflare: 2018-12-12
Newest DMCA to Cloudflare: 2019-03-14

**ca-dresses.com/a-line-lace-wedding-dress-with-3-4-length-sleeve.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
| --- | --- |
| M505F.jpg | image_0003672.jpg |
|  |  |

**ca-dresses.com/a-line-strapless-sweetheart-short-mini-tulle-black-prom-dress.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| W352F.jpg | image_0004360.jpg |
|  |  |

**ca-dresses.com/alluring-tulle-sweetheart-neckline-a-line-plus-size-wedding-dresses-with-lace-appliques.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| W373B.jpg | image_0004160.jpg |
|  |  |

**ca-dresses.com/alluring-tulle-v-neck-neckline-mermaid-plus-size-wedding-dresses-with-beadings.html**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| W376F.jpg | image_0004198.jpg |
|  |  |

### ca-dresses.com/ball-gown-silhouette-lace-wedding-dress-with-sweet.html

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| 9156F.jpg | image_0003750.jpg |

 

### ca-dresses.com/beading-halter-chiffon-sheath-evening-dress-cocktail-dress.html

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6619F2.jpg | image_0004833.jpg |

 

**ca-dresses.com/beading-one-shoulder-chiffon-sheath-evening-dress-cocktail-dress.html**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6719F Black.jpg | image_0004799.jpg |
|  |  |

**ca-dresses.com/brilliant-tulle-sweetheart-neckline-mermaid-plus-size-wedding-dresses-with-beaded-embroidery.html**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| W372B.jpg | image_0004117.jpg |
|  |  |

**ca-dresses.com/brilliant-tulle-sweetheart-neckline-mermaid-plus-size-wedding-dresses-with-beaded-lace-appliques.html**

Domain URL #: 9

Allure URL #: 9

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W371F.jpg | image_0004116.jpg |




**ca-dresses.com/charming-ball-gown-sweetheart-applique-and-embroidery-floor-length-dress.html**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8823F.jpg | image_0003471.jpg |




**ca-dresses.com/charming-tulle-sweetheart-neckline-mermaid-plus-size-wedding-dresses-with-lace-appliques.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| W371F.jpg | image_0004041.jpg |
|  |  |

**ca-dresses.com/chiffon-a-line-sweetheart-court-train-strapless-wedding-gowns.html**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| W295F.jpg | image_0005061.jpg |
|  |  |

**ca-dresses.com/chiffon-white-court-train-sweetheart-one-shoulder-trumpet-mermaid-wedding-gowns.html**

Domain URL #: 13

Allure URL #: 13

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2515F.jpg | image_0005236.jpg |

 

**ca-dresses.com/contracted-empire-wasit-satin-a-line-wedding-dresses.html**

Domain URL #: 14

Allure URL #: 14

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8823F.jpg | image_0003471.jpg |

 

**ca-dresses.com/crystal-beading-sequin-sweetheart-tulle-mermaid-evening-dress.html**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7042B.jpg | image_0004947.jpg |
|  |  |

**ca-dresses.com/elegant-exquisite-satin-mermaid-sweetheart-wedding-dress.html**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8922F.jpg | image_0004363.jpg |
|  |  |

**ca-dresses.com/elegant-jewel-neckline-short-mini-lace-wedding-dress.html**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-05-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 2753B.jpg | image_0003957.jpg |
|  |  |

**ca-dresses.com/elegant-organza-satin-sweetheart-neckline-natural-waistline-mermaid-plus-size-wedding-dress.html**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| W353F.jpg | image_0004324.jpg |
|  |  |

**ca-dresses.com/floor-length-satin-mermaid-evening-dress-with-natural-and-beading-1.html**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6641F2.jpg | image_0004760.jpg |





**ca-dresses.com/gentle-sweetheart-layered-organza-empire-beads-wedding-dress.html**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8862F.jpg | image_0004986.jpg |





**ca-dresses.com/glamorous-tulle-v-neck-neckline-natural-waistline-mermaid-plus-size-wedding-dress-with-lace-appliques.html**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| W352F.jpg | image_0004282.jpg |




**ca-dresses.com/ivory-beading-satin-empire-strapless-sweep-train-wedding-gowns.html**

Domain URL #: 22

Allure URL #: 22

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 8823F.jpg | image_0003147.jpg |




**ca-dresses.com/ivory-trumpet-mermaid-court-train-v-neck-wedding-gowns.html**

Domain URL #: 23

Allure URL #: 23

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2514F.jpg | image_0005347.jpg |





**ca-dresses.com/lace-applique-beading-sequins-sweetheart-taffeta-sheath-evening-dress.html**

Domain URL #: 24

Allure URL #: 24

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7087F Red.jpg | image_0004870.jpg |





**ca-dresses.com/likable-sweetheart-neckline-beaded-wasitline-empire-chiffon-satin-beach-bridal-dresses.html**

Domain URL #: 25

Allure URL #: 25

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2515F.jpg | image_0005307.jpg |
|  |  |

**ca-dresses.com/marvelous-lace-organza-sweetheart-neckline-ball-gown-plus-size-wedding-dresses-with-lace-appliques.html**

Domain URL #: 26

Allure URL #: 26

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| Client Image | Infringing Image |
|---|---|
| W374F.jpg | image_0003999.jpg |
|  |  |

**ca-dresses.com/marvelous-tulle-v-neck-neckline-mermaid-plus-size-wedding-dresses-with-beaded-embroidery.html**

Domain URL #: 27

Allure URL #: 27

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-596
Copyright Publication Date: 2015-10-01
Collection: Group 10 - 2015

| **Client Image** | **Infringing Image** |
|---|---|
| W377B.jpg | image_0004279.jpg |

 

**ca-dresses.com/mermaid-floor-length-sweetheart-wedding-dress.html**

Domain URL #: 28

Allure URL #: 28

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9051F.jpg | image_0003789.jpg |

 

**ca-dresses.com/miraculous-mermaid-floor-length-v-neck-lace-dress.html**

Domain URL #: 29

Allure URL(s) #: 29

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 9019S.jpg | image_0003833.jpg |
|  |  |

**ca-dresses.com/new-designer-empire-layered-lace-satin-wedding-apparels-with-vertical-bowtie.html**

Domain URL #: 30

Allure URL(s) #: 30

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8808F.jpg | image_0003634.jpg |
|  |  |

**ca-dresses.com/new-style-beading-sash-mermaid-lace-satin-wedding-gowns.html**

Domain URL #: 31

Allure URL #: 31

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8823F.jpg | image_0003471.jpg |
|  |  |

**ca-dresses.com/online-white-mermaid-taffeta-strapless-wedding-dresses-under-150.html**

Domain URL #: 32

Allure URL #: 32

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8526VS.jpg | image_0003474.jpg |
|  |  |

**ca-dresses.com/organza-white-a-line-sweetheart-court-train-strapless-wedding-gowns.html**

Domain URL #: 33

Allure URL #: 33

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8921F.jpg | image_0005099.jpg |
|  |  |

**ca-dresses.com/princess-off-the-shoulder-wedding-dress.html**

Domain URL #: 34

Allure URL #: 34

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8914C.jpg | image_0003710.jpg |
|  |  |

**ca-dresses.com/princess-sweetheart-gauze-appliques-ankle-length-beading-satin-wedding-dresses.html**

Domain URL #: 35

Allure URL #: 35

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 8803F.jpg | image_0003512.jpg |

 

**ca-dresses.com/satin-ball-gown-strapless-court-train-sleeveless-wedding-gowns.html**

Domain URL #: 36

Allure URL #: 36

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2510B.jpg | image_0005348.jpg |

 

**ca-dresses.com/satin-ivory-ball-gown-court-train-strapless-sleeveless-wedding-gowns.html**

Domain URL #: 37

Allure URL #: 37

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8919F.jpg | image_0005133.jpg |
|  |  |

**ca-dresses.com/satin-ivory-trumpet-mermaid-high-neck-chapel-train-wedding-gowns.html**

Domain URL #: 38

Allure URL #: 38

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| M464F.jpg | image_0005350.jpg |
|  |  |

**ca-dresses.com/satin-ivory-trumpet-mermaid-sweetheart-court-train-strapless-wedding-gowns.html**

Domain URL #: 39

Allure URL #: 39

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8912F.jpg | image_0005023.jpg |
|  |  |

**ca-dresses.com/satin-white-sweetheart-a-line-strapless-strapless-wedding-gowns.html**

Domain URL #: 40

Allure URL #: 40

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8916F.jpg | image_0005169.jpg |
|  |  |

**ca-dresses.com/sheath-column-one-shoulder-sweep-brush-train-chiffon-prom-dress.html**

Domain URL #: 41

Allure URL #: 41

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| W353F.jpg | image_0004401.jpg |




**ca-dresses.com/striking-mermaid-floor-length-beading-wedding-dress.html**

Domain URL #: 42

Allure URL #: 42

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 9104B.jpg | image_0003915.jpg |




**ca-dresses.com/sweetheart-ball-gown-wedding-dress-with-beaded-details.html**

Domain URL #: 43

Allure URL #: 43

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 8901F.jpg | image_0005202.jpg |
|  |  |

**ca-dresses.com/sweetheart-satin-mermaid-evening-dress.html**

Domain URL #: 44

Allure URL #: 44

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6619F2.jpg | image_0004906.jpg |
|  |  |

**ca-dresses.com/taffeta-white-ball-gown-halter-court-train-sleeveless-wedding-gowns.html**

Domain URL #: 45

Allure URL #: 45

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
| --- | --- |
| 2514F.jpg | image_0005273.jpg |

 

**ca-dresses.com/trumpet-mermaid-strapless-sweetheart-floor-length-chiffon-prom-dress.html**

Domain URL #: 46

Allure URL #: 46

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-03-14, 2019-01-16)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
| --- | --- |
| W352F.jpg | image_0004360.jpg |

 

**ca-dresses.com/trumpet-mermaid-strapless-sweetheart-floor-length-taffeta-prom-dress.html**

Domain URL #: 47

Allure URL #: 47

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| Client Image | Infringing Image |
|---|---|
| W353F.jpg | image_0004401.jpg |





**ca-dresses.com/v-neck-tulle-floor-length-wedding-dress-in-a-line-design-2.html**

Domain URL #: 48

Allure URL #: 48

DMCA ID(s): (I517, I518)
DMCA Date(s): (2019-01-16, 2019-03-14)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9373S.jpg | image_0003997.jpg |





**ca-dresses.com/a-line-sweetheart-lace-satin-chiffon-floor-length-wedding-dress-with-sweep.html**

Domain URL #: 49

Justin Alexander URL #: 1

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander
Collection: JAR_SP16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8840_074.jpg | image_0007754.jpg |
|  |  |

**ca-dresses.com/a-line-sweetheart-tulle-organza-floor-length-wedding-dress-with-sweep.html**

Domain URL #: 50

Justin Alexander URL #: 2

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander
Collection: JAR_SP16

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SP16-094.jpg | image_0007794.jpg |
|  |  |

**ca-dresses.com/ball-gown-sweetheart-tulle-tea-length-wedding-dress.html**

Domain URL #: 51

Justin Alexander URL #: 3

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8800_015.jpg | image_0007843.jpg |
|  |  |

**ca-dresses.com/ball-gown-wedding-dress-with-pleated-corset-bodice-and-strapless-sweetheart-neckline.html**

Domain URL #: 52

Justin Alexander URL #: 4

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8635_8636_189.jpg | image_0006607.jpg |
|  |  |

**ca-dresses.com/black-knee-length-short-style-organza-satin-sweetheart-neckline-wedding-dresses.html**

Domain URL #: 53

Justin Alexander URL #: 5

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| JAR_8611_B_0069.jpg | image_0006208.jpg |
|  |  |

**ca-dresses.com/brilliant-flat-neckline-beads-working-gauze-satin-wedding-dresses.html**

Domain URL #: 54

Justin Alexander URL #: 6

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| JAR_8615_F_0404.jpg | image_0006210.jpg |
|  |  |

**ca-dresses.com/champagne-ivory-strapless-sweetheart-exclusive-wedding-dress-ruched-tulle-sequins.html**

Domain URL #: 55

Justin Alexander URL #: 7

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8638_053.jpg | image_0006530.jpg |
|  |  |

**ca-dresses.com/chichi-high-wasitline-scoop-neckline-lace-mermaid-style-sash-wedding-dresses.html**

Domain URL #: 56

Justin Alexander URL #: 8

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8596_F_0009.jpg | image_0006090.jpg |
|  |  |

**ca-dresses.com/chiffon-strapless-funky-summer-wedding-dress-2013-with-sweep-train.html**

Domain URL #: 57

Justin Alexander URL #: 9

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-008.jpg | image_0007237.jpg |
|  |  |

**ca-dresses.com/classic-ball-gown-wedding-dress-with-sleeveless-lace-neckline-and-v-back.html**

Domain URL #: 58

Justin Alexander URL #: 10

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: PR13 Justin Alexander
Collection: jar_pr_13

| **Client Image** | **Infringing Image** |
|---|---|
| jar_pr_13-015.jpg | image_0006690.jpg |
|  |  |

**ca-dresses.com/crinkle-taffeta-one-shoulder-glamorous-spring-a-line-wedding-dress-sweep-train.html**

Domain URL #: 59

Justin Alexander URL #: 11

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
|---|---|
| swh_sp_12-048.jpg | image_0006933.jpg |

 

**ca-dresses.com/custom-satin-sweetheart-spring-wedding-dress-with-pick-up-dress.html**

Domain URL #: 60

Justin Alexander URL #: 12

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
|---|---|
| swh_sp_12-034.jpg | image_0007119.jpg |

 

**ca-dresses.com/custom-sweetheart-beaded-neck-ball-gown-wedding-dress-with-deep-v-back.html**

Domain URL #: 61

Justin Alexander URL #: 13

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: PR13 Justin Alexander
Collection: jar_pr_13

| Client Image | Infringing Image |
|---|---|
| jar_pr_13-028.jpg | image_0006330.jpg |

 

**ca-dresses.com/designer-ivory-a-line-wedding-dress-with-strapless-soft-sweetheart-neckline.html**

Domain URL #: 62

Justin Alexander URL #: 14

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 8625_224.jpg | image_0006851.jpg |

 

**ca-dresses.com/diaphanous-lace-satin-sweetheart-neckline-beads-working-empire-wedding-dresses.html**

Domain URL #: 63

Justin Alexander URL #: 15

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8595_F_0174.jpg | image_0006131.jpg |
|  |  |

**ca-dresses.com/dreamlike-charming-ruffly-sweetheart-beadings-sweep-train-wedding-dress-in-ball-gown.html**

Domain URL #: 64

Justin Alexander URL #: 16

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: jar_sp_12

| **Client Image** | **Infringing Image** |
| --- | --- |
| jar_sp_12-053.jpg | image_0005962.jpg |
|  |  |

**ca-dresses.com/elegant-lace-satin-taffeta-sweetheart-neckline-sleeveless-short-wedding-dresses-with-handwork-delicate-flower.html**

Domain URL #: 65

Justin Alexander URL #: 17

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8632_049.jpg | image_0007967.jpg |
|  |  |

**ca-dresses.com/elegant-lace-sweetheart-trumpet-wedding-dress-with-long-sleeve-jacket.html**

Domain URL #: 66

Justin Alexander URL #: 18

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8605_B_0069.jpg | image_0006287.jpg |
|  |  |

**ca-dresses.com/enticing-custom-made-mermaid-strapless-with-stones-pleated-satin-court-train-wedding-dress.html**

Domain URL #: 67

Justin Alexander URL #: 19

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| JAR_8599_F_0047.jpg | image_0006044.jpg |




**ca-dresses.com/funky-rose-satin-strapless-sweetheart-neck-a-line-summer-wedding-dress.html**

Domain URL #: 68

Justin Alexander URL #: 20

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
|---|---|
| swh_sp_12-018.jpg | image_0007198.jpg |




**ca-dresses.com/glamorous-lace-strapless-sweetheart-modified-spring-wedding-dress-with-ribbon.html**

Domain URL #: 69

Justin Alexander URL #: 21

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-073.jpg | image_0006891.jpg |
|  |  |

---

**ca-dresses.com/glamorous-off-the-shoulder-taffeta-a-line-spring-wedding-dress-2013.html**

Domain URL #: 70

Justin Alexander URL #: 22

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-057.jpg | image_0006971.jpg |
|  |  |

**ca-dresses.com/glamorous-one-shoulder-organza-spring-wedding-dress-2013-with-drop-waist.html**

Domain URL #: 71

Justin Alexander URL #: 23

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
|---|---|
| swh_sp_12-026.jpg | image_0007158.jpg |

 

**ca-dresses.com/glamorous-organza-strapless-sweetheart-spring-wedding-dress-2013-with-bolero-jacket.html**

Domain URL #: 72

Justin Alexander URL #: 24

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5958_266.jpg | image_0006328.jpg |

 

**ca-dresses.com/glamorous-satin-sweetheart-asymmetrical-pleated-a-line-spring-wedding-dress.html**

Domain URL #: 73

Justin Alexander URL #: 25

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
| --- | --- |
| swh_sp_12-038.jpg | image_0007047.jpg |

 

**ca-dresses.com/ivory-summer-satin-strapless-fun-wedding-dress-with-obi-bow-modified-mermaid-dress.html**

Domain URL #: 74

Justin Alexander URL #: 26

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| Client Image | Infringing Image |
| --- | --- |
| swh_sp_12-014.jpg | image_0007200.jpg |

 

**ca-dresses.com/lace-cap-sleeves-sweetheart-mermaid-wedding-dress-2013-with-sweep-train.html**

Domain URL #: 75

Justin Alexander URL #: 27

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 8628_091.jpg | image_0006770.jpg |

 

**ca-dresses.com/lace-tulle-cap-sleeve-v-neck-mermaid-wedding-dress-with-zipper-back.html**

Domain URL #: 76

Justin Alexander URL #: 28

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 8626_027.jpg | image_0006772.jpg |

 

**ca-dresses.com/mermaid-trumpet-bateau-tulle-floor-length-wedding-dress-with-sweep-1.html**

Domain URL #: 77

Justin Alexander URL #: 29

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8797_011.jpg | image_0007885.jpg |
|  |  |

**ca-dresses.com/mermaid-trumpet-queenanne-organza-floor-length-wedding-dress-with-sweep.html**

Domain URL #: 78

Justin Alexander URL #: 30

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| 8805_120.jpg | image_0007839.jpg |
|  |  |

**ca-dresses.com/new-style-ball-gown-floor-length-beading-wedding-dress.html**

Domain URL #: 79

Justin Alexander URL #: 31

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Justin Alexander
Collection: JAR_SP14

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SP14-066.jpg | image_0007311.jpg |
|  |  |

**ca-dresses.com/new-style-strapless-lace-sweetheart-tea-length-wedding-dress-with-flower-sash.html**

Domain URL #: 80

Justin Alexander URL #: 32

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8632_148.jpg | image_0006688.jpg |
|  |  |

**ca-dresses.com/off-the-shoulder-beading-cap-sleeves-beach-wedding-dress-with-zipper-up.html**

Domain URL #: 81

Justin Alexander URL #: 33

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander
Collection: JAR_2016

| Client Image | Infringing Image |
|---|---|
| JAR_2016-178.jpg | image_0007430.jpg |

 

**ca-dresses.com/perfect-satin-strapless-mermaid-wedding-dress-beaded-trim.html**

Domain URL #: 82

Justin Alexander URL #: 34

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| JAR_8599_F_0047.jpg | image_0006449.jpg |

 

**ca-dresses.com/pleated-mermaid-wedding-dress-with-organza-fan-dress-and-strapless-sweetheart-neckline.html**

Domain URL #: 83

Justin Alexander URL #: 35

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8639_274.jpg | image_0006527.jpg |
|  |  |

**ca-dresses.com/satin-mermaid-wedding-dress-with-pleated-halter-and-low-back.html**

Domain URL #: 84

Justin Alexander URL #: 36

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8606_B_0056.jpg | image_0006409.jpg |
|  |  |

**ca-dresses.com/sheath-v-neck-chiffon-floor-length-wedding-dress-with-sweep-2.html**

Domain URL #: 85

Justin Alexander URL #: 37

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6308_272.jpg | image_0005915.jpg |
|  |  |

**ca-dresses.com/short-taffeta-strapless-summer-funky-wedding-dress-with-short-pick-up-dress.html**

Domain URL #: 86

Justin Alexander URL #: 38

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5950_039.jpg | image_0007274.jpg |
|  |  |

**ca-dresses.com/simple-ankle-length-a-line-v-neck-tulle-beach-wedding-dress-witn-zipper-back.html**

Domain URL #: 87

Justin Alexander URL #: 39

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Justin Alexander
Collection: JAR_SP16

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SP16-021.jpg | image_0007473.jpg |
|  |  |

**ca-dresses.com/simple-sweep-brush-train-beading-ruching-chiffon-sweetheart-wedding-dresses.html**

Domain URL #: 88

Justin Alexander URL #: 40

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-008.jpg | image_0007308.jpg |
|  |  |

**ca-dresses.com/spaghetti-straps-floral-sweetheart-mermaid-wedding-dress-with-beaded-lace-and-flowers.html**

Domain URL #: 89

Justin Alexander URL #: 41

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: jar_sp_12

| Client Image | Infringing Image |
|---|---|
| jar_sp_12-036.jpg | image_0006411.jpg |
|  |  |

**ca-dresses.com/strapless-chiffon-floor-length-wedding-dress-in-a-line-design.html**

Domain URL #: 90

Justin Alexander URL #: 42

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16/BEST SELLERS Sincerity
Collection: SIN_SS17_FW16_BEST-SELLERS

| Client Image | Infringing Image |
|---|---|
| SIN_SS17_FW16_BEST-SELLERS-023.jpg | image_0007630.jpg |
|  |  |

**ca-dresses.com/strapless-sweetheart-mermaid-wedding-dress-with-sleeveless-lace-and-tulle-jacket.html**

Domain URL #: 91

Justin Alexander URL #: 43

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: FA12 Justin Alexander
Collection: JAR-FA-12_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8641_144.jpg | image_0005960.jpg |
|  |  |

**ca-dresses.com/striking-floor-length-sweetheart-lace-wedding-dress.html**

Domain URL #: 92

Justin Alexander URL #: 44

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: INDIV: VA 1-936-316
Copyright Publication Date: CARRYOVERS Justin Alexander - Carryovers
Collection: JAR_CARRYOVERS_2015

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_CARRYOVERS_2015-054.jpg | image_0007389.jpg |
|  |  |

**ca-dresses.com/sweetheart-neckline-elegant-satin-mermaid-wedding-dresses.html**

Domain URL #: 93

Justin Alexander URL #: 45

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8802_136.jpg | image_0008045.jpg |
|  |  |

**ca-dresses.com/sweetheart-strapless-ball-gown-wedding-dress-asymmetrical-waist-line-deep-v-back.html**

Domain URL #: 94

Justin Alexander URL #: 46

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-242
Copyright Publication Date: PR13 Justin Alexander
Collection: jar_pr_13

| **Client Image** | **Infringing Image** |
|---|---|
| jar_pr_13-021.jpg | image_0006609.jpg |
|  |  |

**ca-dresses.com/sweetheart-tulle-chiffon-floor-length-wedding-dress-in-a-line-design-2.html**

Domain URL #: 95

Justin Alexander URL #: 47

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sweetheart
Collection: SWH_FW16_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| 6149_132.jpg | image_0007713.jpg |

 

**ca-dresses.com/sweetheart-tulle-chiffon-floor-length-wedding-dress-in-a-line-design.html**

Domain URL #: 96

Justin Alexander URL #: 48

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: SP16 Sincerity
Collection: SIN_SP16_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| 3905_293.jpg | image_0007627.jpg |

 

**ca-dresses.com/taffeta-strapless-glamorous-spring-a-line-wedding-dress-with-lace-appliques.html**

Domain URL #: 97

Justin Alexander URL #: 49

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-042.jpg | image_0007009.jpg |
|  |  |

**ca-dresses.com/top-sell-taffeta-strapless-glamorous-spring-2013-a-line-wedding-dress-drop-waist.html**

Domain URL #: 98

Justin Alexander URL #: 50

DMCA ID(s): (I432, I433)
DMCA Date(s): (2019-03-12, 2018-12-12)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart Gowns
Collection: swh_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| swh_sp_12-065.jpg | image_0006931.jpg |
|  |  |

**ca-dresses.com/trumpet-mermaid-spaghetti-straps-lace-wedding-dress-with-sleeveless.html**

Domain URL #: 99

Justin Alexander URL #: 51

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: 2016.0 Justin Alexander
Collection: JAR_2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| JAR_2016-178.jpg | image_0007508.jpg |
|  |  |

---

**ca-dresses.com/v-neck-tulle-chiffon-floor-length-wedding-dress-in-a-line-design.html**

Domain URL #: 100

Justin Alexander URL #: 52

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sincerity
Collection: SIN_FW16_1500px_RGB

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 3927_111.jpg | image_0007584.jpg |
|  |  |

**ca-dresses.com/v-neck-tulle-floor-length-wedding-dress-with-sweep.html**

Domain URL #: 101

Justin Alexander URL #: 53

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-024-560
Copyright Publication Date: PR16 Justin Alexander
Collection: JAR_PR16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 8787_207.jpg | image_0007964.jpg |
|  |  |

**ca-dresses.com/vogue-attractive-sweetheart-appliques-shawl-satin-overlay-lace-sweep-train-wedding-dress-in-mermaid-style.html**

Domain URL #: 102

Justin Alexander URL #: 54

DMCA ID(s): (I432, I433)
DMCA Date(s): (2018-12-12, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8605_B_0069.jpg | image_0006088.jpg |
|  |  |

**Domain: ca-weddingdress.com**

Number of Allure URLs: 1
Number of Justin Alexander URLs: 1
Earliest DMCA to Cloudflare: 2019-09-12
Newest DMCA to Cloudflare: 2019-09-16

**ca-weddingdress.com/sweetheart-neckline-mermaid-allure-lace-bridal-dress-with-sashes-9215-p-1877.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (I731)
DMCA Date(s): (2019-09-12)
Copyright Registration Number: VA 2-140-648
Copyright Publication Date: 2014-10-01
Collection: Group 7 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 9215F.jpg | allure_01079.png |
|  |  |

**ca-weddingdress.com/deep-vneck-and-twisted-racerback-aline-dress-lillian-west-style-6524-p-3418.html**

Domain URL #: 2

Justin Alexander URL #: 1

DMCA ID(s): (I644, I645)
DMCA Date(s): (2019-09-13, 2019-09-16)
Copyright Registration Number: VA 2-057-530
Copyright Publication Date: SS18 Lillian West
Collection: LW_SS18_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| LW_6524_FF_1496.jpg | ja_00935.png |
|  |  |

**Domain: caekee.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 4
Earliest DMCA to Cloudflare: 2018-11-26
Newest DMCA to Cloudflare: 2019-03-12

**caekee.com/wedding-dresses/alibhaba-wedding-dresses-t801525324845.html**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I540, I541)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| LW_SP14-014.jpg | image_0003035.jpg |

 

**caekee.com/wedding-dresses/how-much-for-a-diamond-wedding-set-from-zales-t801525383662.html**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I540, I541)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Sweetheart
Collection: SWH_SS17_FW16

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| SWH_SS17_FW16-030.jpg | image_0002998.jpg |

 

**caekee.com/wedding-dresses/long-embellished-gown-for-wedding-gies-t801525383594.html**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (I540, I541)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17/FW16 Sincerity
Collection: SIN_SS17_FW16

| **Client Image** | **Infringing Image** |
| --- | --- |
| SIN_SS17_FW16-031.jpg | image_0003033.jpg |
|  |  |

**caekee.com/wedding-dresses/none-lace-wedding-dress-t801525334950.html**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (I540, I541)
DMCA Date(s): (2018-11-26, 2019-03-12)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8605_F_0012.jpg | ja_00312.png |
|  |  |

**Domain: caekeedress.com**

Number of Allure URLs: 0
Number of Justin Alexander URLs: 6
Earliest DMCA to Cloudflare: 2019-09-30
Newest DMCA to Cloudflare: 2019-09-30

**https://www.caekeedress.com/wedding-dresses/alibhaba-wedding-dresses-t801525324845.html**

Domain URL #: 1

Justin Alexander URL #: 1

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: SP14 Lillian West
Collection: LW_SP14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6308_401.jpg | ja_caekeedress.com_0000001.jpg |
|  |  |

**https://www.caekeedress.com/wedding-dresses/day-dresses-for-weddings-t801525326057.html**

Domain URL #: 2

Justin Alexander URL #: 2

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: INDIV: VA 2-024-559
Copyright Publication Date: CARRYOVERS Justin Alexander - Carryovers
Collection: JAR_CARRYOVERS_2015

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_CARRYOVERS_2015-011.jpg | ja_caekeedress.com_0000007.jpg |
|  |  |

**https://www.caekeedress.com/wedding-dresses/how-much-for-a-diamond-wedding-set-from-zales-t801525383662.html**

Domain URL #: 3

Justin Alexander URL #: 3

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sweetheart
Collection: SWH_FW16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 6148_027.jpg | ja_caekeedress.com_0000012.jpg |
|  |  |

**https://www.caekeedress.com/wedding-dresses/long-embellished-gown-for-wedding-gies-t801525383594.html**

Domain URL #: 4

Justin Alexander URL #: 4

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Sincerity
Collection: SIN_FW16_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 3917_023.jpg | ja_caekeedress.com_0000014.jpg |
|  |  |

**https://www.caekeedress.com/wedding-dresses/none-lace-wedding-dress-t801525334950.html**

Domain URL #: 5

Justin Alexander URL #: 5

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: JAR-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8605_F_0012.jpg | ja_caekeedress.com_0000019.jpg |
|  |  |

**https://www.caekeedress.com/wedding-dresses/wedding-dresses-in-uk-t801525319658.html**

Domain URL #: 6

Justin Alexander URL #: 6

DMCA ID(s): (I548)
DMCA Date(s): (2019-09-30)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: FW16 Lillian West
Collection: LW_FW16_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| 6441_LW_FW16_22_5664.jpg | ja_caekeedress.com_0000022.jpg |
|  |  |