**Allure & Justin Alexander**
**Examples of Infringing Sites**
**PDF 6 of 25**

**Domain: cmdresses.co.nz**

Number of Allure URLs: 56
Number of Justin Alexander URLs: 9
Earliest DMCA to Cloudflare: 2017-06-19
Newest DMCA to Cloudflare: 2018-06-06

**cmdresses.co.nz/a-line-one-shoulder-satin-and-organza-wedding-dresssku-wd000227.html**

Domain URL #: 1

Allure URL(s) #: 1

DMCA ID(s): (C771)
DMCA Date(s): (2018-04-13)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2702F.jpg | 03ab90de037ec365055ceab41371621a.jpg |

 

**cmdresses.co.nz/a-line-scoop-chiffon-beading-dresssku-wd000400-al.html**

Domain URL #: 2

Allure URL(s) #: 2

DMCA ID(s): (C772)
DMCA Date(s): (2018-05-07)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| M516F.jpg | 0ce860aafb46b1d26a01fbe638071737.jpg |

 

**cmdresses.co.nz/a-line-spaghetti-straps-chiffon-with-beading-and-sequins-long-prom-dresssku-pd000296-dj.html**

Domain URL #: 3

Allure URL #: 3

DMCA ID(s): (C773)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|:---:|:---:|
| 6240 AD Pink.jpg | c0dfb18363664137a4f796098e01bd6b.jpg |




**cmdresses.co.nz/a-line-strapless-chapel-train-lace-wedding-dresssku-wsc00046.html**

Domain URL #: 4

Allure URL #: 4

DMCA ID(s): (C774)
DMCA Date(s): (2018-03-13)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|:---:|:---:|
| 2504F.jpg | e457bc29774268fc67ae23f9e8f234a2.jpg |




**cmdresses.co.nz/a-line-strapless-chapel-train-tulle-satin-wedding-dresssku-wd000020-lt.html**

Domain URL #: 5

Allure URL #: 5

DMCA ID(s): (C775)
DMCA Date(s): (2018-03-28)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 9017F.jpg | ccf9348f8075bf24daf2384c354e2b8a.jpg |




**cmdresses.co.nz/a-line-sweetheart-chiffon-and-sequins-long-prom-dresssku-pdbl9388.html**

Domain URL #: 6

Allure URL #: 6

DMCA ID(s): (C776)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 6237F.jpg | f08692dbd783402c2975cc2e42402b93.jpg |




**cmdresses.co.nz/a-line-sweetheart-chiffon-and-sequins-short-prom-dresssku-pdsh-8413.html**

Domain URL #: 7

Allure URL #: 7

DMCA ID(s): (C777)
DMCA Date(s): (2018-05-01)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 6266F Fuchsia.jpg | 7f06bc71e8cb9cf25d6de3477876c9c4.jpg |

 

**cmdresses.co.nz/a-line-sweetheart-chiffon-beach-wedding-dresssku-wd000489-al.html**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (C778)
DMCA Date(s): (2018-05-14)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2504F.jpg | 1f82a491f88671752ed25437eba81ef0.jpg |

 

**cmdresses.co.nz/a-line-sweetheart-floor-length-chiffon-long-prom-dresssku-pdnm6237.html**

Domain URL #: 9

Allure URL(s) #: 9

DMCA ID(s): (C779)
DMCA Date(s): (2018-05-20)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 6237 Yellow.jpg | fffdbb975e38ac16dcbf45181278aa87.jpg |




**cmdresses.co.nz/a-line-sweetheart-ruffles-sleeveless-floor-length-tulle-beading-prom-dresses-evening-dresses-sku-ed000023.html**

Domain URL #: 10

Allure URL #: 10

DMCA ID(s): (C780)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6791W HotPink.jpg | fb97e881e036b68b2e8f5045752467c6.jpg |




**cmdresses.co.nz/a-line-sweetheart-satin-with-beaded-waist-wedding-dresssku-wd000230.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (C781)
DMCA Date(s): (2018-05-04)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2665B.jpg | 52b94032dfd7e9bbf54ec57a3e35bd2e.jpg |

 

**cmdresses.co.nz/a-line-sweetheart-taffeta-and-tulle-wedding-dresssku-wd000228.html**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (C782)
DMCA Date(s): (2018-03-29)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2708C.jpg | f681aca74e031246fde91f9f8e2849c4.jpg |

 

**cmdresses.co.nz/ball-gown-high-neck-short-sleeve-tulle-lace-vintage-wedding-dresssku-wd000394-al.html**

Domain URL #: 13

Allure URL #: 13

DMCA ID(s): (C783)
DMCA Date(s): (2018-06-06)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-10-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| M510B.jpg | 19ec8cb0994f82ebc0fda4c754d4c3e7.jpg |




**cmdresses.co.nz/ball-gown-scoop-organza-ruffle-short-sleeve-wedding-dresssku-wd000417-al.html**

Domain URL #: 14

Allure URL #: 14

DMCA ID(s): (C784)
DMCA Date(s): (2018-04-28)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| M471F.jpg | 20d44183f6682c0d0258a000241989ce.jpg |




**cmdresses.co.nz/ball-gown-scoop-tulle-and-beading-prom-dresssku-pd000326-nm.html**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (C785)
DMCA Date(s): (2018-05-19)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7011F Black.jpg | a583a4c242a5741cc9ea87a00522cf59.jpg |





**cmdresses.co.nz/beautiful-a-line-spaghetti-straps-chiffon-and-beading-with-sequins-floor-length-prom-dresssku-pd00014-nm.html**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (C786)
DMCA Date(s): (2018-03-10)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6779WF Blue.jpg | c11cafcd730d58821d4cec4bda1bfd5c.jpg |





**cmdresses.co.nz/beautiful-ball-gown-halter-chapel-train-lace-wedding-dresssku-wd000065.html**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (C788, C787)
DMCA Date(s): (2018-04-29, 2018-05-05)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2453F.jpg | f1ff8c8f4e585c3ec65e03ca738176d7.jpg |

 

**cmdresses.co.nz/charming-a-line-one-shoulder-floor-length-chiffon-prom-dresssku-sal2150-lt.html**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (C789)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6791WF Yellow.jpg | a3edeeef346eadd275cea853e1be5655.jpg |

 

**cmdresses.co.nz/charming-empire-v-neck-chiffon-and-beadings-sequins-floor-length-prom-dresssku-pd00021-nm.html**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (C796, C790, C792, C794, C797, C793, C795, C791, C798)
DMCA Date(s): (2018-04-24, 2018-05-06, 2018-06-02, 2018-03-30, 2018-06-05, 2018-04-11, 2018-05-22, 2018-04-18, 2018-04-15)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6778WF Teal.jpg | eac583f189dd948f22bbea5d8495eaa9.jpg |

 

**cmdresses.co.nz/classic-a-lineprincess-sweetheart-sleeveless-rhinestone-floor-length-chiffon-dresssku-pd000008.html**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (C799)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6642B.jpg | d5cfc21a51aa8297c099f4c37f955252.jpg |

 

**cmdresses.co.nz/column-sweetheart-neckline-chiffon-floor-length-bridesmaid-dresssku-bm000111.html**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (C800)
DMCA Date(s): (2018-03-15)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1376B.jpg | c8941a445bd2909220755856a9302e9e.jpg |

 

---

**cmdresses.co.nz/delicate-tulle-satin-jewel-neckline-wedding-dress-with-lace-appliques-beadings-wedding-dresssku-wd000664-al.html**

Domain URL #: 22

Allure URL #: 22

DMCA ID(s): (C801)
DMCA Date(s): (2018-03-17)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 9073B.jpg | dd5927167af4a9c2dd89f632a65e6c1a.jpg |

 

**cmdresses.co.nz/elegant-a-line-beaded-ruched-bodice-strapless-satin-wedding-dresssku-wd000083.html**

Domain URL #: 23

Allure URL #: 23

DMCA ID(s): (C802)
DMCA Date(s): (2018-03-31)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2510C.jpg | b841b758f8645e402e61db31145d3bac.jpg |

 

**cmdresses.co.nz/elegant-a-line-one-shoulder-chiffon-long-bridesmaid-dressessku-bm000110.html**

Domain URL #: 24

Allure URL #: 24

DMCA ID(s): (C803, C804)
DMCA Date(s): (2018-03-20, 2018-05-23)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1378F.jpg | f5af801a53eac947e3d23119a7f93fb6.jpg |

 

**cmdresses.co.nz/elegant-a-line-scoop-chiffon-high-low-length-bridesmaid-dresssku-bm000109.html**

Domain URL #: 25

Allure URL #: 25

DMCA ID(s): (C805, C806)
DMCA Date(s): (2018-03-08, 2018-04-30)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 1365F2.jpg | 297e06064d91afc31fec898e69fbd9f4.jpg |




**cmdresses.co.nz/elegant-empire-sweetheart-chiffon-and-beadings-with-ruched-floor-length-prom-dresssku-pd00025-nm.html**

Domain URL #: 26

Allure URL #: 26

DMCA ID(s): (C808, C809, C807)
DMCA Date(s): (2018-05-26, 2018-05-21, 2017-07-10)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6790WF White.jpg | faa7f919246be900372d3f19ed2f75f3.jpg |




**cmdresses.co.nz/elegant-hot-sale-sweetheart-satin-and-lace-appliques-a-line-wedding-dressbridal-gownsku-bwd00011.html**

Domain URL #: 27

Allure URL #: 27

DMCA ID(s): (C810)
DMCA Date(s): (2018-03-25)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2454F.jpg | 15d7c1c408758440dd1f0804cb178165.jpg |

 

**cmdresses.co.nz/elegant-organzasatin-v-neck-a-line-wedding-dresses-with-3d-floralsku-wd000108.html**

Domain URL #: 28

Allure URL #: 28

DMCA ID(s): (C811)
DMCA Date(s): (2018-04-09)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2507F.jpg | 61afa481b22b124169c2f0ec0630dfae.jpg |

 

**cmdresses.co.nz/elegant-sheath-one-shoulder-mini-length-chiffon-prom-dresssku-ssc0399-y.html**

Domain URL #: 29

Allure URL #: 29

DMCA ID(s): (C812)
DMCA Date(s): (2018-05-17)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6615F2.jpg | 18788fc4945b9b719451699f71ed6c70.jpg |




**cmdresses.co.nz/elegant-sheath-one-shoulder-taffeta-prom-dresssku-pdnm-6212.html**

Domain URL #: 30

Allure URL #: 30

DMCA ID(s): (C813)
DMCA Date(s): (2018-06-04)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| **Client Image** | **Infringing Image** |
|---|---|
| 6212F Red.jpg | 3a6b6a27ca812552ac8901049b8bf299.jpg |




**cmdresses.co.nz/empire-sweetheart-organza-and-beading-short-prom-dresssku-pdsh1530.html**

Domain URL #: 31

Allure URL(s): 31

DMCA ID(s): (C814)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-05-01
Collection: Group 8 - 2014

| Client Image | Infringing Image |
|---|---|
| 7204F Purp.jpg | dbb3fbcae9f09c2b9d2e779e175fbca5.jpg |




**cmdresses.co.nz/empire-sweetheart-tull-and-beading-short-prom-dresssku-pdnm6615.html**

Domain URL #: 32

Allure URL #: 32

DMCA ID(s): (C815)
DMCA Date(s): (2018-04-16)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-05-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 6615F Gold.jpg | d0b5c088820a0ea16cf523d970241fea.jpg |




**cmdresses.co.nz/empire-sweetheart-tulle-and-sequins-homecoming-dresssku-pdnm6820.html**

Domain URL #: 33

Allure URL #: 33

DMCA ID(s): (C816)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-05-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 6820F Pink.jpg | 13c71d5f6152e9dcd38621a855880d95.jpg |

 

**cmdresses.co.nz/fantastic-sheath-one-shoulder-chiffon-and-beadings-floor-length-prom-dresssku-pd00026-nm.html**

Domain URL #: 34

Allure URL #: 34

DMCA ID(s): (C817)
DMCA Date(s): (2018-03-22)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| **Client Image** | **Infringing Image** |
|---|---|
| 6766WF.jpg | 34eb2834ff0071a2283edd34419e6c21.jpg |

 

**cmdresses.co.nz/glorious-sweetheart-a-line-short-mini-beaded-bodice-homecoming-dresses-sku-hd00158-nm.html**

Domain URL #: 35

Allure URL #: 35

DMCA ID(s): (C818)
DMCA Date(s): (2018-03-11)
Copyright Registration Number: VA 2-140-650
Copyright Publication Date: 2014-05-01
Collection: Group 8 - 2014

| **Client Image** | **Infringing Image** |
|---|---|
| 7204B.jpg | eb5a4ff40bb4a928042c47dee8829984.jpg |

 

**cmdresses.co.nz/gorgeous-empire-v-neck-satin-mini-length-beach-wedding-dresssku-wem05294-tb.html**

Domain URL #: 36

Allure URL #: 36

DMCA ID(s): (C819)
DMCA Date(s): (2018-04-03)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| M501F.jpg | d266a7adc4ce928bdd479ec058be5b11.jpg |

 

**cmdresses.co.nz/gorgeous-mermaid-sweetheart-organza-ruffle-wedding-dresssku-wd000443-al.html**

Domain URL #: 37

Allure URL #: 37

DMCA ID(s): (C820)
DMCA Date(s): (2018-03-16)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2654F.jpg | 82125b4d8440b348c0d67bce7058e6d6.jpg |

 

**cmdresses.co.nz/gorgeous-strapless-lace-mermaid-dresssku-wd000471-al.html**

Domain URL #: 38

Allure URL #: 38

DMCA ID(s): (C821)
DMCA Date(s): (2018-05-25)
Copyright Registration Number: VA 2-140-544
Copyright Publication Date: 2012-10-01
Collection: Group 3 - 2012

| Client Image | Infringing Image |
|---|---|
| 2616F.jpg | 08fc2b2b72599f7e6bef60977df524d9.jpg |

 

**cmdresses.co.nz/gorgeous-sweetheart-lace-ball-gown-long-sleeve-wedding-dresssku-bwd00049.html**

Domain URL #: 39

Allure URL #: 39

DMCA ID(s): (C822)
DMCA Date(s): (2018-04-22)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 2404F.jpg | 4ed9200ffb68027d37ebc960bdc854f5.jpg |




**cmdresses.co.nz/mermaid-sweetheart-lace-vintage-wedding-dresssku-wd000488-al.html**

Domain URL #: 40

Allure URL #: 40

DMCA ID(s): (C823)
DMCA Date(s): (2018-05-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2501F.jpg | 2dff75921c7c6593541f46172f69b0a7.jpg |




**cmdresses.co.nz/mermaid-v-neck-short-sleeve-lace-vintage-wedding-dresssku-wd000497-mc.html**

Domain URL #: 41

Allure URL #: 41

DMCA ID(s): (C824)
DMCA Date(s): (2018-06-03)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-05-01
Collection: Group 2 - 2011

| **Client Image** | **Infringing Image** |
|---|---|
| 2455BC.jpg | 19bb485667767cf9c666fca45ddf622f.jpg |

 

**cmdresses.co.nz/new-style-v-neckline-backless-sheath-column-beaded-chiffon-prom-dressesku-pd00630-nm.html**

Domain URL #: 42

Allure URL #: 42

DMCA ID(s): (C825)
DMCA Date(s): (2018-05-16)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| **Client Image** | **Infringing Image** |
|---|---|
| 7061B.jpg | 39f1cc015834aa1d6db92e7e797dbe19.jpg |

 

**cmdresses.co.nz/pretty-a-line-one-shoulder-chiffon-and-beading-floor-length-prom-dresssku-pd00008-nm.html**

Domain URL #: 43

Allure URL #: 43

DMCA ID(s): (C829, C828, C827, C826)
DMCA Date(s): (2018-03-19, 2017-07-12, 2018-05-24, 2018-03-14)
Copyright Registration Number: VA 2-140-537
Copyright Publication Date: 2013-05-01
Collection: Group 5 - 2013

| Client Image | Infringing Image |
|---|---|
| 2708F.jpg | f1a8195f2cfca409d62e19b8140295e2.jpg |

 

**cmdresses.co.nz/regency-ball-gown-scoop-embroidery-long-taffeta-beading-quinceanera-dresssku-qd00002-al.html**

Domain URL #: 44

Allure URL #: 44

DMCA ID(s): (C830)
DMCA Date(s): (2018-05-13)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-05-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| Q360F.jpg | 5a182f43113ddec585a45fc75de24cc7.jpg |

 

**cmdresses.co.nz/ruched-bodice-beaded-halter-taffeta-ball-gown-wedding-dresssku-wd000085.html**

Domain URL #: 45

Allure URL #: 45

DMCA ID(s): (C831)
DMCA Date(s): (2018-04-21)
Copyright Registration Number: VA 2-140-588
Copyright Publication Date: 2011-10-01
Collection: Group 2 - 2011

| Client Image | Infringing Image |
|---|---|
| 2514F.jpg | 40f652a3aa1f6776712bf01b0a0bda95.jpg |





**cmdresses.co.nz/scalloped-neckline-floor-length-with-beads-attractive-unique-prom-dresssku-pd00635-nm.html**

Domain URL #: 46

Allure URL #: 46

DMCA ID(s): (C832)
DMCA Date(s): (2018-03-07)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|---|---|
| 7026F.jpg | a13a62e52921dac8545ec0c792ad34cc.jpg |





**cmdresses.co.nz/sexy-empire-v-neck-satin-and-chiffon-and-beadings-sequins-floor-length-prom-dressku-pd00019-nm.html**

Domain URL #: 47

Allure URL #: 47

DMCA ID(s): (C834, C833)
DMCA Date(s): (2018-03-06, 2018-04-07)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|:---:|:---:|
| 6773WF Purple.jpg | 6835423f7b7ddc7e483081939a357ab0.jpg |
|  |  |

**cmdresses.co.nz/sexy-scoop-chiffon-and-beading-evening-dressku-pd000320-nm.html**

Domain URL #: 48

Allure URL #: 48

DMCA ID(s): (C835)
DMCA Date(s): (2018-03-09)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|:---:|:---:|
| 7001F Red.jpg | 0def2a936b5f1884478b798fc3830b6a.jpg |
|  |  |

**cmdresses.co.nz/sexy-sheath-sequins-cocktail-dresssku-pdnm6610.html**

Domain URL #: 49

Allure URL #: 49

DMCA ID(s): (C836)
DMCA Date(s): (2018-05-18)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|:---:|:---:|
| 6610F2.jpg | 07f26fa6a484ba3e54da0cb3996fe4ae.jpg |
|  |  |

**cmdresses.co.nz/sheath-chiffon-and-lace-pink-prom-dresssku-pd000343-nm.html**

Domain URL #: 50

Allure URL #: 50

DMCA ID(s): (C837)
DMCA Date(s): (2018-04-14)
Copyright Registration Number: VA 2-140-580
Copyright Publication Date: 2013-10-01
Collection: Group 6 - 2013

| Client Image | Infringing Image |
|:---:|:---:|
| 7057B.jpg | deb8865cdebbe14c2faa5c1c1cf1a531.jpg |
|  |  |

**cmdresses.co.nz/sheath-chiffon-and-sequins-long-prom-dresssku-pdsh1453.html**

Domain URL #: 51

Allure URL(s) #: 51

DMCA ID(s): (C838)
DMCA Date(s): (2018-03-26)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 6235F.jpg | 8fec4704ef8a45caa8c5d0568eb5de11.jpg |

 

**cmdresses.co.nz/sheath-halter-chiffon-and-beading-prom-dresssku-pdnm6619.html**

Domain URL #: 52

Allure URL(s) #: 52

DMCA ID(s): (C839, C840)
DMCA Date(s): (2018-04-20, 2018-04-06)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6619F Red.jpg | 3b4aa3bbfe44a12e5b383d9a6015638a.jpg |

 

**cmdresses.co.nz/sheath-one-shoulder-satin-and-beading-long-prom-dresssku-pdnm-6235.html**

Domain URL #: 53

Allure URL #: 53

DMCA ID(s): (C841)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-644
Copyright Publication Date: 2010-10-01
Collection: Group 1 - 2010

| Client Image | Infringing Image |
|---|---|
| 6235F.jpg | c6c60a941f20548309930dd2d3dddbd6.jpg |

 

**cmdresses.co.nz/sheath-sweetheart-organza-with-ruffle-long-prom-dresssku-pdnm6606.html**

Domain URL #: 54

Allure URL #: 54

DMCA ID(s): (C842)
DMCA Date(s): (2018-04-17)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6606B.jpg | 71e6982a864eab11596ff0d42e1a2cd5.jpg |

 

**cmdresses.co.nz/sheath-v-neck-chiffon-and-beading-long-prom-dresssku-pdnm6628.html**

Domain URL #: 55

Allure URL #: 55

DMCA ID(s): (C843)
DMCA Date(s): (2018-05-12)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6628C Purp.jpg | 5a62be5f324f4caf7b5983fce22702e6.jpg |




**cmdresses.co.nz/short-one-shoulder-cocktail-dresssku-pdjn-1201.html**

Domain URL #: 56

Allure URL #: 56

DMCA ID(s): (C844, C845)
DMCA Date(s): (2018-04-26, 2018-04-08)
Copyright Registration Number: VA 2-140-594
Copyright Publication Date: 2012-10-01
Collection: Group 4 - 2012

| Client Image | Infringing Image |
|---|---|
| 6605F.jpg | dd302b15b8c6e7acd3815dd7623918b6.jpg |




**cmdresses.co.nz/a-line-sweetheart-satin-and-organza-tea-length-short-wedding-dresssku-wd000162.html**

Domain URL #: 57

Justin Alexander URL #: 1

DMCA ID(s): (C676)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3650_398.jpg | 389ed81ebe418a4c31ae944ca7cc724f.jpg |




**cmdresses.co.nz/beautiful-ball-gown-sweetheart-chapel-train-satin-and-tulle-wedding-dress-sku-wd000074.html**

Domain URL #: 58

Justin Alexander URL #: 2

DMCA ID(s): (C677)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_ad-shots_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3656_069.jpg | 79aad4d2466e0e20d0ccdc4ef6210095.jpg |




**cmdresses.co.nz/charming-a-line-strapless-chiffon-sweep-train-beach-wedding-dresssku-wd000067.html**

Domain URL #: 59

Justin Alexander URL #: 3

DMCA ID(s): (C678)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3650_247.jpg | e70ea7f946cbdb4cc94fdaf8e0a6b17e.jpg |




**cmdresses.co.nz/charming-lace-and-tulle-and-satin-a-line-sweetheart-natural-waist-wedding-dresssku-wd000131.html**

Domain URL #: 60

Justin Alexander URL #: 4

DMCA ID(s): (C680, C679)
DMCA Date(s): (2017-06-22, 2017-06-19)
Copyright Registration Number: VA 1-936-316
Copyright Publication Date: PR14 Sweetheart
Collection: SWH_PR-14_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 6014_004.jpg | 4ff34bee0a367ae9a908f46a6d7d8e8a.jpg |




**cmdresses.co.nz/charming-organza-and-satin-a-line-sweetheart-empire-waist-wedding-dresssku-wd000118.html**

Domain URL #: 61

Justin Alexander URL #: 5

DMCA ID(s): (C681)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 5965_002.jpg | d7fa30628efa6a616641368b56a4905a.jpg |

 

**cmdresses.co.nz/charming-satin-a-line-strapless-raised-waist-pleated-wedding-dresssku-wd000119.html**

Domain URL #: 62

Justin Alexander URL #: 6

DMCA ID(s): (C682)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| Client Image | Infringing Image |
|---|---|
| 3675_012.jpg | cf55bfb64cae9d5e655b387c8f2a6f89.jpg |

 

**cmdresses.co.nz/glamorous-satin-and-organza-and-tulle-a-line-strapless-neckline-raised-waist-wedding-dresssku-wd000117.html**

Domain URL #: 63

Justin Alexander URL #: 7

DMCA ID(s): (C683)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-263
Copyright Publication Date: SP12 Justin Alexander
Collection: jar_sp_12

| **Client Image** | **Infringing Image** |
|---|---|
| jar_sp_12-068.jpg | 64c8950481210e81ff97346463521184.jpg |
|  |  |

**cmdresses.co.nz/mermaid-halter-sweep-train-chiffon-wedding-dresssku-wd000254.html**

Domain URL #: 64

Justin Alexander URL #: 8

DMCA ID(s): (C684)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sweetheart
Collection: SWH-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 5950_039.jpg | d3034d6f30335af1fe006df5ef447d3e.jpg |
|  |  |

**cmdresses.co.nz/sheath-column-strapless-asymetrical-tulle-over-satin-wedding-dresssku-wsc00036-lt.html**

Domain URL #: 65

Justin Alexander URL #: 9

DMCA ID(s): (C686)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-174-264
Copyright Publication Date: SP12 Sincerity
Collection: SIN-SP-12_RGB-1000px

| **Client Image** | **Infringing Image** |
|---|---|
| 3676_071.jpg | b0797acb94e0225d8ee0c60a407d3989.jpg |
|  |  |

**Domain: dallasbridals.com**

Number of Allure URLs: 235
Number of Justin Alexander URLs: 63
Earliest DMCA to Cloudflare: 2017-04-19
Newest DMCA to Cloudflare: 2017-08-18

**dallasbridals.com/allure-bridals-wedding-dresses-style-2950-p-1531.html**

Domain URL #: 1

Allure URL #: 1

DMCA ID(s): (C846)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 2950B.jpg | 8023b3dcf3ef9d4782eb50b9efc6d20c.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-2951-p-1532.html**

Domain URL #: 2

Allure URL #: 2

DMCA ID(s): (C847)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 2951H.jpg | a77827e3779ac57c81d53d331bcb4f62.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-3001-p-1513.html**

Domain URL #: 3

Allure URL(s): 3

DMCA ID(s): (C848)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3001B.jpg | d8cf54029501a2a3d0a18467938c7c48.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-3002-p-1514.html**

Domain URL #: 4

Allure URL(s): 4

DMCA ID(s): (C849)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3002F.jpg | d18882e0361a4445eb629051190de654.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-3003-p-1515.html**

Domain URL #: 5

Allure URL(s): 5

DMCA ID(s): (C850)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3003F.jpg | 6ce842918bc2ab8886f60f90fb09c050.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-3004-p-1516.html**

Domain URL #: 6

Allure URL(s): 6

DMCA ID(s): (C851)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3004F.jpg | 96948f78de8d75806682edc512ff2901.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-3005-p-1517.html**

Domain URL #: 7

Allure URL(s) #: 7

DMCA ID(s): (C852)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3005F.jpg | 0ed1f1c5d75a1b5bd8064c2911024590.jpg |




---

**dallasbridals.com/allure-bridals-wedding-dresses-style-3006-p-1518.html**

Domain URL #: 8

Allure URL #: 8

DMCA ID(s): (C853)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3006F.jpg | af412b139c36241aab1e86998c836c47.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-3007-p-1519.html**

Domain URL #: 9

Allure URL(s) #: 9

DMCA ID(s): (C854)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3007C.jpg | cf9131bce96628219b1aa86fa1f15888.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-3008-p-1520.html**

Domain URL #: 10

Allure URL(s) #: 10

DMCA ID(s): (C855)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3008B.jpg | 14cd297d155e4a9b785ab11e6cb50e96.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-3009-p-1521.html**

Domain URL #: 11

Allure URL #: 11

DMCA ID(s): (C856)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3009H.jpg | 7af80bcab1a1cae4a885bd9ae7d2334d.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-3010-p-1522.html**

Domain URL #: 12

Allure URL #: 12

DMCA ID(s): (C857)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3010C.jpg | bf1e8a80d568d26e7b585b02c17d11d2.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-3012-p-1524.html**

Domain URL #: 13

Allure URL #: 13

DMCA ID(s): (C858)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3012B.jpg | bd3fc28767afc00bb9ec8d915573c0a4.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-3013-p-1525.html**

Domain URL #: 14

Allure URL #: 14

DMCA ID(s): (C859)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3013H.jpg | a02c1fdb614966fe426193f1e3d13096.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-3014-p-1526.html**

Domain URL #: 15

Allure URL #: 15

DMCA ID(s): (C860)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3014C.jpg | 67e4e22f4a45da28420527ac7f982540.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-3015-p-1527.html**

Domain URL #: 16

Allure URL #: 16

DMCA ID(s): (C861)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3015F.jpg | b535534d2c65f8ca984e4e8f7db27b37.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-3016-p-1528.html**

Domain URL #: 17

Allure URL #: 17

DMCA ID(s): (C862)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3016B.jpg | 8e3901610d0b9ca972479e7be3b368f2.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-3017-p-1529.html**

Domain URL #: 18

Allure URL #: 18

DMCA ID(s): (C863)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3017F.jpg | 0f57fea66057b88c9fce49f82b72643a.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-3018-p-1530.html**

Domain URL #: 19

Allure URL #: 19

DMCA ID(s): (C864)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3018B.jpg | 1bff43ba1be07db3fb9304bdbb349151.jpg |





---

**dallasbridals.com/allure-bridals-wedding-dresses-style-9350-p-1490.html**

Domain URL #: 20

Allure URL #: 20

DMCA ID(s): (C865)
DMCA Date(s): (2017-07-23)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9350H.jpg | b3d455ce1df97cd806583288b2b210cd.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-9351-p-1491.html**

Domain URL #: 21

Allure URL #: 21

DMCA ID(s): (C866)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9351H.jpg | 2be997ca74ae1deb52e6e0d18824df31.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9352-p-1492.html**

Domain URL #: 22

Allure URL #: 22

DMCA ID(s): (C867)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9352H.jpg | 28f1547aaff901678bdfe29435632504.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9401-p-1468.html**

Domain URL #: 23

Allure URL(s) #: 23

DMCA ID(s): (C868)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9401B.jpg | 102b24521bc0e91670688f5c479078de.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9403-p-1470.html**

Domain URL #: 24

Allure URL(s) #: 24

DMCA ID(s): (C869)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W395B.jpg | 07206e8e83d45520b3c9b3874e804c05.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9404-p-1471.html**

Domain URL #: 25

Allure URL(s): 25

DMCA ID(s): (C870)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| 9404B.jpg | 7fe60136c1189a095d8f160e45ce846f.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9407-p-1472.html**

Domain URL #: 26

Allure URL(s): 26

DMCA ID(s): (C871)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| 9407B.jpg | b71d77377faa354866811a6223e37593.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9409-p-1474.html**

Domain URL #: 27

Allure URL #: 27

DMCA ID(s): (C872)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9409B.jpg | 0e02acbb42d1e07ce42a1aa1943e843f.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9410-p-1475.html**

Domain URL #: 28

Allure URL #: 28

DMCA ID(s): (C873)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9410F.jpg | c1f8d4ab99d5c50125def0542ad99f81.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9411-p-1476.html**

Domain URL #: 29

Allure URL #: 29

DMCA ID(s): (C874)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9411B.jpg | 4afdd55796d6a6b6328a807800e4645f.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9412-p-1477.html**

Domain URL #: 30

Allure URL #: 30

DMCA ID(s): (C875)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9412B.jpg | 0d7710362d5508f97a3a5c6bd0d08e8d.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9413-p-1478.html**

Domain URL #: 31

Allure URL #: 31

DMCA ID(s): (C876)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9413F.jpg | 4ac46afcf40cdbef8caea5c3efcb4b02.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-9416-p-1480.html**

Domain URL #: 32

Allure URL #: 32

DMCA ID(s): (C877)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9416B.jpg | eeb49de8e3ed226c8c486d084ac1a18d.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-9417-p-1481.html**

Domain URL #: 33

Allure URL #: 33

DMCA ID(s): (C878)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9417B.jpg | cec1c5d1bade48089c1f418df984284a.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9418-p-1482.html**

Domain URL #: 34

Allure URL #: 34

DMCA ID(s): (C879)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9418B.jpg | dc79fb3f84a66e47b9e33b8224baad99.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-9419-p-1483.html**

Domain URL #: 35

Allure URL #: 35

DMCA ID(s): (C880)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9419B.jpg | 42e63d338ef577b29c7ee2e000c17a21.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9420-p-1484.html**

Domain URL #: 36

Allure URL #: 36

DMCA ID(s): (C881)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9420C.jpg | 9faef86b692f78ee74a9dc8fe7fee320.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9421-p-1485.html**

Domain URL #: 37

Allure URL #: 37

DMCA ID(s): (C882)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9421B.jpg | f2a563fd32e730be27c399d946da09e5.jpg |





---

**dallasbridals.com/allure-bridals-wedding-dresses-style-9422-p-1486.html**

Domain URL #: 38

Allure URL #: 38

DMCA ID(s): (C883)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| 9422F.jpg | ce7f48ddd1568b0a431cdaf8ff6aed28.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-9423-p-1487.html**

Domain URL #: 39

Allure URL #: 39

DMCA ID(s): (C884)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9423B.jpg | 6735cc5ed717547e745422eb7866f632.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9424-p-1488.html**

Domain URL #: 40

Allure URL #: 40

DMCA ID(s): (C885)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9424F.jpg | c5774f6903f85a0a9e52ecac0b3844b5.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-9425-p-1489.html**

Domain URL #: 41

Allure URL #: 41

DMCA ID(s): (C886)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9425F IvoryChamp.jpg | 714f79125fe8655d0b13546d38d46275.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c380-p-1509.html**

Domain URL #: 42

Allure URL #: 42

DMCA ID(s): (C887)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C380H.jpg | 1c952c69c9138a2e812d556302c44f9a.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c381-p-1510.html**

Domain URL #: 43

Allure URL #: 43

DMCA ID(s): (C888)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C381B.jpg | 48c9f5f5351a48e38a6917a11e8b5023.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-c382-p-1511.html**

Domain URL #: 44

Allure URL #: 44

DMCA ID(s): (C889)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C382S.jpg | 95efae40ff6f9c4cad1e09649808a92f.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-c401-p-1495.html**

Domain URL #: 45

Allure URL #: 45

DMCA ID(s): (C890)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C401C.jpg | 33a31f852e43de38489de6b6563dd3f9.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-c402-p-1496.html**

Domain URL #: 46

Allure URL #: 46

DMCA ID(s): (C891)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C402C.jpg | c0f947c87999c960d218cd085f094f5a.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-c404-p-1497.html**

Domain URL #: 47

Allure URL #: 47

DMCA ID(s): (C892)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C404B.jpg | 0a93f73f1e288191fe2b88e33cfb594b.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c405-p-1498.html**

Domain URL #: 48

Allure URL #: 48

DMCA ID(s): (C893)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C405F.jpg | a62f0c9a1933366917cc16104f498ffc.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c406-p-1499.html**

Domain URL #: 49

Allure URL #: 49

DMCA ID(s): (C894)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C406F.jpg | 295b06c8d9942554ef758f7d2fd07cd6.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c408-p-1501.html**

Domain URL #: 50

Allure URL #: 50

DMCA ID(s): (C895)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C408 C1.jpg | d85a0f9ac500a0f6cd93e88ddb95d2e1.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-c410-p-1502.html**

Domain URL #: 51

Allure URL #: 51

DMCA ID(s): (C896)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C410B.jpg | 3cc671d21b941f668e7b9ca5a0de6468.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-c411-p-1503.html**

Domain URL #: 52

Allure URL #: 52

DMCA ID(s): (C897)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C411B.jpg | 8ac9d403ea03a9832129428b31277816.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-c412-p-1504.html**

Domain URL #: 53

Allure URL #: 53

DMCA ID(s): (C898)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| C412 CB.jpg | 227172e60cd34894ac254bb592db55aa.jpg |




---

**dallasbridals.com/allure-bridals-wedding-dresses-style-c414-p-1506.html**

Domain URL #: 54

Allure URL #: 54

DMCA ID(s): (C899)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| C414B.jpg | cc63ff645fcaf9a4a18776ed000675ec.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-c415-p-1507.html**

Domain URL #: 55

Allure URL #: 55

DMCA ID(s): (C900)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C415B.jpg | bcbb19c78b45c49c3694392823e68dc8.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-c417-p-1508.html**

Domain URL #: 56

Allure URL #: 56

DMCA ID(s): (C901)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C417B.jpg | 7da4e162457242e09ccce72f62a10969.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-m560-p-1554.html**

Domain URL #: 57

Allure URL #: 57

DMCA ID(s): (C902)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M560C.jpg | e7a9c62ebd70794737050a2fdfe95a5f.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m561-p-1555.html**

Domain URL #: 58

Allure URL #: 58

DMCA ID(s): (C903)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M561F.jpg | 86e90c09ebd7e2842f5860c6fc48599a.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m562-p-1556.html**

Domain URL #: 59

Allure URL #: 59

DMCA ID(s): (C904)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M562B.jpg | dfead733a8e621797c1bf5b6c3a146af.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m570-p-1545.html**

Domain URL #: 60

Allure URL #: 60

DMCA ID(s): (C905)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M570F.jpg | 209d18a6612de60c60be84fa178c879f.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m571-p-1546.html**

Domain URL #: 61

Allure URL #: 61

DMCA ID(s): (C906)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M571F.jpg | ee80c51386d0bad3c573340e33672aae.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m572-p-1547.html**

Domain URL #: 62

Allure URL #: 62

DMCA ID(s): (C907)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M572F.jpg | 159f2e12dbce2b5bc9b04572e6c29994.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m573-p-1548.html**

Domain URL #: 63

Allure URL #: 63

DMCA ID(s): (C908)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M573F.jpg | a16382898c1ebae1e046103d25b4352a.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-m574-p-1549.html**

Domain URL #: 64

Allure URL #: 64

DMCA ID(s): (C909)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M574F.jpg | 4637212a133234f34ef86ae1d976caf3.jpg |





**dallasbridals.com/allure-bridals-wedding-dresses-style-m575-p-1550.html**

Domain URL #: 65

Allure URL #: 65

DMCA ID(s): (C910)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M575B.jpg | ecfbb793c799430f4fa08f19644a02e0.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m576-p-1551.html**

Domain URL #: 66

Allure URL #: 66

DMCA ID(s): (C911)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M576F.jpg | 65ecd129077c427a3460f2bb413522fa.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m577-p-1552.html**

Domain URL #: 67

Allure URL #: 67

DMCA ID(s): (C912)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M577B.jpg | 8ed722992549c996446ec422178b9ed0.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-m578-p-1553.html**

Domain URL #: 68

Allure URL #: 68

DMCA ID(s): (C913)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M578F.jpg | 9fe8db7b1db5f2d94bafa93e044de122.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w381-p-1542.html**

Domain URL #: 69

Allure URL #: 69

DMCA ID(s): (C914)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
| --- | --- |
| W381F.jpg | e96ae23ad251fee5e903af4e458977d6.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w382-p-1543.html**

Domain URL #: 70

Allure URL #: 70

DMCA ID(s): (C915)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
| --- | --- |
| W382B.jpg | fd5ea6d92cf399b7c6b01aea19a002ae.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w390-p-1533.html**

Domain URL #: 71

Allure URL #: 71

DMCA ID(s): (C916)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W390F.jpg | 15ef7c9c85635a99680c0062b4cfa90e.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w391-p-1534.html**

Domain URL #: 72

Allure URL #: 72

DMCA ID(s): (C917)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W391B.jpg | 26f080c288d129cd8214ba196fcdafd8.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w392-p-1535.html**

Domain URL #: 73

Allure URL #: 73

DMCA ID(s): (C918)
DMCA Date(s): (2017-07-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W392B.jpg | 78b6af3972d157e23397568d1a608618.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w393-p-1536.html**

Domain URL #: 74

Allure URL #: 74

DMCA ID(s): (C919)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W393F.jpg | 862dbcc20896fb312f22b59d3aebc02b.jpg |

 

**dallasbridals.com/allure-bridals-wedding-dresses-style-w394-p-1537.html**

Domain URL #: 75

Allure URL #: 75

DMCA ID(s): (C920)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| W394F.jpg | 0bf8156e69d2baf83cf00b5018eab3fb.jpg |
|  |  |

---

**dallasbridals.com/allure-bridals-wedding-dresses-style-w395-p-1538.html**

Domain URL #: 76

Allure URL #: 76

DMCA ID(s): (C921)
DMCA Date(s): (2017-07-06)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|:---:|:---:|
| W395F.jpg | ce62a01c5d1533a466c22bffa46dd998.jpg |
|  |  |

**dallasbridals.com/allure-bridals-wedding-dresses-style-w396-p-1539.html**

Domain URL #: 77

Allure URL #: 77

DMCA ID(s): (C922)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| W396F.jpg | 19ae9cbc56852e9f87cc3711370adb34.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-w397-p-1540.html**

Domain URL #: 78

Allure URL #: 78

DMCA ID(s): (C923)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| W397B.jpg | 468d61a37caf1a3037b9a9449b6a1ecc.jpg |




**dallasbridals.com/allure-bridals-wedding-dresses-style-w398-p-1541.html**

Domain URL #: 79

Allure URL #: 79

DMCA ID(s): (C924)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W398F.jpg | 1b678120748e0cc253724d6e0932aa1a.jpg |

 

**dallasbridals.com/allure-bridesmaid-dresses-style-1502-p-2323.html**

Domain URL #: 80

Allure URL #: 80

DMCA ID(s): (C925)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1502C.jpg | f19d91b534a64e82ee3bcbade5faa166.jpg |

 

**dallasbridals.com/allure-bridesmaid-dresses-style-1504-p-2321.html**

Domain URL #: 81

Allure URL #: 81

DMCA ID(s): (C926)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1507B.jpg | 26ebdf0f20b26191965a08857a6580fd.jpg |
|  |  |

**dallasbridals.com/allure-bridesmaid-dresses-style-1506-p-2319.html**

Domain URL #: 82

Allure URL #: 82

DMCA ID(s): (C927)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1506H.jpg | e5ce323e4729ad28e6d5829fc545d196.jpg |
|  |  |

**dallasbridals.com/allure-bridesmaid-dresses-style-1508-p-2317.html**

Domain URL #: 83

Allure URL(s): 83

DMCA ID(s): (C928)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1508H.jpg | 0c45aace8cbbac9f8f4d4cd40c33a01f.jpg |
|  |  |

**dallasbridals.com/allure-bridesmaid-dresses-style-1509-p-2316.html**

Domain URL #: 84

Allure URL(s): 84

DMCA ID(s): (C929)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1509 B2.jpg | f0b78e6b6903890c4d9a640f7697eb4e.jpg |
|  |  |

**dallasbridals.com/allure-bridesmaid-dresses-style-1511-p-2314.html**

Domain URL #: 85

Allure URL #: 85

DMCA ID(s): (C930)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1511F.jpg | 8c88a83558db10a66b42fcb72c1189ee.jpg |

 

**dallasbridals.com/allure-bridesmaid-dresses-style-1541-p-2306.html**

Domain URL #: 86

Allure URL #: 86

DMCA ID(s): (C931)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1517F.jpg | b695a8cf674fd453f58cddabe37a2e8a.jpg |

 

**dallasbridals.com/allure-bridesmaid-separates-style-skirt1532s-p-2295.html**

Domain URL #: 87

Allure URL #: 87

DMCA ID(s): (C932)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1544H.jpg | 490b9f5740dd758939753d83159fae57.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1476**

Domain URL #: 88

Allure URL #: 88

DMCA ID(s): (C1036)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9411F.jpg | 97d2f0391e9a5b9d2e2726d8dace9a01.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1477**

Domain URL #: 89

Allure URL #: 89

DMCA ID(s): (C1037)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9412F.jpg | 789159497080c3fe9156f976e5b3cf04.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1480**

Domain URL #: 90

Allure URL #: 90

DMCA ID(s): (C1038)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9416F.jpg | b8cf221c36932f11a5e85875cfb4b7c5.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1484**

Domain URL #: 91

Allure URL #: 91

DMCA ID(s): (C1039)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9420F.jpg | ad86fc12a2b1f76988d87179e2d840ff.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1487**

Domain URL #: 92

Allure URL #: 92

DMCA ID(s): (C1040)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9423F.jpg | 46c33554b89235c555d9ffef50d1f37a.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1490**

Domain URL #: 93

Allure URL #: 93

DMCA ID(s): (C1041)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9350F.jpg | 7556d34d99f9699ac72225343f601931.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1491**

Domain URL #: 94

Allure URL #: 94

DMCA ID(s): (C1042)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9351F.jpg | 43409bcd622e9d1efd31db8d8c4f6e13.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1492**

Domain URL #: 95

Allure URL #: 95

DMCA ID(s): (C1043)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| 9352F.jpg | a096c5b0c64ecfe1787e9504369418ef.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1494**

Domain URL #: 96

Allure URL #: 96

DMCA ID(s): (C1044)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|:---:|:---:|
| C400F.jpg | 344c177d2a45b170954b6d22bbbdd5a0.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1496**

Domain URL #: 97

Allure URL #: 97

DMCA ID(s): (C1045)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C402F.jpg | 7e8072e5f19ef51339e88abe30bdcf57.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1497**

Domain URL #: 98

Allure URL #: 98

DMCA ID(s): (C1046)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C404F.jpg | 96c879aa1730320438fc27ec5f641fbb.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1499**

Domain URL #: 99

Allure URL #: 99

DMCA ID(s): (C1047)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C406 FS.jpg | 925f9c85b2d6cf4678e5fc64ac9ef36e.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1501**

Domain URL #: 100

Allure URL #: 100

DMCA ID(s): (C1048)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C408F.jpg | 7e0d59848521abacf5d632437eef7907.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1502**

Domain URL #: 101

Allure URL #: 101

DMCA ID(s): (C1049)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C410F.jpg | 5a3cb04ac08eff1011b70ce0c5df336e.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1503**

Domain URL #: 102

Allure URL #: 102

DMCA ID(s): (C1050)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C411F.jpg | 2a8c105aaa6679b3c8a66e5114a26382.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1504**

Domain URL #: 103

Allure URL #: 103

DMCA ID(s): (C1051)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C412F.jpg | f170be72d9552177a801d0ccb3886235.jpg |





**dallasbridals.com/index.php?main_page=popup_image&pID=1506**

Domain URL #: 104

Allure URL #: 104

DMCA ID(s): (C1052)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C414F.jpg | c68d49184dc6b5dfcad309bfc5f9811c.jpg |





**dallasbridals.com/index.php?main_page=popup_image&pID=1507**

Domain URL #: 105

Allure URL #: 105

DMCA ID(s): (C1053)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C415F.jpg | fddd4fdce4c18136e48d935eb7a22f4e.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1510**

Domain URL #: 106

Allure URL #: 106

DMCA ID(s): (C1054)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C381F.jpg | 5a899067c4d868fe50450503a19a9500.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1511**

Domain URL #: 107

Allure URL #: 107

DMCA ID(s): (C1056, C1055)
DMCA Date(s): (2017-08-04, 2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C382F.jpg | dc07b4d647ce764aa3caf15c7d991f15.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1513**

Domain URL #: 108

Allure URL #: 108

DMCA ID(s): (C1057)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3001F.jpg | 43e1cae97dc10dc8b8fa9be12208e77a.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1522**

Domain URL #: 109

Allure URL #: 109

DMCA ID(s): (C1058)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3008F.jpg | cbe50d5ff5c08329f2a6d20b65d0f3bf.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1523**

Domain URL #: 110

Allure URL #: 110

DMCA ID(s): (C1059)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3011F.jpg | 39c4109aa8f1e70e3ff8d363901c6c0d.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1525**

Domain URL #: 111

Allure URL #: 111

DMCA ID(s): (C1060)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3013F.jpg | 61f71289c6be103d55c85d04c901b229.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1526**

Domain URL #: 112

Allure URL #: 112

DMCA ID(s): (C1061)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3014F.jpg | 594fa784f0a249bb3ad9715848318cfd.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1528**

Domain URL #: 113

Allure URL #: 113

DMCA ID(s): (C1062)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3016F.jpg | bc0d43786582824d60c1692953337fbf.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1530**

Domain URL #: 114

Allure URL #: 114

DMCA ID(s): (C1063)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3018F.jpg | 8a5101e1042d131ebcc7b6b244d5716f.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1531**

Domain URL #: 115

Allure URL #: 115

DMCA ID(s): (C1064, C1065)
DMCA Date(s): (2017-08-04, 2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 2951F.jpg | 6a3090b58c38d2d0c24d55561b5773ef.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1534**

Domain URL #: 116

Allure URL #: 116

DMCA ID(s): (C1066)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W391F.jpg | 24ca6f1ebe436cc8fd48ec7e3deb0297.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1535**

Domain URL #: 117

Allure URL #: 117

DMCA ID(s): (C1067)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W392F.jpg | 7434c27307d7ae430311647f86793c43.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1540**

Domain URL #: 118

Allure URL #: 118

DMCA ID(s): (C1068)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W397F.jpg | 15a3799301775cbd3b17b3903319aaa2.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1543**

Domain URL #: 119

Allure URL #: 119

DMCA ID(s): (C1069)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W382F.jpg | a3684adc4956124f17077407e54e2ad6.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1550**

Domain URL #: 120

Allure URL #: 120

DMCA ID(s): (C1070)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M575F.jpg | 0ff2e33508b5728fa7ec999712b5e4c2.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1554**

Domain URL #: 121

Allure URL #: 121

DMCA ID(s): (C1071)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M560F.jpg | 1a5a4d0e925fb6dacf774b4b4e688a05.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=2294**

Domain URL #: 122

Allure URL #: 122

DMCA ID(s): (C1072, C1077, C1074, C1073, C1075, C1076)
DMCA Date(s): (2017-08-04, 2017-07-27, 2017-08-05, 2017-07-31, 2017-08-03, 2017-07-30)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1528T 1533S B.jpg | cc4e9c171493cc51c230846e394b47f0.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=2295**

Domain URL #: 123

Allure URL #: 123

DMCA ID(s): (C1080, C1078, C1079)
DMCA Date(s): (2017-08-04, 2017-08-03, 2017-08-05)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1544B.jpg | b688c526ab4a3642d2671fad6683dc43.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=2297**

Domain URL #: 124

Allure URL #: 124

DMCA ID(s): (C1081)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1530T 1532S F.jpg | 8bca64553b9d0eab4c89ffce0cc2d9fc.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=2303**

Domain URL #: 125

Allure URL #: 125

DMCA ID(s): (C1082)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1544 F3.jpg | d3139877fa1e8a0c79ba30364f4e0f1a.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=2304**

Domain URL #: 126

Allure URL #: 126

DMCA ID(s): (C1083)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1543F2.jpg | f55779561c9fc626e0b3be75f3aa8fba.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=2305**

Domain URL #: 127

Allure URL #: 127

DMCA ID(s): (C1084)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1542F.jpg | aa7d6ed1b65b1a8d0d78017c95bc96ee.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=2306**

Domain URL #: 128

Allure URL #: 128

DMCA ID(s): (C1085, C1086)
DMCA Date(s): (2017-06-10, 2017-07-22)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1528T 1533S C.jpg | 79ab8ec0ccaae55af8560e6d5f5134bb.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=2311**

Domain URL #: 129

Allure URL #: 129

DMCA ID(s): (C1089, C1088, C1087)
DMCA Date(s): (2017-07-29, 2017-08-05, 2017-07-08)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1509 F2.jpg | 9ea0c1d78a725570582a31182dd5efbc.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=2317**

Domain URL #: 130

Allure URL #: 130

DMCA ID(s): (C1090)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1508 F2.jpg | c3542ff1e3b8adcc3f11a6f33e74b8b3.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=2318**

Domain URL #: 131

Allure URL #: 131

DMCA ID(s): (C1091)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1507F.jpg | 656212d264bc2cbe315f4a1653b647cd.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=2323**

Domain URL #: 132

Allure URL #: 132

DMCA ID(s): (C1093, C1092)
DMCA Date(s): (2017-07-04, 2017-04-28)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1502F.jpg | e54e84d1cdbc24343b16cf7913ec3b5b.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1467&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9400_01_LRG.jpg**

Domain URL #: 133

Allure URL #: 133

DMCA ID(s): (C933)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9400C PlaidTux.jpg | f4f8a0275a828d782b4fea07ecc4c629.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1467&pic=4&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9400_05_LRG.jpg**

Domain URL #: 134

Allure URL #: 134

DMCA ID(s): (C934)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9400H.jpg | 1e2c6a79ed6dc8aa41985848729d2da0.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1467&pic=5&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9400_06_LRG.jpg**

Domain URL #: 135

Allure URL #: 135

DMCA ID(s): (C935)
DMCA Date(s): (2017-07-11)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9400B.jpg | bd40d2451c17ff222eb2f4d5774c474b.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1469&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9402_03_LRG.jpg**

Domain URL #: 136

Allure URL #: 136

DMCA ID(s): (C936)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9402B.jpg | f46c0535932e8c5e69500dffd3070260.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1469&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9402_04_LRG.jpg**

Domain URL #: 137

Allure URL #: 137

DMCA ID(s): (C937)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9402B.jpg | f6436220c7e0b9e6a7dc9fcb1c35489c.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1470&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9403_01_LRG.jpg**

Domain URL #: 138

Allure URL #: 138

DMCA ID(s): (C938)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9403H.jpg | 2219074ba5fe3c329d468e36cfcf7a06.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1470&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9403_02_LRG.jpg**

Domain URL #: 139

Allure URL #: 139

DMCA ID(s): (C939)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9403B.jpg | 92dab79045cdec92875561b1df2962e0.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1471&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9404_01_LRG.jpg**

Domain URL #: 140

Allure URL #: 140

DMCA ID(s): (C940)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9404H PlaidTux.jpg | 70bfd775838c11d2715276f9fb6fe2ac.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1471&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9404_02_LRG.jpg**

Domain URL #: 141

Allure URL #: 141

DMCA ID(s): (C941)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9404H.jpg | 83673730951e11a703ab4ace23b08eeb.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1473&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9408_01_LRG.jpg**

Domain URL #: 142

Allure URL #: 142

DMCA ID(s): (C942)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9408H.jpg | 241110e7f8665fd53fa5a9eaa54ebadf.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1475&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9410_01_LRG.jpg**

Domain URL #: 143

Allure URL #: 143

DMCA ID(s): (C943)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9410H Plaid.jpg | 3b7ee94b8c719f6c337e79b422d5d655.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1475&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9410_02_LRG.jpg**

Domain URL #: 144

Allure URL #: 144

DMCA ID(s): (C944)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9410B.jpg | c12c81b65518e4a801ee47d11e8892f1.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1477&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9412_01_LRG.jpg**

Domain URL #: 145

Allure URL #: 145

DMCA ID(s): (C945)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9412C GreigeTux.jpg | bac7528dc6f595a2824783e5c07fc41a.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1477&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9412_02_LRG.jpg**

Domain URL #: 146

Allure URL #: 146

DMCA ID(s): (C946)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9412H GreigeTux.jpg | 2f8ebc95191d96cf5c71c5177dc0e853.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1478&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9413_01_LRG.jpg**

Domain URL #: 147

Allure URL #: 147

DMCA ID(s): (C947)
DMCA Date(s): (2017-04-26)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9413H.jpg | 248cf54b8b2250a862c5ee564d7fc9f8.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1478&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9413_02_LRG.jpg**

Domain URL #: 148

Allure URL #: 148

DMCA ID(s): (C948)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9413B.jpg | 74b0c399c31c44dc899d287c381e9e07.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1479&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9415_01_LRG.jpg**

Domain URL #: 149

Allure URL #: 149

DMCA ID(s): (C949)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9415H.jpg | edb35cedbdf7243c2126447a617cc7ae.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1479&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9415_02_LRG.jpg**

Domain URL #: 150

Allure URL #: 150

DMCA ID(s): (C950)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9415B.jpg | 217292b9e1145b41e3810ba3670c7410.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1480&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9416_01_LRG.jpg**

Domain URL #: 151

Allure URL #: 151

DMCA ID(s): (C951)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9416H.jpg | c83008d5ce488a11ebdbf29ef11e22c6.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1483&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9419_01_LRG.jpg**

Domain URL #: 152

Allure URL #: 152

DMCA ID(s): (C952)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9419H.jpg | 71872b2e24a5415a1977cae5232dbfd2.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1484&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9420_03_LRG.jpg**

Domain URL #: 153

Allure URL #: 153

DMCA ID(s): (C953)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9420B.jpg | ae2d374c81cfe9cec9611fef4e6b1fba.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1490&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9350_01_LRG.jpg**

Domain URL #: 154

Allure URL #: 154

DMCA ID(s): (C954)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9350C IronPeak.jpg | ed9e4e541dd20dee0a2d9fd5ebf1d285.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1490&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9350_03_LRG.jpg**

Domain URL #: 155

Allure URL #: 155

DMCA ID(s): (C955)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9350B.jpg | b37d62028b11db11c1b0757a117a6f96.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1490&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9350_04_LRG.jpg**

Domain URL #: 156

Allure URL #: 156

DMCA ID(s): (C956)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9350F.jpg | 9af64e804bad86f42625b13b1ffc202a.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1491&pic=0&products_image_large_additional=images%2Flarge%2FAllure-201609%2FAllure-Bridals-9351_01_LRG.jpg**

Domain URL #: 157

Allure URL #: 157

DMCA ID(s): (C957)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9351H HeatherNotch.jpg | 508ad9ea843b3d875f4f601aa6e71771.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1491&pic=2&products_image_large_additional=images%2Flarge%2FAllure-201609%2FAllure-Bridals-9351_03_LRG.jpg**

Domain URL #: 158

Allure URL #: 158

DMCA ID(s): (C958)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9351B.jpg | 206c6626703aa2abc24227df02788d9e.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1491&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9351_04_LRG.jpg**

Domain URL #: 159

Allure URL #: 159

DMCA ID(s): (C959)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9351F.jpg | a03c2f7c80c4fadbd765a8d7eb3b261b.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1492&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9352_02_LRG.jpg**

Domain URL #: 160

Allure URL #: 160

DMCA ID(s): (C960)
DMCA Date(s): (2017-07-23)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| 9352B.jpg | ec1770a023689bbc39261e620e8184e4.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1493&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9353_01_LRG.jpg**

Domain URL #: 161

Allure URL #: 161

DMCA ID(s): (C961)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9353C.jpg | b525c0335204ce51f63bb49c8e72f2a2.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1493&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9353_02_LRG.jpg**

Domain URL #: 162

Allure URL #: 162

DMCA ID(s): (C962)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9353H.jpg | 35d2160997d5676e4451b066bea7b2a7.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1493&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9353_03_LRG.jpg**

Domain URL #: 163

Allure URL #: 163

DMCA ID(s): (C963)
DMCA Date(s): (2017-07-23)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9353B.jpg | d98c7098c8db95e682dd109111fedc5d.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1493&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-9353_04_LRG.jpg**

Domain URL #: 164

Allure URL #: 164

DMCA ID(s): (C964)
DMCA Date(s): (2017-07-22)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 9353F.jpg | 920a94018252f5b52adc2433de57951b.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1494&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C400_02_LRG.jpg**

Domain URL #: 165

Allure URL #: 165

DMCA ID(s): (C965)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C400 CH.jpg | 4a4d6c17961df8c0eb9a924c62776e4a.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1494&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C400_03_LRG.jpg**

Domain URL #: 166

Allure URL #: 166

DMCA ID(s): (C966)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C400 C2.jpg | 9fd6ec7c7a0f99685329b230d0e113f6.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1494&pic=4&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C400_05_LRG.jpg**

Domain URL #: 167

Allure URL #: 167

DMCA ID(s): (C967)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C400B.jpg | 3f2bf1c6061737ad423a6158e7a5f3ae.jpg |





**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1496&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C402_01_LRG.jpg**

Domain URL #: 168

Allure URL #: 168

DMCA ID(s): (C968)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C402H.jpg | b02f63d0a258953330182b05dec298c0.jpg |





**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1496&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C402_03_LRG.jpg**

Domain URL #: 169

Allure URL #: 169

DMCA ID(s): (C969)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C402B.jpg | d7901cf18d8147c8240f888c1f993640.jpg |
|  |  |

---

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1497&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C404_01_LRG.jpg**

Domain URL #: 170

Allure URL #: 170

DMCA ID(s): (C970)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C404H.jpg | bc26450ba821708f7c8a104e2efc8de7.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1498&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C405_01_LRG.jpg**

Domain URL #: 171

Allure URL #: 171

DMCA ID(s): (C971)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C405C.jpg | cf4b557d2085d8a61a79b456d1d28055.jpg |




---

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1498&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C405_02_LRG.jpg**

Domain URL #: 172

Allure URL #: 172

DMCA ID(s): (C972)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C405CB.jpg | a88daad910969a0affb56bc0724f0ed6.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1498&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C405_03_LRG.jpg**

Domain URL #: 173

Allure URL #: 173

DMCA ID(s): (C973)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C405B.jpg | 1b0e716a84bded2743ea0a178aa0075c.jpg |





**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1498&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C405_04_LRG.jpg**

Domain URL #: 174

Allure URL #: 174

DMCA ID(s): (C974)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C405H.jpg | 74a4ee2e397ee235a7f932279bd11559.jpg |





**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1499&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C406_02_LRG.jpg**

Domain URL #: 175

Allure URL #: 175

DMCA ID(s): (C975)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C406C.jpg | 224f93a8c4b56139d7bb7e9f337a0587.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1499&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C406_03_LRG.jpg**

Domain URL #: 176

Allure URL #: 176

DMCA ID(s): (C976)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C406H.jpg | 1aad7935e580f2b1c551da154e40d080.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1499&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C406_04_LRG.jpg**

Domain URL #: 177

Allure URL #: 177

DMCA ID(s): (C977)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C406B.jpg | 7d82e4995621f75b423ad71d9af41704.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1500&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C407_01_LRG.jpg**

Domain URL #: 178

Allure URL #: 178

DMCA ID(s): (C978)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C407H.jpg | 80e286116d66765108407d113294f405.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1500&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C407_02_LRG.jpg**

Domain URL #: 179

Allure URL #: 179

DMCA ID(s): (C979)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C407B.jpg | cab9a6a02272cef89abdf9599f8295a0.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1501&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C408_02_LRG.jpg**

Domain URL #: 180

Allure URL #: 180

DMCA ID(s): (C980)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C408H.jpg | 5237bcf9ca96396c8d30bde592772acb.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1501&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C408_03_LRG.jpg**

Domain URL #: 181

Allure URL #: 181

DMCA ID(s): (C981)
DMCA Date(s): (2017-08-08)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C412B.jpg | c43960cfe8309ad39d9cbc2226f38f49.jpg |

 

---

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1503&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C411_01_LRG.jpg**

Domain URL #: 182

Allure URL #: 182

DMCA ID(s): (C982)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C411H.jpg | 72aee917b6f8697be0dd864523cb5f99.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1504&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C412_03_LRG.jpg**

Domain URL #: 183

Allure URL #: 183

DMCA ID(s): (C983)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C412B.jpg | 76d8682fda040bbdeb876482ead3a0a7.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1506&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C414_02_LRG.jpg**

Domain URL #: 184

Allure URL #: 184

DMCA ID(s): (C984)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C414C.jpg | cb3c9b50c97b49187cc2daa82523c684.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1508&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C417_01_LRG.jpg**

Domain URL #: 185

Allure URL #: 185

DMCA ID(s): (C985)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C417H.jpg | 8537849bec02a8e3a22ae5686214b516.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1509&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C380_02_LRG.jpg**

Domain URL #: 186

Allure URL #: 186

DMCA ID(s): (C986)
DMCA Date(s): (2017-07-30)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C380S.jpg | 31d04f366890ba7a4bfe6aca458a33f6.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1509&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C380_03_LRG.jpg**

Domain URL #: 187

Allure URL #: 187

DMCA ID(s): (C987)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C380B.jpg | 7206a29d1bbc0da08d857ee09d151818.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1509&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C380_04_LRG.jpg**

Domain URL #: 188

Allure URL #: 188

DMCA ID(s): (C988)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C380F.jpg | c48e0afad1d807f7c76bd0f6938cb314.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1510&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C381_01_LRG.jpg**

Domain URL #: 189

Allure URL #: 189

DMCA ID(s): (C989)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C381 S.jpg | 4b4d30de8d59b863d756cba8399d9acd.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1510&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C381_02_LRG.jpg**

Domain URL #: 190

Allure URL #: 190

DMCA ID(s): (C990)
DMCA Date(s): (2017-07-09)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| C381 CB.jpg | 861f9f9f78caf82c09c0acd6cdaf5d37.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1510&pic=3&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C381_04_LRG.jpg**

Domain URL #: 191

Allure URL #: 191

DMCA ID(s): (C991)
DMCA Date(s): (2017-06-12)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C381F.jpg | 3a855356ab0f966b1a5ec81d41350977.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1511&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-C382_02_LRG.jpg**

Domain URL #: 192

Allure URL #: 192

DMCA ID(s): (C992)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| C382B.jpg | 67e503db1e0e8ddcd3c1d06c6d24474b.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1513&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3001_01_LRG.jpg**

Domain URL #: 193

Allure URL #: 193

DMCA ID(s): (C993)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3001C.jpg | 20a4de805db7295a2647165d8f794950.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1513&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3001_02_LRG.jpg**

Domain URL #: 194

Allure URL #: 194

DMCA ID(s): (C994)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3001H.jpg | 9f3843a4586c8066502e1623f411e09b.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1514&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3002_01_LRG.jpg**

Domain URL #: 195

Allure URL #: 195

DMCA ID(s): (C995)
DMCA Date(s): (2017-07-28)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3002H.jpg | 87ad99a5205331033ffd5af584da4817.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1516&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3004_01_LRG.jpg**

Domain URL #: 196

Allure URL #: 196

DMCA ID(s): (C996)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3004H.jpg | a0431d0d43b3678310613bf28a462070.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1519&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3007_02_LRG.jpg**

Domain URL #: 197

Allure URL #: 197

DMCA ID(s): (C997)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3007H.jpg | 3f93fe0a2fd890bc2a433e934f07379a.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1520&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3008_01_LRG.jpg**

Domain URL #: 198

Allure URL #: 198

DMCA ID(s): (C998)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3008H.jpg | 260e0a7bfcd7f116f64d66619c78037e.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1521&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3009_01_LRG.jpg**

Domain URL #: 199

Allure URL #: 199

DMCA ID(s): (C999)
DMCA Date(s): (2017-07-13)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3009CB.jpg | bf0431d7f1df5334e527ff23579cbdc7.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1521&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3009_03_LRG.jpg**

Domain URL #: 200

Allure URL #: 200

DMCA ID(s): (C1000)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3009B.jpg | 473964524300f93a0540cee833472d5a.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1522&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3010_02_LRG.jpg**

Domain URL #: 201

Allure URL #: 201

DMCA ID(s): (C1001)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3010H.jpg | 0b3e77f21669b3b249849aec9e87c8e1.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1522&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3010_03_LRG.jpg**

Domain URL #: 202

Allure URL #: 202

DMCA ID(s): (C1002)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3010B.jpg | 152f1bacabf1d0150f39f1e104529276.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1525&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3013_02_LRG.jpg**

Domain URL #: 203

Allure URL #: 203

DMCA ID(s): (C1003)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3013B.jpg | c063a6c36eadedd736e8f92d9100e306.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1526&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3014_02_LRG.jpg**

Domain URL #: 204

Allure URL #: 204

DMCA ID(s): (C1004)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3014H.jpg | 3777963b382e7044b3c862977e90dbbe.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1526&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3014_03_LRG.jpg**

Domain URL #: 205

Allure URL #: 205

DMCA ID(s): (C1005)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3014B.jpg | 5d3da3221c853d1a46e7ec8905eaab6a.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1527&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3015_01_LRG.jpg**

Domain URL #: 206

Allure URL #: 206

DMCA ID(s): (C1006)
DMCA Date(s): (2017-08-18)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| Client Image | Infringing Image |
|---|---|
| 3015H.jpg | 49c55efcee319840025a064acd4505da.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1530&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-3018_01_LRG.jpg**

Domain URL #: 207

Allure URL #: 207

DMCA ID(s): (C1007)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 3018H.jpg | 0da2cbeb2b51c2ccd064838f05142e91.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1531&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-2950_01_LRG.jpg**

Domain URL #: 208

Allure URL #: 208

DMCA ID(s): (C1008)
DMCA Date(s): (2017-07-29)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| 2950 V2701 H1.jpg | 2825819adf9f9a52cb991b9637d0d24d.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1532&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-2951_02_LRG.jpg**

Domain URL #: 209

Allure URL #: 209

DMCA ID(s): (C1009)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-05-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 2951B.jpg | 20bee3d960e9960cfe8910b178d4ad0d.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1533&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-W390_01_LRG.jpg**

Domain URL #: 210

Allure URL #: 210

DMCA ID(s): (C1010)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W390H.jpg | 64f916133fff68887647a44175edb941.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1533&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-W390_02_LRG.jpg**

Domain URL #: 211

Allure URL #: 211

DMCA ID(s): (C1011)
DMCA Date(s): (2017-07-07)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W390B.jpg | cea071aa62ebec9a74aef98894360e31.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1538&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-W395_01_LRG.jpg**

Domain URL #: 212

Allure URL #: 212

DMCA ID(s): (C1012)
DMCA Date(s): (2017-07-07)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W395B.jpg | 37f18f90729156c6cf8bd685a567f199.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1542&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-W381_01_LRG.jpg**

Domain URL #: 213

Allure URL #: 213

DMCA ID(s): (C1013)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W381B.jpg | 72a79ebfed2e929b7c537ecfa254ef00.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1544&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-W383_01_LRG.jpg**

Domain URL #: 214

Allure URL #: 214

DMCA ID(s): (C1014)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| W383B.jpg | 5ca55287f7641651bf4a453185c58f71.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1547&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M572_01_LRG.jpg**

Domain URL #: 215

Allure URL #: 215

DMCA ID(s): (C1015)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M572B.jpg | bb3af6138030eee7512a7a3d9d3a70c2.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1548&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M573_01_LRG.jpg**

Domain URL #: 216

Allure URL #: 216

DMCA ID(s): (C1016)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| Client Image | Infringing Image |
|---|---|
| M573B.jpg | d42dddf9b0476b6f6ff5299adef04aab.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1551&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M576_01_LRG.jpg**

Domain URL #: 217

Allure URL #: 217

DMCA ID(s): (C1017)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M576B.jpg | 22a6621e1731951c2e7975fb4ff07246.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1553&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M578_01_LRG.jpg**

Domain URL #: 218

Allure URL #: 218

DMCA ID(s): (C1018)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M578B.jpg | d7450a84eb82283972458f0df9e19ba4.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1554&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M560_01_LRG.jpg**

Domain URL #: 219

Allure URL #: 219

DMCA ID(s): (C1019)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M560B.jpg | fc07ad26456a812affe587e7e4f6f18c.jpg |
|  |  |

---

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1555&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M561_01_LRG.jpg**

Domain URL #: 220

Allure URL #: 220

DMCA ID(s): (C1020)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M561B.jpg | 8afdb96032161db1eebb4dd5e5ee9f3d.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1556&pic=1&products_image_large_additional=i**
**mages%2Flarge%2FAllure-201609%2FAllure-Bridals-M562_02_LRG.jpg**

Domain URL #: 221

Allure URL #: 221

DMCA ID(s): (C1021)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| M562C.jpg | ecea98038935f4e21dbd073e178446e3.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2313&pic=1&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1512_02_LRG.jpg**

Domain URL #: 222

Allure URL #: 222

DMCA ID(s): (C1022)
DMCA Date(s): (2017-08-05)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1502 CB.jpg | e73d5a1c5612984c720e0d82e5ef4733.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2314&pic=0&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1511_01_LRG.jpg**

Domain URL #: 223

Allure URL #: 223

DMCA ID(s): (C1025, C1028, C1029, C1026, C1023, C1024, C1027)
DMCA Date(s): (2017-08-04, 2017-08-15, 2017-04-19, 2017-08-01, 2017-08-02, 2017-08-03, 2017-07-30)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1529T 1531S F.jpg | d7e04bcf56c8c4046e512a46bb0a6370.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2316&pic=2&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1509_03_LRG.jpg**

Domain URL #: 224

Allure URL #: 224

DMCA ID(s): (C1030)
DMCA Date(s): (2017-07-12)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| Client Image | Infringing Image |
|---|---|
| 1509B.jpg | 4b58134cc01c530bc3bdd8b950cc3439.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2317&pic=0&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1508_01_LRG.jpg**

Domain URL #: 225

Allure URL #: 225

DMCA ID(s): (C1032, C1031)
DMCA Date(s): (2017-08-04, 2017-07-30)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1517 F2.jpg | 4cf76b3cabd3fb2df5dfe1a06cd79c82.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2317&pic=3&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1508_04_LRG.jpg**

Domain URL #: 226

Allure URL #: 226

DMCA ID(s): (C1033)
DMCA Date(s): (2017-08-14)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1508 B2.jpg | 077325d598a176fc591b8eff4e1f4ad6.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2322&pic=0&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1503_01_LRG.jpg**

Domain URL #: 227

Allure URL #: 227

DMCA ID(s): (C1034)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1503B.jpg | c99e5e75795eab5d98812298e224bec0.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=2324&pic=0&products_image_large_additional=i**
**mages%2Flarge%2F2017%2FAllure-Bridesmaid-Dresses-1501_01_LRG.jpg**

Domain URL #: 228

Allure URL #: 228

DMCA ID(s): (C1035)
DMCA Date(s): (2017-07-27)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1501C.jpg | d5337293c27a7496ed592e5119a2419a.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=shopping_cart**

Domain URL #: 229

Allure URL #: 229

DMCA ID(s): (C1094)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-601
Copyright Publication Date: 2016-10-01
Collection: Group 14 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 1501F.jpg | b8d792da2b4e30ec84103db14859f4a7.jpg |




---

**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html**

Domain URL #: 230

Allure URL #: 230

DMCA ID(s): (C1095)
DMCA Date(s): (2017-08-02)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3000F.jpg | 4c5ab0e01dd27bda010813298ac2de9f.jpg |




**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html?page=1**

Domain URL #: 231

Allure URL #: 231

DMCA ID(s): (C1096)
DMCA Date(s): (2017-08-04)
Copyright Registration Number: VA 2-140-610
Copyright Publication Date: 2016-10-01
Collection: Group 15 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 3012F.jpg | 1435d7b76e23a0998c3430b00b814168.jpg |
|  |  |

**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html?page=2**

Domain URL #: 232

Allure URL #: 232

DMCA ID(s): (C1097)
DMCA Date(s): (2017-08-03)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| W383F.jpg | 692607d5c86fc1ffecd4ce71c2274b90.jpg |
|  |  |

**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html?page=3**

Domain URL #: 233

Allure URL #: 233

DMCA ID(s): (C1098)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9353F.jpg | 5ee63d08a1c91f6ceaa134e02f0dc607.jpg |

 

**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html?page=4**

Domain URL #: 234

Allure URL #: 234

DMCA ID(s): (C1099)
DMCA Date(s): (2017-07-31)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-10-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
|---|---|
| 9415F.jpg | 74f134de1c018c9908287304920e7c3a.jpg |

 

**dallasbridals.com/wedding-dresses-allure-bridals-c-14_41.html?page=5**

Domain URL #: 235

Allure URL #: 235

DMCA ID(s): (C1100)
DMCA Date(s): (2017-08-01)
Copyright Registration Number: VA 2-140-593
Copyright Publication Date: 2016-05-01
Collection: Group 13 - 2016

| **Client Image** | **Infringing Image** |
| --- | --- |
| C380F.jpg | 4c72a2547d5cf9ca69189783672dfc49.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1627**

Domain URL #: 236

Justin Alexander URL #: 1

DMCA ID(s): (C697)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8899_4863.jpg | 95514ec8c5c445b78d7c522401087e87.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1629**

Domain URL #: 237

Justin Alexander URL #: 2

DMCA ID(s): (C698)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8901_1930.jpg | df753bf74c17db42e1f1e57a51c659bd.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1634**

Domain URL #: 238

Justin Alexander URL #: 3

DMCA ID(s): (C699)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8906_4688.jpg | be5ab8560d8f80e0a0545eadb0091ab2.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1635**

Domain URL #: 239

Justin Alexander URL #: 4

DMCA ID(s): (C700)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8907_2811.jpg | e2023c51b0e1b3cb049b879e9fec9187.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1636**

Domain URL #: 240

Justin Alexander URL #: 5

DMCA ID(s): (C701)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8908_4149.jpg | 1c55502a0cc9907616d376da12d7b207.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1643**

Domain URL #: 241

Justin Alexander URL #: 6

DMCA ID(s): (C702)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_9854_SALES_FF_6345.jpg | 7e1407e20ae2283773f20088878b4e20.jpg |




**dallasbridals.com/index.php?main_page=popup_image&pID=1653**

Domain URL #: 242

Justin Alexander URL #: 7

DMCA ID(s): (C703)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8875_4502.jpg | cd4c0f9bd80010c147fae16b4f11db8c.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1656**

Domain URL #: 243

Justin Alexander URL #: 8

DMCA ID(s): (C704)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8878_2652.jpg | 83461a97dec2782e248a2820dbb48b7e.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1659**

Domain URL #: 244

Justin Alexander URL #: 9

DMCA ID(s): (C705)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8881_2465.jpg | 4c8b9c2049686e3ea3aa349d394e9e32.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1661**

Domain URL #: 245

Justin Alexander URL #: 10

DMCA ID(s): (C706)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8883_3255.jpg | 5b1fa611a2bcd911bcff13857a70fb93.jpg |
|  |  |

**dallasbridals.com/index.php?main_page=popup_image&pID=1665**

Domain URL #: 246

Justin Alexander URL #: 11

DMCA ID(s): (C707)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8888_3668.jpg | 333f31350496c8ce796820c917b8ec4a.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1666**

Domain URL #: 247

Justin Alexander URL #: 12

DMCA ID(s): (C708)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8889_5127.jpg | fdfd84165133654b3d49e92859636c24.jpg |

 

**dallasbridals.com/index.php?main_page=popup_image&pID=1670**

Domain URL #: 248

Justin Alexander URL #: 13

DMCA ID(s): (C709)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8893_1810.jpg | e0fb84a995bfe6c39a0c6381058ee3ed.jpg |




**dallasbridals.com/index.php?main_page=popup_image_additional&pID=1634&pic=0&products_image_large_additional=images%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8906_01_LRG.jpg**

Domain URL #: 249

Justin Alexander URL #: 14

DMCA ID(s): (C689)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8896_3116.jpg | 9c9932301953ee9f8eb601d52cd89aab.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1636&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8908_03_LRG.jpg**

Domain URL #: 250

Justin Alexander URL #: 15

DMCA ID(s): (C690)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8908_4279.jpg | 37f895b86e31b70a0abc079ad9a71142.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1655&pic=2&products_image_large_additional=i**
**mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8877_03_LRG.jpg**

Domain URL #: 251

Justin Alexander URL #: 16

DMCA ID(s): (C691)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8877_4114.jpg | 7d08ab6f873fda017c9b9c684ed2e612.jpg |
|  |  |

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1656&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8878_01_LRG.jpg**

Domain URL #: 252

Justin Alexander URL #: 17

DMCA ID(s): (C692)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8878_2660.jpg | f38e77c23773e48be55d50a73dbfd12c.jpg |

 

**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1665&pic=0&products_image_large_additional=i**
**mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8888_01_LRG.jpg**

Domain URL #: 253

Justin Alexander URL #: 18

DMCA ID(s): (C693)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8888_3679.jpg | 5b905af30245015f233f31fb1cfe9adf.jpg |

 

**dallasbridals.com/index.php?
main_page=popup_image_additional&pID=1670&pic=0&products_image_large_additional=i
mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8893_01_LRG.jpg**

Domain URL #: 254

Justin Alexander URL #: 19

DMCA ID(s): (C694)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8893_1829.jpg | ef7349d34dee3e767db3e22221835271.jpg |




**dallasbridals.com/index.php?
main_page=popup_image_additional&pID=1673&pic=1&products_image_large_additional=i
mages%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8896_02_LRG.jpg**

Domain URL #: 255

Justin Alexander URL #: 20

DMCA ID(s): (C695)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SS17-088.jpg | 60f9de95c65e1e2bf23612a7bcb7dcc3.jpg |




**dallasbridals.com/index.php?**
**main_page=popup_image_additional&pID=1673&pic=2&products_image_large_additional=images%2Flarge%2FJustin-Alexande-201609%2FJustin-Alexande--8896_03_LRG.jpg**

Domain URL #: 256

Justin Alexander URL #: 21

DMCA ID(s): (C696)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8876_2316.jpg | 0f0496adddd7964353a77bdda56bf207.jpg |




---

**dallasbridals.com/justin-alexande-wedding-dresses-style-8875-p-1653.html**

Domain URL #: 257

Justin Alexander URL #: 22

DMCA ID(s): (C710)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| Client Image | Infringing Image |
|---|---|
| JAR_SS17-003.jpg | 6ac3375954d780cc83f6f87a64395012.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8876-p-1654.html**

Domain URL #: 258

Justin Alexander URL #: 23

DMCA ID(s): (C711)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_SS17-007.jpg | 56cad18f6ef1857bd52a0e72c18700f6.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8877-p-1655.html**

Domain URL #: 259

Justin Alexander URL #: 24

DMCA ID(s): (C712)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_8877_4076.jpg | c3c0c2237f5508aac10c0818b7980654.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8878-p-1656.html**

Domain URL #: 260

Justin Alexander URL #: 25

DMCA ID(s): (C713)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8878_2692.jpg | 0269525140ddd247b6e0048c5091bcbb.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8879-p-1657.html**

Domain URL #: 261

Justin Alexander URL #: 26

DMCA ID(s): (C714)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8879_3295.jpg | 4dd03810f3f056cd8ea3b6dd7bbb50c2.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8881-p-1659.html**

Domain URL #: 262

Justin Alexander URL #: 27

DMCA ID(s): (C715)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_SS17-027.jpg | 62c9ea2e36ffd44d8a3164cdf35e9239.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8882-p-1660.html**

Domain URL #: 263

Justin Alexander URL #: 28

DMCA ID(s): (C716)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAR_SS17-035.jpg | d2d3fe7e73e07d94bdf185ba5786b456.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8884-p-1662.html**

Domain URL #: 264

Justin Alexander URL #: 29

DMCA ID(s): (C717)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8884_1463.jpg | b3fc9905b6ae7cdd54b4110e100fbc93.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8886-p-1663.html**

Domain URL #: 265

Justin Alexander URL #: 30

DMCA ID(s): (C718)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8886_2064.jpg | 8e00866a66b51db16bfe552dd1593e3f.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8887-p-1664.html**

Domain URL #: 266

Justin Alexander URL #: 31

DMCA ID(s): (C719)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_SS17-052.jpg | 56c540a163aac7aaea8986e9dbb2e250.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8888-p-1665.html**

Domain URL #: 267

Justin Alexander URL #: 32

DMCA ID(s): (C720)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8888_3984.jpg | 6b65fff995e41712b6f6ac2d2eb96218.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8889-p-1666.html**

Domain URL #: 268

Justin Alexander URL #: 33

DMCA ID(s): (C721)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8889_5184.jpg | f7733e4064c25c3599c5e6d6e3c05717.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8890-p-1667.html**

Domain URL #: 269

Justin Alexander URL #: 34

DMCA ID(s): (C722)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8890_4906.jpg | a365ee67d471d35afe054afac3308b21.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8891-p-1668.html**

Domain URL #: 270

Justin Alexander URL #: 35

DMCA ID(s): (C723)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8891_0078.jpg | 7bdba8ab7d7ba964994aede72b58c9fd.jpg |

 

---

**dallasbridals.com/justin-alexande-wedding-dresses-style-8892-p-1669.html**

Domain URL #: 271

Justin Alexander URL #: 36

DMCA ID(s): (C724)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8892_3401.jpg | bb5f6299cb5bde15e08c2afc1feecb5c.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8893-p-1670.html**

Domain URL #: 272

Justin Alexander URL #: 37

DMCA ID(s): (C725)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| Client Image | Infringing Image |
|---|---|
| JAR_SS17-076.jpg | 24eacdbd1e5cec0f3d8a0809539c5e37.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8894-p-1671.html**

Domain URL #: 273

Justin Alexander URL #: 38

DMCA ID(s): (C726)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17

| Client Image | Infringing Image |
|---|---|
| JAR_SS17-080.jpg | 931300d53c772ddbeca5656dade92540.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8898-p-1626.html**

Domain URL #: 274

Justin Alexander URL #: 39

DMCA ID(s): (C727)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8898_3749.jpg | 3412b97bacfbe70c323c2b4533d2623e.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8899-p-1627.html**

Domain URL #: 275

Justin Alexander URL #: 40

DMCA ID(s): (C728)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8899_4986.jpg | d3acf63be6fc5d30bf41ea7ac6515fa2.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-8900-p-1628.html**

Domain URL #: 276

Justin Alexander URL #: 41

DMCA ID(s): (C729)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8900_5054.jpg | 67b3766ae716a00737000adb8cc48454.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8902-p-1630.html**

Domain URL #: 277

Justin Alexander URL #: 42

DMCA ID(s): (C730)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8902_2910.jpg | f69d6c6dc3ec5cfd703a1dce9673eb46.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8903-p-1631.html**

Domain URL #: 278

Justin Alexander URL #: 43

DMCA ID(s): (C731)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8903_1042.jpg | 1a6096fbb9f252aef20b197e1639a4ae.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8904-p-1632.html**

Domain URL #: 279

Justin Alexander URL #: 44

DMCA ID(s): (C732)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8904_0575.jpg | b6518dcfbeb57324e00b0c22ada664ab.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8905-p-1633.html**

Domain URL #: 280

Justin Alexander URL #: 45

DMCA ID(s): (C733)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8905_2923.jpg | 951167dce2db67370d4fe41dcd2ad370.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8906-p-1634.html**

Domain URL #: 281

Justin Alexander URL #: 46

DMCA ID(s): (C734)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8906_4808.jpg | 646961a4a3c849ac8030504dcf43c0fb.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-8907-p-1635.html**

Domain URL #: 282

Justin Alexander URL #: 47

DMCA ID(s): (C735)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8907_2884.jpg | 8605ed15db900bcf0206af9a77258927.jpg |
|  |  |

**dallasbridals.com/justin-alexande-wedding-dresses-style-8908-p-1636.html**

Domain URL #: 283

Justin Alexander URL #: 48

DMCA ID(s): (C736)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAR_8908_4183.jpg | 22a33f1500191dfe836edd7db7ba0756.jpg |
|  |  |

**dallasbridals.com/justin-alexande-wedding-dresses-style-9845-p-1638.html**

Domain URL #: 284

Justin Alexander URL #: 49

DMCA ID(s): (C737)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1500px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_9845_SALES_FF_6840.jpg | 02e8db7c2231af5ee9b785710f9a5499.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9847-p-1639.html**

Domain URL #: 285

Justin Alexander URL #: 50

DMCA ID(s): (C738)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_SS17-005.jpg | 1e4cfe62f486f24b44c6cb5611a5d536.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9848-p-1640.html**

Domain URL #: 286

Justin Alexander URL #: 51

DMCA ID(s): (C739)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_SS17-009.jpg | 8916ee1d6d0f563ccda3493bb9b1f2c5.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-9849-p-1641.html**

Domain URL #: 287

Justin Alexander URL #: 52

DMCA ID(s): (C740)
DMCA Date(s): (2017-06-22)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_9849_SALES_FF_5851.jpg | facef79ad8c86e688692ed440cb1e6a7.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-9854-p-1643.html**

Domain URL #: 288

Justin Alexander URL #: 53

DMCA ID(s): (C741)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_9854_SALES_FB_6441.jpg | 78fc8cab44290a903cd2703c1bf3c80e.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9855-p-1644.html**

Domain URL #: 289

Justin Alexander URL #: 54

DMCA ID(s): (C742)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_SS17-025.jpg | 849c3e2fd6d0d8d92a333348d93c6dcf.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9856-p-1645.html**

Domain URL #: 290

Justin Alexander URL #: 55

DMCA ID(s): (C743)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_SS17-029.jpg | c896ce661d30c0d0a692a97e45c99249.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-9857-p-1646.html**

Domain URL #: 291

Justin Alexander URL #: 56

DMCA ID(s): (C744)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_9857_SALES_FF_5661.jpg | bfcd7dc298cb066270e1a650a1ad29d8.jpg |

 

**dallasbridals.com/justin-alexande-wedding-dresses-style-9860-p-1649.html**

Domain URL #: 292

Justin Alexander URL #: 57

DMCA ID(s): (C745)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| JAS_9860_SALES_FF_0255.jpg | ddda7a819ebbba6e067fd7560ff365a2.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9861-p-1650.html**

Domain URL #: 293

Justin Alexander URL #: 58

DMCA ID(s): (C746)
DMCA Date(s): (2017-06-24)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| Client Image | Infringing Image |
|---|---|
| JAS_SS17-050.jpg | 638277078293b30af275d5c6054c92cf.jpg |




**dallasbridals.com/justin-alexande-wedding-dresses-style-9864-p-1652.html**

Domain URL #: 294

Justin Alexander URL #: 59

DMCA ID(s): (C747)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_9864_SALES_FF_0352.jpg | 4413b455fd5b4bea6be47973c2f669a7.jpg |
|  |  |

**dallasbridals.com/wedding-dresses-justinalexande-c-14_43.html**

Domain URL #: 295

Justin Alexander URL #: 60

DMCA ID(s): (C748)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1500px_RGB

| **Client Image** | **Infringing Image** |
|---|---|
| JAS_9862_SALES_FF_0565.jpg | 7ce4fa6fa7a0ab109a79e90e0b1906f8.jpg |
|  |  |

**dallasbridals.com/wedding-dresses-justinalexande-c-14_43.html?page=3**

Domain URL #: 296

Justin Alexander URL #: 61

DMCA ID(s): (C749)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander
Collection: JAR_SS17_1500px_RGB

| Client Image | Infringing Image |
|---|---|
| JAR_8903_0994.jpg | 25739916794c873ab87055d450290fef.jpg |




---

**dallasbridals.com/wedding-dresses-justinalexande-c-14_43.html?page=4**

Domain URL #: 297

Justin Alexander URL #: 62

DMCA ID(s): (C750)
DMCA Date(s): (2017-06-19)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17_1000px_RGB

| Client Image | Infringing Image |
|---|---|
| JAS_9851_SALES_FF_4906.jpg | c6dfd11d38e683e258d7fda929e2affb.jpg |




**dallasbridals.com/wedding-dresses-justinalexande-c-14_43.html?page=5**

Domain URL #: 298

Justin Alexander URL #: 63

DMCA ID(s): (C751)
DMCA Date(s): (2017-06-23)
Copyright Registration Number: VA 2-024-562
Copyright Publication Date: SS17 Justin Alexander Signature
Collection: JAS_SS17

| **Client Image** | **Infringing Image** |
| --- | --- |
| JAS_SS17-041.jpg | 6dea7c2dd8b2c4a16128649056fd6931.jpg |
|  |  |