**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS**

| | | |
|---|---|---|
| **AMERICAN CLOTHING EXPRESS, INC.** **D/B/A ALLURE BRIDALS AND JUSTIN** **ALEXANDER, INC.,** | ) ) ) | |
| | ) | **No. 2:20-cv-02007-SHM-dkv** |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | |
| **CLOUDFLARE, INC. AND DOES 1-200,** **INCLUSIVE,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF JUSTIN ALEXANDER, INC.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Justin Alexander, Inc. ("Justin Alexander"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits this Corporate Disclosure Statement. Justin Alexander is a corporation organized under the laws of New Jersey. It does not have a parent corporation, it is not a publicly traded company, and a publicly traded company does not own 10% or more of its stock or shares.

Respectfully submitted,

/s/ Nicole D. Berkowitz
Grady M. Garrison (TN #8097)
Nicole D. Berkowitz (TN #35046)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (Telephone)
(901) 577-2303 (Facsimile)
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

Russell Bogart (NY #2856078) (motion to appear *pro hac vice* forthcoming)
Kagen & Caspersen, PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
(646) 304-7879
rbogart@kagencaspersen.com

*Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, a true and correct copy of the foregoing was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record and by U.S. mail to the following:

CloudFlare, Inc.
101 Townsend Street
San Francisco, CA 94107

/s/ Nicole D. Berkowitz
Nicole D. Berkowitz

4829-9289-3872v1
2906954-000007 01/07/2020