IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOUDFLARE, INC. AND DOES 1-200, INCLUSIVE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 2:20-cv-02007-SHM-dkv |

**PLAINTIFF AMERICAN CLOTHING EXPRESS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff American Clothing Express, Inc. d/b/a Allure Bridals ("Allure"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits this Corporate Disclosure Statement. Allure is a corporation organized under the laws of Tennessee. It does not have a parent corporation, it is not a publicly traded company, and a publicly traded company does not own 10% or more of its stock or shares.

Respectfully submitted,

/s/ Nicole D. Berkowitz
Grady M. Garrison (TN #8097)
Nicole D. Berkowitz (TN #35046)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 (Telephone)
(901) 577-2303 (Facsimile)
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

Russell Bogart (NY #2856078) (motion to appear *pro hac vice* forthcoming)
Kagen & Caspersen, PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
(646) 304-7879
rbogart@kagencaspersen.com

*Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, a true and correct copy of the foregoing was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record and by U.S. mail to the following:

CloudFlare, Inc.
101 Townsend Street
San Francisco, CA 94107

/s/ Nicole D. Berkowitz
Nicole D. Berkowitz