**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**AMERICAN CLOTHING EXPRESS, INC.
d/b/a ALLURE BRIDALS, et al.,**

      **Plaintiffs,**

**v.**                                                          **No.:  2:20-cv-02007-SHM-dkv**

**CLOUDFARE, INC., et al.,**

      **Defendants.**

_____

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

_____

Before the Court is the January 21, 2020 Motion of Russell Bogart for Admission *Pro Hac Vice*.  Mr. Bogart is a member in good standing of the bars of the U.S. District Courts for the Southern District of New York, the District of Columbia Court of Appeals, and the Appellate Division of the Supreme Court of the State of New York.  Mr. Bogart has obtained and is familiar with the local rules and professional guidelines of this court.   For good cause shown, the motion is GRANTED and Russell Bogart is admitted to participate in this action as counsel for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.

It is SO ORDERED this 21st  day of January, 2020.


                                           */s/ Samuel H. Mays, Jr.*_____
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE