# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOUDFLARE, INC. AND DOES 1-200, INCLUSIVE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 2:20-cv-02007-SHM-dkv |

## NOTICE OF FILING OF ALIAS SUMMONS

COME NOW Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc. ("Plaintiffs"), by and through their undersigned counsel, and submit this Notice of Filing of Alias Summons to Cloudflare, Inc., attached hereto as **Exhibit A** respectively.

DATED: January 28, 2020

                                                                Respectfully submitted,

                                                                s/ Nicole D. Berkowitz
                                                                Grady M. Garrison (TN #8097)
                                                                Nicole D. Berkowitz (TN #35046)
                                                                 **BAKER, DONELSON, BEARMAN,**
                                                                 **CALDWELL & BERKOWITZ, P.C.**
                                                                 165 Madison Avenue, Suite 2000
                                                                 Memphis, TN 38103
                                                                 Telephone: (901) 526-2000
                                                                 Facsimile: (901) 577-2303
                                                                 Email: ggarrison@bakerdonelson.com
                                                                 Email: nberkowitz@bakerdonelson.com

                                                                 Russell Bogart (NY #2856078)
                                                                 Stuart Kagen (NY #SK6496)
                                                                 (Admitted *Pro Hac Vice*)
                                                                 **KAGEN & CASPERSEN, PLLC**

        757 Third Avenue, 20th Floor
        New York, NY 10017
        Telephone: (212) 880-2045
        Facsimile: (646) 304-7879
        Email: rbogart@kagencaspersen.com
        Email: skagen@kagencaspersen.com

*Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, a true and correct copy of the foregoing was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record and by private process service to the following:

Cloudflare, Inc.
c/o Registered Agent Solutions, Inc. –
Ricardo Orozco
1220 S. Street, Suite 150
Sacramento, CA 95811

Cloudflare, Inc.
Attn: Legal Department
101 Townsend
San Francisco, CA 94107

        s/ Nicole D. Berkowitz
        Nicole D. Berkowitz