AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC.<br><br>*Plaintiff(s)*<br>v.<br>CLOUDFLARE, INC. and DOES 1-200, INCLUSIVE<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-02007 SHM/dkv |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CLOUDFLARE, INC.
c/o REGISTERED AGENT SOLUTIONS, INC. - RICARDO OROZCO
1220 S. STREET, SUITE 150
SACRAMENTO, CA 95811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NICOLE BERKOWITZ
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
165 MADISON AVENUE, SUITE 2000
MEMPHIS, TN 38103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/28/2020                              _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:20-CV-02007 SHM/dkv**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   **CLOUDFARE, INC.**
was received by me on **January 29, 2020**

☐ I personally served the Summons & Complaint on the individual at 1220 S St Ste 150, Sacramento, CA 95811-7147 on January 29, 2020 11:47 AM

☐ I left the Summons & Complaint at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on   , and mailed a copy to the individual's last known address; or

☑ I served the Summons to **REBECCA WEBSTER, CUSTOMER SERVICE REPRESENTATIVE**, who is designated by law to accept service of process on behalf **REGISTERED AGENT SOLUTIONS, INC., 1220 S STREET, SUITE 150, SACRAMENTO, CA 95811 FOR CLOUDFARE, INC.** on January 29, 2020 @ 11:47 AM

☐ other *(specify)*:

My fees are $ .00 for travel and $ .00 for services, for a total of $ 80.00

I declare under penalty of perjury that this information is true.

Date: 1/31/2020

_____
Server's signature

**KATRINA WILLIAMS**
Printed name and title

**AFFORDABLE LEGAL SERVICES**
901 H STREET, SUITE 110
SACRAMENTO, CA 95814
(530) 272-5463
Server's Address

---

A notary public of other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**
County of Sacramento
Subscribed and sworn to (or affirmed) before me on this 31 day of January, 2020 by Katrina Williams, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)



LISA ANN COLEMAN
Notary Public - California
Nevada County
Commission # 2266658
My Comm. Expires Nov 12, 2022

A0440-ALS149749