# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1-200, INCLUSIVE, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-dkv <br><br> Judge Mays <br> Ch. Magistrate Judge Vescovo |

## [PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT CLOUDFLARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Specially-Appearing Defendant Cloudflare, Inc.'s unopposed motion for an extension of time of thirty (30) days from the current deadline of February 19, 2020 to answer, move, or otherwise respond to Plaintiffs' Complaint is GRANTED. Cloudflare, Inc.'s extension shall be to and including March 20, 2020.

**It is so ORDERED.**

_____
Diane K. Vescovo
Chief Magistrate Judge, United States District Court

Respectfully Submitted:

s/Robb S. Harvey_____
Robb S. Harvey (Tenn. BPR No. 11519)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Email: robb.harvey@wallerlaw.com
*Local counsel for Specially Appearing Defendant Cloudflare, Inc.*

4812-9730-7828.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2020, a true and exact copy of the foregoing has been served via the Electronic Case Filing system of the United States District Court for the Western District of Tennessee, which is expected to send email notification of such filing to all counsel who have made an appearance, including the following:

Russell Bogart (NY #2856078)
Kagen & Caspersen, PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
rbogart@kagencaspersen.com

Grady Garrison
Nicole Berkowitz
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com

                                          s/Robb S. Harvey
                                          Local Counsel for Specially Appearing
                                          Defendant Cloudflare, Inc.

Cc in Word to Chief Magistrate Judge Vescovo's Chambers