**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **AMERICAN CLOTHING EXPRESS,** ) <br> **INC., et al.** ) <br>  ) <br>     **Plaintiffs,** ) <br>  ) <br> **v.** ) <br>  ) <br> **CLOUDFARE, INC., et al.,** ) <br>  ) <br>     **Defendants.** ) | **CIVIL NO. 2:20-cv-2007-SHM-dkv** |

---

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT CLOUDFARE, INC.**
**FOR EXTENSION OF TIME**

---

Before the Court is the February 10, 2020 unopposed motion of Defendant Cloudfare, Inc. requesting an extension of time of thirty (30) days from the deadline of February 19, 2020 to answer, move, or otherwise respond to Plaintiffs' complaint (D.E. 19). For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that the time within which Defendant Cloudfare, Inc. shall file its response to Plaintiffs' complaint shall be and hereby is extended through and including March 20, 2020.

Entered this 10th day of February, 2020.

                                                        _/s/ Samuel H. Mays, Jr._____
                                                      SAMUEL H. MAYS, JR.
                                                      United States District Judge