# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-dkv <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIMS, FOR EARLY DISCOVERY, AND FOR CASE MANAGEMENT RELIEF** |
| CLOUDFLARE, INC. <br><br> Counterclaimant, <br><br> v. <br><br> AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Counterdefendants. | |

Before the Court is the Joint Motion for Extension of Time to Answer Counterclaims, for Early Discovery, and for Case Management Relief filed by Plaintiffs-Counterdefendants American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc. ("Plaintiffs") and Defendant-Counterclaimant Cloudflare, Inc., ("Cloudflare"). For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that:

1. The time for Plaintiffs to answer or otherwise respond to the Counterclaims is extended through and including May 26, 2020.

2. The parties shall engage in early discovery as outlined in the Joint Motion.

3. Rule 4(m) of the Federal Rules of Civil Procedure does not impose a time limit for service in a foreign country and, accordingly, to the extent that Does 1-200 are foreign persons, Plaintiffs need not seek additional time from the Court to serve Does 1-200.

4. All case management activities are stayed until Plaintiffs answer the Counterclaims. The Clerk is directed to assign this case to the Complex Track.

IT IS SO ORDERED, this the 13th day of April, 2020.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE