# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC, <br><br>**Plaintiffs,**<br><br>v.<br><br>CLOUDFLARE, INC. and DOES 1-200, INCLUSIVE,<br><br>**Defendants.**<br>_____<br><br>CLOUDFLARE, INC.,<br><br>**Counterclaimant,**<br><br>v.<br><br>AMERICAN CLOTHING EXPRESS, INC. D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC,<br><br>**Counterdefendants.** | Case No. 2:20-cv-02007-SHM-dkv<br><br>Judge Mays<br>Ch. Magistrate Judge Vescovo |

## NOTICE OF APPEARANCE OF ANDREW P. BRIDGES

Andrew P. Bridges enters this Notice of Appearance as lead counsel for Defendant/Counterclaimant Cloudflare, Inc.  Mr. Bridges' application for admission to the Bar of this Court was granted as of March 23, 2020, according to an email from Ms. Jean Miller-Lee of the Clerk's Office.  Cloudflare, Inc. has filed its Counterclaims and Answer in the case.

.                                                                                  Respectfully submitted,

                                                                             s/Andrew P. Bridges (by RSH with perm. via email)
                                                                             Andrew P. Bridges
                                                                              Fenwick & West LLP
                                                                              801 California Street

        Silicon Valley Center
Mountain View, California 94041
Telephone:  (415) 875-2389
Email:  abridges@fenwick.com
(Application for admission granted; certificate pending)

s/Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 11519)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Telephone:  (615) 244-6380
Email:  robb.harvey@wallerlaw.com

*Attorneys for Defendant/Counterclaimant Cloudflare, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2020, a true and exact copy of the foregoing has been served via the Electronic Case Filing system of the United States District Court for the Western District of Tennessee, which is expected to send email notification of such filing to all counsel who have made an appearance, including the following:

Russell Bogart
Stuart Kagen
Kagen & Caspersen, PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
rbogart@kagencaspersen.com; skagen@kagencaspersen.com

Grady Garrison
Nicole Berkowitz
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com

s/Robb S. Harvey
Counsel for Defendant/Counterclaimant
Cloudflare, Inc.

4829-2881-0682.2