# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC. and DOES 1 - 200, inclusive,<br><br>Defendants. | **Case No. 2:20-cv-02007-SHM-dkv**<br><br>**CLOUDFLARE'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS AND ANSWER** |
| CLOUDFLARE, INC.<br><br>Counterclaimant,<br><br>v.<br><br>AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC.,<br><br>Counterdefendants. | |

## CLOUDFLARE'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS AND ANSWER

Defendant/Counterclaimant, Cloudflare, Inc. ("Cloudflare"), respectfully moves the Court for leave to file the Amended Counterclaims and Answer in the form attached as **Exhibit A** hereto.  Cloudflare is authorized to state that Plaintiffs do not oppose the filing of its Amended Counterclaims and Answer.

The procedural background for this Unopposed Motion is as follows.  In response to Plaintiffs' Complaint [Dkt. 1], Defendant Cloudflare (the only defendant served in the case to

date) filed its original Counterclaims and Answer. [Dkt. 21.]  Plaintiffs moved to dismiss the

Counterclaims. [Dkt. 28.]  Cloudflare filed its Amended Counterclaims.  [Dkt. 31.]

In communications with Cloudflare's counsel, Plaintiffs' counsel have taken the position

that Cloudflare's Amended Counterclaims [Dkt. 31] may not be independently filed without an

Answer, and should be treated as a nullity.  Cloudflare's counsel disagrees.  However, rather

than engage in a motion practice regarding this issue, these Parties have agreed that Cloudflare

may file its Amended Counterclaims and Answer (attached hereto as **Exhibit A**) to deal with any

procedural deficiency asserted by the Plaintiffs.

Accordingly, Cloudflare respectfully asks that the Court grant this Unopposed Motion

and authorize Cloudflare to file its Amended Counterclaims and Answer.

Dated:  June 26, 2020                              Respectfully submitted,

By: */s/ Andrew P. Bridges*
Andrew P. Bridges
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Email: abridges@fenwick.com
(Admitted to U.S.D.C., W.D. Tenn.)

Robb S. Harvey
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Telephone:  615.850.8859
Email:  robb.harvey@wallerlaw.com

Attorneys for Defendant Cloudflare, Inc.

## CERTIFICATE OF CONSULTATION

I hereby certify that on June 25, 2020, the undersigned counsel conferred via telephone with Plaintiffs' counsel regarding this Motion, and Plaintiffs' counsel advised Cloudflare's counsel that they do not oppose the relief sought in this motion.

*/s/ Andrew P. Bridges*
Andrew P. Bridges

## CERTIFICATE OF SERVICE

I am counsel of record for defendant Cloudflare, Inc. and certify that on June 26, 2020, a copy of the foregoing **Cloudflare's Unopposed Motion for Leave to File Amended Counterclaims and Answer** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

*/s/ Andrew P. Bridges*
Andrew P. Bridges