# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-dkv <br><br> **MOTION FOR LEAVE TO SERVE PROCESS BY SUBSTITUTED SERVICE** |
| CLOUDFLARE, INC. <br><br> Counterclaimant, <br><br> v. <br><br> AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Counterdefendants. | |

Plaintiffs-Counterdefendants American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc. (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. Rule 4(f)(3), respectfully move this Court for an order granting Plaintiffs: 1) leave to serve ninety-six Infringing Website Defendants by emailing a copy of the Summonses and Complaint to the email addresses identified in Exhibit 1 to the Declaration of Russell Bogart; and 2) any such other and further relief as the Court deems just and proper.  In further support of this Motion, Plaintiffs are filing an accompanying Memorandum of Law, Declaration of Russell Bogart, dated August 29, 2020, and the exhibits thereto, Declaration of Adam Wilson, dated August 29, 2020, contemporaneously herewith.

DATED: October 29, 2020

       Respectfully submitted,

s/ Nicole D. Berkowitz
Russell Bogart (NY #2856078)
Stuart Kagen (NY #SK6496)
(Admitted *Pro Hac Vice*)
**KAGEN, CASPERSEN & BOGART, PLLC**
757 Third Avenue, 20th Floor
New York, NY 10017
Telephone:  (212) 880-2045
Facsimile:  (646) 304-7879
Email:  rbogart@kcbfirm.com
Email:  skagen@kcbfirm.com

Grady M. Garrison (TN #8097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-2303
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Attorneys for Plaintiffs-Counterdefendants American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel for Plaintiffs consulted with counsel for Cloudflare, Inc. regarding the relief sought herein, and counsel for Cloudflare, Inc. indicated that Cloudflare, Inc. does not take a position on this Motion.

s/ Nicole D. Berkowitz
Nicole D. Berkowitz

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, a true and correct copy of the foregoing was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

s/ Nicole D. Berkowitz
Nicole D. Berkowitz