IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

AMERICAN CLOTHING EXPRESS, INC.,
D/B/A ALLURE BRIDALS AND JUSTIN
ALEXANDER, INC.,

    Plaintiffs,

                                    Civil No. 2:20-cv-2007-SHM-atc

v.

CLOUDFLARE, INC. and DOES 1 - 200,
Inclusive,

    Defendants,
_____

## CLERK'S ENTRY OF DEFAULT
_____

    Upon the Motion for Entry of Default filed by Plaintiffs, American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc., on September 17, 2021.

    DEFAULT IS HEREBY ENTERED against the Defendants, 93 Website Defendants, for failure to answer or otherwise defend.
Service was made upon the named Defendants in accordance to Rule 55[a] of the FRCvP.

    For good cause shown, the court may set aside this motion for entry of default, pursuant to Rule 55(c).

    Entered this 29th day of September 2021.

                                                                       THOMAS M. GOULD
                                                                       Clerk of Court

                                                                       By:    s/Anthony Johnson
                                                                             Deputy Clerk