IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

AMERICAN CLOTHING EXPRESS, INC.,
D/B/A ALLURE BRIDALS AND JUSTIN
ALEXANDER, INC.,

    Plaintiffs,

                                      Civil No. 2:20-cv-2007-SHM-atc

v.

CLOUDFLARE, INC. and DOES 1 - 200,
Inclusive,

    Defendants,
_____

CLERK'S ENTRY OF DEFAULT
_____

    Upon the Motion for Entry of Default filed by Plaintiffs, American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc., on October 13, 2021.

    DEFAULT IS HEREBY ENTERED against the Defendant, Website Defendant balklanningaronline.net, for failure to answer or otherwise defend.
Service was made upon the named Defendants in accordance to Rule 55[a] of the FRCvP.

    For good cause shown, the court may set aside this motion for entry of default, pursuant to Rule 55(c).

    Entered this 18th day of October 2021.

                                                                           THOMAS M. GOULD
                                                                           Clerk of Court

                                                                           By:    s/Anthony Johnson
                                                                                  Deputy Clerk