# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**AMERICAN CLOTHING EXPRESS, INC.**
**d/b/a ALLURE BRIDALS, et al.,**

 **Plaintiffs,**

v.                No.:  2:20-cv-02007-SHM/atc

**CLOUDFARE, INC., et al.,**

 **Defendants.**

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

 Before the Court is the November 23, 2021 Motion of Marta Colomar Garcia for Admission *Pro Hac Vice*.  Ms. Garcia is a member in good standing of the bars of the U.S. District Court for the Southern District of Florida, U.S. Court of Appeals for the 2nd Circuit, and the Supreme Court of the State of Florida.  Ms. Garcia has obtained and is familiar with the local rules and professional guidelines of this court.   For good cause shown, the motion is GRANTED and Marta Colomar Garcia is admitted to participate in this action as counsel for Alibaba Cloud US LLC.

 It is SO ORDERED this 24th  day of November, 2021.

                _/s/ Samuel H. Mays, Jr._
                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE