# **Exhibit A**

Copyright Registrations Violated per Domain

| Domain | Total No. Violations | Copyright Registrations Violated |
|---|---|---|
| ailsabridal.com | 3 | VA 1-936-316 |
| | | VA 2-174-263 |
| | | VA 2-024-562 |
| alinagowns.com | 6 | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |
| allgown.com | 2 | VA 2-024-562 |
| | | VA 2-174-263 |
| amrig.com | 5 | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 2-140-537 |
| | | VA 2-140-588 |
| angelamall.com.au | 4 | VA 2-110-816 |
| | | VA 2-110-818 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| attireify.co.uk | 6 | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-024-559 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |
| balklanningaronline.net | 5 | VA 2-174-264 |
| | | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-174-263 |
| | | VA 2-174-265 |
| bidbel.com | 1 | VA 2-110-821 |
| bitsequestrianoutlet.com | 5 | VA 2-174-265 |
| | | VA 2-024-559 |
| | | VA 2-174-264 |
| | | VA 2-024-560 |
| | | VA 1-936-316 |
| bride2bride.co.uk | 7 | VA 2-024-559 |
| | | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |

| | | |
|---|---|---|
| | | VA 2-174-265 |
| | | VA 2-069-140 |
| ca-dresses.com | 6 | VA 2-024-560 |
| | | VA 2-174-242 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-024-562 |
| ca-weddingdress.com | 1 | VA 2-057-530 |
| caekee.com | 3 | VA 1-936-316 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| caekeedress.com | 4 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| carismabridals.com | 1 | VA 2-024-562 |
| ccdress.com | 3 | VA 2-174-263 |
| | | VA 2-024-560 |
| | | VA 2-174-264 |
| chadlewisbailbonding.com | 9 | VA 2-174-265 |
| | | VA 2-175-220 |
| | | VA 2-174-264 |
| | | VA 2-024-562 |
| | | VA 2-024-559 |
| | | VA 2-174-242 |
| | | VA 2-024-560 |
| | | VA 1-936-316 |
| | | VA 2-069-140 |
| cmdresses.co.nz | 3 | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-174-263 |
| dallasbridals.com | 1 | VA 2-024-562 |
| davidsdress.com | 24 | VA 2-175-213 |
| | | VA 2-076-523 |
| | | VA 2-178-897 |
| | | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |
| | | VA 2-058-796 |
| | | VA 2-179-038 |
| | | VA 2-174-265 |
| | | VA 2-024-559 |
| | | VA 2-175-221 |

| | | |
|---|---|---|
| davidsdress.com | 24 | VA 2-057-530 |
| | | VA 2-076-503 |
| | | VA 2-113-464 |
| | | VA 2-069-140 |
| | | VA 2-076-502 |
| | | VA 2-076-521 |
| | | VA 2-129-397 |
| | | VA 2-175-220 |
| | | VA 2-063-587 |
| | | VA 2-104-984 |
| | | VA 2-104-959 |
| | | VA 2-126-617 |
| dinksink.com | 2 | VA 1-936-316 |
| | | VA 2-174-265 |
| dreamqueen.es | 1 | VA 2-174-264 |
| dreamqueen.se | 1 | VA 2-174-264 |
| dressesdo.co.uk | 4 | VA 2-024-559 |
| | | VA 1-936-316 |
| | | VA 2-024-562 |
| | | VA 2-174-242 |
| dressesfirms.co.uk | 6 | VA 2-174-242 |
| | | VA 2-174-263 |
| | | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| dresseshop.co.uk | 6 | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-174-242 |
| | | VA 2-024-562 |
| | | VA 2-024-560 |
| | | VA 2-024-559 |
| echfwp.com | 5 | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 2-174-264 |
| | | VA 2-174-263 |
| efuhrer.com | 4 | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-174-242 |
| ejinks.com | 5 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-263 |

| | | |
|---|---|---|
| | | VA 2-174-242 |
| finetanzanite.com | 3 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| gaiatribe.com | 5 | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| givemenotes.com | 3 | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| glamchase.com | 2 | VA 2-174-264 |
| | | VA 2-110-821 |
| gsashopper.com | 4 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-264 |
| herdress.co.uk | 6 | VA 2-024-560 |
| | | VA 2-174-265 |
| | | VA 2-024-559 |
| | | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-174-263 |
| hodressau.com | 5 | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-024-562 |
| hoochymamas.com | 5 | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| huntingwisconsin.com | 5 | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| icdatasheets.com | 4 | VA 2-174-263 |
| | | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-174-264 |
| iorjimages.com | 4 | VA 1-936-316 |
| | | VA 2-174-265 |

| | | |
|---|---|---|
| [illegible]images.com | 4 | VA 2-174-264 |
| | | VA 2-174-242 |
| izidresssale.com | 6 | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |
| | | VA 2-174-242 |
| | | VA 1-936-316 |
| jdbridalss.com | 5 | VA 2-174-263 |
| | | VA 2-174-242 |
| | | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-174-265 |
| jodress.ca | 4 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| khmercentre.com | 4 | VA 2-174-265 |
| | | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-174-242 |
| leandrabridals.com | 1 | VA 2-024-562 |
| lightindress.com | 2 | VA 1-936-316 |
| | | VA 2-174-263 |
| lilygown.co.uk | 4 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| livedressy.com | 2 | VA 2-174-264 |
| | | VA 2-174-242 |
| magbridal.co | 4 | VA 1-936-316 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| | | VA 2-024-559 |
| mesrobesfr.com | 4 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-024-559 |
| methodsusa.com | 5 | VA 2-174-242 |
| | | VA 2-174-263 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| minel.com.au | 3 | VA 2-024-560 |
| | | VA 2-174-264 |

| | | |
|---|---|---|
| | | VA 2-024-562 |
| missydress.com.br | 2 | VA 2-174-242 |
| | | VA 1-936-316 |
| missydress.es | 1 | VA 2-174-264 |
| mobridal.com | 4 | VA 2-174-242 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| mudpuppie.com | 5 | VA 2-174-265 |
| | | VA 2-174-242 |
| | | VA 1-936-316 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| nancygown.co.uk | 4 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| nlending.com | 3 | VA 2-174-264 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| ocflesh.com | 3 | VA 2-174-263 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| peakjump.com | 2 | VA 2-174-265 |
| | | VA 1-936-316 |
| perakos-zitser.com | 3 | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| powrkleen.com | 4 | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| promdaily.com | 6 | VA 2-024-560 |
| | | VA 2-174-265 |
| | | VA 2-110-821 |
| | | VA 2-024-559 |
| | | VA 1-936-316 |
| | | VA 2-110-818 |
| promsdiary.com | 1 | VA 2-110-816 |
| robedemariagesoiree.com | 6 | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |

| | | |
|---|---|---|
| robes-paris.com | 4 | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| | | VA 2-174-242 |
| rogersit.com | 4 | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| saxonarts.com | 4 | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-174-264 |
| | | VA 2-174-242 |
| sdisurvey.com | 2 | VA 1-936-316 |
| | | VA 2-174-265 |
| sogown.com | 4 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| squadmaker.com | 5 | VA 2-174-264 |
| | | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| | | VA 2-174-263 |
| srmisterpepes.com | 4 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-242 |
| | | VA 2-174-264 |
| | | VA 2-174-263 |
| stephenbphillips.com | 3 | VA 2-174-265 |
| | | VA 1-936-316 |
| | | VA 2-174-264 |
| stortebecker.com | 2 | VA 1-936-316 |
| | | VA 2-174-265 |
| svatebnistay.cz | 3 | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-174-264 |
| theguter.com | 3 | VA 1-936-316 |
| | | VA 2-174-264 |
| | | VA 2-174-265 |
| tmdress.co.uk | 3 | VA 1-936-316 |
| | | VA 2-024-559 |
| | | VA 2-024-562 |
| trendproms.com | 2 | VA 2-110-821 |
| | | VA 1-936-316 |
| | | VA 1-936-316 |

| | | |
|---|---|---|
| trhodes.com | 4 | VA 2-174-265 |
| | | VA 2-174-242 |
| | | VA 2-174-264 |
| us.starrydress.com | 2 | VA 1-936-316 |
| | | VA 2-174-242 |
| us.versdresses.com | 1 | VA 1-936-316 |
| veradress.co.uk | 7 | VA 1-936-316 |
| | | VA 2-174-265 |
| | | VA 2-024-560 |
| | | VA 2-024-562 |
| | | VA 2-174-264 |
| | | VA 2-024-559 |
| | | VA 2-174-242 |
| versabarinc.com | 4 | VA 1-936-316 |
| | | VA 2-174-263 |
| | | VA 2-174-242 |
| | | VA 2-174-265 |
| vividress.co.za | 4 | VA 1-936-316 |
| | | VA 2-024-562 |
| | | VA 2-174-264 |
| | | VA 2-024-560 |
| yabridal.com | 4 | VA 1-936-316 |
| | | VA 2-024-562 |
| | | VA 2-174-263 |
| | | VA 2-024-559 |
| yaninabridals.com | 1 | VA 2-024-562 |
| Total Violation by Defendants | 337 | |