# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-dkv |

## ORDER GRANTING UNOPPOSED MOTION FOR SCHEDULING CONFERENCE

Before the Court is Plaintiffs' March 14, 2022 unopposed motion for scheduling conference (D.E. 91). For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the Telephone Scheduling Conference is set for Thursday, April 14, 2022 at 1:45 p.m.

ENTERED this 14th day of March, 2022.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE