# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **AMERICAN CLOTHING EXPRESS, INC. D/B/A/ ALLURE BRIDALS AND JUSTIN ALEXANDER, INC.,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 2:20-cv-2007 ) |
| **CLOUDFLARE, INC. and DOES 1 – 200, inclusive,** | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiffs and Defendant Cloudflare, Inc.'s April 14, 2022, Joint Oral Motion to Lift Stay. For good cause shown, the Motion is GRANTED.

SO ORDERED this 14th day of April, 2022.

                                  /s/ Samuel H. Mays, Jr.
                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE