# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-dkv <br><br> **MEDIATION STIPULATION** |

Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc., and Defendant Cloudflare, Inc. stipulate to mediate this matter. The parties have selected Richard Ziegler to serve as mediator and are in the process of finalizing a mediation schedule, which they expect to have completed on or before July 7, 2022.

Dated:  April 18, 2022							Respectfully submitted,


							By: */s/ Jedediah Wakefield*

							Jedediah Wakefield
							(Cal. State Bar: 178058)
							(Admitted to U.S.D.C., W.D. Tenn.)
							Andrew P. Bridges
							(Cal. State Bar: 122761)
							(Admitted to U.S.D.C., W.D. Tenn.)
							Matthew B. Becker
							(Cal. State Bar: 291865)
							(*Pro Hac Vice*)
							Fenwick & West LLP
							555 California Street
							San Francisco, CA  94104
							Telephone:  415.875.2300
							jwakefield@fenwick.com
							mbecker@fenwick.com

							Robb S. Harvey
							(Tenn. State Bar: 011519)
							Waller Lansden Dortch & Davis LLP
							511 Union Street, Suite 2700
							Nashville, TN  37219
							Telephone:  615.850.8859
							robb.harvey@wallerlaw.com

							Attorneys for Defendant Cloudflare, Inc.

2

By: */s/ Russell Bogart*

Russell Bogart
(N.Y. State Bar: 2856078)
(*Pro Hac Vice*)
Stuart Kagen
(N.Y. State Bar: SK6496)
(*Pro Hac Vice*)
Kagen & Caspersen & Bogart PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
Telephone: 212-880-2045
rbogart@kcbfirm.com
skagen@kagencaspersen.com

Nicole D. Berkowitz
(Tenn. State Bar: 35046)
Grady M. Garrison
(Tenn. State Bar: 8097)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: 901-526-2000
nberkowitz@bakerdonelson.com
ggarrison@bakerdonelson.com

Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.

ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (*/s/*) within this e-filed document.

By:   */s/ Jedediah Wakefield*
      Jedediah Wakefield

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                           */s/ Jedediah Wakefield*
                                           Jedediah Wakefield