# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br>Defendants. | Case No.: 2:20-cv-02007-SHM-dkv <br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS and JUSTIN ALEXANDER, INC., and Defendant BRIDE2BRIDE.CO.UK hereby:

STIPULATE AND AGREE as follows:

1. Plaintiffs voluntarily dismiss this action against BRIDE2BRIDE.CO.UK with prejudice;

2. BRIDE2BRIDE.CO.UK has not served an answer or motion for summary judgment in this case;

3. After the Complaint was filed in this case, BRIDE2BRIDE.CO.UK's owner, Staple Media Ltd., represents that BRIDE2BRIDE.CO.UK has taken the following steps to address the Plaintiffs' concerns about the repeated unauthorized appearance of their images on BRIDE2BRIDE.CO.UK: i) registered an agent to receive notifications of claimed infringement under the DMCA, ii) ensured that it had implemented measures to expeditiously remove or

disable access to material that is claimed to be infringing, and iii) adopted and reasonably implemented a policy of terminating repeat infringers in appropriate circumstances;

4. This Stipulation does not constitute any admission of liability under the Copyright Act or otherwise on the part of BRIDE2BRIDE.CO.UK, Staple Media Ltd., or Staple Media Ltd.'s director, Simon Collin;

5. This stipulation shall constitute a complete release from, and bar to, any and all claims that BRIDE2BRIDE.CO.UK, Staple Media Ltd., or Simon Collin may have against Plaintiffs in connection with this action;

6. This stipulation shall constitute a complete release from, and bar to, any and all claims that Plaintiffs may have against BRIDE2BRIDE.CO.UK, Staple Media Ltd., or Simon Collin in connection with this action; and

7. Each party will bear its own costs and attorney's fees.

June 1, 2022                                                  Respectfully submitted,

s/ Nicole Berkowitz Riccio
Grady M. Garrison (TN #8097)
Nicole Berkowitz Riccio (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-2303
Email: ggarrison@bakerdonelson.com
Email: nriccio@bakerdonelson.com

Russell Bogart (NY #2856078) (Admitted Pro Hac Vice)
Stuart Kagen (NY #SK6496) (Admitted Pro Hac Vice)
KAGEN, CASPERSEN & BOGART, PLLC

s/ Phillip R. Malone_____
Phillip R. Malone
JUELSGAARD INTELLECTUAL
 PROPERTY AND INNOVATION
 CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
pmalone@law.stanford.edu

*Attorney for Defendant*
  *BRIDE2BRIDE.CO.UK*

757 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 880-2045
Facsimile: (646) 304-7879
Email: rbogart@kcbfirm.com
Email: skagen@kcbfirm.com

*Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*