IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC. d/b/a ALLURE BRIDALS and JUSTIN ALEXANDER, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 2:20-cv-2007-SHM/atc ) |
| CLOUDFLARE, INC. and DOES 1-200, inclusive, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' June 1, 2022 stipulation of dismissal with prejudice as to Defendant Bride2Bride.co.uk (D.E. 103). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED WITH PREJUDICE as to Defendant Bride2Bride.co.uk. Each party will bear its own costs and attorney's fees.

IT IS SO ORDERED this 1st day of June, 2022.

                                             */s/ Samuel H. Mays, Jr.*
                                             SAMUEL H. MAYS, JR.
                                             UNITED STATES DISTRICT JUDGE