UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC. and DOES 1 - 200, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02007-SHM-atc |

**ORDER GRANTING SECOND JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER AND THIRD AMENDED COMPLEX TRACK SCHEDULING ORDER**

Pursuant to written notice, a status conference was held on September 1, 2023. Participating on behalf of the Plaintiff were Nicole Riccio and Russell Bogart. Participating on behalf of the Defendant were Jed Wakefield, Matthew Becker, and Robb Harvey. For good cause shown, this Motion is GRANTED.

The parties submitted the following schedule, which the Court adopts. The deadlines for this matter are amended as follows:

| | **Existing Deadline** | **Amended Deadline** |
|---|---|---|
| **Motion to Amend Pleadings** | September 6, 2023 | December 6, 2023 |
| **Completing All Discovery** | July 18, 2024 | October 18, 2024 |
| **(a) Written Discovery** | February 8, 2024 | May 8, 2024 |
| **(b) Depositions** | April 12, 2024 | July 12, 2024 |

1

| | | |
|---|---|---|
| **Expert Witness Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)** | | |
| **(a) Disclosure of Plaintiffs' (or Party with Burden of Proof) Rule 26(a)(2) Expert Information** | April 25, 2024 | July 24, 2024 |
| **(b) Disclosure of Defendants' (or Opposing Party) Rule 26(a)(2) Expert Information** | May 23, 2024 | August 23, 2024 |
| **(c) Expert Witness Depositions** | July 18, 2024 | October 18, 2024 |
| **Motions to Exclude Experts Under F.R.E. 702/Daubert Motions** | August 1, 2024 | November 1, 2024 |
| **Supplementation Under 26(e)(2)** | June 14, 2024 | September 13, 2024 |
| **Filing Dispositive Motions** | | |
| **(a) Plaintiffs' Opening Motion** | August 15, 2024 | November 15, 2024 |
| **(b) Defendants' Opening Motion(s) and Combined Cross Motion(s) in Opposition** | September 12, 2024 | December 12, 2024 |
| **(c) Plaintiffs' Reply Motion and Combined Cross Motion(s) in Opposition** | October 10, 2024 | January 10, 2025 |
| **(d) Defendants' Reply Brief(s)** | October 24, 2024 | January 24, 2025 |
| **Joint Proposed Pretrial Order** | December 23, 2024 | May 2, 2025 |
| **Pretrial Conference** | January 3, 2025, at 10:30 a.m. | May 9, 2025, at 10:00 A.M. |
| **Jury Trial** | January 13, 2025, at 9:30 a.m. | May 19, 2025, at 9:30 A.M. |

NDB 4884-0510-6554
2906954-000007

Except to the extent amended herein, the Second Amended Complex Track Scheduling Order (ECF No. 139) and Amended Complex Track Scheduling Order (ECF No. 122) remains in full force and effect.

Absent good cause, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions, with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying that the parties have been unable to resolve the dispute. The proposed joint pretrial order should include any stipulated facts, contested issues of fact and law, list of witnesses and exhibits, and should be signed by the attorneys for all parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the court at the pretrial conference. Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed

IT IS SO ORDERED this 1st day of September 2023.

                                                      s/Samuel H. Mays, Jr.
                                                      SAMUEL H. MAYS, JR.
                                                      UNITED STATES DISTRICT JUDGE