UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS AND JUSTIN ALEXANDER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC. and DOES 1 - 200, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02007-SHM-dkv<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. CIV. P. RULE 41(A)(1)(A)(II) AS TO CLOUDFLARE, INC. ONLY |

Plaintiff American Clothing Express, Inc. d/b/a Allure Bridals, Plaintiff Justin Alexander, Inc., and Defendant Cloudflare, Inc. hereby stipulate to dismissal of the claims and action against *only* Cloudflare, Inc. with prejudice, with each side bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| /s Jedediah Wakefield<br>Jedediah Wakefield (CA #178058)<br>(Admitted *pro hac vice*)<br>**FENWICK & WEST LLP**<br>555 California Street<br>San Francisco, CA  94104<br>Telephone:  415.875.2300<br>Email: jwakefield@fenwick.com<br>(Admitted to U.S.D.C., W.D. Tenn.)<br>*Attorneys for Defendant Cloudflare, Inc.* | /s Nicole Berkowitz Riccio<br>Grady M. Garrison (TN #8097)<br>Nicole Berkowitz Riccio (TN #35046)<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Telephone:  (901) 526-2000<br>Facsimile:  (901) 577-2303<br>Email:  ggarrison@bakerdonelson.com<br>Email:  nberkowitz@bakerdonelson.com |

Russell Bogart (NY #2856078)
Stuart Kagen (NY #SK6496)
(Admitted *Pro Hac Vice*)
**KAGEN & CASPERSEN, PLLC**
750 Third Avenue, Suite 2401
New York, NY 10017
Telephone:  (212) 880-2045
Facsimile:  (646) 304-7879
Email:  rbogart@kagencaspersen.com
Email:  skagen@kagencaspersen.com

*Attorneys for Plaintiffs American Clothing Express, Inc. d/b/a Allure Bridals and Justin Alexander, Inc.*

IT IS SO ORDERED, this ___ day of _____, 2024.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE