IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **AMERICAN CLOTHING EXPRESS, INC., D/B/A ALLURE BRIDALS, ET AL.** ) ) ) ) | |
| Plaintiffs,  ) ) | |
| v.  ) ) | No. 2:20-cv-02007-SHM-atc |
| **CLOUDFARE, INC., ET AL.,**  ) ) | |
| Defendants.  ) | |

**ORDER DENYING MOTION FOR ORAL ARGUMENT**

Before the Court is the joint Motion for Oral Argument filed by Plaintiffs Justin Alexander, Inc. and American Clothing Express, Inc., d/b/a Allure Bridals, on August 23, 2024. (ECF No. 182.) For the reasons below, the Motion is DENIED.

On January 26, 2022, the Court entered default judgment against 94 websites that Plaintiffs sued for copyright infringement. (ECF No. 87.) On July 29, 2024, Imerle Limited (HK) ("Imerle"), which had intervened in the case, moved to set aside the default judgment. (ECF No. 174.) Plaintiffs responded on August 12, 2024, and Imerle replied to the response on August 20, 2024. (ECF Nos. 177, 181.) On August 23, 2024, Plaintiffs filed the instant motion, asserting that oral argument is necessary for them to respond to new arguments raised in Imerle's reply brief

and to address Imerle's "reckless" and false factual allegations. (ECF No. 182.)

Courts have discretion to decide motions solely on the briefs, and Plaintiffs have not shown why Imerle's Motion to Set Aside Default Judgment cannot be decided on the briefs alone. Fed. R. Civ. P. 78(b). Imerle's reply brief elaborates on arguments in its initial motion, relying on much of the same caselaw, and replies directly to cases first cited by Plaintiff. (See generally ECF Nos. 174-75, 177, 181.) Plaintiffs have had the opportunity to discuss those cases and address those arguments, as well as any factual allegations it characterizes as "reckless," in its response. (Id.)

Because the parties have thoroughly and adequately briefed the relevant issues, Plaintiffs' Motion for Oral Argument is DENIED. <u>Lumpkin v. Farmers Group, Inc.</u>, No. 05-2868, 2006 WL 6996777, at *7 (W.D. Tenn. Jul. 6, 2007.) When oral argument is helpful to the Court, the Court will set it.

SO ORDERED this 27th day of August, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE